# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RECEIVED

2006 OCT 20  A 9: 33

DARREN ANDERSON, BRENDA
AUSTIN, MARY L. AVERY, SHIRLEY
ANN BORDERS, CARLA BYRTS,
CASSANDRA D. CALHOUN,
CORNELIUS COBBS, EDNA
COLEMAN, CAROLYN M. COOPER,
DEDDERA DAVIS, CAROLYN J.
DOWDELL, TREVOR FERRELL,
DIANNE FINNEY, MARGARET
FOSTER, SANDRA FRANKLIN,
DERRICK GACHET, ROBERT
GOODE, TERESA ANN GRAVES,
ALONZA HAMPTON, ANTWAIN
HARRIS, JOE L. HATCHER,
RODNEY HATCHER, DORIS
HOLMES, CHARLENE HOOKS,
KRESHAN R. JOHNSON, ROSARIO
JOHNSON, KEVIN KEITH, TIFFANY
M. KING, MICHAEL LAWRENCE,
KAWAQUANE LEE, FANNIE B.
LOCKWOOD, SANTANA
MCCLENDON, DUANE MOMENT,
DEBORAH D. MORRIS, SHIRLEY
PATTERSON, DEMETRIUS RIVERS,
AGGIE LEE SCOTT, CARLOS
STANLEY, RUBY STEPHENS,
MARCHE STEWART, DARLENE A.
TARVER, ALICE TOWNSEND, EULA
M. TOWNSEND, MARTHA A.
TUGGLES, MARY J. WASHINGTON,
CALLIE M. WILLIAMS, JOYCE R.
ADDISON, ALBERT K. ANDERSON,
CAROLYN E. ANTHONY, CHERYL
ANTHONY, TERRANCE K. ANTHONY,
LUCILLE W. AUSTIN, VANESSA
BABERS, DOROTHY BAKER,
MATTIE BAKER, NONA REE
BALDWIN, MARY N. BANDY,
LASHONDRA BEASON, LEON
BOWENS, KATHY BURNEY, ANNIE
BUSSEY, VALARIE BYRTS, BEVERLY
CALHOUN, TOMECHA CANTY,
MARTHA M. CHANCE, JACQUELINE

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

DEMAND FOR JURY TRIAL

COOPER, EBONIA L. COPES,                    )
JAWANNA CUNNINGHAM,                         )
MARQUETTA L. CUNNINGHAM,                    )
RONALD DAVIE, DELORES DAVIS,                )
KIRBY DAVIS, REGINA A. DAWKINS )
GILLIS, MARY ANN DULANEY,                   )
LAKESHA EFFORD, BOBBIE J. ELLIS,)
DELORIS ELLIS, DENISE R. ELLIS,        )
HELEN ELLIS, MAMIE FITZATRICK, )
CATHLEEN THOMAS FOSTER,                     )
TERRENCE FRANKLIN, DERRICK                  )
GOODE, MICHAEL GOODE, MARK                  )
GOSHAY, TERESA M. GREY, JUSTIN )
HALL, SHONA HAMPTON, HENRY                  )
HARRIS, JR., JIMMY HATCHER,                 )
NICKLOUS HILL, RICHETTA                     )
HOLLIDAY, QUINOSHA HOOKS,                   )
EDDIE M. HOUGH, BYTHINE H.                  )
IVERY, ALONZO JACKSON, BETTYE )
A. JACKSON, EVELINA JACKSON,                )
FRANCES JACKSON, SUSIE A.                   )
JACKSON, JESSICA M. JENKINS,                )
DORETHA JOHNSON, PAMELA                     )
JOHNSON, RECIKE JOHNSON,                    )
BRUCE JONES, DWIGHT JONES,                  )
LORETTA R. JONES, LUCY JONES,        )
REGGIE PARNELL JONES, TIMOTHY)
JORDAN, TRELLIS S. JORDAN,                  )
JENNIFER KEY, DEVORIS LAMPLEY,)
KAREN LEE, REGENIA F. LONG,            )
ANNIE PEARL MACK, FRANKIE M.          )
MADDOX, JESSE MAHONE, NEKESIA)
MARTIN, HELEN L. MASON, SHEILA )
MCCLAIN, QUNNIE L. MCCLENDON, )
SHAWANNA MCSWAIN, VIOLA LEE  )
MONDAY, JEFFERY MURRAY, JOAN )
M. OLIVER, LAMISHA OLIVER,                  )
GEORGE PALM, BOBBIE A.                      )
PARHAMS GEORGE PARHAM,                      )
DANNY PARKER, HARVEY C.                     )
PARKER, LENETT PATTERSON,                   )
SHIRTORIA PATTERSON, JAIME                  )
PEEBLES, RUBY PEEBLES, RACHEL  )
PENN, RUBY M. PERSON, PEGGY L.        )
PITTS, DELOIS PRITCHETT, MARIE  )
PRITCHETT, OLLIE M. PUGH, BETTY)
J. RANDOLPH, DELOISE RANDOLPH,)
MARY DEAN RAYBURN, OLA MAE      )

REED, TRACY ROBBINS, ALFRED        )
ROBINSON, CHRISTINE RODGERS,       )
MATTIE P. RODGERS, LARRY           )
RUMPH, SHERRY RUMPH, JOHN W.       )
SCOTT, FREDDIE LEE SHELLEY,        )
MAYOLA SHELLEY, BEVERLY A.         )
SIMMONS, TAMMY J. SMART,           )
ALTHEA SMITH, CHAROLETTE           )
SMITH, DESSIE SMITH, GLORIA        )
SMITH, JANEKIA SMITH, MARY         )
SPANN, EUNICE B. SPARKS,           )
KIMBERLYN SPRAKS, MARVIN           )
STEWART, LANETHIA STILL,           )
DARLENE A. SULLEN, LAWANDA         )
TARVER, LILLIE B. TARVER,          )
SABRENA M. TARVER, SHERRY          )
TARVER, THERESA ANN TARVER,        )
WENDY TARVER, MARY E. THOMAS,)
TUWANDA THOMAS, PAMELA             )
THORPE, TERRANCE WARMACK,          )
PLESHETTE WILLIAMS, ALAN           )
WILLIAMSON, LAURIE ANN WILLIS,)
LAQUETTA WOODS, VERA WRIGHT, )
BETTY JEAN YOUNG, ANGELA           )
YOUNGLOOD, CHRISTINE               )
YOUNGLOOD, DARNAILLEE              )
YOUNGBLOOD, and SHIRLEY P.         )
YOUNGBLOOD                         )
                                   )
          **Plaintiffs,**          )
                                   )    Case No.: ~~06-CV-~~ 2 06-CV-951-ID
    **vs.**                         )
                                   )
**WAYNE FARMS LLC., a Delaware**    )
**Corporation doing business in Alabama,** )
                                   )
          **Defendant.**           )

## COMPLAINT

Plaintiffs, individually and on behalf of all others similarly situated ("Plaintiffs"),

by and through their counsel, for their Complaint against Defendant Wayne Farms LLC.,

(collectively "Wayne Farms" or "Defendant"), seek to recover for Wayne Farms'

violations of the Fair Labor Standards Act of 1938 (FLSA), 29 U.S.C. §§ 201 *et seq.*, and hereby state and allege as follows:

## INTRODUCTION

1.      This is a representative action brought pursuant to FLSA § 216(b) by Plaintiffs on behalf of themselves and all other similarly situated current and former production employees of Wayne Farms at its Union Springs facility, located in Bullock County, Alabama, for purposes of obtaining relief under the FLSA for unpaid wages, unpaid overtime wages, liquidated damages, costs, attorneys' fees, declaratory and/or injunctive relief, and/or any such other relief the Court may deem appropriate.

2.      Wayne Farms operates a chicken processing plant in Union Springs, Alabama ("Union Springs facility"). The complained of unlawful compensation system at issue in this Complaint has affected Defendant's present and former hourly production employees at this location.

3.      In *IBP, Inc. v. Alvarez,* 126 S. Ct. 514 (2005), the United States Supreme Court unanimously affirmed a ruling that IBP's wage and hour policies – those at issue in this case – violated the Fair Labor Standards Act of 1938 ("FLSA").

4.      Wayne Farms uniformly denies hourly wages and overtime premium pay to its employees, by requiring them to perform "off the clock" work. Wayne Farms' deliberate failure to pay employees earned wages and overtime compensation violates federal law as set out in the Fair Labor Standards Act.

5.      Plaintiffs perform multiple tasks, but are all victims to the same illegal policy and practice of failing to pay workers for all time worked, including unpaid, but compensable break periods, unpaid hourly wage times and unpaid overtime premium wage times.

4

## JURISDICTION AND VENUE

6.      The FLSA authorizes court actions by private parties to recover damages for violation of the FLSA's wage and hour provisions.  Jurisdiction over Plaintiffs' FLSA claims is based upon 29 U.S.C. § 216(b) and 28 U.S.C. §§ 1331-37.

7.      Venue in this district is proper pursuant to 28 U.S.C. § 1391(b) and (c), because Wayne Farms does business in this district and a substantial part of the unlawful conduct giving rise to the claims occurred in this district.

## PARTIES

8.      Defendant, Wayne Farms LLC., is a Delaware corporation with its principal place of business in Georgia.

9.      Plaintiffs are current and former Wayne Farms employees who work(ed) at the Wayne Farms Union Springs facility within the last three years, dating back to October 17, 2003, and can be generally categorized herein as "First Processing" and "Second Processing" employees.

10.     First Processing generally includes those employees who work in an area of the plant where the product (chickens) is introduced into the plant and placed or hung on "the line" for killing, cleaning, disemboweling, and chilling.

11.     Second Processing generally includes those employees who work in an area of the plant where after the product has completed First Processing, it is further processed, prepared, cut-up, marinated, deboned, weighed, sized, packed, loaded on trucks, etc. for  delivery to plant customers.

12.     Plaintiffs listed herein who primarily work in First Processing include: Darren Anderson, Brenda Austin, Mary L. Avery, Shirley Ann Borders, Carla L Byrts,

Cassandra D. Calhoun, Cornelius Cobbs, Edna Coleman, Carolyn M. Cooper, Deddera Davis, Carolyn J. Dowdell, Trevor Ferrell, Dianne Finney, Margaret Foster, Sandra Franklin, Derrick Gachet, Robert Goode, Teresa Ann Grave, Alonza Hampton, Antwain Harris, Joe L. Hatcher, Rodney Hatcher, Doris Holmes, Charlene Hooks, Kreshan R. Johnson, Rosario Johnson, Kevin Keith, Tiffany M. King, Michael Lawrence, Kawaquane Lee, Fannie B. Lockwood, Santana McClendon, Duane Moment, Deborah D. Morris, Shirley Patterson, Demetrius Rivers, Aggie Lee Scott, Carlos Stanley, Ruby Stephens, Marche Stewart, Darlene A. Tarver, Alice Townsend, Eula M. Townsend, Martha A. Tuggles, Mary J. Washington, and Callie M. Williams.

13. Plaintiffs listed herein who primarily work in Second Processing include: Joyce R. Addison, Alberta K. Anderson, Carolyn E. Anthony, Cheryl Anthony, Terrance K. Anthony, Lucille W. Austin, Vanessa Babers, Dorothy Baker, Mattie Baker, Nona Ree Baldwin, Mary N. Bandy, LaShondra Beason, Leon Bowens, Kathy Burney, Annie Bussey, Valarie Byrts, Beverly Calhoun, Tomecha Canty, Martha M. Chance, Jacqueline Cooper, Ebonia L. Copes, Jawanna Cunningham, Marquetta L. Cunningham, Ronald Davie, Delores Davis, Kirby Davis, Regina A. Dawkins Gillis, Mary Ann Dulaney, Lakesha Efford, Bobbie J. Ellis, Deloris Ellis, Denise R. Ellis, Helen Ellis, Mamie Fitzpatrick, Cathleen Thomas Foster, Terrence Franklin, Derrick Goode, Michael Goode, Mark Goshay, Teresa M. Grey, Justin Hall, Shona Hampton, Henry Harris, Jr., Jimmy Hathcer, Nicklous Hill, Richetta Holliday, Quinosha Hooks, Eddie M. Hough, Bythine H. Ivery, Alonzo Jackson, Bettye A. Jackson, Evelina Jackson, Frances Jackson, Susie A. Jackson, Jessica M. Jenkins, Doretha Johnosn, Pamela Johnson, Recike Johnson, Bruce Jones, Dwight Jones, Loretta R. Jones, Lucy Jones, Reggie Parnell Jones, Timothy Jordan, Trellis S. Jordan, Jennifer Key, Devoris Lampley, Karen Lee, Regenia F. Long,

Annie Pearl Mack, Frankie M. Maddox, Jesse Mahone, Nekesia Martin, Helen L. Mason, Sheila McClain, Qunnie L. McClendon, Shawanna McSwain, Viola Lee Monday, Jeffery Murray, Joan M. Oliver, Lamisha Oliver, George Palm, Bobbie A. Parhams, George Parham, Danny Parker, Harvey C. Parker, Lenett Patterson, Shirtoria Patterson, Jaime Peebles, Ruby Peebles, Rachel Penn, Ruby M. Person, Peggy L. Pitts, Delois Pritchett, Marie Pritchett, Ollie M. Pugh, Betty J. Randolph, Deloise Randolph, Mary Dean Rayburn, Ola Mae Reed, Tracy Robbins, Alfred Robinson, Christine Rodgers, Mattie P. Rodgers, Larry Rumph, Sherry Rumph, John W. Soctt, Freddie Lee Shelley, Mayola Shelley, Beverly A. Simmons, Tammy J. Smart, Althea Smith, Charolette Smith, Dessie Smith, Gloria Smith, Janekia Smith, Mary Spann, Eunice B. Sparks, Kimberlyn Sparks, Marvin Stewart, Lanethia Still, Darlene A. Sullen, Lawanda Tarver, Lillie B. Tarver, Sabrena M. Tarver, Sherry Tarver, Theresa Ann Tarver, Wendy Tarver, Mary E. Thomas, Tuwanda Thomas, Pamela Thorpe, Terrance Warmack, Pleshette Williams, Alan Williamson, Laurie Ann Willis, LaQuetta Woods, Vera Wright, Betty Jean Young, Angela Youngblood, Christine Youngblood, Dernaillee Youngblood, and Shirley P. Youngblood.

14.    Plaintiffs are residents and domiciled in the State of Alabama. Plaintiffs have concurrently filed their Consents to Become Party Plaintiffs pursuant to 29 U.S.C. § 216(b). See Exhibit A.

## GENERAL ALLEGATIONS

15.    As an integral and indispensable part of Plaintiffs' jobs, Plaintiffs are required to pass through security when entering and leaving the facility. Plaintiffs' are required to have their employment status verified and their arrival and departures documented as well as submit to searches of the person and personal possessions.

7

Plaintiffs aver they are not compensated for the time it takes security to clear them and allow them into the facility and the compensable time afterwards prior to the commencement of production work.

16.    Plaintiffs go to a designated area to receive required clothing and/or personal protective equipment (PPE) that is required for the work to be performed. The employees are required to don certain equipment before moving into the production areas. The employees are required to perform washing activities associated with preparing for work in the production area. And depending on whether the employee works in First Processing or Second Processing, the employee may be required to acquire special tools for the work to be performed. During the course of this process, the employee then must walk a significant distance to arrive at the respective workstations on the line.

17.    When Plaintiffs leave the line for unpaid breaks or at the end of their shift, they again walk a considerable distance to their respective doffing area where they remove their personal protective equipment, wash or sanitize themselves, their personal protective equipment, sanitary clothing, and/or equipment or tools and return various clothes, personal protective equipment, equipment or tools to the proper areas.

18.    Defendant Wayne Farms owns and operates poultry facilities in Union Springs, Alabama. The unlawful compensation system at issue in the Complaint has affected Defendant's former and present hourly production employees at this location.

19.    Under Wayne Farms' wage compensation system, Wayne Farms pays Plaintiffs and others similarly situated employees only regularly scheduled time that they are on the production assembly line or in production areas under a system known as master time, master key, line time or gang time, collectively referred to herein as "master

time". Conversely, as a matter of policy and practice, Wayne Farms does not pay its

hourly employees for required pre-production line and post-production line activities that

are necessary and integral to their overall employment responsibilities, such as the time it

takes to clear security, donning and doffing protective and sanitary equipment, cleaning

and sanitizing that equipment as well as themselves, walking to and from security and the

production line from their locker or dressing area after already performing compensable

activities, and waiting in line to return required supplies, tools and other equipment

needed for line activities. In addition, Wayne Farms does not pay its employees for time

spent waiting at the line, prior to the line start up. Plaintiffs are required to report to duty

before the start of the master time clock and required to continue work after the master

time clock has stopped.

20.    During the course of the day, Plaintiffs are provided unpaid breaks

requiring them to walk considerable distances where they remove sanitary clothing and

personal protection equipment for their break. The remaining time allowed for the break

is further shortened by the requirement for the employee to wash and sanitize, don his or

her sanitary clothing and personal protection equipment and return to the workstation.

Plaintiffs assert these unpaid breaks are compensable. Alternatively if the total unpaid

break is not deemed compensable Plaintiffs allege they are owed compensation for the

walk time prior to and after unpaid breaks, the time spent donning and doffing clothing

and equipment pre and post break respectively, and the time spent washing and/or

waiting to wash themselves and their equipment.

21.    Defendant deducts from Plaintiffs daily time worked, without regard for

the actual time spent on break, two (2) uncompensated breaks of fixed duration.

22.    The time for which Plaintiffs and other similarly situated employees are paid is significantly less than the time they spend at work between the time they begin their integral, essential and indispensable work duties and the time they arrive at their workstations on the line. The work time for which Plaintiffs are not paid include, but are not limited to: (1) changing into the protective required work uniforms, sanitary clothing and protective safety equipment that can include, among other things (depending on the task and whether First or Second Processing): ear plugs, smocks, work pants and shirts; safety jump suits; safety boots; hair nets; face nets; hard hats; aprons; belts with holsters and knifes; and hand and arm protections; and (2) walking to and from the changing area, work areas and break areas; washing activities; and (3) breaks that are effectively compensable .

23.    The walking time for which Plaintiffs are not paid occurs after the beginning of the employee's first principal activity and before the end of the employee's last principal activity.

24.    The required protective work uniforms, sanitary clothing and protective safety equipment that Plaintiffs must wear, and for which they are not paid for donning and doffing times, is required by Wayne Farms and/or by government regulation. Plaintiffs' jobs are dangerous and involve serious health and safety risks. The circumstances of Plaintiffs' jobs, including vital considerations of health and hygiene, require them to wear the protective work uniforms, sanitary clothing and protective safety equipment. These donning, doffing, washing activities, compensable unpaid breaks and walking duties all add up to a significant amount of time every day for which Plaintiffs and others similarly situated are not paid.

25.     In addition to depriving Plaintiffs and others similarly situated of hourly wages for compensable time pursuant to the FLSA, Defendant Wayne Farms' failure to accurately account for and report all compensable time worked by the Plaintiffs and others similarly situated, and has deprived Plaintiffs and others similarly situated of what would otherwise be overtime pay, pursuant to the FLSA.

## COLLECTIVE ACTION ALLEGATIONS

26.     Plaintiffs bring Count I, the FLSA claim, as an "opt-in" collective action pursuant to 29 U.S.C. § 216(b). In addition to the claims of individually named Plaintiffs, Plaintiffs bring this action as representatives of all similarly situated former and current employees of the Union Springs facility.  The potential class of "opt-in" employees can be defined as:

> All current and former hourly employees of Defendants who worked at the Union Springs facility since October 17, 2003, and who were not paid for all the time spent performing compensable work-related tasks or legally compensable time, including, but not limited to authorized unpaid break times, donning and doffing times, washing activity times, time associated with passing through security check points and walking to changing areas and time walking to security and passing through security at the end of the day and walking times to and from break areas or donning and doffing areas, and including time compensable at regular hourly wages, as well as overtime pay for these employees.

27.     The FLSA claims may be pursued by those who opt-in to this case, pursuant to 29 U.S.C. § 216(b).

28.     Plaintiffs, individually and on behalf of other similarly situated employees, seek relief on a collective basis challenging, among other FLSA violations, Defendant's practice of failing to accurately record all hours worked and failing to pay employees for all hours worked, including overtime compensation.

29.    The number and identity of other Plaintiffs yet to opt-in and consent to be party Plaintiffs may be determined from the records of Defendant, and potential class members may easily and quickly be notified of the pendency of this action.

30.    On information and belief, the Union Springs facility employs approximately 500 hourly wage employees who potentially have FLSA claims similar to the claims set out herein. Consequently, joinder of all collective action members in a single action is impracticable.

31.    Potential collective action members may be informed of the pendency of this class action through direct mail.

32.    There are questions of fact and law common to the class that predominates over any questions affecting only individual members. The questions of law and fact common to the class arising from Defendant's actions include, without limitation, the following:

 a) Whether Plaintiffs were compensated for time spent clearing security and time spent walking from security to their changing areas and from changing areas to security;

 b) Whether the security activities at issue are integral or indispensable to Defendant's business activities;

 c) Whether Plaintiffs were compensated for time spent donning and doffing clothing and protective gear, washing, and walking to and from their job posts;

 d) Whether the donning, doffing and washing activities at issue are integral or indispensable to Defendant's business activities;

 e) Whether Plaintiffs were entitled to compensation for time spent donning and doffing, washing activity time, and walking time to and from "the line";

 f) Whether Plaintiffs' donning, doffing, washing activity, and walking time is integral and indispensable to their principal activities;

g)  Whether Defendant failed to pay employees for unpaid breaks that were effectively compensable.

h)  Whether Defendant's compensation policy and practice accurately accounts for the time Plaintiffs are actually working;

i)  Whether Defendant's compensation policy and practice is illegal;

j)  Whether Defendant had a policy and practice of willfully failing to record and compensate employees for all time worked; and

k)  Whether Defendant failed to accurately record all compensable time, resulting in a failure to compensate Plaintiffs and other similarly situated employees of regular hourly wages and overtime pay, in violation of Defendant's policies and procedures and the mandate of the FLSA.

33.   The questions set forth above predominate over any questions affecting only individual persons, and a class action is superior with respect to considerations of consistency, economy, efficiency, fairness and equity, to other available methods for the fair and efficient adjudication of the state law claims.

34.   The Collective Action Representatives' claims are typical of those of the similarly situated employees in that these employees have been employed in the same or similar positions as the Collective Action Representatives and were subject to the same or similar unlawful practices as the Collective Action Representatives.

35.   A collective action is the appropriate method for the fair and efficient adjudication of this controversy. Defendant has acted or refused to act on grounds generally applicable to the similarly situated current and former employees. The presentation of separate actions by individual similarly situated current or former employees could create a risk of inconsistent and varying adjudications, establish incompatible standards of conduct for Defendant, and/or substantially impair or impede the ability of Collective Action members to protect their interests.

36.    The Collective Action Representatives are adequate representatives of the similarly situated current and former employees because they are employees of the same processing plant and their interests do not conflict with the interests of the other similarly situated current and former employees they seek to represent. The interests of the members of the class of employees will be fairly and adequately protected by the Collective Action Representatives and their undersigned counsel, who have extensive experience prosecuting complex class action lawsuits.

37.    Maintenance of this action as a collective action is a fair and efficient method for the adjudication of this controversy. It would be impracticable and undesirable for each member of the collective action who suffered harm to bring a separate action. In addition, the maintenance of separate actions would place a substantial and unnecessary burden on the courts and could result in inconsistent adjudications, while a single collective action can determine, with judicial economy, the rights of all collective action members.

## COUNT I

### Violation of the Fair Labor Standards Act of 1938

**(Brought Against Defendant by All Individually-Named Plaintiffs and on Behalf of All Others Similarly Situated)**

38.    Plaintiffs reassert and incorporate by reference paragraphs 1 through 37 as set forth above as if fully restated herein.

39.    At all time material herein, Plaintiffs have been entitled to the rights, protections, and benefits provided under the FLSA, 29 U.S.C. § 201 *et. seq.*

40.    The individually named Plaintiffs and all similarly situated employees are victims of a uniform and facility-wide compensation policy and practice, in violation of the FLSA.

14

41.     Wayne Farms violated the FLSA by failing to account for all compensable time of its employees that resulted in a failure to pay Plaintiffs and others similarly situated for compensable hourly wages and overtime premium pay.

42.     Wayne Farms violated the FLSA by failing to pay for time donning and doffing essential required equipment, integral to the principle work activity.

43.     Wayne Farms failed to account for and pay for time walking to and from the line to break areas and/or donning and doffing areas.

44.     Wayne Farms failed to account for and pay for time spent clearing security and for time walking to and from security to donning and doffing areas.

45.     Wayne Farms failed to account for and pay for time allocated as unpaid breaks. In the alternative, Wayne Farms failed to pay for walk time to and from unpaid meal break areas, time spent donning and doffing on unpaid meal breaks, and washing activities associated with meal breaks.

46.     In perpetrating these unlawful practices, Wayne Farms has also willfully failed to keep accurate records for all of the time worked by its hourly employees.

47.     The FLSA regulates, among other things, the payment of overtime pay by employers whose employees are engaged in commerce, or engaged in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce. 29 U.S.C. § 207(a)(1).

48.     Wayne Farms was, and is, subject to the overtime pay requirements of the FLSA because it is an enterprise engaged in commerce and its employees are engaged in commerce.

49.     Section 13 of the FLSA, 29 U.S.C. § 213, exempts certain categories of employees from overtime pay obligations. None of the FLSA exemptions apply to the

Plaintiffs. Accordingly, Plaintiffs must be paid overtime pay in accordance with the FLSA.

50.    Wayne Farms' failure to accurately record compensable work time was willfully perpetrated. Wayne Farms has not acted in good faith nor with reasonable grounds to believe its actions and omissions were not a violation of the FLSA, and as a result thereof, Plaintiffs and other similarly situated employees are entitled to recover an award of liquidated damages in an amount equal to the amount of unpaid hourly wages and overtime premium pay described above pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b). Alternatively, should the Court find Wayne Farms did not act willfully in failing to pay all hourly wages and overtime premium pay wages, Plaintiffs and all similarly situated employees are entitled to an award of prejudgment interest at the applicable legal rate.

51.    As a result of the aforesaid willful violations of the FLSA's overtime provisions, overtime compensation has been unlawfully withheld by Wayne Farms from Plaintiffs for which Wayne Farms is liable pursuant to 29 U.S.C. § 216(b).

52.    Plaintiffs and all similarly situated employees are entitled to damages equal to the mandated overtime premium pay within the three years preceding the filing of this Complaint, plus periods of equitable tolling, because Wayne Farms acted willfully and knew, or showed reckless disregard of whether, its conduct was prohibited by the FLSA.

53.    Pursuant to FLSA, 29 U.S.C. § 216(b), successful Plaintiffs are entitled to reimbursement of the costs and attorney's fees expended in successfully prosecuting an action for unpaid wages and overtime wages.

WHEREFORE, it is respectfully prayed that this Court grant to the Plaintiffs the following relief:

    a) At the earliest possible time, issue an Order allowing Notice or issue such Court supervised Notice to all similarly situated current and former Wayne Farms hourly employees (working at the Wayne Farms, Union Springs location in the last three years) of this action and their rights to participate in this action. Such Notice shall inform all similarly situated current and qualified former employees of the pendency of this action, the nature of this action, and of their right to "opt in" to this action if they worked "off the clock" for times not paid, including time that may be paid at overtime rates.

    b) Issue an Order, pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, declaring that Defendant Wayne Farms' actions, as described in the Complaint, are unlawful and in violation of the FLSA and applicable regulations and are and were willful as defined in the FLSA;

    c) Issue an Order directing and requiring Defendant Wayne Farms to pay Plaintiffs and all other similarly situated employees damages in the form of reimbursement for unpaid hourly and premium overtime wages (past and future) for all time spent performing compensable work for which they were not paid pursuant to the rate provided by the FLSA;

    d) Issue an Order directing and requiring Defendant Wayne Farms to pay Plaintiffs and all other similarly situated employees liquidated damages pursuant to the FLSA in an amount equal to, and in addition to the amount of wages and overtime wages owed to them;

e) Issue and Order directing Defendant Wayne Farms to reimburse Plaintiffs and other similarly situated employees for the costs and attorneys fees expended in the course of litigating this action, pre-judgment and post-judgment interest;

f) Provide Plaintiffs with such other and further relief, as the Court deems just and equitable.

### **DEMAND FOR JURY TRIAL**

All Plaintiffs hereby request trial by jury of all issues liable by jury under Alabama and federal law.

Respectfully submitted this the 17th day of October 2006.

COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.


JOSEPH D. LANE (LAN049)
LANCE H. SWANNER (SWA013)
SAMUEL A. CHERRY, JR., (CHE008)
Attorney for Plaintiffs
163 West Main Street
P.O. Box 927
Dothan, AL 36302
(334) 793-1555
(334) 793-8280 (fax)


Defendant may be served at:
The Corporation Company
o/b/o Wayne Farms LLC – Union Springs Plant
2000 Interstate Park Drive Ste 204
Montgomery, AL 36109

# EXHIBIT  A

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Darren Anderson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am <u>currently</u>, or was formerly employed, by _Wayne Farms_ at
     [Name of plant]
     the facility located in _Union Springs  Ala_. I worked at this location from
     [City/State]
     _11-5-05_ to _present_.
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring Ala_, and
     [Name of Plant]                              [City/State]
     possibly other plants owned by _Wayne Farms_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _September_, 2006.

_Darren Anderson_
**PRINT NAME**

_Darren Anderson_
**SIGN NAME**

## **CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Brenda Austin_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Spring Al_. I worked at this location from
[Name of plant]    [City/State]
_05/26/95_ to _03-18-04_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al_, and possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]    [City/State]
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _Sept_ day of _16_, 2006.

_Brenda Austin_
**[PRINT NAME]**

_Brenda Austin_
**[SIGN NAME]**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary Avery_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union_. I worked at this location from
[City/State]
_9-6-72_ to _Present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
[Name of Plant]                        [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_ 2006.

_Mary L Avery_                    _Mary L. Avery_
[PRINT NAME]                       [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shirley Ann Borders_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs_. I worked at this location from [Name of plant]
_09/1980_ to _Present_.
[Date]                      [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union Springs, AL_, and [Name of Plant]                      [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _18_ day of _Sept_, 2006.

_Shirley Ann Borders_                      _Shirley Ann Borders_
[PRINT NAME]                              [SIGN NAME]

# **CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Carla Byrts_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by ___Wayne Farms___ at the facility located in ___Union Springs, Alabama___.  I worked at this location from
    [Name of plant]                                              [City/State]
    ___1-10-90___ to ___9-12-06___.
    [Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the ___Wayne Farms___ plant in ___Union Springs, Alabama___, and
    [Name of Plant]                           [City/State]
    possibly other plants owned by ___Wayne Farms___.  If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __12__ day of __September__, 2006.

___Carla S Byrts___                    ___Carla J Byrts___
[PRINT NAME]                             [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Cassandra  D.  Calhoun _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Wayne Farms Plant _____ at
      the facility located in Union Spring / AL _____.  I worked at this location from
      [Name of plant]
      [City/State]
      Oct 15, 2001 ____ to ____ present _____.
      [Date]       [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Wayne Farms Plant plant in Union Spring / AL _____, and
      [Name of Plant]       [City/State]
      possibly other plants owned by Wayne Farms _____.  If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the 5 day of Aug Sept, 2006.

Cassandra  D.  Calhoun _____          Cassandra D. Calhoun _____
[PRINT NAME]                          [SIGNATURE]

State of Al
Bullock  Co

Richard D. Lee

NP 12 Feb 2008

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Cornelius Cobbs_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Union Springs Wayne Farm_ at
      [Name of plant]
      the facility located in _Union Springs , Al_. I worked at this location from
      [City/State]
      _July 29 2003_ to _still working_.
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs Al_, and
      [Name of Plant]                    [City/State]
      possibly other plants owned by _Wayne Farm_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _18_ day of _Sept._, 2006.


_Conelius Cobbs_____            _Cornelius Cobbs_____
[PRINT NAME]                       [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Edna  Coleman_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs Al_. I worked at this location from
[City/State]
_5/25/86_ - _4/25/97_ to _Present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _31_ day of _Aug_, 2006.

_Edna Coleman_                    _Edna Coleman_
[PRINT NAME]                    [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Carolyn M. Cooper_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at [Name of plant] the facility located in _Union Springs, Al_ I worked at this location from [City/State] _04-16-2004_ to _08-26-2005_ . [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs Al_ and [Name of Plant]                    [City/State] possibly other plants owned by _Wayne Farms LLC_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.


_Carolyn M. Cooper_                    _Carolyn M. Cooper_
**[PRINT NAME]**                         **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Deddera R. Davis_ _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Union Spring AL_. I worked at this location from
[Name of plant]                    [City/State]
_August 2005_ to _Oct 2005_.
[Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Hai Wayne Farm_ plant in _Union Spring AL_ and
[Name of Plant]              [City/State]
possibly other plants owned by _____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_, 2006.

_Deddera Davis_                    _Deddera Davis_
[PRINT NAME]                       [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Carolyn J. Dowdell_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Spr, AL_ [Name of plant]. I worked at this location from
[City/State]
_8-19-85_ to _Present_ .
[Date]         [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and
[Name of Plant]              [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8_ day of _September_, 2006.

_Carolyn J. Dowdell_
[PRINT NAME]

_Carolyn J. Dowdell_
[SIGN NAME]

# **CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Trevor Ferrell_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Poultry_____ at
[Name of plant]
the facility located in _Union Spring Al_. I worked at this location from
[City/State]
_11-20-95_____ to _Present_____.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Poultry_ plant in _Union Spring Al_, and
[Name of Plant]          [City/State]
possibly other plants owned by _Wayne Poultry_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sep_____, 2006.

_Trevor Ferrell_____          _Trevor Ferrell_____
[PRINT NAME]                            [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Dianne Finney_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter. _Yes_

2.  I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_, I worked at this location from _1983_ to _2006_.
[Name of plant]
[City/State]
[Date]    [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and possibly other plants owned by _Wayne Farms_.  If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]    [City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _Sept_, 2006.

_Dianne Finney_                    _Dianne Finney_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Margaret Foster_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs, AL_. I worked at this location from [City/State] _09/09/16_ to _present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and [Name of Plant]                    [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _September_, 2006.

_Margaret Foster_
[PRINT NAME]

_Margaret Foster_
[SIGN NAME]

# **CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sandra Frantl_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Framers_ at [Name of plant] the facility located in _Union Spring, Al_. I worked at this location from [City/State] _April 2002_ to _April 2005_. [Date]   [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farmes_ plant in _Union Spring Al_, and [Name of Plant]   [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Sandra Franklin_                    _Sandra Franklin_
**PRINT NAME**                        **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Derrick Hachet_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
      [Name of plant]
      the facility located in _Union Spring, AL_. I worked at this location from
      [City/State]
      _July 30, 1997_ to _Present_.
      [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring, AL_, and
      [Name of Plant]                          [City/State]
      possibly other plants owned by _Wayne Farms_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _16_ day of _September_, 2006.


_Derrick Gachat_                    _Derrick Hachet_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Robert Goode_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, AL_. I worked at this location from
[City/State]
_11 | 17 | 04_ to _03 | 24 | 05_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
[Name of Plant]                              [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _September_ 2006.

_Robert Goode_                              _Robert Goode_
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Teresa Ann Graves_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms LLC_ at the facility located in _Union Springs Al_ I worked at this location from
   [Name of plant]
   [City/State]
   _10-28 05_ to _present_.
   [Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
   [Name of Plant]
   [City/State]
   possibly other plants owned by _Wayne Farms_.  If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

   DATED the _25_ day of _September_, 2006.


_Teresa Ann Graves_          _Teresa Ann Graves_
[PRINT NAME]                 [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alana Hampton_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_____ at the facility located in _Union Spring Alabama_. I worked at this location from
[Name of plant]
[City/State]
_4-16-2004_ to _Present_____.
[Date]                 [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_____ plant in _Union Spring Alabama_, and
[Name of Plant]
[City/State]
possibly other plants owned by _Wayne Farm_____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Alana Hampton_ _____        _Alana Hampton_ _____
[PRINT NAME]                            [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Antwain Harris_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Union Springs, A/A_. I worked at this location from
    [City/State]
    _June 5, 1997_ to _Present_.
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs AM_, and
    [Name of Plant]                    [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _Sept_, 2006.

_Antwain Harris_                _Antwain Harris_
[PRINT NAME]                    [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Joe L. Hatcher_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs Al._. I worked at this location from
[City/State]
_6 month of 2003 ~~written~~_ to _6 month of 03_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al._, and
[Name of Plant]                         [City/State]
possibly other plants owned by _____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _17th_ day of _Sept._, 2006.


_Joe L. Hatcher_                         _Joe L. Hatcher_
[PRINT NAME]                         [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Rodney   Hatcher_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne  Farms_____ at
the facility located in _Union  Springs____. I worked at this location from
[City/State]
_2/oc_____ to _Present_____.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne  Farms_____ plant in _Union  Springs Al_and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne  Farms_____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _April_____, 2006.


_Rodney  Hatcher_____          _Rodney  Hatch_____
[PRINT NAME]                            [SIGNED NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Doris    Holmes_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wanye    Farms_ at
[Name of plant]
the facility located in _Union Springs Ala._. I worked at this location from
[City/State]
_4|26|89_ to _6|1|05_.
[Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wanye    Farms_ plant in _Union Springs Ala._, and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wanye    Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1_ day of _Sep._, 2006.


_Doris    Holmes_                    _Doris Holmes_
[PRINT NAME]                          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Charlene Hooks _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Wayne Farms _____ at
[Name of plant]
the facility located in Union Springs, AL. I worked at this location from
[City/State]
Sept 4, 1992 to Present.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the Wayne Farms plant in Union Springs, AL, and
[Name of Plant]                    [City/State]
possibly other plants owned by Wayne Farms. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16 day of September 2006.

Charlene Hooks _____          Charlene Hooks _____
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kreshan R. Johnson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm_ at
[Name of plant]
the facility located in _Union Springs Al._. I worked at this location from
[City/State]
_12-28-96_ to _9-13-06_.
[Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs Al_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farm_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _9_, 2006.

_Kreshan R. Johnson_                    _Kreshan R. Johnson_
[PRINT NAME]                            [SIGN NAME]

# **CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Rosario Johnson_____  states the following:
                  [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
                                           [Name of plant]
the facility located in _Union Springs, AL_ I worked at this location from
                      [City/State]
_5-20-98_ to _Present_.
  [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and
                    [Name of Plant]                   [City/State]
possibly other plants owned by _Wayne Farms_.  If brought as a class
                          [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the _16_ day of _September_, 2006.

_Rosario Johnson_                _Rosario Johnson_
[PRINT NAME]                     [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kevin Keith_ _____ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _____Wayne Farms_____ at the facility located in _Union Springs_. I worked at this location from
[Name of plant]
[City/State]
_3/17/2000_ to _____Present_____.
[Date]
[Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and
[Name of Plant]
[City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Kevin Keith_ _____
[PRINT NAME]

_Kevin K Keith_ _____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Tiffany M King _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at
      [Name of plant]
      the facility located in _Union Springs_.  I worked at this location from
      [City/State]
      _06/19/01_ to _present_.
      [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs_, and
      [Name of Plant]                        [City/State]
      possibly other plants owned by _Waynes Farms LLC_.  If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _16th_ day of _Sept._, 2006.


Tiffany M King
[PRINT NAME]

Tiffany M King
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Michael Lawrence_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by ___Wayne Farm___ at the facility located in ___Union Springs___.   I worked at this location from
       [Name of plant]                                    [City/State]
       ___June 20, 2005___ to ___present___.
       [Date]                [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the ___Wayne Farm___ plant in ___Union springs AL___, and
       [Name of Plant]                       [City/State]
       possibly other plants owned by ___Wayne Farm___.   If brought as a class
       [Name of Plant]
       action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

       DATED the _16_ day of _Sept_, 2006.

_Michael Lawrence_                          _Michael Lawrence_
[PRINT NAME]                                [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kawaguane Lee_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne farms_ at the facility located in _Union Springs_. I worked at this location from _9/16/06_ _2005_ to _2005_.
   [Name of plant]
   [City/State]
   [Date]    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union Springs_ and possibly other plants owned by _Wayne farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
   [Name of Plant]    [City/State]
   [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _16_, 2006.

_Kawaguane Lee_
[PRINT NAME]

_Kawaguame Lee_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Fannie B Lockwood_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Spring AL_. I worked at this location from _7/19/79_ to _7/18/89 to 2006_.
[Name of plant]
[City/State]
[Date] _3/20/79_    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al_, and
[Name of Plant]
[City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _September_, 2006.

_Fannie B Lockwood_
**PRINT NAME**

_Fannie B Lockwood_
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Santana McClendon_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
     [Name of plant]
     the facility located in _Union Springs, AL_. I worked at this location from
     [City/State]
     _10/20/05_ to _present_.
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
     [Name of Plant]                      [City/State]
     possibly other plants owned by _Wayne Farms_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _06_ day of _October_, 2006.


_Santana McClendon_                    _Santana McClendom_
[PRINT NAME]                           [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Duane Moment_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union, Springs_. I worked at this location from
[Name of plant]                    [City/State]
_9/15/05_ to _9/16/06_.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Union, Springs_ plant in _Union, Springs AL_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _16 Sept_, 2006.

_Duane Ellis Moment_                    _Duane Moment_
[PRINT NAME]                         [SIGN NAME]

## **CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Deborah  D. Morris _____ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Wayne Farms_____ at the facility located in _Union Spring, AL_ I worked at this location from [City/State] [Name of plant]
_0 9 01 99_ to _present_.
[Date]          [Date or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring, AL_ and [Name of Plant] [City/State]
possibly other plants owned by _Wayne Farms_.  If brought as a class [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_____                    _____
[PRINT NAME]                                        [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shirley Patterson_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Union Spring Al_ I worked at this location from _7-21-75_ to _9-25-00_.
[Name of plant]
[City/State]
[Date]    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Union Spring_ plant in _Union, Al_, and possibly other plants owned by _____. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]    [City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _9_, 2006.

_Shirley J. Patterson_
[PRINT NAME]

_Shirley Patterson_
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Demetrius Rivers_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Springs, Al_.  I worked at this location from
[Name of plant]
[City/State]
_12-23-02_ to _Present_.
[Date]     [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring, Al_, and
[Name of Plant]
[City/State]
possibly other plants owned by _Wayne Farms_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1_ day of _9_, 2006.

_Demetrius Rivers_
[PRINT NAME]

_Demetrius T. [signature]_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Aggie Scott_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL._ I worked at this location from [Name of plant] [City/State] _0/0/16_ to _present_. [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_ 2006.

_Aggie Scott_
[PRINT NAME]

_Aggie Lee Scott_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Carlos Stanley_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs_ . I worked at this location from [Name of plant] [City/State] _7-5-2005_ to _present_ . [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farms_ . If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _September_, 2006.

_Carlos Stanley_          _Carlos Stanley_
[PRINT NAME]              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ruby Stephens_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
      [Name of plant]
      the facility located in _Union Springs, AL_. I worked at this location from
      [City/State]
      _9-19-1994_ to _present_.
      [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne fams_ plant in _Union Springs_ and
      [Name of Plant]                      [City/State]
      possibly other plants owned by _Wayne farms_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _September_, 2006.

_Ruby Stephens_
**[PRINT NAME]**

_Ruby Stephens_
**[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Marche Stewart _____ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly, employed, by Wayne Farms _____ at
[Name of plant]
the facility located in Union Springs Ala. I worked at this location from
[City/State]
4/21/98 _____ to 9/16/06 _____.
[Date]                    [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the Wayne Farms _____ plant in Union Springs Alabama
[Name of Plant]                          [City/State]
possibly other plants owned by Wayne Farms _____. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 9 day of 16 _____, 2006.

Marche Stewart _____            Marche Stewart _____
[PRINT NAME]                           [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_DARLENE A. TARVER_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne farms_ at
[Name of plant]
the facility located in _Union spring AL_. I worked at this location from
[City/State]
_1972_ to _9-06 Present_
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union spring AL_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _Sept_, 2006.

_DARLENE A. TARVER_                _Darlene A. Tarver_
[PRINT NAME]                        [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alice Townsend_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ _____ at
     [Name of plant]
     the facility located in _Union Springs, AL._ I worked at this location from
     [City/State]
     _03-10-92_ to _Present_ .
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the ~~Union Spring~~ plant in _Union Springs, AL_, and
     [Name of Plant] _Wayne Farms LLC_   [City/State]
     possibly other plants owned by _____. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16th_ day of _September_, 2006.

_Alice Townsend_ _____          _Alice Townsend_ _____
**PRINT NAME**                              **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Eula    m Townsend_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Prom_ at
the facility located in _Union Spring_ . I worked at this location from
[Name of plant] [City/State]
_7-31-78_ to _1-1-04_ .
[Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farm_ plant in _Union Spring_ , and
[Name of Plant] [City/State]
possibly other plants owned by _Wayne farm_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9 16_ day of _16 Sept_ , 2006.


_Eula Townsend_                    _Eula m Townsend_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Martha A. Tuggles_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
                                                    [Name of plant]
the facility located in _Union Springs Ala_ I worked at this location from
                         [City/State]
_March 30th 1978_ to _Present_ .
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Ala_ , and
                        [Name of Plant]          [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
                                [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

   DATED the _3rd_ day of _September_, 2006.

_Martha A. Tuggles_                    _Martha A. Tuggles_
[PRINT NAME]                           [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary J. Washington_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
      [Name of plant]
      the facility located in _Union Springs Al._ . I worked at this location from
      [City/State]
      _1976_ to _~~2006~~ 9-01-06_ .
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farm_ plant in _Union Springs Al_ , and
      [Name of Plant]                      [City/State]
      possibly other plants owned by _Wayne Farms_ . If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _21_ day of _September_ , 2006.


_Mary J. Washington_                    _Mary J. Washington_
[PRINT NAME]                            [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

___Callie M. Williams___ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by ___Wayne Farms___ at
    [Name of plant]
    the facility located in ___Union Spring, AL___ I worked at this location from
    [City/State]
    ___03/07/98___ to ___present___.
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the ___Wayne Farms___ plant in ___Union Spring, AL___ and
    [Name of Plant]                    [City/State]
    possibly other plants owned by ___Wayne Farms___. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the ___16___ day of ___September___, 2006.

___Callie M. Williams___
[PRINT NAME]

___Callie M. Williams___
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Joyce Rene Addison states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Wayne Farms LLC at the facility located in Union Springs, Al. I worked at this location from
[Name of plant]
[City/State]
7-7-87 to present.
[Date]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Wayne farms LLC plant in Union Springs, Al, and
[Name of Plant]
[City/State]
possibly other plants owned by Wayne Farms LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 9 day of September, 2006.

Joyce R. Addison
[PRINT NAME]

Joyce R Addison
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alberta K Anderson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Spring_ . I worked at this location from
[Name of plant]          [City/State]
_1994_ to _Dec. 6 Still Working_
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union Spring_ , and
[Name of Plant]        [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _11-2006_ , 2006.

_Alberta K Anderson_
[PRINT NAME]

_Alberta K Anderson_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Carolyn E. Anthony_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayn Farms_ at
    [Name of plant]
    the facility located in _Union Spring_. I worked at this location from
    [City/State]
    _6-12-84_ to _9-26-06_ .
    [Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Unio Spring_, and
    [Name of Plant]                     [City/State]
    possibly other plants owned by _Wayne Farm_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _9_ , 2006.

_Carolyn Anthony_                    _Carolyn Anthony_
**[PRINT NAME]**                     **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Cheryl Anthony _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___Wayne farm___ at
      [Name of plant]
      the facility located in __Union Spring Al__. I worked at this location from
      [City/State]
      __1-25-0__ to __present__.
      [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Wayne farms__ plant in __Union Spring Ala__, and
      [Name of Plant]                          [City/State]
      possibly other plants owned by __Wayne farms__. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the __16__ day of __September__, 2006.


__Cheryl Anthony__              __Cheryl Anthony__
[PRINT NAME]                    [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

): **CLERK OF THE COURT AND COUNSEL OF RECORD**

Terrance K. Anthony _____ states the following:
[Print Name]

I am over 18 years of age and competent to give the following consent in this matter.

I am currently, or was formerly employed, by ~~Waynne~~ Wayne Farms LLC _____ at
[Name of plant]

the facility located in Union Springs AL _____ . I worked at this location from
[City/State]

10-22-05 _____ to 9-16-06 _____ .
[Date]                [Date, or if still working write "present"]

I understand that this suit is being brought to recover compensation for pre-
and post-production time activities from my employer. I also understand that
the lawsuit may seek recovery for unpaid production time. I understand that
the suit is brought pursuant to both federal law and applicable state statutes,
if any.

I believe I have not been paid for all compensable time, which I have worked,
including overtime.

I hereby consent and agree to be a plaintiff herein and to be bound by any
settlement of the case or adjudication by the Court.

I understand that this suit may be brought as a class action covering
employees at the Wayne Farms LLC _____ plant in Union Springs AL , and
[Name of Plant]                              [City/State]
possibly other plants owned by Wayne Farms LLC _____ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such
class.

wear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16 day of September , 2006.

_____ Terrance K. Anthony
[PRINT NAME]

_____ Terrance K. Anthony
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lucille  W. Austin_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_____ at
[Name of plant]
the facility located in _Union Springs, AL_ I worked at this location from
[City/State]
_5|30|1983___ to _present_____.
[Date]                              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5_ day of _September_, 2006.


_Lucille w. Austin____          _Lucille W. Austin_
[PRINT NAME]                     [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Vanissa BABERS_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Springs AL_. I worked at this location from
     [Name of plant]              [City/State]
_Aug 14, 2003_ to _Present_.
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs A_ and
                          [Name of Plant]              [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
                          [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _16_, 2006.

_Vanessa BABERS_ _____        _Vanessa Baber_ _____
**[PRINT NAME]**                   **[SIGN NAME]**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Dorothy Baker _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Wayne Poultry at
[Name of plant]
the facility located in Union Springs Ala I worked at this location from
[City/State]
Present to Present .
[Date]     [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action, covering employees at the Wayne Poultry plant in Union Springs and
[Name of Plant]                [City/State]
possibly other plants owned by _____.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16 day of Sept , 2006.

Dorothy Baker _____      Dorothy Baker
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mattie Baker_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, AL_. I worked at this location from
[City/State]
_10/10/92_ to _present_.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _September_ 2006.

_Mattie Baker_                         _Mattie Baker_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_NoNA Ree Baldwin_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs_.  I worked at this location from
[Name of plant]
[City/State]
_5-13-96_ to _Present_.
[Date]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_ and
[Name of Plant]
[City/State]
possibly other plants owned by _Wayne Farms_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_ 2006.

_NoNA Ree Baldwin_                _Nona Ree Baldwin_
**[PRINT NAME]**                        **[SIGN NAME]**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

): **CLERK OF THE COURT AND COUNSEL OF RECORD**

*Mary N. Bandy* _____ states the following:
[Print Name]

I am over 18 years of age and competent to give the following consent in this matter.

I am currently, or was formerly employed, by *Wayne Farm* _____ at
[Name of plant]

the facility located in *Union Springs Al.* . I worked at this location from
[City/State]

*6-5-78* to *present* .
[Date]          [Date, or if still working write "present"]

I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the *Wayne Farm* plant in *Union Springs Al.* , and
[Name of Plant]                              [City/State]

possibly other plants owned by *Wayne Farm* . If brought as a class
[Name of Plant]

action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of *Sept.* , 2006.

*Mary N. Bandy* _____
**[PRINT NAME]**

*Mary N. Bandy* _____
**[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

LaShondra Beason _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently or was formerly employed, by Wayne Farms, LLC at
[Name of plant]
the facility located in Union Springs, AL I worked at this location from
[City/State]
01-26-2000 to Present .
[Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the Wayne Farms, LLC plant in Union Springs,AL and
[Name of Plant]                    [City/State]
possibly other plants owned by Wayne Farms, LLC. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 21 day of September, 2006.

LaShondra Beason _____            LaShondra Beason _____
**[PRINT NAME]**                    **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Leon Bowens_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, Al_. I worked at this location from
[City/State]
_2-2-05_ to _Present_.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, Al_, and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_, 2006.

_Leon Bowens_
[PRINT NAME]

_Leon Bowens_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_KATHY BURNEY_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _WAYNE FARMS_ at the facility located in _Union Springs, AL_. I worked at this location from
[Name of plant]          [City/State]
_4-8-97_ to _9-1-06_.
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _WAYNE Farms_ plant in _Union Springs_, and
[Name of Plant]          [City/State]
possibly other plants owned by _Waynes Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _01_ day of _9_, 2006.


_KATHY BURNEY_
[PRINT NAME]

_Kathy Burney_
[SIGNATURE]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Annie Bussey_
     [Print Name]                    states the following:

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am **currently**, or was formerly employed, by _Wayne Farms LLC_ at
      [Name of plant]
      the facility located in _Union Springs  AL_. I worked at this location from
      [City/State]
      _5-1-97_ to _Present_.
      [Date]       [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farms LLC_ plant in _Union Springs AL_ and
      [Name of Plant]                          [City/State]
      possibly other plants owned by _Wayne farms LLC_.  If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

        DATED the _9_ day of _September_, 2006.

_Annie Bussey_                    _Annie Bussey_
[PRINT NAME]                      [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Valerie Byrts_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_____ at the facility located in _Union Springs_____.  I worked at this location from
[Name of plant]
[City/State]

_5 - 1991_____ to _7 - 2005_____.
[Date]
[Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_____ plant in _Union Springs_____, and
[Name of Plant]
[City/State]
possibly other plants owned by _Wayne Farms_____.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _Sept._____, 2006.


_Valarie Byrts_____         _Valarie Byrts_____
[PRINT NAME]                     [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Beverly Calhoun_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_____ at the facility located in _Union Springs_____.  I worked at this location from _Feb 16, 1988_ to _Sept 9, -04_____.
    [Name of plant]
    [City/State]
    [Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Wayne Farms / Beverly Calhoun_ plant in _Union Springs Al_ and possibly other plants owned by _Wayne Farms_.  If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
    [Name of Plant]    [City/State]
    [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_____, 2006.

_Beverly Calhoun_____        _Beverly Calhoun_____
[PRINT NAME]            [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Tomecha Canty_____, states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Springs, Al_. I worked at this location from
[Name of plant]
_1-28-02_ to _11-03-04_.
[Date]   [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, Al_, and
[Name of Plant]   [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _Sept._, 2006.


_Tomecha Canty_
**[PRINT NAME]**

_Tomecha Canty_
**[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Martha M. Chance_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_. I worked at this location from _6|01_ to _6|05_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.


_Martha M. Chance_
[PRINT NAME]

_Martha M. Chance_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jacqueline Cooper_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, Ala_. I worked at this location from
[Name of plant]                    [City/State]
_March 2000_ to _2006_ _____.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
[Name of Plant]                   [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Jacqueline Cooper_
**[PRINT NAME]**

_Jacqueline Cooper_
**[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ebonia L. Copes_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs Al_. I worked at this location from
[City/State]
_07-14-04_  _06-12-06_ to _____.
[Date]                              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
[Name of Plant]                           [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _09_____, 2006.

_Ebonia L. Copes_
[PRINT NAME]

_Ebonia L. Copes_
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Jawanna Cunningham_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Springs Al._ .  I worked at this location from
[Name of plant]                [City/State]
_3-27-1997_ to _Present_.
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al._, and
[Name of Plant]                [City/State]
possibly other plants owned by _Wayne Farms_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16th_ day of _Sept._, 2006.

_Jawanna Cunningham_                     _Jawanna Cunningham_
[PRINT NAME]                             [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Marquetta Cunningham_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs Alabama_ I worked at this location from
[City/State]
_08-03_ to _01-05_ .
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs AL_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19_ day of _September_ , 2006.

_Marquetta L. Cunningham_          _Marquetta L. Cunningham_
[PRINT NAME]                       [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

*Ronald Davie* _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by *Wayne Warms* at
[Name of plant]
the facility located in *Union Springs* I worked at this location from
[City/State]
*10/10/90* to *9/5/06* .
[Date]                [Date/or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the *Wayne Warm* plant in *Union Spring Ala* and
[Name of Plant]                                [City/State]
possibly other plants owned by *Wayne Farm* If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the *5* day of *Sept* , 2006.

*Ronald Davie* _____          *Ronald Davis* _____
[PRINT NAME]                              [SIGNATURE]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Delores Davis_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs, AL_ I worked at this location from [City/State] _1-7-93_ to _present_ . [Date]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_ , and [Name of Plant]                                  [City/State] possibly other plants owned by _Wayne Farms_ . If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _September_ , 2006.


_Delores Davis_
[PRINT NAME]

_Delores Davis_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kirby Davis_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Spring Ala._ I worked at this location from
[Name of plant]
[City/State]
_1-26-05_ to _9-16-06_ .
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spr. Ala_ , and possibly other plants owned by _Wayne Farms_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_ , 2006.

_Kirby Davis_
[PRINT NAME]

_Kirby Davis_
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Regina Dawkins Gillis_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant]
the facility located in _Union Springs, AL_. I worked at this location from [City/State]
_Sept 16, 1997_ to _April 10, 2006_.
[Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and [Name of Plant]                                    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _Sept_, 2006.

_Regina A. Dawkins Gillis_
[PRINT NAME]

_Regina A. Dawkins Gillis_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary Ann Dulaney_ _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ _____ at
[Name of plant]
the facility located in _Union Spring, AL_. I worked at this location from
[City/State]
_10-18-99_ to _Present_ _____.
[Date]          [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union springs, AL_, and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _September_, 2006.

_Mary Ann Dulaney_ _____        _Mary Ann Dulaney_ _____
[PRINT NAME]                              [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lakesha  Efford_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne farms_ ____ at
the facility located in _Union Springs_. I worked at this location from
[Name of plant]
_June 03_ ____ to _May 04_ ____.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ ____ plant in _Union springs_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne farms_ ____.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _Sept 16_ day of _Sept_ ____, 2006.

_Lakesha Efford_ _____          _Lakesha Efford_ _____
[PRINT NAME]                       [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bobbie J. Ellis_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm LLC_ at [Name of plant] the facility located in _Union Springs_. I worked at this location from _4-2-03_ to _I'm still working_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm LLC_ plant in _Union Springs_, and [Name of Plant]                    [City/State] possibly other plants owned by _Wayne Farm LLC_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _Sept_, 2006.

_Bobbie J. Elles_                    _Bobbie J. Ellis_
[PRINT NAME]                    [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Deloris Ellis_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was (formerly) employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs AL_. I worked at this location from
[City/State]
_may of 1995_ to _5/10/04_.
[Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs AL_, and
[Name of Plant]                       [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_, 2006.

_Deloris Alis_
[PRINT NAME]

_Deloris Ellis_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Denise R. Ellis_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs Al._ . I worked at this location from
[Name of plant]    [City/State]
___ - - 92___ to ___6 - - 06___ .
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_ , and
[Name of Plant]    [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept._ , 2006.

_Denise R. Ellis_
**[PRINT NAME]**

_Denise R. Ellis_
**[SIGN NAME]**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____*Helen Ellis*_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _*Wayne Farms*_ at the facility located in _*Union Springs Al*_. I worked at this location from _*8-20-91*_ to _*9-15-06*_.
[Name of plant]
[City/State]
[Date]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _*Wayne Farms*_ plant in _*Union Springs*_, and
[Name of Plant]
[City/State]
possibly other plants owned by _*Wayne Farms*_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _*16*_ day of _*Sept.*_, 2006.

_*Helen Ellis*_
**[PRINT NAME]**

_*Helen Ellis*_
**[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mamie Fitzpatrick_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at
[Name of plant]
the facility located in _Union Springs Al_. I worked at this location from
[City/State]
_1-5-83_ to _Present_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering employees at the _Union Wayne Farms LLC_ plant in _Union Springs Al_, and
[Name of Plant]    [City/State]
possibly other plants owned by _Wayne Farms LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_, 2006.

_Mamie Fitzpatrick_
[PRINT NAME]

_Mamie Fitzpatrick_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Cathleen Thomas Foster_   states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Spring_. I worked at this location from _Aug 04_ to _April '05_.
[Name of plant]     [City/State]     [Date]     [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring Ala_, and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]     [City/State]     [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _September_, 2006.

_Cathleen Thomas Foster_          _Cathleen Thomas Foster_
[PRINT NAME]                          [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

): **CLERK OF THE COURT AND COUNSEL OF RECORD**

_Terrance Franklin_____ states the following:

[Print Name]

I am over 18 years of age and competent to give the following consent in this matter.

I am currently, or was formerly employed, by _Wayne Farms_____ at the facility located in _Union Springs AL_ I worked at this location from

[Name of plant]

[City/State]

_6/23/05_ to _present_.

[Date]    [Date, or if still working write "present"]

i.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering and employees at the _Wayne Farms_ plant in _Union Springs_ [Name of Plant]    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _Oct_, 2006.

_Terrance Franklin_____        _Terrence Franklin_____
**[PRINT NAME]**        **[SIGN NAME]**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Derrick Goode_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms LLC_ at
     [Name of plant]
     the facility located in _Union Springs Al_  I worked at this location from
     [City/State]
     _06-24-2004_ to _11- -2005_ _____ .
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs Al_ and
     [Name of Plant]                          [City/State]
     possibly other plants owned by _Wayne Farms_ .  If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _16_ day of _September_, 2006.


_Derrick Goode_ _____
[PRINT NAME]

_Derrick Goode_ _____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Michael A. Goode_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farm_ at
     [Name of plant]
     the facility located in _Union Springs AL_. I worked at this location from
     [City/State]
     _7-6-04_ to _11-18-04_ .
     [Date]      [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs AL_ , and
     [Name of Plant]                    [City/State]
     possibly other plants owned by _Wayne Farm_ . If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9th_ day of _September_ , 2006.

_Michael A. Goode_                    _Michael Goode_
[PRINT NAME]                          [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Mark A Goshay_ __ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Fram_ at [Name of plant] the facility located in _Union Spring_. I worked at this location from [City/State] _9-16-2006_ to _present_. [Date]    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Fram_ plant in _Union Spring_, and [Name of Plant]    [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Mark A Goshay_                              _Mark Goshay_
[PRINT NAME]                                   [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Teresa Grey_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne farm_____ at
the facility located in _Union Spring_____. I worked at this location from
[Name of plant]                    [City/State]
_10 – 96_____ to _Present_____.
[Date]                        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne farm_____ plant in _Union Spring_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne farm_____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _9_____, 2006.

_Teresa M. Grey_____          _Teresa M. Grey_____
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Justin Hall_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_____ at
the facility located in _Union Springs AL_. I worked at this location from
[Name of plant]                [City/State]
_June 22, 05_ to ____present_____.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _Sep._ day of _23_____, 2006.


_Justin Hall_____          _Justin Hall_____
[PRINT NAME]                     [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

**Shona Hampton** _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by **Wayne Farmer** at
[Name of plant]
the facility located in **Union Spring**. I worked at this location from
[City/State]
**05-01-97** to **09-18-06** _____.
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the **Wayne Kramer** plant in **Union Spring**, and
[Name of Plant]          [City/State]
possibly other plants owned by **Wayne Farmer**. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the **18** day of **09** _____, 2006.

**Shona Hampton** _____          **Shona Hampton**
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Henry Harris Jr._ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs, Ala._. I worked at this location from [City/State] _6-17-96_ to _present_. [Date]                [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action, covering employees at the _Wayne Farms_ plant in _Union Springs Ala_, and [Name of Plant]                          [City/State] possibly other plants owned by _Wayne Farm_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _September_, 2006.

_HENRY JR HARRIS_
[PRINT NAME]

_Henry J Harris_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jimmy Hatcher_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm_ at
      [Name of plant]
      the facility located in _Union Springs, Al._. I worked at this location from
      [City/State]
      _12-05-03_ to _7-8-05_.
      [Date]       [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the _Wayne Farm_ plant in _Union Springs Al_, and
      [Name of Plant]                    [City/State]
      possibly other plants owned by _Wayne Farm_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _23_ day of _Sep._, 2006.


_Jimmy Hatcher_
**[PRINT NAME]**

_Jimmy Hatcher_
**[SIGN NAME]**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Nicklous Hill_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, Al_. I worked at this location from
[City/State]
_5-31-01_ to _12-12-05_  _rehired_
[Date]       [Date, or if still working write "present"]   _2-19-06 and still working presently_

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union Springs, Al_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Wayne farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Nicklous Hill_                          _Nicklous Hill_
**[PRINT NAME]**                          **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Richetta Holliday_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Union Springs AL_. I worked at this location from _5/29/02_ to _10/16/04_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs AL_ and possibly other plants owned by _Wayne Farm_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _16_ , 2006.

_Richetta Holliday_                    _Richett Holliday_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Quinosha Hooks_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs/Al_. I worked at this location from
[City/State]
_10/15/04_ to _Present_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs/Al_ and
[Name of Plant]                            [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _September_, 2006.

_Quinosha Hooks_
**PRINT NAME**

_Quinosha Hooks_
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Eddie M. Hough_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Union Springs, Alabama_. I worked at this location from
    [City/State]
    _April 21, 1969_ to _present_.
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, Alabama_, and
    [Name of Plant]                              [City/State]
    possibly other plants owned by _Wayne Farms_.  If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _4th_ day of _September_, 2006.

_Eddie Mae Hough_
[PRINT NAME]

_Eddie M. Hough_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bythine Ivery_ _____ states the following:
            [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at
      _____[Name of plant]

      the facility located in _Union Springs AL_. I worked at this location from
                              [City/State]
      _08/27/01_ to _11/19/03_ _____.
      [Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs_, and
                         [Name of Plant]              [City/State]
      possibly other plants owned by _Wayne Farms LLC_. If brought as a class
                                     [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the _14_ day of _September_, 2006.


_Bythine Ivery_                    _Bithine N. Ivery_
[PRINT NAME]                       [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alonzo Jackson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_. I worked at this location from _10/01/91_ to _present_.
     [Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
     [Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _16_ day of _September_, 2006.

_Lonzo Jackson_
**[PRINT NAME]**

_alonzo jackson_
**[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bettye A. Jackson_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs_. I worked at this location from
[City/State]
_1984_ to _2004_.
[Date]      [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
[Name of Plant]      [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _Sept_, 2006.

_Bettye A. Jackson_            _Bettye A. Jackson_
[PRINT NAME]                  [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Evelina Jackson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, AL_. I worked at this location from
[City/State]
_Oct 26 92_ to _present_.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
[Name of Plant]                              [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _Sept_, 2006.

_Evelina Jackson_                         _Evelina Jackson_
[PRINT NAME]                              [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_FRANCES Jackson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Springs AL_ I worked at this location from
[City/State]
_12-9-1988_ to _To The present. Date_
[Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs AL_ and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne Farms_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _Sept_, 2006.

_FRANCES Jackson_
[PRINT NAME]

_Frances Jackson_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**


__Susie A. Jackson__ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __WAYNE FARMS LLC__ at
the facility located in __UnionSprings AL.__.    I worked at this location from
[Name of plant]
__3-6-91__ to __Present__.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.    I also understand that the lawsuit may seek recovery for unpaid production time.    I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __WAYNE FARMS LLC__ plant in __UnionSprings AL.__, and
[Name of Plant]                                    [City/State]
possibly other plants owned by __WAYNE FARMS__.    If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __25__ day of __Sept.__, 2006.


__Susie A. Jackson__                    __Susie A. Jackson__
[PRINT NAME]                             [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Jessica Jenkins_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms, LLC_ at
the facility located in _Union Springs /AL_. I worked at this location from
[Name of plant]
[City/State]
_May 2004_ to _Feb. 2005_.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms, LLC_ plant in _Union Springs/AL_ and
[Name of Plant]
[City/State]
possibly other plants owned by _Wayne Farms, LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Jessica M. Jenkins_
[PRINT NAME]

_Jessica M Jenkins_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Doretha Johnson _____ states the following:
[Print Name]

1.      I am over 18 years of age and competent to give the following consent in this matter.

2.      I am currently, or was formerly employed, by Wayne Farms _____ at
        [Name of plant]
        the facility located in Union Spg, Al . I worked at this location from
        [City/State]
        1/4/88 _____ to 9/15/06 .
        [Date]                [Date, or if still working write "present"]

3.      I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.      I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.      I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.      I understand that this suit may be brought as a class action covering employees at the Wayne Farms _____ plant in Union Spgs, Al , and
        [Name of Plant]                         [City/State]
        possibly other plants owned by Wayne Farms . If brought as a class
        [Name of Plant]
        action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

        DATED the 16 day of Sept 16 , 2006.


Doretha Johnson _____          Aretha Johnson _____
[PRINT NAME]                        [SIGN NAME]

## **CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Pamela    Johnson_                states the following:
           [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs Ala_. I worked at this location from
[City/State]
_9-19-92_ to _9-4-06_.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Ala_ and
[Name of Plant]                [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

         DATED the _9_ day of _4_, 2006.


_Pamela Johnson_                    _Pamela Johnson_
[PRINT NAME]                         [SIGNATURE]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Recike Johnson_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_____ at
      [Name of plant]
      the facility located in _Union Springs, Al_____ .   I worked at this location from
      [City/State]
      _2 - 2003_____ to _3 - 2004_____ .
      [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms____ plant in _Union Springs____ , and
      [Name of Plant]                                    [City/State]
      possibly other plants owned by _Wayne Farms_____ .  If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _18_ day of _Sept._____ , 2006.


_Recike Johnson_____            _____
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bruce Jones_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs, Al_. I worked at this location from [City/State] _10/22/92_ to _Present_.
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al_, and [Name of Plant]                          [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _September_, 2006.

_Bruce Jones_                    _Bruce Jones_
[PRINT NAME]                     [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Dwight Jones_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Spring_.  I worked at this location from
_12-30-96_ to _9-13-06_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring_, and
possibly other plants owned by _Wayne Farms_.  If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _9_, 2006.


_Dwight Jones_                    _Dwight Jones_
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Loretta R. Jones_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farm LLC_ at
the facility located in _Union Springs, Al_. I worked at this location from
[Name of plant] [City/State]
_3-16-82_ to _Present_.
[Date] [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm LLC_ plant in _Union Springs, Ala_, and
[Name of Plant] [City/State]
possibly other plants owned by _Wayne Farm_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _September_, 2006.


_Loretta R Jones_
**[PRINT NAME]**

_Loretta R. Jones_
**[SIGN NAME]**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Lucy Jones_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Union Spring, Alg_. I worked at this location from
_5-9-78_ to _Present_.
[Date]              [Date, or if still working write "present"]

I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

I believe I have not been paid for all compensable time, which I have worked, including overtime.

I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs, Alg_, and
[Name of Plant]                                      [City/State]
possibly other plants owned by _Wayne Farm_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _Sept._, 2006.

_Lucy Jones_                    _Lucy Jones_
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

MR. Reggie Parnell Jones states the following:
(Print Name)

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Wayne Farms P. Plant at [Name of plant] the facility located in Union Springs AL. I worked at this location from No. Sure 1-03 [City/State] to 9-03 Check Record to Make Sure! (R.J) [Date] [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the Wayne Farms [Name of Plant] plant in Union Springs, and [City/State] possibly other plants owned by Wayne Farms. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16 day of Sept., 2006.

MR. Reggie P. Jones
[PRINT NAME]

Mr. Reggie Parnell Jones
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Timothy Jordan_ _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by __Wayen Farms__ at
    [Name of plant]
    the facility located in __Union Spring__. I worked at this location from
    [City/State]
    __01·08-04__ to __03-5-06__.
    [Date]                [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the __Wayen Frams__ plant in __Union Spring__, and
    [Name of Plant]                    [City/State]
    possibly other plants owned by __Wayem Frams__. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __16__ day of __Sept__, 2006.

_Timoths Jordan_ _____            _Timothy Jordan_ _____
[PRINT NAME]                          [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Trellis S. Jordan _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Waynes Farm _____ at [Name of plant] the facility located in Union Springs, AL. I worked at this location from [City/State] January 17, 2003 to Present. [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Waynes Farms _____ plant in Union Springs, AL, and [Name of Plant] [City/State] possibly other plants owned by Waynes Farms. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 11 day of September, 2006.


Trellis S. Jordan _____
[PRINT NAME]

Trellis S. Jordan _____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jennifer Key_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _union Spring_. I worked at this location from
    [City/State]
    _9/96_ to _present_.
    [Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Frams_ plant in _union Spring_, and
    [Name of Plant]                  [City/State]
    possibly other plants owned by _Wayne Frams_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _24_ day of _September_ 2006.

_Jennifer Key_
[PRINT NAME]

_Jennifer Key_
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Devoris Lampley _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Wayne Farms Llc. _____ at
the facility located in Union Springs ___. I worked at this location from
[City/State]
1/11/04 _____ to Present _____.
[Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
employees at the WAYNE Farms _____ plant in Union Springs ___. and
[Name of Plant]                [City/State]
possibly other plants owned by Wayne Farms. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

   DATED the 14 day of September , 2006.


Devoris Lampley _____          Devori Lampley _____
[PRINT NAME]                     [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kare E Lee_____ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm_____ at
the facility located in _Union Spgs Al._. I worked at this location from
      [City/State]
_april 89_____ to _____Present_____.
   [Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_____ plant in _Union Spgs Al._, and
      [Name of Plant]                [City/State]
possibly other plants owned by _Wayne Farm_____. If brought as a class
                  [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_____, 2006.

_Karen E. Lee_____          _Karen Lee_____
**[PRINT NAME]**                 **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Regenia F. Long_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, AL_. I worked at this location from
[City/State]
_10 07 80_ to _Present_
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs AL_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _September_, 2006.

_Regenia F. Long_
[PRINT NAME]

_Regenia F. Long_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Annie P. Mack_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne farms_ at
      [Name of plant]
      the facility located in _Union Springs Al._.  I worked at this location from
      [City/State]
      _9-19-96_____ to _9-13-096_____.
      [Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union Springs Al_, and
      [Name of Plant]                                        [City/State]
      possibly other plants owned by _Wayne farms_.  If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _13_ day of _9-13_____, 2006.


_Annie Pearl Mack_____          _Annie Pearl Mack_____
[PRINT NAME]                    [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Frankie M. Maddox _states the following:_
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_ I worked at this location from _00 22 83_ to _present_.
[Date]    [City/State]    [Date, or if still working write "present"]    [Name of plant]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]    [City/State]    [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _02_ day of _October_, 2006.

_Frankie M. Maddok_
[PRINT NAME]

_Frankie M. Maddox_
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_____Jesse Mahone_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___WAYNE FARMS___ at
      [Name of plant]
      the facility located in __UNION SPRING__. I worked at this location from
      [City/State]
      __2 25 01__ to ___8-16-06___.
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __WAYNE FARMS__ plant in __UNION SPRING__, and
      [Name of Plant]                            [City/State]
      possibly other plants owned by __WAYNE FARMS__. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the __12__ day of __September__ 2006.


__Jesse Mahone__                    __Jesse Mahone__
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_NEKESIA NMARTIN_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am <u>currently</u>, or was formerly employed, by _WAYNE FARMS_ at the facility located in _UNIN SPRINGS, AL_. I worked at this location from
[Name of plant]     [City/State]
_MARCH 18 2002_ to _PRESENT_.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _WAYNE FARMS_ plant in _UNIN SPRINGS AL_, and
[Name of Plant]          [City/State]
possibly other plants owned by _WAYNE FARMS_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _SEPTEMBER_ 2006.

_NEKESIA NMARTIN_
**[PRINT NAME]**

_[signature]_
**[SIGN NAME]**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Helen L Mason_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms LLC_ at the facility located in _Union Sprngs Ala_. I worked at this location from
[Name of plant]     [City/State]
_3-2-1992_ to _Present_ .
[Date]      [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs Ala_, and
[Name of Plant]      [City/State]
possibly other plants owned by _Wayne Farms LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9th_ day of _September_, 2006.


_Helen L mason._          _Helen L mason._
[PRINT NAME]              [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sheila McClain_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs_ . I worked at this location from
[City/State]
_1-28-97_ to _Present_ .
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union Springs_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _Sept_ , 2006.

_Sheila McClain_                    _Sheila McClain_
[PRINT NAME]                    [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Qunnie Mc Clendon_
_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Waynes Poultry_ at
the facility located in _Union Springs, AL_ . I worked at this location from
[Name of plant]
_Nov. 2004_ to _PRESENT_ .
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Waynes Poultry_ plant in _Union Springs, AL_ , and
[Name of Plant]                        [City/State]
possibly other plants owned by _Waynes Poultry_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1st_ day of _Sept._ , 2006.

_Qunnie L McClendon_          _Qunnie L McClendon_
[PRINT NAME]                          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shawanna McSwain_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs Al._. I worked at this location from _March 19, 2002_ to _present_.
[Name of plant]
[City/State]
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al._, and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Shawanna McSwain_            _Shawanna McSwain_
[PRINT NAME]                [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Viola Lee Monday_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Springs Alabama_ I worked at this location from
[City/State]
_22 years_ to _Present_ .
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs_ , and
[Name of Plant]        [City/State]
possibly other plants owned by _Wayne Farm_ .  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _11_ , 2006.

_Viola Lee Monday_                    _Viola Lee Monday_
**[PRINT NAME]**                        **[SIGN NAME]**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Jeffery Murray_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs_ .  I worked at this location from
[Name of plant]
_July 15, 04_ to _Present_ .
[Date]          [City/State]
[Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_ , and possibly other plants owned by _Wayne Farms_ .  If brought as a class
[Name of Plant]          [City/State]
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_ , 2006.

_Jeffery Murray_
[PRINT NAME]

_Jeff M_
[SIGN NAME]

## **CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Joan OLiver_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at
the facility located in _Union Springs AL_. I worked at this location from
[Name of plant]                        [City/State]
_10-25-91_ to _present_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs AL_ and
[Name of Plant]                        [City/State]
possibly other plants owned by _Wayne Farms LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _September_, 2006.


_Joan OLiver_                    _Joan M Oliver_
[PRINT NAME]                     [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lamisha  Oliver_ _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, Al_.  I worked at this location from
    [Name of plant]                    [City/State]
    _11-01-2403_ to _9-12-2005_.
    [Date]            [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, Al_, and
    [Name of Plant]                    [City/State]
    possibly other plants owned by _Wayne Farms_.  If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept._, 2006.

_Lamisha  Oliver_
**PRINT NAME**

_Lamisha Oliver_
**SIGN NAME**

# <u>CONSENT TO JOIN SUIT AS PARTY PLAINTIFF</u>

**TO:**   **CLERK OF THE COURT AND COUNSEL OF RECORD**

_____George Palm_____ states the following:
(Print Name)

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs AL_. I worked at this location from
     [Name of plant]
     _3-02_ to _present_.
     [Date]        [City/State]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs AL_ and
     [Name of Plant]                              [City/State]
     possibly other plants owned by _Wayne Farms_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _14_ day of _Sept_, 2006.


_George Palm_                    _George Palm_
[PRINT NAME]                     [SIGNATURE]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bobbie Ann Parhams_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, Al_ I worked at this location from
[City/State]
_March 22, 1979_ to _Present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, Al_ and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept._, 2006.


_Bobbie A. Parhams_
[PRINT NAME]

_Bobbie A. Parhams_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_George Parham_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
      [Name of plant]
      the facility located in _Union, Springs Ala._. I worked at this location from
      [City/State]
      _5/16/02_ to _present_.
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs ala_ and
      [Name of Plant]                            [City/State]
      possibly other plants owned by _Wayne Farms_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.


_George Parham_                  _George Palm_
[PRINT NAME]                     [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Danny A. Parker _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Wayne Farms _____ at
[Name of plant]
the facility located in Union Springs. I worked at this location from
[City/State]
7-7-03 _____ to 9-6-06 _____.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Wayne Farms plant in Union Springs, and
[Name of Plant]                [City/State]
possibly other plants owned by Wayne Farms. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 18 day of Sept, 2006.

Danny A. Parker _____        Danny Parker _____
[PRINT NAME]                   [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**): CLERK OF THE COURT AND COUNSEL OF RECORD**

_arvey C. Parker_ _____ states the following:
[Print Name]

I am over 18 years of age and competent to give the following consent in this matter.

I am currently, or was formerly employed, by _Wayne Farms_ _____ at
[Name of plant]
the facility located in _Union Springs Ala._ _____. I worked at this location from
[City/State]
_12-19-02_ _____ to _____ _present_ _____.
[Date]     [Date, or if still working write "present"]

I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

I believe I have not been paid for all compensable time, which I have worked, including overtime.

I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ _____ plant in _Union Springs Ala._ and
[Name of Plant]     [City/State]
possibly other plants owned by _Wayne Farms_ _____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of ~~xxxx~~ _9_ , 2006.


_larvey C. Parker_ _____          _Harvey C Parker_ _____
[PRINT NAME]                              [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lenett  Patterson_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm_ at
      [Name of plant]
      the facility located in _Union Springs AL_. I worked at this location from
      [City/State]
      _9-19-1985_ to _Present_.
      [Date]           [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs AL_, and
      [Name of Plant]                          [City/State]
      possibly other plants owned by _Wayne Farm_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _9 -_____, 2006.

_Lenett Patterson_ _____          _Lenett Patterson_ _____
**[PRINT NAME]**                            **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shuitoria Patterson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Springs_.  I worked at this location from
[Name of plant]
_7/01_ to _Present_.
[Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and possibly other plants owned by _Wayne Farms_.  If brought as a class
[Name of Plant]                    [City/State]
action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16th_ day of _September_, 2006.

_Shirtoria Patterson_                 _Shirtoria Patterson_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jaime Peebles_ ___ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union springs / Ala_ . I worked at this location from
[Name of plant]                        [City/State]
_Feb. 2003_ to _September 18, 2003_ .
[Date]                        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union springs / Ala_ , and
[Name of Plant]                        [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _September_ , 2006.

_Jaime Peebles_
**PRINT NAME**

_Jaime Peebles_
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ruby Peebles_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms LLC_ at [Name of plant] the facility located in _Union Springs, AL_. I worked at this location from [City/State] _5/26/54_ to _Retired 6/10/06_ [Date] [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs, AL_, and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _Sept_, 2006.

_Ruby Peebles_
[PRINT NAME]

_Ruby Peebles_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Rachel Penn_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Sps S AL_. I worked at this location from
[Name of plant]          [City/State]
_10-29-85_ to _9-12-06_.
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Sps AL_, and
[Name of Plant]          [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _September_, 2006.

_Rachel Penn_          _Rachel Penn_
[PRINT NAME]          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ruby M. Person_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
      [Name of plant]
      the facility located in _Union Springs, AL_. I worked at this location from
      [City/State]
      _08/05/97_ to _present_.
      [Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _WAYNE FARM_ plant in _UNION SPRING_, and
      [Name of Plant]                    [City/State]
      possibly other plants owned by _WAyne Farms_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _SEPTEMBER_ 2006.

_RuBY M. PERSON_                    _Ruby M. Person_
[PRINT NAME]                         [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Peggy L. Pitts_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Fram_ at the facility located in _Union Springs AL 36089_ worked at this location from _9-22-72_ to _Present_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Fram_ plant in _Union Springs AL_ and possibly other plants owned by _Wayne Farm_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9th_ day of _September_, 2006.

_Peggy L. Pitts_ _____
[PRINT NAME]

_Peggy L. Pitts_ _____
[SIGN NAME]

# **CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

*Delois Pritchett* _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs. Al_. I worked at this location from
[Name of plant]        [City/State]
_10/16/-75_ to _about Present_.
[Date]            [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs A_) and
[Name of Plant]        [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _Sept._, 2006.

_Delois Pritchett_ _____
**[PRINT NAME]**

_Deloi Pritchett_ _____
**[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Marie Pritchett_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs, AL_. I worked at this location from [City/State] _06/14/95_ to _present_. [Date] [Date or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_. and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Marie Pritchett_                    _Marie Pritchett_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ollie M. Pugh_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
      [Name of plant]
      the facility located in _Union Springs_. I worked at this location from
      [City/State]
      _9/22/80_ to _9/3/06_.
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs_ and
      [Name of Plant]                    [City/State]
      possibly other plants owned by _Wayne Farms_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _3_ day of _Sept_, 2006.

_Ollie M. Pugh_                _Ollie M. Pugh_
[PRINT NAME]                   [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Betty  J.  Randolph_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union, Springs_. I worked at this location from
[Name of plant]                                    [City/State]
_3/16/76_ to _present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and possibly other plants owned by _Wayne Farms_ If brought as a class
[Name of Plant]                                    [City/State]
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16th_ day of _September_, 2006.

_Betty J. Randolph_                    _Betty J. Randolph_
[PRINT NAME]                           [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Deloise Randolph_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne FarmsLLC_ at
     [Name of plant]
     the facility located in _Union Springs · Al_.  I worked at this location from
     [City/State]
     _9-10-06_ to _Present_.
     [Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al_, and
     [Name of Plant]                    [City/State]
     possibly other plants owned by _Wayne Farms_.  If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _September_, 2006.

_Deloise Randolph_                      _Deloise Randolph_
[PRINT NAME]                            [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

*Mary Dean Rayburn* states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by *Wayen Farms LLC*       at
     [Name of plant]
     the facility located in *Union Springs Ala.* . I worked at this location from
     [City/State]
     *1978*         to     *present*         .
     [Date]            [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the *Wayen Farms LLC* plant in *Union Springs* , and possibly other plants owned by *Wayne Farms LLC* . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the *16* day of *Sept* , 2006.

*Mary Dean Rayburn*          *Mary Dean Rayburn*
[PRINT NAME]                  [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ola Mae Reed_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms LLC_ at
   [Name of plant]
   the facility located in _Union Springs Al._ . I worked at this location from
   [City/State]
   _1-3-1977_ to _9-1-06_ .
   [Date]            [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs Al._ , and
   [Name of Plant]                              [City/State]
   possibly other plants owned by _Wayne Farms LLC_ . If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _1_ , 2006.

_Ola Mae Reed_                          _Ola Mae Reed_
[PRINT NAME]                            [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Tracy Robbins_____ states the following:
     [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___Wayne Farm___ at
      [Name of plant]
      the facility located in _Union Spring Al._. I worked at this location from
                              [City/State]
      ___2-2-87___ to ___Present___.
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Spring Al._, and
                     [Name of Plant]                    [City/State]
      possibly other plants owned by _Wayne Farm_. If brought as a class
                                      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED th 24 _ day of _Sept._, 2006.


___Tracy Robbins___          ___Tracy Robbins___
[PRINT NAME]                 [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alfred Robinson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms LLC_ at
     [Name of plant]
     the facility located in _Union Springs_ I worked at this location from
     [City/State]
     _11/00_ to _01/06 (current employer)_
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs_ and
     [Name of Plant]                    [City/State]
     possibly other plants owned by _Wayne Farms LLC_ If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _6_ day of _September_ 2006.

_Alfred Robinson_                    _Alfred Robinson_
[PRINT NAME]                         [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Christine Rodgers _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at
      Union Springs AL
      the facility located in _Bulloch Co AL_ . I worked at this location from
                              [City/State]
      _Jan 13, 1992_ to _present_ .
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
                                          Union Springs AL
      employees at the _Wayne Farm_ plant in _Bulloch Co AL_ , and
                        [Name of Plant]        [City/State]
      possibly other plants owned by _Wayne Farm_ . If brought as a class
                                      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _19_ , 2006.

Christine Rodgers _____        Christ Rodgers _____
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mattie P. Rodgers_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Waynes Farms_ at
     [Name of plant]
     the facility located in _Union Springs Al_. I worked at this location from
     [City/State]
     _10-21-97_ to _Present_ .
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _UnionSpgs Al_ , and
     [Name of Plant]                [City/State]
     possibly other plants owned by _Wayne Farms_ . If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _09_ day of _September_, 2006.


_Mattie P. Rodgers_                    _Mattie P. Rodgers_
**PRINT NAME**                         **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Larry Rumph_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_____ at the facility located in _Union Spring_____.  I worked at this location from
     _4-16-06_____ to _9-16-06_____.
     [Date]              [Date, or if still working write "present"]
     [Name of plant]
     [City/State]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_____ plant in _Union Spring___, and possibly other plants owned by _Wayne Farm_____.  If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
     [Name of Plant]        [City/State]
     [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _9_ day of _16_____, 2006.

_harry Rumph_____          _Larry Rumph_____
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sherry Rumph_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms___ at
     [Name of plant]
     the facility located in _Union Spring, AL_. I worked at this location from
     [City/State]
     _8-20-96_ to _Present_.
     [Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring_, and
     [Name of Plant]                        [City/State]
     possibly other plants owned by _Wayne Farms_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _10_ day of _Sept._, 2006.


_Sherry Rumph_____                _Sherry Rumph_____
**[PRINT NAME]**                  **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_John Scott_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, AL_ I worked at this location from
[City/State]
_03|02|00_ to _present_.
[Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_John Scott_ _____          _James Scott_ _____
[PRINT NAME]                       [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Freddie Lee Shelley_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by ___Wayne Farms___ at the facility located in ___Union Springs A.___ I worked at this location from
[Name of plant]                          [City/State]
___4-16-1990___ to ___Present___.
[Date]                    [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the ___Wayne Farms___ plant in ___Union Springs A.___ and
[Name of Plant]                          [City/State]
possibly other plants owned by ___Wayne Farms___. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the ___9th___ day of ___Sept___, 2006.

_Freddie Lee Shelley_                    _Freddie Lee Shelley_
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_MAYOLA     Shelley_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne   Farm_ at the facility located in _Union Springs_. I worked at this location from
[Name of plant]
[City/State]
_09|03_ to _05|05_.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action, covering employees at the _Wayne Farm_ plant in _Union Springs_, and
[Name of Plant]                                              [City/State]
possibly other plants owned by _Wayne Farm_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _16_, 2006.

_MAYOLA SKELLEY_
[PRINT NAME]

_maYola Shelley_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Beverly Simmons_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
      the facility located in _Union Springs, AL_. I worked at this location from
                       [Name of plant]
      _08|15|96_    to    _present_.
         [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
                             [Name of Plant]                    [City/State]
      possibly other plants owned by _Wayne Farms_. If brought as a class
                                  [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29_ day of _September_ 2006.


_Beverly Simmons_                    _Beverly A Simmons_
**[PRINT NAME]**                     **[SIGN NAME]**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tammy J. Smart_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
      [Name of plant]
      the facility located in _Union Springs, AL_ I worked at this location from
      [City/State]
      _07/18/00_ to _present_ .
      [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
      [Name of Plant]                              [City/State]
      possibly other plants owned by _Wayne Farms_ .  If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _03_ day of _October_ , 2006.


_Tammy J. Smart_
[PRINT NAME]

_Tammy J. Smart_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Althea  Smith_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wanye Farms_ at
the facility located in _Union Springs, AL_.  I worked at this location from
[City/State]
_May 07 97_ to _Present_.
[Date]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.  _yes_

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.  _yes_

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.  _yes_

6.    I understand that this suit may be brought as a class action covering employees at the _Wanye Farms_ plant in _Union Springs_, and
[Name of Plant]      [City/State]
possibly other plants owned by _Wanye Farms_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.  _yes_

I swear or affirm that the foregoing statements are true to the best of my knowledge.
DATED the _16_ day of _September_, 2006.

_Althea  Smith_
[PRINT NAME]

_Althea Smith_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Charolette Smith _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Wayne Farms LLC at
     [Name of plant]
     the facility located in Union Springs, Al I worked at this location from
     [City/State]
     5/18/94 _____ to _____ present
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the Wayne Farms LLC plant in Union Springs, Al, and
     [Name of Plant]                         [City/State]
     possibly other plants owned by Wayne Farms LLC If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 13 day of September, 2006.

Charolette Smith                    Charolette Smith
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Dessie Smith _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Wayne Farms _____ at
the facility located in Union Springs AL. I worked at this location from
[Name of plant]
[City/State]
6-18-2000 to 9-9-2006 _____.
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
employees at the Wayne Farms _____ plant in Union Springs AL, and
[Name of Plant]                                [City/State]
possibly other plants owned by Wayne Farms _____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 9 day of 9 _____, 2006.


Dessie Smith _____            Dessie Smith _____
[PRINT NAME]                              [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Gloria Smith_ _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs, Al_ I worked at this location from [City/State] _6/5/1997_ to _8/21/2002_. [Date]     [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al_ and [Name of Plant]     [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _September_ 2006.

_Gloria Smith_ _____     _Gloria Smith_ _____
[PRINT NAME]     [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Janekia Smith_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_____ at
the facility located in _Union Springs Al._. I worked at this location from
_Jan 2003_ to _Present_.
[Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al_ and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.


_Janekia Smith_____              _Janekia Smith_____
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary E S Pann_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayn Farm_ at
the facility located in _Union Spring_. I worked at this location from
[Name of plant]
_4-17-89_ to _9-16-06_.
[City/State]
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Spring Al_ and
[Name of Plant]                              [City/State]
possibly other plants owned by _Wayne Farm_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Spt._, 2006.

_Mary Spann_                    _Mary Spann_
**[PRINT NAME]**                **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Eunice B. Sparks_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms LLC_ at
[Name of plant]
the facility located in _Union Springs_. I worked at this location from
[City/State]
_9-17-86_ to _Until Now_.
[Date]          [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs_, and
[Name of Plant]          [City/State]
possibly other plants owned by _Wayne Farms LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1st_ day of _September_ 2006.

_Eunice B. Sparks_                  _Eunice B. Sparks_
[PRINT NAME]                          [SIGNATURE]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

Kimberlyn Denise Sparks ___ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Spring, Alabama_ I worked at this location from
[City/State]
_July 31, 1999_ to _Present_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Union Spring Wayne Farm_ plant in _Union Spring Al_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Kimberlyn Sparks_                _Kimberlyn Sparks_
[PRINT NAME]                      [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

Marvin   Stewart        states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by Wayne Farms LLC    at
    [Name of plant]
    the facility located in Union Springs AL . I worked at this location from
    [City/State]
    10-27-04     to   Present            .
    [Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the Wayne Farms LLC    plant in Union Springs AL , and
    [Name of Plant]                [City/State]
    possibly other plants owned by Wayne Farms LLC . If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 10th day of September , 2006.


Marvin  Stewart              Marvin Stewart
**PRINT NAME**               **SIGN NAME**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Lanethia Still _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Wayne Farms _____ at
[Name of plant]
the facility located in Union Springs _____.  I worked at this location from
[City/State]
8-1997 _____ to 1-13-66 _____.
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the Wayne Farms _____ plant in Union Springs _____, and
[Name of Plant]          [City/State]
possibly other plants owned by Wayne Farms _____.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 9 day of 16 _____, 2006.

Lanethia St.11 _____
[PRINT NAME]

Lanethia Still
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Darlene A. Sullen_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ _____ at
the facility located in _Union Springs, AL_ . I worked at this location from
_06/03/80_ to _Present_ .
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms, LLC_ plant in _Union Springs, AL_ , and
[Name of Plant]                        [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _2_ day of _September_, 2006.

_Darlene A. Sullen_ _____
[PRINT NAME]

_Darlene G. Sullen_ _____
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lawanda Tarver_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farm_ _____ at the facility located in _Union Spring AL_. I worked at this location from
[Name of plant]     [City/State]
_09-22-06_ to _11 2004_ .
[Date]     [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs AL_, and
[Name of Plant]     [City/State]
possibly other plants owned by _Wayne Farm_ _____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _09_ day of _22_ _____, 2006.

_Lawanda Tarver_ _____          _Lawanda Tarver_ _____
[PRINT NAME]                            [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lillie B. Tarver_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Poultry Farms_ at
the facility located in _Union Spring Al_.  I worked at this location from
_1979_ ~~October 2000~~ to _Present_.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Poultry Farms_ plant in _Union Spring, Al_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Wayne Farms_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _16_____, 2006.


_Lillie B. Tarver_____          _Lillie B. Tarver_____
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sabrena M. Tarver_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms, LLC_ at
[Name of plant]
the facility located in _Union Springs, AL_. I worked at this location from
[City/State]
_Dec. 23, 2002_ to _Aug. 8, 2005_.
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and
[Name of Plant]          [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11th_ day of _September_, 2006.

_Sabrena M. Tarver_          _Sabrena M. Tarver_
[PRINT NAME]          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Sherry Tarver _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Wayne Farms LLC at
     [Name of plant]
     the facility located in Union Springs Al. I worked at this location from
     [City/State]
     July 7 1999 to December 3, 2003.
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the Wayne Farms plant in Union Springs Al, and
     [Name of Plant]                    [City/State]
     possibly other plants owned by Wayne Farms. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 20 day of Sept , 2006.

Sherry Tarver _____        Sherry Tarver _____
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

Theresa Ann Tarner states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Wayne Farms at the facility located in Union Spring, Al. I worked at this location from
[Name of plant]
[City/State]
May n y 97 to Present.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Wayne Farms plant in Union Spring, Al and
[Name of Plant]
[City/State]
possibly other plants owned by Wayne Farms. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 13 day of September, 2006.

Theresa Ann Tarner
[PRINT NAME]

Theresa Ann Tarner
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Wendy Tarver_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
     [Name of plant]
     the facility located in _Union Springs, AL_. I worked at this location from
     [City/State]
     _10-30-1992_ to _12 - 2003_.
     [Date]                   [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs AL_, and
     [Name of Plant]                          [City/State]
     possibly other plants owned by _Wayne Farms_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _23_, 2006.

_Wendy Tarver_
**[PRINT NAME]**

_Wendy Tarver_
**[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

MAry E. THomAs
[Print Name] _____ states the following:

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by WAyne Farm _____ at the facility located in Union Spring _____ . I worked at this location from
[Name of plant]
[City/State]
6-28-79 to PreSent
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Wayne Farm _____ plant in Union Spring _____ , and
[Name of Plant]
[City/State]
possibly other plants owned by Wayne farm _____ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16 day of Sept. , 2006.

Mary E. THomAs
[PRINT NAME]

Mary E Thomas
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Tuwanda L. Thomas_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Waynes Farms_____ at
     [Name of plant]
     the facility located in _Union Springs, AL___. I worked at this location from
     [City/State]
     _Sept. 2004____ to _JAN. 2005___.
     [Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Waynes Farms___ plant in _Union Springs, AL_, and
     [Name of Plant]                                  [City/State]
     possibly other plants owned by _Waynes Farms___. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _September_, 2006.


_Tuwanda Thomas_____          _Tuwanda Thomas_____
[PRINT NAME]                     [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_Pamela Thorpe_ _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ _____ at
    [Name of plant]
    the facility located in _Union Springs AL_ _____. I worked at this location from
    [City/State]
    _Sept 2003 to Feb 2004_ to _____.
    [Date]                    [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ _____ plant in _Union Spring AL_ _____, and
    [Name of Plant]                          [City/State]
    possibly other plants owned by _Wayne Farms_ _____. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_ _____, 2006.


_Pamela Thorpe_ _____          _Pamela Thorpe_ _____
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Terrance Warmack_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs Ala_.  I worked at this location from
[City/State]
_1-18-06_ to _9-29-06_.
[Date]              [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs/Ala_, and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne Farms_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29_ day of _September_, 2006.


_Terrance Warmack_                    _Terrance Warmack_
[PRINT NAME]                                [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Pleshette Williams _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Wayne Farm _____ at
      [Name of plant]
      the facility located in Union Springs Alabama I worked at this location from
      [City/State]
      Dec of 03 _____ to July of 2004 _____.
      [Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Wayne Farm _____ plant in Union Springs Alabama and
      [Name of Plant]                          [City/State]
      possibly other plants owned by Wayne Farms _____.  If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
      [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16 day of September, 2006.


Pleshette Williams _____          Pleshette Williams _____
[PRINT NAME]                          [SIGN NAME]



# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alan Williamson_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Union Springs, AL_. I worked at this location from
[Name of plant]      [City/State]
_12/26/00_ to _Present_.
[Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs AL_ and
[Name of Plant]          [City/State]
possibly other plants owned by _Wayne Farm_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _10_, 2006.

_Alan Williamson_              _Alan William_
**PRINT NAME**                    **SIGN NAME**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Laurie Ann Willis_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _WANEY Farm_ at
   [Name of plant]
   the facility located in _Union Spring_ I worked at this location from
   [City/State]
   _4-18-03_ to _Still Working_.
   [Date]        [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action, covering employees at the _WANEY Farm_ plant in _Union Spring_, and
   [Name of Plant]           [City/State]
   possibly other plants owned by _Wayne Farms_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.
   DATED the _9 10_ day of _September_, 2006.

_Laurie Ann Willis_                    _Laurie Ann Willis_
**PRINT NAME**                         **SIGN NAME**

## **CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

LaQuetta Wood _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Wayne Farms LLC at
     [Name of plant]
     the facility located in Union Springs . I worked at this location from
     [City/State]
     Aug 2005 to Nov 2005 .
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the Wayne farm plant in Union Springs , and
     [Name of Plant]                          [City/State]
     possibly other plants owned by Wayne Farms . If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16 day of September 2006.


LaQuetta Wood _____          LaQuetta Wood _____
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Vera Wright_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farm_ at
     the facility located in _Union Spring_. I worked at this location from
     [Name of plant]                [City/State]
     _1991_ to _Present_.
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Spring_, and possibly other plants owned by _Wayne Farm_ If brought as a class
     [Name of Plant]                [City/State]
     action under either federal or state law, I agree to be a named Plaintiff in such class.
     [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept._, 2006.

_Vera Wright_                    _Vera Wright_
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Betty Jean Young_ states the following:
    **[Print Name]**

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _____ at
     **[Name of plant]**
     the facility located in _____.  I worked at this location from
     **[City/State]**
     _____ to _____.
     **[Date]**          **[Date, or if still working write "present"]**

3.   I understand that this suit is being brought to recover compensation for pre-
     and post-production time activities from my employer.  I also understand that
     the lawsuit may seek recovery for unpaid production time.  I understand that
     the suit is brought pursuant to both federal law and applicable state statutes,
     if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
     settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the _____ plant in _____, and
     **[Name of Plant]**                        **[City/State]**
     possibly other plants owned by _____.  If brought as a class
     **[Name of Plant]**
     action under either federal or state law, I agree to be a named Plaintiff in such
     class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.
     DATED the ___ day of _____, 2006.

_____          _____
**[PRINT NAME]**                **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Angela F. Youngblood_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, AL_ I worked at this location from
[City/State]
_7/10/97_ to _02/27/04_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
[Name of Plant]        [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _02_ day of _October_, 2006.

_Angela F. Youngblood_                _Angela Youngblood_
**[PRINT NAME]**                **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Christine Youngblood_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs, Al_. I worked at this location from [City/State] _9/24/84_ to _present_. [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, Al_, and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _4th_ day of _Sept_, 2006.

_Christine Youngblood_
[PRINT NAME]

_Christine Youngblood_
[SIGNATURE]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Demaillee Youngblood_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs_.  I worked at this location from
[City/State]
_Jan 2003_ to _July 2005_.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne Farms_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of ~~Sept~~ Stember 2006.


_Demaillee Youngblood_                    _Demaillee Youngblood_
**[PRINT NAME]**                            **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:     CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shirley P. Youngblood_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs Ala_.  I worked at this location from [City/State] _9/18/92_ to _Present_.
[Date]          [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Ala_, and [Name of Plant]                         [City/State] possibly other plants owned by _Wayne Farms_.  If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

.     DATED the _12th_ day of _9~~xxxx~~_, 2006.


_Shirley P. Youngblood_                    _Shirley P. Youngblood_
[PRINT NAME]                               [SIGN NAME]