**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wayne Farms LLC- Union Springs Plant
c/o The Corporation Company
2000 Interstate Park Drive Ste 204
Montgomery, AL 36109

#4817   06 cv 951 S&C

2. Article Number
(Transfer from service label)    7005 1160 0000 5939 9126

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Janis Smith     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Janis Smith                      10/26/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540