IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARREN ANDERSON, BRENDA AUSTIN, MARY L. AVERY, SHIRLEY ANN BORDERS, CARLA BYRTS, CASSANDRA D. CALHOUN, CORNELIUS COBBS, EDNA COLEMAN, CAROLYN M. COOPER, DEDDERA DAVIS, CAROLYN J. DOWDELL, TREVOR FERRELL, DIANNE FINNEY, MARGARET FOSTER, SANDRA FRANKLIN, DERRICK GACHET, ROBERT GOODE, TERESA ANN GRAVES, ALONZA HAMPTON, ANTWAIN HARRIS, JOE L. HATCHER, RODENY HATCHER, DORIS HOLMES, CHARLENE HOOKS, KRESHAN R. JOHNSON, ROSARIO JOHNSON, KEVIN KEITH, TIFFANY M. KING, MICHAEL LAWRENCE, KAWAQUANE LEE, FANNIE B. LOCKWOOD, SANTANA MCCLENDON, DUANNE MOMENT, DEBORAH D. MORRIS, SHIRLEY PATTERSON, DEMETRIUS RIVERS, AGGIE LEE SCOTT, CARLOS STANLEY, RUBY STEPHENS, MARCHE STEWART, DARLENE A. TARVER, ALICE TOWNSEND, EULA M. TOWNSEND, MARTHA A. TUGGLES, MARY J. WASHINGTON, CALLIE M. WILLIAMS, JOYCE R. ADDISON, ALBERT K. ANDERSON, CAROLYN E. ANTHONY, CHERYL ANTHONY, TERRANCE K. ANTHONY, LUCILLE W. AUSTIN, VANESSA BABERS, DOROTHY BAKER,

**MATTIE BAKER, NONA REE BALDWIN, MARY N. BANDY, LASHONDRA BEASON, LEON BOWENS, KATHY BURNEY, ANNIE SUBBEY, VALARIE BYRTS, BEVERLY CALHOUN, TOMECHA CANTY, MARTHA M. CHANCE, JACQUELINE COOPER, EBONIA L. COPES, JAWANNA CUNNINGHAM, MARQUETTA L. CUNNINGHAM, RONALD DAVIE, DELORES DAVIS, KIRBY DAVIS, REGINA A. DAWKINS GILLIS, MARY ANN DULANEY, LAKESHA EFFORD, BOBBIE J. ELLIS, DELORIS ELLIS, DENISE R. ELLIS, HELEN ELLIS, MAMIE FITZATRICK, CATHLEEN THOMAS FOSTER, TERRENCE FRANKLIN, DERRICK GOODE, MICHAEL GOODE, MARK GOSHAY, TERESA M. GREY, JUSTIN HALL, SHONA HAMPTON, HENRY HARRIS, JR., JIMMY HATCHER, NICKLOUS HILL, RICHETTA HOLLIDAY, QUINOSHA HOOKS, EDDIE M. HOUGH, BYTHINE H. IVERY, ALONZO JACKSON, ETTYE A. JACKSON, EVELINA JACKSON, FRANCES JACKSON, SUSIE A. JACKSON, JESSICA M. JENKINS, DORETHA JOHNSON, PAMELA JOHNSON, RECIKE JOHNSON, BRUCE JONES, DWIGHT JONES LORETTA R. JONES, LUCY JONES, REGGIE PARNELL JONES, TIMOTHY JORDAN, TRELLIS S. JORDAN, JENNIFER KEY, DEVORIS LAMPLEY, KAREN LEE, REGENIA F. LONG, ANNIE PEARL MACK, FRANKIE M. MADDOX, JESSE MAHONE, NEKESIA MARTIN, HELEN L. MASON, SHEILA**

**MCCLAIN, QUINNIE L. MCCLENDON, SHAWANNA A. MCSWAIN, VIOLA LEE MONDAY, JEFFERY MURRAY, JOAN M. OLIVER, LAMISHA OLIVER, GEORGE PLAM, BOBBIE A. PARHAMS GEORGE PARHAM, DANNY PARKER, HARVEY C. PARKER, LENETT PATTERSON, SHIRTORIA PATTERSON, JAIME PEEBLES, RUBY PEEBLES, RACHEL PENN, RUBY M. PERSON, PEGGY L. PITTS, DELOIS PRITCHETT, MARIE PRITCHETT, OLLIE M. PUGH, BETTY J. RANDOLPH, DELOISE RANDOPLH, MARY DEAN RAYBURN, OLA MAE REED, TRACY ROBBINS, ALDRED ROBINSON, CHRISTINE RODGERS, MATTIE P. RODGERS, LARRY RUMPH, SHERRY RUMPH, JOHN W. SCOTT, FREDDIE LEE SHELLEY, MAYOLA SHELLEY, BEVERLY A. SIMMONS, TAMMY J. SMART, ALTHEA SMITH, CHAROLETTE SMITH, DESSIE SMITH, GLORIA SMITH, JANEKIA SMITH, MARY SPANN, EUNICE B. SPARKS, KIMBERLYN SPARKS, MARVIN STEWART, LANETHIA STILL, DARLENE A. SULLEN, LAWANDA TARVER, LILLIE B. TARVER, SABRENA M. TARVER, SHERRY TARVER, THERESA ANN TARVER, WENDY TARVER, MARY E. THOMAS, TUWANDA THOMAS, PAMELA THORPE, TERRANCE WARMACK, PLESHETTE WILLIAMS, ALAN WILLIAMSON, LAURIE ANN WILLIS, LAQUETTA WOODS, VERA WRIGHT, BERRY JEAN YOUNG, ANGELA YOUNGBLOOD, CHRISTINE**

**YOUNGBLOOD, DARNAILEE YOUNGBLOOD, AND SHIRLEY P. YOUNGBLOOD**         **PLAINTIFFS**

**VS.**         **CIVIL ACTION NO.: 2:06-CV-951-ID**

**WAYNE FARMS LLC, A DELAWARE CORPORATION DOING BUSINESS IN ALABAMA**         **DEFENDANT**

## NOTICE OF APPEARANCE

Comes now Lisa J. Sharp of the firm of Balch & Bingham LLP and enters this appearance for the Counsel listed below in this action on behalf of Defendant, Wayne Farms, LLC. The undersigned requests that copies of all pleadings, notices, discovery, documents, correspondence and other things pertaining to this action be served upon the undersigned and the listed counsel.

        /s/ Lisa J. Sharp
        Lisa J. Sharp (ASB-1061-H53L)
        One of the attorneys for the
        Defendant Wayne Farms, LLC

OF COUNSEL:
Lisa J. Sharp (lsharp@balch.com)
Wendy Madden (wmadden@balch.com)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708

Dorman Walker (dwalker@balch.com)
BALCH & BINGHAM LLP
105 Tallapoosa Street
Suite 200
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon the following counsel of record via the CM/ECF Electronic Filing System on this 8th day of December, 2006:

Joseph D. Lane
Lance H. Swanner
Samuel A. Cherry, Jr.
COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.
163 West Main Street
P. O. Box 927
Dothan, AL 36302

/s/ Lisa J. Sharp
Of Counsel