IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARREN ANDERSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:06-CV-951-MEF |
| | ) | |
| WAYNE FARMS LLC, A | ) | |
| DELAWARE CORPORATION, | ) | |
| DOING BUSINESS IN ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Dorman Walker hereby gives notice of his appearance as one of counsel for the defendant Wayne Farms, LLC.

Respectfully submitted this 8th day of December, 2006.

By: /s/ Dorman Walker
Dorman Walker (WAL086)
BALCH & BINGHAM LLP
105 Tallapoosa Street
Suite 200
Montgomery, Alabama 36104
Telephone: 334/269-3138
Facsimile: 866/736-3854
dwalker@balch.com

Lisa J. Sharp
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, AL 35203-2015
Telephone (205) 251-8100
Fax (205) 226-8798
lsharp@balch.com

174767.1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon the following counsel of record via the CM/ECF Electronic Filing System on this 8th day of December, 2006:

Joseph D. Lane
Lance H. Swanner
Samuel A. Cherry, Jr.
COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.
163 West Main Street
P. O. Box 927
Dothan, AL 36302

/s/ Dorman Walker
Of Counsel

174767.1