IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARREN ANDERSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:06-CV-951-MEF |
| | ) | |
| WAYNE FARMS LLC, A | ) | |
| DELAWARE CORPORATION | ) | |
| DOING BUSINESS IN ALABAMA, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF R. PEPPER CRUTCHER, JR.**

Pursuant to Local Rule 83.1(b), Dorman Walker, a member in good standing of the bar of the Court and one of the attorneys for defendant Wayne Farms, LLC., ("Wayne Farms"), moves the Court to admit **R. Pepper Crutcher, Jr.** *pro hac vice* as additional counsel for Wayne Farms.

1.  **R. Pepper Crutcher, Jr.** of the law firm of Balch & Bingham, LLP located at 401 East Capitol, Suite 200 Jackson, Mississippi 39201, is a member in good standing of the Mississippi Bar and the United States District Court for the Districts of Mississippi.

Respectfully submitted this 8th day of December, 2006.

> By: /s/ Dorman Walker
> Dorman Walker (WAL086)
> BALCH & BINGHAM LLP
> 105 Tallapoosa Street
> Suite 200
> Montgomery, Alabama 36104
> Telephone: 334/269-3138
> Facsimile: 866/736-3854
> dwalker@balch.com

174765.1

                                                  Lisa J. Sharp
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, AL 35203-2015
Telephone (205) 251-8100
Fax (205) 226-8798
lsharp@balch.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon the following counsel of record via the CM/ECF Electronic Filing System on this 8th day of December, 2006:

Joseph D. Lane
Lance H. Swanner
Samuel A. Cherry, Jr.
COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.
163 West Main Street
P. O. Box 927
Dothan, AL 36302

                                                  /s/Dorman Walker
                                                  Of Counsel

174765.1

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

__SOUTHERN__  **DISTRICT OF**  __MISSISSIPPI__

**CERTIFICATE OF
GOOD STANDING**

I, _____J. T. NOBLIN_____, *Clerk of this Court,*

certify that __R. Pepper Crutcher, Jr.__, Bar # _____7921_____,

was duly admitted to practice in this Court on

_____May 1, 1986_____, *and is in good standing*
*DATE*

as a member of the Bar of this Court.

Dated at ___Jackson, Mississippi___ on __November 8, 2006__.
*LOCATION*                            *DATE*

_____J. T. NOBLIN_____          *Katherine H. Alexander*
*CLERK*                              *DEPUTY CLERK*