**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 11, 2006

# NOTICE OF DEFICIENCY

**To:** R. Pepper Crutcher, Jr.
Balch & Bingham LLP
105 Tallapoosa Street
Suite 200
Montgomery, AL 36104

**From:** Clerk's Office

**Case Style:** Darren Anderson, et al. v. Wayne Farms LLC

**Case Number:** #2:06-cv-00951-MEF

**Referenced Pleading:** Motion for Admission Pro Hac Vice
Document #7

The Motion for Admission Pro Hac Vice filed electronically on 12/08/2006 is not in compliance with the rules of this court. The certificate of good standing was not included with the motion.

An original certificate of good standing from the U.S. District Court for the district in which you reside must be attached to your motion for admission pro hac vice.

Please forward a current (less than six months old) certificate of good standing from the U. S. District Court in the district in which you reside to the Clerk of the Court's office.

The listed deficiency must be corrected within ten (10) days from the date of this notice.

```
PLEASE DO NOT RESUBMIT THE ENTIRE PLEADING.

****  DO NOT FILE ELECTRONICALLY ***
```