**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 11, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | Clerk's Office |
| **Case Style:** | Darren Anderson, et al. v. Wayne Farms LLC. |
| **Case Number:** | #2:06-cv-00951-MEF |
| **Referenced Document:** | Document #7<br>Motion for Admission Pro Hac Vice |

**This notice has been docketed to enter the Certificate of Good Standing into the record as an attachment to the referenced document which was omitted at the original time of filing. The pdf of the certificate of good standing is attached to this notice.**

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

**CERTIFICATE OF GOOD STANDING**

I, J. T. NOBLIN, *Clerk of this Court,*

certify that R. Pepper Crutcher, Jr., Bar # 7921,

*was duly admitted to practice in this Court on*

May 1, 1986, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at Jackson, Mississippi on November 8, 2006.
LOCATION                                                        DATE

J. T. NOBLIN                                                *Katherine H. Alexander*
CLERK                                                              DEPUTY CLERK