IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARREN ANDERSON, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:06-cv-951-MEF |
| | ) | |
| WAYNE FARMS, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Motion for Admission *Pro Hac Vice* of R. Pepper Crutcher, Jr. (Doc. #7) filed on December 8, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 14th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE