IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARREN ANDERSON, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:06-cv-951-MEF |
| ) | |
| WAYNE FARMS, LLC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of Attorney Joseph D. Lane's Motion for and Notice of Withdrawal (Doc. # 12) filed on December 20, 2006, it is hereby ORDERED that the Motion for and Notice of Withdrawal (Doc. # 12) is DENIED with leave to refile because no reason was given for the requested relief.

DONE this 22nd day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE