IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARREN ANDERSON, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:06-cv-951-MEF |
| ) | |
| WAYNE FARMS, LLC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Joint Motion to Continue Deadline for Rule 26 Report (Doc. #13) filed on December 22, 2006, it is hereby

ORDERED that the motion is GRANTED to and including January 19, 2007.

DONE this 22nd day of December, 2006.

                                              /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE