**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DARREN ANDERSON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 2:06-CV-951-TFM** |
| | ) | |
| **WAYNE FARMS LLC, A** | ) | |
| **DELAWARE CORPORATION** | ) | |
| **DOING BUSINESS IN ALABAMA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO STAY,
OR ALTERNATIVELY,
<u>MOTION TO APPLY THE FIRST-FILED RULE</u>**

Defendant Wayne Farms moves the Court to stay proceedings in this case[1] until the United States District Court for the Southern District of Mississippi rules on a motion to sever from a FLSA case before it almost 300 plaintiffs who are or were employed by Wayne Farms in Alabama, and to transfer the claims of those plaintiffs to the Northern and Middle Districts of Alabama. Alternatively, Wayne Farms moves the Court to apply the first-filed rule.

In support of these motions, Wayne Farms shows the following:

**<u>The Motion to Stay</u>**

1.    Pending in Alabama are four FLSA cases against Wayne Farms: *Bolden v. Wayne Farms LLC*, Civil Action 5:06-CV-2096-IPJ (N.D. Ala., filed Oct. 18, 2006); *Belue v. Wayne Farms LLC*, Civil Action 4:06-CV-2095-RDP (N.D. Ala., filed Oct. 18, 2006); *Adams v. Wayne*

---

[1] As explained below, Wayne Farms seeks to stay all case activities except the filing of new opt-ins, which would be allowed while the stay is in effect, in order to protect the rights of putative plaintiffs.

*Farms LLC*, Civil Action 1:06-CV-950-MEF (M.D. Ala., filed Oct. 20, 2006); and this case (filed Oct. 20, 2006) (hereinafter collectively, "the Alabama cases").

2.      Plaintiffs in the Alabama cases are represented by the same counsel, and all four cases make essentially the same claim, *i.e.,* that Wayne Farms pays its live chicken processing employees by their "line time," and so excludes hours worked before and after their lines are running. *Bolden* relates to Wayne Farms' Decatur live chicken processing facility; *Belue* relates to its Albertville live chicken processing facility; *Adams* relates to its Enterprise (a/k/a Jack, AL) live chicken processing facility; and this case relates to Wayne Farms' live chicken processing plant in Union Springs, Alabama.

3.      Plaintiffs and Wayne Farms' counsel met on December 14, 2006 to fulfill their obligations under Rule 26(f).

4.      Unknown to them, on December 13, 2006, an FLSA action against Wayne Farms was commenced in the Southern District of Mississippi. That case is *Agee v. Wayne Farms LLC*, Civil Action 2:06-CV-268-KS-MTP.  A copy of the *Agee* complaint is at Tab A. Counsel for the plaintiffs in *Agee* are not the same as counsel for the plaintiffs in the Alabama cases. Nevertheless, *Agee* asserts claims that are substantially the same as the claims made in the Alabama cases. When *Agee* was filed, it named ten plaintiffs who allegedly work (or worked) at Wayne Farms locations in Mississippi and Alabama.  Since then, literally hundreds of consent forms have been filed in that case, adding over 700 plaintiffs from Mississippi and Alabama and, more specifically, about 300 of whom are from Wayne Farms facilities that are covered in the Alabama cases.  Almost 200 of these allege Union Springs FLSA violations, and 43 are already existing plaintiffs in this action.

5.      On January 12, 2007, Wayne Farms moved the *Agee* Court to sever from that case plaintiffs who work for Wayne Farms in Alabama, and to transfer their claims to this case, or the other Alabama cases, as appropriate. A copy of Wayne Farms' motion and its supporting brief are enclosed at Tab B.[2]  As shown in the brief, transferring the Alabama *Agee* plaintiffs to this and the other Alabama cases is necessary. Otherwise, different federal trial courts, in different circuits, will review the same claims on different schedules, duplicate each others efforts and, possibly, arrive at different and conflicting decisions about discovery, whether there will be collective actions, the language of any opt-in notice, evidentiary disputes, and motions for summary judgment, all resulting, possibly, in different and conflicting rulings and obligations.

6.      In order to allow all of the Wayne Farms cases to move forward in a orderly manner that avoids wasting the time and efforts of the courts, the counsel, and the litigants, Wayne Farms moves this Court to stay proceedings in this case until the *Agee* Court decides Wayne Farms' motion to sever and transfer.

7.      The Court has the authority to grant this motion.  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936)(addressing "the power of a court to stay proceedings in one suit until the decision of another, and ... the propriety of using such a power in a given situation."); *White v. Microsoft Corp.*, 2006 U.S. Dist Lexis 77010 (S.D. Ala. 2006)(staying proceedings in a class action against Microsoft while another court, before which a

---

[2] There are four documents in Tab B, all of which were filed in *Agee*.  The motion to sever and transfer comprises *Agee* doc. nos 11, 12, and 13.  Documents 12 and 13 are attachments to no. 11, but had to be filed separately because they were too voluminous to be included as one attachment.  Because ECF does not allow attachments to be filed without a supporting motion, doc. nos. 12 and 13 had to be filed with a copy of the motion to sever.  The supporting brief is no. 14.

previously filed similar case was pending, considered a motion to apply the first-filed rule to both cases, and relying on *Landis*).

8.    In deciding whether to stay a case, the Court "must weigh competing interests and maintain an even balance," and the movant "must make out a clear case of hardship or inequity in being required to go forward, if there is even a fair possibility that the stay for which he prays will work damage to some one else." *Landis*, 299 U.S. at 255.

9.    Plaintiffs' counsel in this case objects to this motion. Nevertheless, the Court should enter the stay, because the balance of the parties' competing interests heavily favors a stay, and the plaintiffs will not be injured by a brief pause in this litigation.

10.    The stay sought by Wayne Farms is for only a short period of time, just long enough for the *Agee* Court to consider and rule on Wayne Farms' motion to sever and transfer. A delay in this case of approximately a month or six weeks will not prejudice the plaintiffs in the Alabama cases.  They have met the statute of limitations, and their claims are safely before the Court. Similarly, the rights of new plaintiffs, who are not participating in the *Agee* or Alabama cases, can be protected by allowing them to file opt-in forms while the stay is in effect. This exception to the stay is consistent with the purpose of the stay, which is to allow time for individual Alabama plaintiffs in *Agee* to be transferred to one of the Alabama cases.

11.    Wayne Farms shares the plaintiffs' interest in moving their claims through the legal process as rapidly as possible, and for this reason it believes that going forward with discovery that includes only the existing *Anderson* plaintiffs is the wrong thing to do.  It will cause delay if a massive infusion of new plaintiffs from *Agee* joins this case after the parties have already agreed on a proposed schedule and engaged in discovery.  The schedule would have to be changed in order to accommodate discovery against the new plaintiffs -- there is no way

scores of plaintiffs can be added to each case without changing the schedule to allow for responding to additional written discovery, and taking additional depositions, for example.

12.    The parties have already recognized the case management advantages of coordinating their actions in the four Alabama cases. *See Joint Motion to Continue Deadline for Rule 26 Report*, doc. no. 13, ¶ 1 ("The parties request additional time to develop a joint discovery plan, because of the complexities in this case, and the parties' hope of coordinating the schedules for this case and three other FLSA cases [*i.e.,* the other Alabama cases] which involve essentially the same counsel, and the same defendant."). Pausing to coordinate the Alabama cases with the *Agee* cases serves the same interest in judicial economy, including the resources of the courts, parties, and their counsel.

13.    Because the stay being requested is for a short period of time, serves the goal of efficiently and diligently resolving plaintiffs' claims, and would not cause any injury to plaintiffs, Wayne Farms' motion for a stay should be granted.

### The Motion to Apply the First-Filed Rule

14.    Alternatively, Wayne Farms moves the Court to apply the first-filed rule. The first-filed rule, which "the Eleventh Circuit has embraced[3]," is concerned, like Wayne Farms' motion to stay, "with principles of comity and judicial resources." *Gulf Power Co. v. Coalsales II*, 2006 U.S. Dist. Lexis 81639, *2-*3 (N.D. Fla. 2006). It governs circumstances like this one, in which overlapping complaints have been filed in different venues, and requires that the second-filed case give way to the first-filed case in order to "avoid the inefficiencies and risk of

---

[3] The Fifth Circuit, in which *Agee* is lodged, also adheres to the first-filed rule. *Perkins v. American National Ins. Co.,* 446 F. Supp. 2d 1350, 1354 (M.D. Ga. 2006)(stating that the first-filed rule "is followed in both the Fifth and Eleventh Circuits").

inconsistencies that might emerge if two different federal courts entertain[] virtually identical class [or collective] actions ...." *White*, 2006 U.S. Dist. Lexis at *7.

15.    As the Eleventh Circuit recently explained in *Manuel v. Convergys Corp.*,

[w]here two actions involving overlapping issues and parties are pending in two federal courts, there is a strong presumption across the federal circuits that favors the forum of the first-filed suit under the first-filed rule. See, e.g., *United States Fire Ins. Co. v. Goodyear Tire & Rubber Co., 920 F.2d 487, 488 (8th Cir. 1990)* (describing the first-filed rule as "well-established"); *Church of Scientology of Cal. v. United States Dep't of Defense, 611 F.2d 738, 750 (9th Cir. 1979)* (noting that the first-filed rule "should not be disregarded lightly"). We are no exception. See *Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Haydu, 675 F.2d 1169, 1174 (11th Cir. 1982).* Moreover, we require that the party objecting to jurisdiction in the first-filed forum carry the burden of proving "compelling circumstances" to warrant an exception to the first-filed rule.  Id.

*Id.*, 430 F.3d 1132, 1135 (11th Cir. 2005).

16.    It is the role of the first-filed court  -- *i.e.,* this Court -- to determine how to apply the rule between this case and *Agee.  Spinevision v. Burel*, 2006 U.S. Dist. Lexis 87890, *5 (N.D. Ga. 2006)("The first-filed rule usually "requires the first court to decide whether the first-filed rule should apply."); *Rode v. Biotronik*, 2006 U.S. Dist. Lexis 85188, *4 (N.D. Ga. 2006)("The first-filed rule usually 'requires the first court to decide whether the first-filed rule should apply, or whether a narrow exception to the rule that only applies in "compelling circumstances"' applies."); *Perkins v. American National Ins. Co.*, 446 F. Supp. 2d 1350, 1353 (M.D. Ga. 2006)("the court where the subsequently filed action has been filed should defer to the court where the first action was filed to allow that court to decide whether it should exercise jurisdiction over both cases in a consolidated action," citing to the Fifth Circuit); *White*, 2006 U.S. Dist. Lexis at *12 ("Case authorities are legion for the proposition that the first-filed court, and not the second-filed court, should make the determination of whether to apply the first-filed rule.", multiple citations omitted).

17.     This case involves overlapping issues and parties. As the Court can see by comparing the *Agee* complaint, Tab A, with the complaint in this case, doc. no. 1-1, the claims made in the two cases are substantially similar. In addition, Wayne Farms is the defendant in both. The plaintiffs overlap in two ways.[4] First, both cases are putative collective actions, open to all plaintiffs. Second, the cases actually have some of the same plaintiffs in common as shown on Exhibit 5 to the Wayne Farms' motion to sever and transfer, Tab B.  Consequently, the first-filed rule applies.

18.     Once a court has determined that the rule is applicable, it may determine that the second-filed suit "'must be dismissed, stayed or transferred and consolidated.'" *See Perkins*, 446 F.2d at 1353 (quoting *Sutter Corp. v. P&P Indus.*, 125 F.3d 914, 920  (5th Cir. 1977). In the present circumstances, the Alabama plaintiffs in *Agee* should be consolidated with this case in order to effectuate the purposes of the first-filed rule.

For the reasons shown above, the Court should stay this action until the *Agee* Court rules on Wayne Farms' motion to sever and transfer. Alternatively, it should apply the first-filed rule.

Respectfully submitted on the 16th day of January 2007.

s/Dorman Walker
One of the attorneys for Defendant

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101
334/269-3138
334/269-3115 (fax)

---

[4] One authority states that the overlapping actions must have "the same parties," but it is not clear whether this is an assertion that all parties must be the same, or only that there must be overlap among them. 17 *Moore's Federal Practice* ¶ 111.13[1][o][ii][A]. This is not the rule in the Eleventh Circuit, which requires only that there be "overlapping issues and parties." *Manuel*, 430 F.3d 1135.

175645.2

Lisa J. Sharp
Wendy Madden
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL  35201
205/251-8100
205/488-5708 (fax)

R. Pepper Crutcher
Balch & Bingham LLP
401 East Capitol Street
Suite 200
Jackson, MS  39201
601/961-9900
601/961-4466 (fax)

## CERTIFICATE OF SERVICE

I certify that on January 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Joseph D. Lane
Lance H. Swanner
Samuel A. Cherry, Jr.
Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C.
Post Office Box 927
Dothan, Alabama  36301

Robert J. Camp
The Cochran Firm, P.C.
505 North 20th Street, Suite 825
Birmingham, AL 35203

s/Dorman Walker
Of Counsel

175645.2

# TAB A



### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### HATTIESBURG DIVISION

APRIL AGEE, CASSILLIE ALLEN       §
PAMELA M. ALLEN, CHERYL           §
ANTHONY, DERRICK L. BURBER        §
JAMES WESLEY BARNETT,             §
PAULA M. BASS, CALVIN BOLAR       §
ROBERT THOMAS DUNN                §
AND CHRIS HOOD, On behalf of      §    CIVIL ACTION NO. 2: 06cv 268KS-MTP
themselves and All Others Similarly §   JURY DEMANDED
Situated                          §
                                  §
                                  §
VS.                               §
                                  §
                                  §
WAYNE FARMS, L.L.C.,              §
CONTINENTAL GRAIN COMPANY         §
d/b/a WAYNE FARMS, L.L.C.         §

### PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

### INTRODUCTION

1.    Pursuant to 29 USC § 207 ("FLSA"), the named plaintiffs as hourly, non-exempt

employees allege violations of their statutory employment right to receive pay for all

compensable time worked and overtime for Defendant, Wayne Farms, L.L.C., Continental Grain

Company, d/b/a Wayne Farms, L.L.C. (Collectively hereinafter "Wayne Farms"). Pursuant to 29

USC § 216(b), the named plaintiffs also seek to represent all other similarly situated past and

present employees, as described herein, who have not been paid for all compensable time worked

and overtime and to have this action certified as a collective action. For themselves and all those

similarly situated, the named employees seeks their unpaid hours worked, unpaid overtime,

liquidated damages, all available equitable relief, attorney fees, and litigation expenses/costs, including expert witness fees and expenses.

## PARTIES

2.     Plaintiffs, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony, Derrick L. Burber, James Wesley Burnett, Pamela M. Bass, Calvin Bolar, Robert Thomas Dunn and Chris Hood are individuals residing in Mississippi and Alabama and are present/former employees at the Wayne Farms chicken processing and production plants in Morgan, Coffee, Marshall and Bullock Counties in Alabama, Yell County in Arkansas, Jones County in Mississippi, Surry County in North Carolina and Jackson, Fulton, Hall and Coffee Counties in Georgia. Plaintiffs' written consents to this action are attached hereto as Exhibit A. The Plaintiffs bring this action individually in their own behalf and, pursuant to 29 U.S.C. §216(b), as representatives of a class of individuals who are similarly situated and who have suffered the same or similar damages.

3.     Defendant, Wayne Farms, L.L.C. and Continental Grain Company, d/b/a Wayne Farms, L.L.C. are Delaware Corporations conducting business in the State of Mississippi, Alabama, Georgia, North Carolina and Arkansas.   Said Defendant may be served by delivering the summons and complaint to its registered agent for service, C T Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232.

## JURISDICTION AND VENUE

4.     This court has jurisdiction by virtue of 28 U.S.C. §1331 and §1337. The Court has subject matter jurisdiction over Plaintiff's claims under the Fair Labor Standards Act and has personal jurisdiction to hear the case.  *See* 29 U.S.C. 201, et seq.  Venue is proper in the Southern District of Mississippi pursuant to 28 U.S.C. §1391 because a substantial part of the events or omissions giving rise to the claims have occurred within the Southern District.

## FACTS

5.     Since December 13, 2003, Plaintiffs were employees at Wayne Farms chicken processing

and production facilities located in Morgan, Coffee, Marshall and Bullock Counties in Alabama,

Yell County in Arkansas, Jones County in Mississippi, Surry County in North Carolina and

Jackson, Fulton, Hall and Coffee Counties in Georgia. The Plaintiffs' jobs required that they put

on or "don" protective clothing as well as sanitize certain protective garments in preparation for

their performance of their duties. At the end of their shift, Plaintiffs were required to take off or

"doff" the same protective and sanitary clothing. The evidence at trial will show that Plaintiffs

were not compensated for the time spent in "donning" and "doffing" the protective and sanitary

clothing mentioned above. The evidence at trial will also show that Wayne Farms automatically

deducted thirty minutes from each worker's workday for a meal break regardless of the actual

time spent on their meal break. In addition, Plaintiffs allege that they were not paid overtime

wages at one and one-half times their regular hourly rate for all hours worked in excess of 40

hours in a work week.

6.     The uncompensated work time in question constituted principal activities integral and

indispensable to the performance of Plaintiffs' job as required by Wayne Farms and performed

by Plaintiffs prior to the scheduled start and after the scheduled end of their shifts. This includes

time spent working in proceeding through security devices prior to and upon entry to the

workplace, walking/traveling to the designated locker room area to change into safety related

uniforms and work clothes required by Wayne Farms to be worn while working and which

cannot be taken off the premises, changing into the company owned safety related uniforms and

work clothes, and walking/traveling from the designated locker room area to their work area.

This uncompensated work time also includes time spent after the scheduled end of their shift in

proceeding through security devices strictly and solely for the benefit of the employer, Wayne

Farms, before being allowed to exit the workplace. The work time spent by the Plaintiffs in

engaging in the aforesaid activities was not compensated in violation of the aforesaid federal

statutes.

7.      Plaintiffs regularly and consistently worked more than 40 hours per week with the

knowledge of Wayne Farms for the work activities described herein and for which Wayne Farms

did not pay Plaintiffs for such time.   Defendant has willfully engaged in a pattern, practice, and

policy of unlawful conduct by failing to pay the lawful and required overtime rate for hours

worked beyond 40 per week to employees in the United States in violation of the FLSA statutes

referenced herein.

8.      Finally, Plaintiffs claim that they were was not paid the correct hourly rate or that their

wages were not calculated properly.

9.      Plaintiffs believe and, therefore, allege that the failure of Wayne Farms to correctly pay

Plaintiffs for all compensable time spent in furtherance of Wayne Farms business was

intentional.

## CLAIMS

10.     The Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*) is commonly referred to as

"FSLA."  Among other things, the FSLA statutes and the regulations promulgated thereunder

govern the activities of the pay practices of employers involved in commerce.  Plaintiffs allege

that the failure to pay Plaintiffs for all hours worked is a direct violation of the FLSA statutes and

regulations.  Additionally, Plaintiffs allege that the failure to pay Plaintiffs one and one-half her

regular rate for all hours worked in excess of 40 hours in a work week is a direct violation of the

FLSA statutes and regulations. Plaintiffs are entitled to receive the unpaid wages due them, liquidated damages, costs, and attorneys' fees.

## COLLECTIVE ACTION

11.    Pursuant to 29 U.S.C. § 216(b) the named Plaintiffs also brings this action as a collective action. The named Plaintiffs are representative of a class of employees of Wayne Farms, who were not paid for all hours worked for Wayne Farms as described herein. Plaintiffs have actual knowledge that there are numerous employees who were not paid for all hours worked for Wayne Farms as described herein.

12.    All, or virtually all, of the legal and factual issues that will arise in litigating the class claims will be common to the class members and the named Plaintiffs. These issues include: uncompensated work time in question constituted principal activities integral and indispensable to the performance of Plaintiff's jobs as required by Wayne Farms and performed by Plaintiffs prior to the scheduled start and after the scheduled end of their shifts. These issues also include: time spent working in proceeding through security devices prior to and upon entry to the workplace, walking/traveling to the designated locker room area to change into safety related uniforms and work clothes required by Wayne Farms to be worn while working and which cannot be taken off the premises, changing into the company owned safety related uniforms and work clothes, and walking/traveling from the designated locker room area to their work area. This uncompensated work time also includes time spent after the scheduled end of their shift in proceeding through security devices strictly and solely for the benefit of the employer Wayne Farms before being allowed to exit the workplace. For the last several years, Wayne Farms has employed hundreds of employees in Morgan, Coffee, Marshall and Bullock Counties in

Alabama, Yell County in Arkansas, Jones County in Mississippi, Surry County in North Carolina and Jackson, Fulton, Hall and Coffee Counties in Georgia.

13.     The questions of law and fact are common to the class. The failure to pay its employees for the compensable time spent in furtherance of Wayne Farms business was common to all hourly employees at the Wayne Farms plants in Morgan, Coffee, Marshall and Bullock Counties in Alabama, Yell County in Arkansas, Jones County in Mississippi, Surry County in North Carolina and Jackson, Fulton, Hall and Coffee Counties in Georgia. The Plaintiffs' claims arise from the same course of conduct.

14.     Plaintiffs, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony, Derrick L. Burber, James Wesley Burnett, Pamela M. Bass, Calvin Bolar, Robert Thomas Dunn and Chris Hood requests that they be permitted to serve as representatives of the affected class, and this action should be certified as a collective action.

### JURY DEMAND

15.     Plaintiffs, individually and as representatives of the class, request a jury trial.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the case be certified as a collective action and that the Plaintiffs and each member of the class recover from Wayne Farms, the following:

1.     The unpaid wages due to Plaintiffs;

2.     Liquidated damages authorized by the applicable statutes;

3.     Unpaid wages due to all class members;

4.     Liquidated damages to all class members;

5.     Court costs;

6.    Attorneys' fees; and

7.    Such other and further relief as the Court deems just.

Respectfully submitted,

Seth M. Hunter
Mississippi Bar No. 101145
Attorney & Counselor at Law, PLLC
404 Hemphill Street
Hattiesburg, Mississippi 39401
Telephone: (601) 450-8682
Facsimile: (601) 450-8683

*ATTORNEY FOR PLAINTIFFS*

## CONSENT FORM

I, (print name) April AGEE _____, am a current/former (circle one) employee of Wayne Farms or one of its subsidiary or predecessor companies (collectively "Wayne Farms"). I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Wayne Farms employees against Wayne Farms. I hereby give consent to my attorneys, Seth M. Hunter, Attorney and Counselor at Law, PLLC and Robert L. Salim, or such other representatives as they may designate, to bring suit against Wayne Farms on my behalf under the Fair Labor Standards Act.

April Agee                        8-5-06
Signature                         Date

Shoulder cutter          Laurel
Position                         Plant Location

Your physical address:
████████████████████
Laurel Ms 39440

## CONSENT FORM

I, (print name) __Cassillie Allen__, am a current/former (circle one) employee of Wayne Farms or one of its subsidiary or predecessor companies (collectively "Wayne Farms"). I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Wayne Farms employees against Wayne Farms. I hereby give consent to my attorneys, Seth M. Hunter, Attorney and Counselor at Law, PLLC and Robert L. Salim, or such other representatives as they may designate, to bring suit against Wayne Farms on my behalf under the Fair Labor Standards Act.

__Cassillie Allen__
Signature

__9-13-06__
Date

__Inspecter Helper__
Position

__525 N US Ave__
Plant Location
__Laurel, Ms 39440__

Your physical address
__Cassillie Allen__

__Heidelberg, US  39439__

## CONSENT FORM

I, (print name) **Pamela M. Allen** _____, am a (current)/former (circle one) employee of Wayne Farms or one of its subsidiary or predecessor companies (collectively "Wayne Farms"). I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Wayne Farms employees against Wayne Farms. I hereby give consent to my attorneys, Ramsey, Sorey and Piazza, PLLC and Robert L. Salim, or such other representatives as they may designate, to bring suit against Wayne Farms on my behalf under the Fair Labor Standards Act.

_Pamela M. Allen_____     _8/22/06_____
Signature                              Date

_Production (Perimeter)_____     _Decatur AL_____
Position                               Plant Location

Your physical address:
██████████████████████
_Decatur, AL 35601_

## CONSENT FORM

I, (print name) Cheryl Anthony _____ am a current/former (circle one) employee of Wayne Farms or one of its subsidiary or predecessor companies (collectively "Wayne Farms"). I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Wayne Farms employees against Wayne Farms. I hereby give consent to my attorneys, Ramsey, Soxey and Piazza, PLLC and Robert L. Salim, or such other representatives as they may designate, to bring suit against Wayne Farms on my behalf under the Fair Labor Standards Act.

Cheryl Anthony
Signature

8- 21- 06
Date

Breast inspector
Position

WD Barth Union Spring Al 36089
Plant Location

Your physical address:

Cheryl Anthony

Midway Alabama 36053

## CONSENT FORM

I, (print name) _Norma Jean Barber_____, am a current/former (circle one) employee of Wayne Farms or one of its subsidiary or predecessor companies (collectively "Wayne Farms"). I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Wayne Farms employees against Wayne Farms. I hereby give consent to my attorneys, Ramsey, Sorey and Piazza, PLLC and Robert **L. Salim,** or such other representatives as they may designate, to bring suit against Wayne Farms on my behalf under the Fair Labor Standards Act.

_Norma K Barber_____         _8/29/06_____
Signature                                      Date

_Packer_____               _Laurel_____
Position                                       Plant Location

Your physical address:

████████████████████

_Laurel MS, 39440_____

## CONSENT FORM

I, (print name) James Wesley Barnett , am a current/former (circle one) employee of Wayne Farms or one of its subsidiary or predecessor companies (collectively "Wayne Farms"). I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Wayne Farms employees against Wayne Farms. I hereby give consent to my attorneys, Seth M. Hunter, Attorney and Counselor at Law, PLLC and Robert L. Salim, or such other representatives as they may designate, to bring suit against Wayne Farms on my behalf under the Fair Labor Standards Act.

James Wesley Barnett
_____        9/15/06
Signature                              Date

Clean up
_____        Laurel MS
Position                               Plant Location

Your physical address:

████████████

Heidelburg  Ms
39439

## CONSENT FORM

I, (print name) _Paula M. Bass_ , am a current/former (circle one) employee of **Wayne Farms** or one of its subsidiary or predecessor companies (collectively "**Wayne Farms**"). I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Wayne Farms employees against **Wayne Farms**. I hereby give consent to my attorneys, Seth M. Hunter, Attorney and Counselor at Law, PLLC and Robert L. Salim, or such other representatives as they may designate, to bring suit against **Wayne Farms** on my behalf under the Fair Labor Standards Act.

_Paula Bass_                         _9/12/06_
Signature                              Date

_D. Bone_                             _Laurel Ms._
Position                               Plant Location

Your physical address: ███████████

_Stone Wall Ms_
_39363_

Dec 08 06 09:16p

## CONSENT FORM

I, (print name) Calvin Bolar _____, am a current/former (circle one) employee of Wayne Farms or one of its subsidiary or predecessor companies (collectively "Wayne Farms"). I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Wayne Farms employees against Wayne Farms. I hereby give consent to my attorneys, Ramsey, Sorry and Piazza, PLLC and Robert L. Salim, or such other representatives as they may designate, to bring suit against Wayne Farms on my behalf under the Fair Labor Standards Act.

Signature _____ Date 8/23/06

Position Sanitation _____ Plant Location Union Springs, Al. 36089

Your physical address:
Calvin Bolar

Union Springs, Al. 36089

## CONSENT FORM

I, (print name) Robert Thomas Dunn _____, am a (current)/former (circle one) employee of Wayne Farms or one of its subsidiary or predecessor companies (collectively "Wayne Farms"). I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Wayne Farms employees against Wayne Farms. I hereby give consent to my attorneys, Ramsey, Sorey and Piazza, PLLC and Robert L. Salim, or such other representatives as they may designate, to bring suit against Wayne Farms on my behalf under the Fair Labor Standards Act.

Robert T Dunn _____          aug 23Rd 2006 _____
Signature                                    Date

Debone _____                  albertville _____
Position                                      Plant Location

Your physical address

Horton al _____
        35980

## CONSENT FORM

I, (print name) _Chris HooD_ _____, am a (currently/former)
(circle one) employee of Wayne Farms or one of its subsidiary or predecessor companies
(collectively "Wayne Farms"). I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current
and former Wayne Farms employees against Wayne Farms. I hereby give consent to my attorneys,
Ramsey, Sorey and Piazza, PLLC and Robert L. Salim, or such other representatives as they may
designate, to bring suit against Wayne Farms on my behalf under the Fair Labor Standards Act.

_cL. Hood_ _____    _8-15-06_ _____
Signature                         Date

_Froat opercalor_ _____    _Decatuer Al_ _____
Position                          Plant Location

Your physical address:

▬▬▬▬▬▬▬▬▬▬▬▬

_Town Coeek Al_ _____
_35672_

# TAB B - PART 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**APRIL AGEE, CASSILLIE ALLEN,
PAMELA M. ALLEN, CHERYL
ANTHONY, DERRICK L. BURBER,
JAMES WESLEY BARNETT, PAULA M.
BASS, CALVIN BOLAR, ROBERT
THOMAS DUNN AND CHRIS HOOD, On
behalf of themselves and All Others
Similarly Situated**                                    **PLAINTIFFS**

**VS.**                                    **CASE NO. 2:06-CV-268-KS-MTP**

**WAYNE FARMS LLC,
CONTINENTAL GRAIN COMPANY
d/b/a WAYNE FARMS, LLC**                                    **DEFENDANT**

**MOTION TO SEVER AND TRANSFER ALABAMA PLAINTIFFS**

Of the 770 Plaintiffs joining in this action, almost 300 claim to be or to have been

employed in one of four of Wayne Farms' Alabama plants, and forty-eight (48) of them were

suing Wayne Farms on the same FLSA claims in Alabama courts before this action was filed.

Defendants, Wayne Farms LLC and ContiGroup Companies, Inc., move the Court, pursuant to

FED. R. CIV. P. 20, 21 and 28 U.S.C. § 1404, to sever and to transfer them to the Northern and

Middle Districts of Alabama. If this Motion is granted, this action will include only Plaintiffs

who allege FLSA violations relating to their employment at Wayne Farms' Laurel, Mississippi

live poultry processing facility. In support of this motion, the Defendants would show:

1.     About two months before Plaintiffs commenced this action, lawyers representing

forty-eight (48) of them, and more than 200 others employed by Wayne Farms' live poultry

processing facilities in Alabama, filed four separate FLSA actions making substantially the same

allegations made in this suit. See Exhibits 1-4 to this motion. (*Bolden, Et Al. v. Wayne Farms*

*LLC*, N.D. Ala. Civil Action 5:06-CV-2096-IPJ [Decatur]; *Jimmy Belue, Et Al. v. Wayne Farms LLC*, N.D. Ala. Civil Action 4:06-CV-2095-RDP [Albertville]; *Samuel Adams, Et Al. v. Wayne Farms LLC*, M.D. Ala. Civil Action 1:06-CV-950-MEF [Enterprise] and *Darren Anderson, Et Al. v. Wayne Farms LLC*, M.D. Ala. Civil Action 2:06-CV-951-MEF [Union Springs]).

2.     In each of those actions, the Court promptly ordered counsel to hold a Rule 26(f) planning meeting and thereafter promptly to submit a Form 35 report of that meeting. Counsel met for that purpose on December 14, 2006, in Birmingham. However, on December 13, 2006, unbeknownst to the parties or to counsel in those four cases, Plaintiffs in this action filed their Complaint, purporting to sue on behalf of themselves and all other employees of Defendants engaged in live chicken processing, including those already represented by separate counsel in the Alabama suits. Only five of the ten original, named Plaintiffs in this action claimed to have been employed by Wayne Farms LLC in Laurel, Mississippi. The others alleged that they were employed by Wayne Farms LLC in Alabama – Pamela Allen and Chris Hood Decatur, Robert Thomas Dunn in Albertville, and Cheryl Anthony and Calvin Bolar in Union Springs.

3.     Counsel in the Alabama suits first learned of this action on Friday, December 15. Realizing that overlapping collective actions would create scheduling and other problems not foreseen during the parties' December 14 planning meeting, counsel for Plaintiffs and the Defendant in the Alabama actions, including undersigned counsel, sought the agreement of Plaintiffs in this case to eliminate the overlap without judicial intervention. Those discussions produced no agreement.

4.     Thereafter, Plaintiffs counsel in this action filed over 700 form documents apparently executed by forty-eight (48) of the Alabama case plaintiffs, by more than 200 others alleging current or former employment by Wayne Farms in one of the Alabama plants already

2

subjected to suit in Alabama (including sixty-two (62) who sued and settled all or most of their FLSA claims in *Bertha Scott Et Al. v. Wayne Farms LLC Et Al.*, M.D. Ala. 2:05-cv-80-MEF, final judgment entered January 26, 2006), and by hundreds of other people alleging present or former employment by Wayne Farms in Laurel, Mississippi. Defense counsel discovered these filings after Defendants filed their Answer with this Court on January 8, 2007. Exhibit 5 to this Motion summarizes the consents filed by 1,047 plaintiffs in the five pending actions against Wayne Farms, so as to show which plaintiffs have joined which actions, and who among them settled their claims in the *Scott* case. Exhibit 6 reproduces the *Scott* Final Judgment, showing the plaintiffs whose claims through January 26, 2006 were extinguished thereby.

5.      The original dates for submission of the parties' planning meeting reports in the Alabama actions have passed and the dates obtained by joint motion for extension are January 16 and 19, 2007. Despite the lack of a scheduling order or even a Form 35 Report of Party Planning Meeting in any of the Alabama actions, Plaintiffs in one of them have served several hundred written discovery requests pertaining to people who are or may be plaintiffs in that suit and who are potential opt-in plaintiffs in this one. Responses to those discovery requests are demanded by February 5, 2007. This motion is made in an attempt to obtain by Court order what counsel in the Alabama actions could not obtain by agreement with the Plaintiffs in this action – elimination of the overlap and duplication between the Mississippi and Alabama actions, so that all might proceed without the problems created by that duplication and overlap.

6.      As shown more fully in the accompanying brief, the Court has and should exercise its authority to transfer the Alabama Plaintiffs to courts hosting the appropriate, previously filed Alabama actions, after having severed their claims from this action. Doing so would not impair any of their claims or prejudice the Plaintiffs who remain in this action.

WHEREFORE, PREMISES CONSIDERED, Defendants move the Court to sever the claims of the Alabama Plaintiffs and to transfer them as follows:

The seventy-three (73) Decatur, Alabama plant Plaintiffs to the United States District Court for the Northern District of Alabama, for consolidation there with *James Bolden, Et Al. v. Wayne Farms LLC*, N.D. Ala. Civil Action 5:06-CV-2096-IPJ:

Sonya P. Adams;
Pamela M. Allen;
Pratuangtip Brady;
Robert Lee Bates;
Cheryl Bolden;
Charles Brown;
Lorenza Byers;
Coy L. Campbell;
Latina Campbell;
Jerome Chapman;
Erica S. Clay;
Ronnes E. Cosby;
Mary Elizabeth Dale;
Lillie P. Davis;
Concepcion DeSoto;
Barbara Deloach;
Sharon Rose Foster;
Crystal Garth;
Michael Lynn Garth;
Audria M. Hampton;
Shelia D. Harvel;
Stephne Hayley;
Chris Hood;
Willodean H. Howard;
Wynemia Johnson;
Ray Jones;
Ronnie Jones;
Sharon Jones;
Beatrice King;
Charlie Kirby;
Scherrie Mason;
Deron Lamar McClain;
Marcus McDay;
Angela Miller;
Damon B. Miller;
Shirley Moody;

4

Caroline Mullins;
Jennifer Arnett Nance;
Andres Ocampo;
Dishema L. Orr;
Doris Hopkins-Overton;
Pamela Owens;
Yasmine E. Owens;
Nettie Darlene Pearson;
Gloria Denise Pointer;
Jeffrey Porter;
Peronica Porter;
Jackie F. Prince;
Maria I. Rabadan;
David Alexander Ramirez;
Ramona Ramos;
Andres Rascual;
Diane Garner Ricks;
Birda Mae Robninson;
Robert Robinson;
Gloria Russell;
Tonya S. Sanders;
Veronica H. Sears;
Rhonda Smith;
Alecia Soto;
Salvador Soto;
Dorian Gaiter Sutherlin;
Meriam Yvett Thames;
Roy L. Thomas, Jr.;
Yesenia Torres;
George A. Vinson;
Marlowe Wade;
Milton Watkins;
Myrtle Wiggins;
Paula Patrice Wiggins;
Margert Wilkerson;
Tracy Williams;
Woozie Williams;

The two Albertville, Alabama plant Plaintiffs to the United States District Court for the

Northern District of Alabama, for consolidation there with *Jimmy Belue Et Al. v. Wayne Farms*

*LLC*, N.D. Ala. Civil Action 4:06-CV-2095-RDP:

Robert Thomas Dunn;
Christine Edmonson;

The twenty-five (25) Enterprise, Alabama plant Plaintiffs to the United States District

Court for the Middle District of Alabama, for consolidation there with *Samuel Adams Et Al. v.*

*Wayne Farms LLC*, M.D. Ala. Civil Action 1:06-CV-950-MEF:

> Sandra Barnes;
> Jacqueline B. Blair;
> Nichael Dowell;
> Hardwick Elliott;
> Rose Fletcher;
> Lena Garth;
> Francisco M. Garza;
> Certic Kirk Gordan;
> Brenda Gray;
> Jacqueline Hampton;
> Annie Hankins;
> Rodreggus James Harris;
> Velvet A. Harris;
> Cornelia M. Henderson;
> Pearl Irving;
> Eddie D. Jackson;
> Mebeline Kiser;
> Mary Ann Martin;
> Tessie Riley;
> Eddie Thomas;
> Temeca Thomas;
> Bridgett Lynn Tyson;
> Melissa Vaughn;
> Clara Wheeler;
> Frances Williams;

All 193 Union Springs, Alabama plant Plaintiffs to the United States District Court for

the Middle District of Alabama, for consolidation there with *Darren Anderson, Et Al. v. Wayne*

*Farms LLC*, M.D. Ala. Civil Action 2:06-CV-951-MEF.

> Alberta K. Anderson;
> Darren Anderson;
> Cheryl Anthony;
> Edward O. Anthony;
> Edwin Anthony;
> Jimmy Anthony;
> Terrance Anthony;
> Timothy P. Anthony;

Jessica Keria Baker;
Jerry Tirone Baldwin;
Kashebra Baldwin;
Bennie James Bandy;
Henry Baskin;
Keith Ray Baskin;
Jacqualine Bellomy;
Marquez Biggers;
Sharon M. Biggers;
Juan Blue;
Calvin Bolar;
Chaudney L. Bowens;
Arlene Bronson;
Shirley Bronson;
Annie Bussey;
Anita Calhoun;
Tomecha O. Canty;
Douglas James Chambliss;
Cornelias D. Clark;
Derek Cobb;
Teresa Comer;
Macqueline Cooper;
Marquetta Cunningham;
Shirley A. Cunningham;
Benjamin F. Curry, Jr.;
Delores Davis;
Kriby Davis;
Timothy Davis;
Larry T. Dawson;
Tyrone Dawson;
Dewayne Dickerson;
Sharon Murphy Durham;
Rudy Edwards;
Helen Ellis;
Teela Faniel;
Quinetta Feagin;
Johnny Fegans;
Bonnie J. Finch;
Annie Joyce Finney;
Pamela Williams-Finney;
Sharon D. Fitzpatrick;
Sonya M. Fitzpatrick;
Raymond F. Forte;
Willie Mae France;
Pamela Franklin;
Tasha Franklin;

Toretha Franklin;
Teresa Graves;
Develma Hall;
Tommy Hampton;
Angela Henry;
Carolyn Henry;
Quintana Nicole Henry;
Te'Angela Henry;
Nicklous Hill;
Rondarius Holmes;
Katrina L. Hooks;
Martha Moore Howard;
Peggy Howard;
Sandra Hunter;
Mary E. Ivey;
Susie Jackson;
Jessica Jenkins;
Sallie Ann Jernigan;
Shayla D. Jessie;
Beatrice Johnson;
Cassandra M. Johnson;
Charles Johnson;
Landon Johnson;
Leotis Johnson;
Recike Johnson;
Rosario Johnson;
Terrar S. Johnson;
Bryce Jones;
Kelvin Jones;
Michael Jones;
Shirlene Jones;
Treilis Jordan;
Christopher King;
Gloria King;
Jason T. King;
Shaleatha King;
Tiffany M. Pugh King;
Demarcus M. Kreis;
Aelesha Lee;
Emma J. (Thomas) Lee;
Moses Lee;
Royzell Lee;
Clinton James Lewis;
Regenia Long;
Hanson W. Mack;
Martavous Mahone;

James Martin;
Katrina Martin;
Willie J. McClain;
Santana McClendon;
Shamika McClendon;
Je'Norris McKinnes;
Veronica M. Miclaney;
Felicia Mims;
Nancy C. Moore;
Shirley Moore;
Tommie Motley;
O.C. Murray;
James Nehley;
Willie Nelson;
Cassandra Nobles;
Larry T. Nobles;
Steven Nobles;
Augusta Oliver;
Marcus Oree;
Irvin L. Owens;
Billy Paige;
Charlie Parham, Sr.;
Kawanna Parham;
Darnell Parker;
Harvey Cornelius Parker;
Curtis Passmore;
Wallace Passmore;
Dianne Patterson;
Lashundra Pearson;
Jim H. Person;
Peggy L. Pitts;
Shana Pruitt;
Betty Randolph;
Richette Holliday-Raybon;
Mary Dean Rayburn;
Gloria Roberson;
John R. Rodgers;
Christopher Rogers;
Albertha Rumph;
Aggie Scott;
John Scott;
Mayola Shelley;
Lisa Smiley;
Charlotte Smith;
Dessie Smith;
Earnestine Smith;

Janekia Smith;
Lashonda Smith;
Linda Smith;
Mildred Smith;
Cruz Jason Sparks;
Cynthia Sparks;
Kimberlyn Denise Sparks;
Melvin L. Sparks;
Stacie Sparks;
Carlos Stanley;
Angela Marie Still;
Lanethia Still;
Jerry Streeter;
Mary Streeter;
Jacqueline Swanson;
Rosa Swanson;
Jamilla Tanner;
Christopher Tarver;
Christopher D. Tarver;
Helen Tarver;
LaQuiona Tarver;
Sherry Traver;
Johnnie R. Taylor;
Mary E. Thomas;
Richard Thomas;
Richard Daniel Thomas;
Terrance Thompkins;
Michael Todd;
Tony Tolliver;
Chester L. Townsend;
Eula Townsend;
Jacqueline Turner;
Hytasha Trabue;
Betty Wallace;
Lavana Ward;
Linda Warmack;
Terrance Warmack;
Mary J. Washington;
Tyrone Washington;
Kennetra Wheeler;
Rodney White;
Anthony Q. Williams;
Callie M. Williams;
Calvin Williams;
Ruby Jean Williams;
Alan L. Williamson;

Laurie A. Willis;
Christine Youngblood;
Latoya Youngblood.

Alternatively, for the reasons explained in our supporting Brief, this Court should stay

this action pending the Alabama courts' rulings on related arguments that Wayne Farms will

address to them.

Respectfully submitted this 12th day of January, 2007.

WAYNE FARMS LLC

BY: BALCH & BINGHAM LLP

s/R. Pepper Crutcher, Jr.
R. Pepper Crutcher, Jr. (MS Bar #7921)
E. Russell Turner (MS Bar #9903)
Heather White Martin (MS Bar 101601)
Balch & Bingham LLP
Post Office Box 22587
Jackson, MS 39225
Telephone: (601) 965-8158
pcrutcher@balch.com
hmartin@balch.com

Thomas C. Anderson (MS Bar 9711)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, Mississippi 39501
Tel: 228- 864-9900
Fax: 866-811-7360
tanderson@balch.com
Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007, I electronically filed the foregoing with the

Clerk of the Court using the ECF system which sent notification of such filing to the following:

Seth M. Hunter
Attorney & Counselor at Law, PLLC
404 Hemphill Street
Hattiesburg, Mississippi 39401

Telephone (601) 450-8682
Facsimile: (601) 450-8683
Attorney for Plaintiffs

and I hereby certify that I have mailed the foregoing Motion to these non-ECF

participants:

William S. Hommel, Jr.
3304 South Broadway Avenue
Tyler, Texas 75701-7818

Keith Givens
Cochran, Cherry, Givens & Smith, PC
Post Office Box 927
Dothan, AL 36302-0927
Telephone: (334) 793-1555
E-mail: kgivens@cockranfirm.com

Bernard Nomberg
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203
Telephone: (205) 930-6900
Email: bnomberg@cochranfirm.com

Richard Celler
284 South University Drive
Fort Lauderdale, Florida 33324
Phone: (954) 318-0268
Fax: (954) 333-3515

Lance Swanner
Cochran, Cherry, Givens & Smith, PC
Post Office Box 927
Dothan, AL 36302-0927
Telephone: (334) 793-1555
E-mail:lanceswanner@cockranfirm.com


s/R. Pepper Crutcher, Jr.
Of Counsel

54648.3                                     12

FILED

2006 Oct-20 AM 10:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

JAMES E. BOLDEN, PATSY COOPER, )
ANITA ELLIOTT, CAROLYN                )
FRANKLIN, JOSEPH HAMPTON,        )
GLADYS W. MATTHEWS, KENNETH  )
B. MILLENDER, CHARLOTTE           )
POINTER, DANIEL J. POINTER, LELA )
P. REED, MODESTO TORRES,             )
CLAUDIO GONZALEZ, JUDY A.          )
TUCKER, SARAH B. WARD, PAMELA )
M. ALLEN, ANTONIA ASENCIO-         )
ROMAN, GLORIA AYALA,                  )
PRATUANGTIP BADY, RICHARD       )
BAKER, CHIQUITA BARRETT,           )
MARILYN BATES, JESSICA BRADEN, )
BRENDA BURKE, LUIS CARRANZA,   )
BARRY L. CARTER, JOEY CARTER,   )
JULIANN CATER, HILTON               )
CHATMAN, MICHAEL DEAN, ROSA    )
DIAZ, THOMAS JEAN DOSS, MATTIE )
S. ELLISON, BACILIA ESPARZA,        )
JOSE ESPARZA, SHARON B. FORD,    )
DE'JAURICE FOSTER, FAUSTINO      )
GARCIA, LUELLA GHOLSTON,          )
ALICE GRIFFIN, OLIVIA HARDEN,   )
TOCCARA HARRIS, BOBBIE J.          )
HAWKINS, MATEO HERNANDEZ,       )
MARY HINSTON, JEREMIAH J.          )
HURLEY, SHELBY JACKSON, TERRY )
LEE JACKSON, DESMOND JONES,      )
GLORIA JEAN JONES, LINDA JONES,)
JACQUELINE H. LAMPKIN, LINDA F. )
MALONE, XIOMARA MARRENO,        )
ABRAHAM MARTINEZ, MARIA S.      )
MARTINEZ, WANDA MASON,            )
WILLIAM SYLVESTER MASON,         )
GOREE MATTHEWS, BETTIE S.         )
MAYES, LEISA LASHA MEADE,          )
VENTURA MENDOZA, ISIDRO           )
MIRELES, ESTHER MORALES,           )
OSCAR NASH, TERESA NEWSOME,      )
APRIL C. ORR, PAULA ORR, FREDY   )
LEE OVERTON, CLAUS D. PETERSON)
MALETHIA POINTER, JAPONICA       )

PORTER, HUGO POZO, MINNIE        )
PRIDE, DOMINGO G. RAMIREZ,        )
MANUEL RAMOS, RAMONA RAMOS, )
TAVARIS REYNOLDS, DIANE G.        )
RICKS, AMANDA M. RIOS, JOSE       )
RAMAI RIOS, BIRDA M. ROBINSON,    )
GLADYS J. ROBINSON, LUDIE MAE    )
ROBINSON, TERESA ROBINSON,       )
YOLANDA ROGERS, SALVADORA        )
ROMAR, EMMA SCRUGGS,             )
LORENZO SERAFIN, MICHAEL         )
SHARPLEY, ROSE M. STEELE,        )
REBECCA STEELMAN, MATTIE         )
STRICKLAND, HAWTHORN O.          )
TAYLOR, SHAWN TAYLOR, SHERRY )
TAYLOR, JERRY WAYNE              )
THOMPSON, GERALDINE TURNER,   )
PATRICIA TURNER, JOAQUIN VERA, )
JANNIE L. VINSON, ANGELA         )
WALLACE, J.B. WEST, ALENE        )
WHITE, BARBARA WILLIAMS,         )
BETTY JEAN WILLIAMS, WOOZIE      )
LEE WILLIAMS, CASEY WILSON,      )
and RITA ANN WOODS               )
                                 )
          Plaintiffs,            )
                                 )
     vs.                         )   Case No.: 06-CV-_____
                                 )
WAYNE FARMS LLC., a Delaware    )
Corporation doing business in Alabama, )
                                 )
          Defendant.             )

## COMPLAINT

Plaintiffs, individually and on behalf of all others similarly situated ("Plaintiffs"),

by and through their counsel, for their Complaint against Defendant Wayne Farms LLC.,

(collectively "Wayne Farms" or "Defendant"), seek to recover for Wayne Farms'

violations of the Fair Labor Standards Act of 1938 (FLSA), 29 U.S.C. §§ 201 et seq., and

hereby state and allege as follows:

2

## INTRODUCTION

1.     This is a representative action brought pursuant to FLSA § 216(b) by Plaintiffs on behalf of themselves and all other similarly situated current and former production employees of Wayne Farms at its Decatur facility, located in Morgan County, Alabama, for purposes of obtaining relief under the FLSA for unpaid wages, unpaid overtime wages, liquidated damages, costs, attorneys' fees, declaratory and/or injunctive relief, and/or any such other relief the Court may deem appropriate.

2.     Wayne Farms operates a chicken processing plant in Decatur, Alabama ("Decatur facility"). The complained of unlawful compensation system at issue in this Complaint has affected Defendant's present and former hourly production employees at this location.

3.     In *IBP, Inc. v. Alvarez*, 126 S. Ct. 514 (2005), the United States Supreme Court unanimously affirmed a ruling that IBP's wage and hour policies – those at issue in this case – violated the Fair Labor Standards Act of 1938 ("FLSA").

4.     Wayne Farms uniformly denies hourly wages and overtime premium pay to its employees, by requiring them to perform "off the clock" work. Wayne Farms' deliberate failure to pay employees earned wages and overtime compensation violates federal law as set out in the Fair Labor Standards Act.

5.     Plaintiffs perform multiple tasks, but are all victims to the same illegal policy and practice of failing to pay workers for all time worked, including unpaid, but compensable break periods, unpaid hourly wage times and unpaid overtime premium wage times.

3

## JURISDICTION AND VENUE

_____    6.    The FLSA authorizes court actions by private parties to recover damages

for violation of the FLSA's wage and hour provisions.  Jurisdiction over Plaintiffs' FLSA

claims is based upon 29 U.S.C. § 216(b) and 28 U.S.C. §§ 1331-37.

7.    Venue in this district is proper pursuant to 28 U.S.C. § 1391(b) and (c),

because Wayne Farms does business in this district and a substantial part of the unlawful

conduct giving rise to the claims occurred in this district.

## PARTIES

8.    Defendant, Wayne Farms LLC., is a Delaware corporation with its

principal place of business in Georgia.

9.    Plaintiffs are current and former Wayne Farms employees who work(ed)

at the Wayne Farms Decatur facility within the last three years, dating back to October

16, 2003, and can be generally categorized herein as "First Processing" and "Second

Processing" employees.

10.    First Processing generally includes those employees who work in an area

of the plant where the product (chickens) is introduced into the plant and placed or hung

on "the line" for killing, cleaning, disemboweling, and chilling.

11.    Second Processing generally includes those employees who work in an

area of the plant where after the product has completed First Processing, it is further

processed, prepared, cut-up, marinated, deboned, weighed, sized, packed, loaded on

trucks, etc. for  delivery to plant customers.

12.    Plaintiffs listed herein who primarily work in First Processing include:

James E. Bolden, Patsy Cooper, Anita Elliott, Carolyn Franklin, Joseph Hampton, Gladys

4

W. Matthews, Kenneth B. Millender, Charlotte Pointer, Daniel J. Pointer, Lela P. Reed,

Modesto Torres, Claudio Gonzalez, Judy A. Tucker, and Sarah B. Ward.

     13.    Plaintiffs listed herein who primarily work in Second Processing include:

Pamela M. Allen, Antonia Asencio-Roman, Gloria Ayala, Pratuangtip Bady, Richard

Baker, Chiquita Barrett, Marilyn Bates, Jessica Braden, Brenda Burke, Luis Carranza,

Barry L. Carter, Joey Carter, Juliann Cater, Hilton Chatman, Michael Dean, Rosa Diaz,

Thomas Jean Doss, Mattie S. Ellison, Bacilia Esparza, Jose Esparza, Sharon B. Ford,

De'Jaurice Foster, Faustino Garcia, Luella Gholston, Alice Griffin, Olivia Harden,

Toccara Harris, Bobbie J. Hawkins, Mateo Hernandez, Mary Hinston, Jeremiah J.

Hurley, Shelby Jackson, Terry Lee Jackson, Desmond Jones, Gloria Jean Jones, Linda

Jones, Jacqueline H. Lampkin, Linda F. Malone, Xiomara Marreno, Abraham Martinez,

Maria S. Martinez, Wanda Mason, William Sylvester Mason, Goree Matthews, Bettie S.

Mayes, Leisa Lasha Meade, Ventura Mendoza, Isidro Mireles, Esther Morales, Oscar

Nash, Teresa Newsome, April C. Orr, Paula Orr, Fredy Lee Overton, Claus D. Peterson,

Malethia Pointer, Japonica Porter, Hugo Pozo, Minnie Pride, Domingo G. Ramirez,

Manuel Ramos, Ramona Ramos, Tavaris Reynolds, Diane G. Ricks, Amanda M. Rios,

Jose Ramai Rios, Birda M. Robinson, Gladys J. Robinson, Ludie Mae Robinson, Teresa

Robinson, Yolanda Rogers, Salvadora Romar, Emma Scruggs, Lorenzo Serafin, Michael

Sharpley, Rose M. Steele, Rebecca Steelman, Mattie Strickland, Hawthorn O. Taylor,

Shawn Taylor, Sherry Taylor, Jerry Wayne Thompson, Geraldine Turner, Patricia

Turner, Joaquin Vera, Jannie L. Vinson, Angela Wallace, J.B. West, Alene White,

Barbara Williams, Betty Jean Williams, Woozie Lee Williams, Casey Wilson, and Rita

Ann Woods.

Case 2:06-cv-00889-KS-MTP Document 1-1    Filed 01/12/2007    Page 6 of 17

14.     Plaintiffs are residents and domiciled in the State of Alabama.  Plaintiffs have concurrently filed their Consents to Become Party Plaintiffs pursuant to 29 U.S.C. § 216(b).  See Exhibit A.

## GENERAL ALLEGATIONS

15.     As an integral and indispensable part of Plaintiffs' jobs, Plaintiffs are required to pass through security when entering and leaving the facility.  Plaintiffs' are required to have their employment status verified and their arrival and departures documented as well as submit to searches of the person and personal possessions.  Plaintiffs aver they are not compensated for the time it takes security to clear them and allow them into the facility and the compensable time afterwards prior to the commencement of production work.

16.     Plaintiffs go to a designated area to receive required clothing and/or personal protective equipment (PPE) that is required for the work to be performed.  The employees are required to don certain equipment before moving into the production areas.  The employees are required to perform washing activities associated with preparing for work in the production area.  And depending on whether the employee works in First Processing or Second Processing, the employee may be required to acquire special tools for the work to be performed.  During the course of this process, the employee then must walk a significant distance to arrive at the respective workstations on the line.

17.     When Plaintiffs leave the line for unpaid breaks or at the end of their shift, they again walk a considerable distance to their respective doffing area where they remove their personal protective equipment, wash or sanitize themselves, their personal

6

protective equipment, sanitary clothing, and/or equipment or tools and return various

clothes, personal protective equipment, equipment or tools to the proper areas.

    18.    Defendant Wayne Farms owns and operates poultry facilities in Decatur,

Alabama. The unlawful compensation system at issue in the Complaint has affected

Defendant's former and present hourly production employees at this location.

    19.    Under Wayne Farms' wage compensation system, Wayne Farms pays

Plaintiffs and others similarly situated employees only regularly scheduled time that they

are on the production assembly line or in production areas under a system known as

master time, master key, line time or gang time, collectively referred to herein as "master

time". Conversely, as a matter of policy and practice, Wayne Farms does not pay its

hourly employees for required pre-production line and post-production line activities that

are necessary and integral to their overall employment responsibilities, such as the time it

takes to clear security, donning and doffing protective and sanitary equipment, cleaning

and sanitizing that equipment as well as themselves, walking to and from security and the

production line from their locker or dressing area after already performing compensable

activities, and waiting in line to return required supplies, tools and other equipment

needed for line activities. In addition, Wayne Farms does not pay its employees for time

spent waiting at the line, prior to the line start up. Plaintiffs are required to report to duty

before the start of the master time clock and required to continue work after the master

time clock has stopped.

    20.    During the course of the day, Plaintiffs are provided unpaid breaks

requiring them to walk considerable distances where they remove sanitary clothing and

personal protection equipment for their break. The remaining time allowed for the break

is further shortened by the requirement for the employee to wash and sanitize, don his or

7

her sanitary clothing and personal protection equipment and return to the workstation. Plaintiffs assert these unpaid breaks are compensable. Alternatively if the total unpaid break is not deemed compensable Plaintiffs allege they are owed compensation for the walk time prior to and after unpaid breaks, the time spent donning and doffing clothing and equipment pre and post break respectively, and the time spent washing and/or waiting to wash themselves and their equipment.

21.     Defendant deducts from Plaintiffs daily time worked, without regard for the actual time spent on break, two (2) uncompensated breaks of fixed duration.

22.     The time for which Plaintiffs and other similarly situated employees are paid is significantly less than the time they spend at work between the time they begin their integral, essential and indispensable work duties and the time they arrive at their workstations on the line. The work time for which Plaintiffs are not paid include, but are not limited to: (1) changing into the protective required work uniforms, sanitary clothing and protective safety equipment that can include, among other things (depending on the task and whether First or Second Processing): ear plugs, smocks, work pants and shirts; safety jump suits; safety boots; hair nets; face nets; hard hats; aprons; belts with holsters and knifes; and hand and arm protections; and (2) walking to and from the changing area, work areas and break areas; washing activities; and (3) breaks that are effectively compensable .

23.     The walking time for which Plaintiffs are not paid occurs after the beginning of the employee's first principal activity and before the end of the employee's last principal activity.

24.     The required protective work uniforms, sanitary clothing and protective safety equipment that Plaintiffs must wear, and for which they are not paid for donning

8

and doffing times, is required by Wayne Farms and/or by government regulation. Plaintiffs' jobs are dangerous and involve serious health and safety risks. The circumstances of Plaintiffs' jobs, including vital considerations of health and hygiene, require them to wear the protective work uniforms, sanitary clothing and protective safety equipment. These donning, doffing, washing activities, compensable unpaid breaks and walking duties all add up to a significant amount of time every day for which Plaintiffs and others similarly situated are not paid.

25.    In addition to depriving Plaintiffs and others similarly situated of hourly wages for compensable time pursuant to the FLSA, Defendant Wayne Farms' failure to accurately account for and report all compensable time worked by the Plaintiffs and others similarly situated, and has deprived Plaintiffs and others similarly situated of what would otherwise be overtime pay, pursuant to the FLSA.

## COLLECTIVE ACTION ALLEGATIONS

26.    Plaintiffs bring Count I, the FLSA claim, as an "opt-in" collective action pursuant to 29 U.S.C. § 216(b). In addition to the claims of individually named Plaintiffs, Plaintiffs bring this action as representatives of all similarly situated former and current employees of the Decatur facility. The potential class of "opt-in" employees can be defined as:

> All current and former hourly employees of Defendants who worked at the Decatur facility since October 16, 2003, and who were not paid for all the time spent performing compensable work-related tasks or legally compensable time, including, but not limited to authorized unpaid break times, donning and doffing times, washing activity times, time associated with passing through security check points and walking to changing areas and time walking to security and passing through security at the end of the day and walking times to and from break areas or donning and doffing areas, and including time compensable at regular hourly wages, as well as overtime pay for these employees.

27.    The FLSA claims may be pursued by those who opt-in to this case, pursuant to 29 U.S.C. § 216(b).

28.    Plaintiffs, individually and on behalf of other similarly situated employees, seek relief on a collective basis challenging, among other FLSA violations, Defendant's practice of failing to accurately record all hours worked and failing to pay employees for all hours worked, including overtime compensation.

29.    The number and identity of other Plaintiffs yet to opt-in and consent to be party Plaintiffs may be determined from the records of Defendant, and potential class members may easily and quickly be notified of the pendency of this action.

30.    On information and belief, the Decatur facility employs approximately 500 hourly wage employees who potentially have FLSA claims similar to the claims set out herein.  Consequently, joinder of all collective action members in a single action is impracticable.

31.    Potential collective action members may be informed of the pendency of this class action through direct mail.

32.    There are questions of fact and law common to the class that predominates over any questions affecting only individual members.  The questions of law and fact common to the class arising from Defendant's actions include, without limitation, the following:

a)    Whether Plaintiffs were compensated for time spent clearing security and time spent walking from security to their changing areas and from changing areas to security;

b)    Whether the security activities at issue are integral or indispensable to Defendant's business activities;

10

   c)  Whether Plaintiffs were compensated for time spent donning and doffing clothing and protective gear, washing, and walking to and from their job posts;

   d)  Whether the donning, doffing and washing activities at issue are integral or indispensable to Defendant's business activities;

   e)  Whether Plaintiffs were entitled to compensation for time spent donning and doffing, washing activity time, and walking time to and from "the line";

   f)  Whether Plaintiffs' donning, doffing, washing activity, and walking time is integral and indispensable to their principal activities;

   g)  Whether Defendant failed to pay employees for unpaid breaks that were effectively compensable.

   h)  Whether Defendant's compensation policy and practice accurately accounts for the time Plaintiffs are actually working;

   i)  Whether Defendant's compensation policy and practice is illegal;

   j)  Whether Defendant had a policy and practice of willfully failing to record and compensate employees for all time worked; and

   k)  Whether Defendant failed to accurately record all compensable time, resulting in a failure to compensate Plaintiffs and other similarly situated employees of regular hourly wages and overtime pay, in violation of Defendant's policies and procedures and the mandate of the FLSA.

   33.    The questions set forth above predominate over any questions affecting only individual persons, and a class action is superior with respect to considerations of consistency, economy, efficiency, fairness and equity, to other available methods for the fair and efficient adjudication of the state law claims.

   34.    The Collective Action Representatives' claims are typical of those of the similarly situated employees in that these employees have been employed in the same or similar positions as the Collective Action Representatives and were subject to the same or similar unlawful practices as the Collective Action Representatives.

35.     A collective action is the appropriate method for the fair and efficient adjudication of this controversy. Defendant has acted or refused to act on grounds generally applicable to the similarly situated current and former employees. The presentation of separate actions by individual similarly situated current or former employees could create a risk of inconsistent and varying adjudications, establish incompatible standards of conduct for Defendant, and/or substantially impair or impede the ability of Collective Action members to protect their interests.

36.     The Collective Action Representatives are adequate representatives of the similarly situated current and former employees because they are employees of the same processing plant and their interests do not conflict with the interests of the other similarly situated current and former employees they seek to represent. The interests of the members of the class of employees will be fairly and adequately protected by the Collective Action Representatives and their undersigned counsel, who have extensive experience prosecuting complex class action lawsuits.

37.     Maintenance of this action as a collective action is a fair and efficient method for the adjudication of this controversy. It would be impracticable and undesirable for each member of the collective action who suffered harm to bring a separate action. In addition, the maintenance of separate actions would place a substantial and unnecessary burden on the courts and could result in inconsistent adjudications, while a single collective action can determine, with judicial economy, the rights of all collective action members.

## **COUNT I**

### **Violation of the Fair Labor Standards Act of 1938**

**(Brought Against Defendant by All Individually-Named Plaintiffs and on Behalf of All Others Similarly Situated)**

12

38.    Plaintiffs reassert and incorporate by reference paragraphs 1 through 37 as set forth above as if fully restated herein.

39.    At all time material herein, Plaintiffs have been entitled to the rights, protections, and benefits provided under the FLSA, 29 U.S.C. § 201 *et. seq.*

40.    The individually named Plaintiffs and all similarly situated employees are victims of a uniform and facility-wide compensation policy and practice, in violation of the FLSA.

41.    Wayne Farms violated the FLSA by failing to account for all compensable time of its employees that resulted in a failure to pay Plaintiffs and others similarly situated for compensable hourly wages and overtime premium pay.

42.    Wayne Farms violated the FLSA by failing to pay for time donning and doffing essential required equipment, integral to the principle work activity.

43.    Wayne Farms failed to account for and pay for time walking to and from the line to break areas and/or donning and doffing areas.

44.    Wayne Farms failed to account for and pay for time spent clearing security and for time walking to and from security to donning and doffing areas.

45.    Wayne Farms failed to account for and pay for time allocated as unpaid breaks.  In the alternative, Wayne Farms failed to pay for walk time to and from unpaid meal break areas, time spent donning and doffing on unpaid meal breaks, and washing activities associated with meal breaks.

46.    In perpetrating these unlawful practices, Wayne Farms has also willfully failed to keep accurate records for all of the time worked by its hourly employees.

47.    The FLSA regulates, among other things, the payment of overtime pay by employers whose employees are engaged in commerce, or engaged in the production of

13

goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce. 29 U.S.C. § 207(a)(1).

    48.    Wayne Farms was, and is, subject to the overtime pay requirements of the FLSA because it is an enterprise engaged in commerce and its employees are engaged in commerce.

    49.    Section 13 of the FLSA, 29 U.S.C. § 213, exempts certain categories of employees from overtime pay obligations. None of the FLSA exemptions apply to the Plaintiffs. Accordingly, Plaintiffs must be paid overtime pay in accordance with the FLSA.

    50.    Wayne Farms' failure to accurately record compensable work time was willfully perpetrated. Wayne Farms has not acted in good faith nor with reasonable grounds to believe its actions and omissions were not a violation of the FLSA, and as a result thereof, Plaintiffs and other similarly situated employees are entitled to recover an award of liquidated damages in an amount equal to the amount of unpaid hourly wages and overtime premium pay described above pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b). Alternatively, should the Court find Wayne Farms did not act willfully in failing to pay all hourly wages and overtime premium pay wages, Plaintiffs and all similarly situated employees are entitled to an award of prejudgment interest at the applicable legal rate.

    51.    As a result of the aforesaid willful violations of the FLSA's overtime provisions, overtime compensation has been unlawfully withheld by Wayne Farms from Plaintiffs for which Wayne Farms is liable pursuant to 29 U.S.C. § 216(b).

    52.    Plaintiffs and all similarly situated employees are entitled to damages equal to the mandated overtime premium pay within the three years preceding the filing

14

of this Complaint, plus periods of equitable tolling, because Wayne Farms acted willfully and knew, or showed reckless disregard of whether, its conduct was prohibited by the FLSA.

53.     Pursuant to FLSA, 29 U.S.C. § 216(b), successful Plaintiffs are entitled to reimbursement of the costs and attorney's fees expended in successfully prosecuting an action for unpaid wages and overtime wages.

WHEREFORE, it is respectfully prayed that this Court grant to the Plaintiffs the following relief:

a) At the earliest possible time, issue an Order allowing Notice or issue such Court supervised Notice to all similarly situated current and former Wayne Farms hourly employees (working at the Wayne Farms, Decatur location in the last three years) of this action and their rights to participate in this action. Such Notice shall inform all similarly situated current and qualified former employees of the pendency of this action, the nature of this action, and of their right to "opt in" to this action if they worked "off the clock" for times not paid, including time that may be paid at overtime rates.

b) Issue an Order, pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, declaring that Defendant Wayne Farms' actions, as described in the Complaint, are unlawful and in violation of the FLSA and applicable regulations and are and were willful as defined in the FLSA;

c) Issue an Order directing and requiring Defendant Wayne Farms to pay Plaintiffs and all other similarly situated employees damages in the form of reimbursement for unpaid hourly and premium overtime wages (past

15

and future) for all time spent performing compensable work for which

they were not paid pursuant to the rate provided by the FLSA;

d)  Issue an Order directing and requiring Defendant Wayne Farms to pay

Plaintiffs and all other similarly situated employees liquidated damages

pursuant to the FLSA in an amount equal to, and in addition to the amount

of wages and overtime wages owed to them;

e)  Issue and Order directing Defendant Wayne Farms to reimburse Plaintiffs

and other similarly situated employees for the costs and attorneys fees

expended in the course of litigating this action, pre-judgment and post-

judgment interest;

f)  Provide Plaintiffs with such other and further relief, as the Court deems

just and equitable.


## DEMAND FOR JURY TRIAL

All Plaintiffs hereby request trial by jury of all issues liable by jury under

Alabama and federal law.


Respectfully submitted this the _16th_ day of _October_ 2006.


COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.


JOSEPH D. LANE (LAN049)
LANCE H. SWANNER (SWA013)
SAMUEL A. CHERRY, JR., (CHE008)
Attorney for Plaintiffs

16

163 West Main Street
P.O. Box 927
Dothan, AL 36302
(334) 793-1555
(334) 793-8280 (fax)


Defendant may be served at:

The Corporation Company
o/b/o Wayne Farms LLC – Decatur Plant
2000 Interstate Park Drive Ste 204
Montgomery, AL  36109

17

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 31 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 1 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 1 of 109

**FILED**

2006 Oct 20  AM 10:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT  A



Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 32 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 2 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 2 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_James E Bolden_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___Wayne Farms___ at the facility located in __Decatur AL__. I worked at this location from ___1980___ to ___Apr 2005___.
[Name of plant]    [City/State]    [Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Decatur AL__, and
[Name of Plant]    [City/State]
possibly other plants owned by __Wayne Farms__. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __26__ day of __Aug.__, 2006.


_James E Bolden_____            _James E. Bolden_____
[PRINT NAME]                        [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 33 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 3 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 3 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_PATSY MAE COOPER_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _WAYNE FARM_ at
[Name of plant]
the facility located in _DECATUR_. I worked at this location from
[City/State]
_7-11_ to _7-29-05_.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _WAYNE FARM_ plant in _DECATUR_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _WAYNE FARM_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8_ day of _26_, 2006.


_PATSY MAE COOPER_                    _Patsy Cooper_
[PRINT NAME]                                [SIGNATURE]

Case 2:06-cv-00951-MEF-WC     Document 17-3     Filed 01/16/2007     Page 34 of 64

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 4 of 40
Case 5:06-cv-02090-IPJ     Document 1-2     Filed 10/18/2006     Page 4 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Anita Elliott_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by __Wayne Farms__ at
    the facility located in __Decatur, AL__ . I worked at this location from
    [Name of plant]                                    [City/State]
    __8/01/94__ to __present__ .
    [Date]                    [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering
    employees at the __Wayne Farms__ plant in __Decatur, AL__ , and
    [Name of Plant]                            [City/State]
    possibly other plants owned by __Wayne Farms__ . If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __25__ day of __August__ , 2006.


__Anita Elliott__                      __Anita Elliott__
[PRINT NAME]                            [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 35 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 5 of 40
Case 5:06-cv-02095-IPJ    Document 1-2    Filed 10/18/2006    Page 5 of 109

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Carolyn Franklin_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_____ at
the facility located in _Decatur_____. I worked at this location from
_Nov 17-97_ to _March 06_.
[Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Wayne Farms_____ plant in _Decatur, Ill._, and
[Name of Plant]                [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _Aug_____, 2006.

_Carolyn Franklin_____            _Carolyn Franklin_____
[PRINT NAME]                [SIGNATURE]

Case 2:06-cv-00951-MEF-WC   Document 17-3   Filed 01/16/2007   Page 36 of 64

Case 2:06-cv-00268-KS-MTP   Document 11   Filed 01/12/2007   Page 6 of 40
Case 5:06-cv-0209b-IPJ   Document 1-2   Filed 10/18/20u6   Page 6 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**


_Joseph  Hampton_    states the following:
    [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne  Farm_    at
     [Name of plant]
     the facility located in _Decatur  Ala_ .   I worked at this location from
     [City/State]
     _Sept. 2000_    to    _Present_ .
     [Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne  Farm_    plant in _Decatur  Ala_ , and
     [Name of Plant]                              [City/State]
     possibly other plants owned by _____ .  If brought as a class
                                    [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the ~~8th~~ 8 day of _26_ , 2006.


_Joseph  Hampton_
[PRINT NAME]

_Joseph Hampton_
[SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 37 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 7 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 7 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

GLAdYS W. Matthews states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Wayne Farms at
[Name of plant]
the facility located in Decatur, Ala. I worked at this location from
[City/State]
5-13-1971 to present.
[Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Wayne Farms plant in Decatur Ala., and
[Name of Plant]                    [City/State]
possibly other plants owned by Wayne Farms. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 8 day of 25, 2006.


GLAdYSW. Matthews            Gladys W. Matthews
[PRINT NAME]                    [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 38 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 8 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 8 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_KENNETH B. MILLENDER_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _WAYNE FARMS LLC_ at the facility located in _Decatur, Al_. I worked at this location from _2/23/95_ to _PRESENT_.
    [Name of plant]   [City/State]   [Date]   [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _WAYNE FARMS LLC_ plant in _Decatur, Al_ and possibly other plants owned by _Wayne Farms LLC_ If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
    [Name of Plant]   [City/State]   [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _8/25_, 2006.

_KENNETH B. MILLENDER_             _Kenneth B. Millender_
[PRINT NAME]                       [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 39 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 9 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 9 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Charlotte Pointer_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wyne farm_ _____ at
      [Name of plant]
      the facility located in _Deentur_ _____.    I worked at this location from
      [City/State]
      _6-10-2006_ to _Now_ _____.
      [Date]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Deentur_ _____ plant in _Decutur_ _____, and
      [Name of Plant]                              [City/State]
      possibly other plants owned by _____ If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _26_ day of _8-26_, 2006.


_Charlotte Pointer_ _____        _Charlotte Pointer_ _____
[PRINT NAME]                         [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 40 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 10 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 10 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Daniel J Pointer_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _WAYNE FARM_ at
     [Name of plant]
     the facility located in _DECATUR, AL_. I worked at this location from
     [City/State]
     _5-4-76_ to _8-25, 06_.
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Decatur_ and
     [Name of Plant]                          [City/State]
     possibly other plants owned by _Wayne Farm_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8_ day of _25_, 2006.

_DANIEL J POINTER_                    _Daniel J Pointer_
[PRINT NAME]                         [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 41 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 11 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 11 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lela Pearl Reed_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
      [Name of plant]
      the facility located in _Decatur, N/a_ . I worked at this location from
      [City/State]
      _1976_ to _2006 present_ .
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Decatur, Alabama_ , and
      [Name of Plant]                    [City/State]
      possibly other plants owned by _Wayne Farms_ . If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _25_ day of _August_, 2006.


_mrs. Lela Pearl Reed_                    _mrs. Lela P. Reed_
[PRINT NAME]                              [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 42 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 12 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 12 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**    **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_Modesto Torres_ declara lo siguiente:
[Nombre]

1.  Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.  Estoy, o estuve trabajando para _Wayne Farms_ en la facilidad
    [Nombre de planta]
    localizada en _Decatur AL_. He trabajado en este local desde
    [Ciudad/Estado]
    _1-10.00_ hasta _el Presente_.
    [fecha]    [fecha, o si sigue trabajando escriba "el presente"]

3.  Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.  Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.  Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.  Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _____

7.  _Wayne Farms_ en _Decatur AL_, y en otras posibles
    [Nombre de la planta]    [Ciudad/Estado]
    plantas perteneciendo a _Wayne Farms_. Si es hecha como una
    [Nombre de la Planta]
    acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _8_ de _25_, 2006.


_Modesto Torres_            _Modesto Torres_
[ESCRIBA NOMBRE]            [FIRMA]

Case 2:06-cv-00951-MEF-WC     Document 17-3     Filed 01/16/2007     Page 43 of 64

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 13 of 40
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 13 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**      **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_Claudio T. Gonzalez_ declara lo siguiente:
[Nombre]

1.      Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.      Estoy, o estuve trabajando para _Wayne Farms_ en la facilidad
[Nombre de planta]
localizada en _Decatur AL_ . He trabajado en este local desde
[Ciudad/Estado]
_9-23-98_ hasta _____ .
[fecha]          [fecha, o si sigue trabajando escribe "el presente"]

3.      Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado.  También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.      Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.      Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.      Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _____

7.      _Wayne Farms_ en _Decatur AL_ , y en otras posibles
[Nombre de la planta]          [Ciudad/Estado]
plantas perteneciendo a _____ . Si es hecha como una
[Nombre de la Planta]
acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _25_ de _agosto_ , 2006.


_Claudio Torres_                    _Claudio Gonzalez_
[ESCRIBA NOMBRE]                    [FIRMA]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 44 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 14 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 14 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Judy A Tucker_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Decatur Al_ . I worked at this location from
[Name of plant]              [City/State]
_11      94_ to _2-14-06_ .
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Decatur Al_ , and possibly other plants owned by _Wayne Farm_ . If brought as a class
[Name of Plant]              [City/State]
action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8_ day of _25_ , 2006.

_Judy A Tucker_              _Judy A Tucker_
[PRINT NAME]              [SIGNATURE]

Case 2:06-cv-00951-MEF-WC     Document 17-3     Filed 01/16/2007     Page 45 of 64

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 15 of 40
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 15 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sarah B. Ward_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farmlle_ at
the facility located in _Decatur Al_.   I worked at this location from
_March 1989_ to _Present_.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Fram_ plant in _Decatur Al_, and possibly other plants owned by _Wayneram_ if brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _August_, 2006.

_Sarah B Ward_                         _Sarah B Ward_
[PRINT NAME]                          [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 46 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 16 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 16 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Pamela M. Allen_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms Fresh LLC_ at
    [Name of plant]
    the facility located in _Decatur, AL_. I worked at this location from
    [City/State]
    _7-23-90_ to _present_.
    [Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms Fresh_ plant in _Decatur, AL_, and
    [Name of Plant]        [City/State]
    possibly other plants owned by _Wayne Farms Fresh_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11th_ day of _September_, 2006.

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 47 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 17 of 40
Case 5:06-cv-02098-IPJ    Document 1-2    Filed 10/18/2006    Page 17 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**    **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_ANTONIA ASCNCIO_ _____ declara lo siguiente:
[Nombre]

1.    Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.    Estoy, o estuve trabajando para _ESTOY trabajanto_ en la facilidad
[Nombre de planta]
localizada en _DECATUR, AL_ . He trabajado en este local desde
[Ciudad/Estado]
_02-08-1996_ hasta _09-06-2006_ .
[fecha]                [fecha, o si sigue trabajando escriba "el presente"]

3.    Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.    Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.    Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.    Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _YO ESTOY Trabajando en LiNA_

7.    _WAYNE-FARMS_ en _DECATUR, AL-35602_ y en otras posibles
[Nombre de la planta]                [Ciudad/Estado]
plantas perteneciendo a _____ . Si es hecha como una
[Nombre de la Planta]
acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _7-4-06_ de _12-24-06_ , 2006.

_ANTONIA ASCNCIO ROMAN_          _ANTONIA ASCNCIO ROMAN_
[ESCRIBA NOMBRE]                       [FIRMA]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 48 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 18 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 18 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Gloria Ayala _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Waynes farm _____ at
the facility located in Decatur Alabama . I worked at this location from
[Name of plant]                                [City/State]
03/98 _____ to _____ 05/04 _____.
[Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Waynes farm _____ plant in Decatur, Alabama and
[Name of Plant]                            [City/State]
possibly other plants owned by Wayne farm _____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 26 day of Aug _____, 2006.


Gloria Ayala _____          Gloria Ayala _____
[PRINT NAME]                            [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 49 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 19 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 19 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____PRATUANGTIP  BADY_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___WAYNE FARMS___ at
the facility located in __DECATUR / AL.__ .   I worked at this location from
___8/26/91___  to  __STILL WORKING__ .
[Date]                              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __WAYNE FARMS__ plant in __DECATUR / AL__ , and
possibly other plants owned by __WAYNE FARMS__ .  If brought as a class
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of __AUG__ , 2006.

__PRATUANGTIP BADY__
[PRINT NAME]

__Pratuangtip Bady__
[SIGNATURE]

Case 2:06-cv-00951-MEF-WC     Document 17-3     Filed 01/16/2007     Page 50 of 64

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 20 of 40
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 20 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Richard BAKER_____ states the following:
          **[Print Name]**

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _WAYNE FARMS_ at
                                                  **[Name of plant]**
the facility located in _DECATUR_. I worked at this location from
                         **[City/State]**
_8-26-06_ to _STILL There_.
**[Date]**        **[Date, or if still working write "present"]**

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering employees at the _WAYNE FARMS_ plant in _DECATUR AL_, and
                            **[Name of Plant]**        **[City/State]**
possibly other plants owned by _Wayne Farms_ If brought as a class
                                **[Name of Plant]**
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

        DATED the _826_ day of _8_____, 2006.


_Richard BAKER_                    _Richard Bak_
**[PRINT NAME]**                    **[SIGNATURE]**

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 51 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 21 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 21 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Chiquita Barrett_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.  _yes_

2.    I am currently, or was formerly employed, by _Wayne Farm_ _____ at
the facility located in _Decatur AL_ _____ . I worked at this location from
_1988_ _____ to _2006_ _____ .
[Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ _____ plant in _Decatur AL_ _____ , and
possibly other plants owned by _Wayne Farm_ _____ . If brought as a class
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _86_ day of _26_ _____ , 2006.


_Chiquita Barrett_ _____
[PRINT NAME]

_Chiquita Barrett_ _____
[SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 52 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 22 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 22 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Marilyn J. Bates_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _WAYNE FARMS, LLC_ at
     [Name of plant]
     the facility located in _Decatur, AL_. I worked at this location from
     [City/State]
     _June 19, 1995_ to _PRESENT_.
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _WAYNE FARMS, LLC_ plant in _Decatur, AL_, and
     [Name of Plant]                                      [City/State]
     possibly other plants owned by _WAYNE FARMS, LLC_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _August_, 2006.

_Marilyn J. Bates_                      _Marilyn Bates_
[PRINT NAME]                            [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 53 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 23 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 23 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jessica Braden_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Waynes Farm_ at
   [Name of plant]
   the facility located in _Decatur Al_. I worked at this location from
   [City/State]
   _Oct 1, 2003_ to _present_.
   [Date]        [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action, covering employees at the _Waynes Farm_ plant in _Decatur Al_, and
   [Name of Plant]        [City/State]
   possibly other plants owned by _Waynes Farm_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _Aug_, 2006.

_Jessica Braden_                    _Jessica Braden_
[PRINT NAME]                        [SIGNATURE]

Case 2:06-cv-00951-MEF-WC     Document 17-3     Filed 01/16/2007     Page 54 of 64

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 24 of 40
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 24 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Brenda Burke_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Poultry West_ at the facility located in _Decatur Al_ . I worked at this location from
[Name of plant]    [City/State]
_10|05_ to _Present_ .
[Date]          [Date; or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Poultry West_ plant in _Decatur Al_ , and
[Name of Plant]          [City/State]
possibly other plants owned by _Wayne Poultry West_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _Aug._ , 2006.

_Brenda Burke_          _Brenda Burke_
**[PRINT NAME]**          **[SIGNATURE]**

Case 2:06-cv-00951-MEF-WC     Document 17-3     Filed 01/16/2007     Page 55 of 64

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 25 of 40
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 25 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Luis Carranza Marin_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Waynes Farms_ at
   [Name of plant]
   the facility located in _Decatur - AL_. I worked at this location from
   [City/State]
   _09/27/1997_ to _Present_.
   [Date]     [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Decatur-AL_, and
   [Name of Plant]     [City/State]
   possibly other plants owned by _Wayne Farms_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26th_ day of _August_, 2006.

_Luis Carranza Marin_          _Luis Carranza Sr_
[PRINT NAME]                   [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 56 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 26 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 26 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Barry L. Carter_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne's farm ( Dutch Quality LLC_ at
the facility located in _Decatur  Ali_. I worked at this location from
[Name of plant]
[City/State]
_March 2005_ to _Present_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne's farm LLC_ plant in _Decatur, Alabama_, and
[Name of Plant]    [City/State]
possibly other plants owned by _Wayne's farm LLC (Dutch Qua.)_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _August_, 2006.

_Barry h. Carter_ _____    _Barry L. Carter_ _____
**[PRINT NAME]**    **[SIGNATURE]**

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 57 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 27 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 27 of 109

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_____Joey Carter_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___Wayne Farms, LLC___ at
[Name of plant]
the facility located in ___Decatur, AL___. I worked at this location from
[City/State]
___3-1-05___ to ___Present___.
[Date]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ___Wayne Farms, LLC___ plant in ___Decatur, AL___, and
[Name of Plant]                              [City/State]
possibly other plants owned by ___Wayne Farm, LLC___. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the ___26___ day of ___August___, 2006.

___Joey Carter___
[PRINT NAME]

_____
[SIGNATURE]

Case 2:06-cv-00951-MEF-WC     Document 17-3     Filed 01/16/2007     Page 58 of 64

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 28 of 40
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 28 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Juliann Cater_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farm_ at [Name of plant] the facility located in _Decatur al_ . I worked at this location from [City/State] _Aug. 26 2002_ to _Aug. 26 2006_ . [Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Decatur al_ , and [Name of Plant]                         [City/State] possibly other plants owned by _Wayne Farm_ . If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _Aug_ , 2006.

_Juliann Cater_                    _Juliann Cater_
[PRINT NAME]                          [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 59 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 29 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 29 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Hilol Chapmn_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Decatur Plant_. I worked at this location from _Aug. 24-204_ to _Yes_.
[Name of plant]
[City/State]
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Hilos Wayne Farms_ plant in _Decatur Ala_, and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]    [City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _S@1_ day of _Sep 1_, 2006.

_Hilol Chapmn_ _____    _Hilol Chatmn_ _____
[PRINT NAME]    [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 60 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 30 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 30 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_MICHAEL DEAN_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___WAYNE FARMS_____ at
the facility located in __DECATUR, AL_____. I worked at this location from
[Name of plant]
( _R-2006_)( _5-2005_ ) to ___PRESENT_____.
[Date]              [City/State]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the __WAYNE FARMS__ plant in __DECATUR AL__, and
[Name of Plant]                      [City/State]
possibly other plants owned by __WAYNE FARMS__. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26th_ day of __AUGUST__, 2006.


_MICHAEL DEAN_____          _Michl O._____
[PRINT NAME]                              [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 61 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 31 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 31 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**    **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_Rosa Amelia D. Diaz_    declara lo siguiente:
[Nombre]

1.  Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.  Estoy, o estuve trabajando para _Wyne Farm_ en la facilidad
[Nombre de planta]
    localizada en _Decatur Alabama_. He trabajado en este local desde
[Ciudad/Estado]
    _7-7-2003_ hasta _el presente_.
[fecha]    [fecha, o si sigue trabajando escriba "el presente"]

3.  Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.  Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.  Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.  Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _____

7.  _Wyne farms_ en _Decatur Al._, y en otras posibles
[Nombre de la planta]    [Ciudad/Estado]
    plantas perteneciendo a _Wayne Farms_. Si es hecha como una
[Nombre de la Planta]
    acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

o afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _25_ de _Septiembre_, 2006.


_Rosa Diaz_                    _Rosa Diaz_
[ESCRIBA NOMBRE]                [FIRMA]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 62 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 32 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 32 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Thomas Jean Doss_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _WAYNE Farms_ at
the facility located in _Decatur Al._    I worked at this location from
_8-18-84_ to _8-25-2006_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Decatur Al._, and
[Name of Plant]    [City/State]
possibly other plants owned by _____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _Aug._, 2006.

_Thomas Jean Doss_                  _Thomas Jean Doss_
[PRINT NAME]                        [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-3    Filed 01/16/2007    Page 63 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 33 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 33 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_MAttie S. Ellison_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _DeCatur AL_. I worked at this location from
[City/State]
_06/2000_ to _present_.
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Decatur, AL_, and
[Name of Plant]        [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8_ day of _25_, 2006.

_MAttie S. Ellison_
[PRINT NAME]

_Mattie S. Ellison_
[SIGNATURE]

Case 2:06-cv-00951-MEF-WC     Document 17-3     Filed 01/16/2007     Page 64 of 64

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 34 of 40
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 34 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**     **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_Bacilia Esparza_ declara lo siguiente:
[Nombre]

1. Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2. Estoy, o estuve trabajando para _Wayne Farms_ en la facilidad
[Nombre de planta]
localizada en _Decatur Al_. He trabajado en este local desde
[Ciudad/Estado]
_7-18-95_ hasta _8-25-06_.
[fecha]     [fecha, o si sigue trabajando escriba "el presente"]

3. Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4. Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5. Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6. Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _____

7. _Wayne Farms_ en _Decatur Al_, y en otras posibles
[Nombre de la planta]     [Ciudad/Estado]
plantas perteneciendo a _Wayne Farms_. Si es hecha como una
[Nombre de la Planta]
acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _25_ de _Agosto_, 2006.

_Bacilia Esparza_     _Bacilia Esparza_
[ESCRIBA NOMBRE]     [FIRMA]

# TAB B - PART 2

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 2 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 35 of 40
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 35 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**     **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_____ Jose Esparza _____ declara lo siguiente:
                [Nombre]

1.     Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.     Estoy, o estuve trabajando para _Wayne Farms_ en la facilidad
                                                    [Nombre de planta]
       localizada en _Decatur Al_. He trabajado en este local desde
                          [Ciudad/Estado]
       _6-7-94_          hasta  _8-25-06_.
         [fecha]               [fecha, o si sigue trabajando escriba "el presente"]

3.     Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.     Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.     Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.     Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta.

7.     _Wayne Farms_ en _Decatur Al_, y en otras posibles
         [Nombre de la planta]        [Ciudad/Estado]
       plantas perteneciendo a _Wayne_. Si es hecha como una
                                      [Nombre de la Planta]
       acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

       FECHADO el dia _25_ de _Agosto_, 2006.


_JOSE ESPARZA_                    _José Esparza_
[ESCRIBA NOMBRE]                         [FIRMA]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 3 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 36 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 36 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:**   **CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sharon B. Ford_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Poultry_ at
[Name of plant]
the facility located in _Decatur Ala._. I worked at this location from
[City/State]
_2-1992_ to _Present_.
[Date]   [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Poultry_ plant in _Decatur, Ala_, and
[Name of Plant]   [City/State]
possibly other plants owned by _Wayne Poultry_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _August_, 2006.

_Sharon B. Ford_____     _Sharon B. Ford_____
[PRINT NAME]                 [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 4 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 37 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 37 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_De'Jaurrce Foster_ states the following:
**[Print Name]**

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne's Farm_ at
**[Name of plant]**
the facility located in _Decatur, Al_. I worked at this location from
**[City/State]**
_9/5/78_ to _Present_.
**[Date]**          **[Date, or if still working write "present"]**

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne's Farm_ plant in _Decatur, Al_, and
**[Name of Plant]**                          **[City/State]**
possibly other plants owned by _Wayne's Farm_. If brought as a class
**[Name of Plant]**
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _Aug_, 2006.

_De'Jaurice Foster_
**[PRINT NAME]**

_De'Jaurice Foster_
**[SIGNATURE]**

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 5 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 38 of 40
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 38 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**    **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_Faustino Garcia_ declara lo siguiente:
[Nombre]

1.    Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.    Estoy, o estuve trabajando para _Wayne Farms_ en la facilidad
[Nombre de planta]
localidad en _Decatur AL_. He trabajado en este local desde
[Ciudad/Estado]
_Marzo 1995_ hasta _Julio 2006_.
[fecha]                    [fecha, o si sigue trabajando escriba "al presente"]

3.    Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.    Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.    Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.    Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta

7.    _Wayne Farms_ en _Decatur AL_ y en otras posibles
[Nombre de la planta]          [Ciudad/Estado]
plantas perteneciendo a _Wayne Farms_. Si es hecha como una
[Nombre de la Planta]
acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _20_ de _Septiembre_ 2006.

_Faustino Garcia_                    _____
[ESCRIBA NOMBRE]                    [FIRMA]

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 6 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 39 of 40
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 39 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Luella Gholston_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Decatur, Al_ . I worked at this location from
[City/State]
_10/03_ to _1/06_ .
[Date]      [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Decatur, Al_ , and
[Name of Plant]      [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _Sept_ , 2006.

_Luella Gholston_          _Luella Gholston_

Case 2:06-cv-00951-MEF-WC      Document 17-4      Filed 01/16/2007      Page 7 of 63

Case 2:06-cv-00268-KS-MTP      Document 11      Filed 01/12/2007      Page 40 of 40
Case 5:06-cv-02096-IPJ      Document 1-2      Filed 10/18/2006      Page 40 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alice A Griffin_ _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farm LLC_ at the facility located in _Decatur, Ala_. I worked at this location from
[City/State]
_87_ to _present_.
[Date]                    [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farm LLC_ plant in _Decatur, Ala_, and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne Farm_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _8 - 26 - 06_, 2006.

_Alice A Griffin_____          _Alice Griffin_____
[PRINT NAME]                                     [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 8 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 1 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 41 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Olivia Hardan_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Decatu Ala_. I worked at this location from _March 28, 1994_ to _Aug. 26, 2006_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Decatu Alabam_ and possibly other plants owned by _Wayne Farm_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8_ day of _26_, 2006.


_Olivia Hardan_                    _Olivia Harden_
[PRINT NAME]                        [SIGNATURE]


1b

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 9 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 2 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 42 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Tamara Felece Harris_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ _____ at
[Name of plant]
the facility located in _Demur AL_ _____. I worked at this location from
[City/State]
_6/13/01_ _____ to _present date_ _____.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Wayne Farms_ _____ plant in _Demur NC_ _____, and
[Name of Plant]                           [City/State]
possibly other plants owned by _Wayne Farms_ _____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _24_ day of _August_ _____, 2006.

_Tamara Harris_ _____
[PRINT NAME]

_Tamara Harris_ _____
[SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 10 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 3 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 43 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bobbie J. Hawkins_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne farm_ at the facility located in _Decatur Ala_. I worked at this location from _May 6. 2000_ to _Aug 25 2006 (present)_
[Name of plant]
[City/State]
[Date]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Decatur_, and possibly other plants owned by _Wayne Farm_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25th_ day of _August_, 2006.

_Bobbie J. Hawkins_                    _Bobbie J. Hawkins_
[PRINT NAME]                              [SIGNATURE]

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 11 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 4 of 45
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 44 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**     **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_Mateo Hernandez_ _____ declara lo siguiente:
[Nombre]

1.     Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.     Estoy, o estuve trabajando para _WUAV FAR_ _____ en la facilidad
[Nombre de planta]
localizada en _DeCATUR AL_ . He trabajado en este local desde
[Ciudad/Estado]
_1-20 98_ hasta _8-26-06_ .
[fecha]     [fecha, o si sigue trabajando escriba "el presente"]

3.     Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado.  También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.     Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.     Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.     Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _____

7.     _WUAV FAR_ _____ en _DeCATUR AL_ , y en otras posibles
[Nombre de la planta]          [Ciudad/Estado]
plantas perteneciendo a _____ . Si es hecha como una
[Nombre de la Planta]
acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _8_ de _26_ , 2006.


_Mateo Hernandez_ _____          _Mateo Hernandez_ _____
[ESCRIBA NOMBRE]                         [FIRMA]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 12 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 5 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 45 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_MARY HINTSON_ ___ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _WAYNE FARMS_ at
[Name of plant]
the facility located in _DECATUR, AL_. I worked at this location from
[City/State]
_MARCh 1992_ to _August 2006_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _WAYNE FARMS_ plant in _DECATUR, AL_, and
[Name of Plant]                [City/State]
possibly other plants owned by _WAYNE FARMS_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26th_ day of _August_, 2006.


_MARY HINTSON_                    _Mary Hintson_
[PRINT NAME]                      [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 13 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 6 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 46 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jeremiah J. Hurley_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Whyne Farms hhC - FPEast_ at the facility located in _Decatur /Alabama_ . I worked at this location from
[Name of plant]  [City/State]
_6-7-04_ to _Present_
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Whyne Farms hhC - FPEast_ plant in _Decatur /Alabama_ , and
[Name of Plant]    [City/State]
possibly other plants owned by _Whyne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _August_ , 2006.

_Jeremiah Hurley_ _____
[PRINT NAME]

_Jeremiah J. Hurley_ _____
[SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 14 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 7 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 47 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Shelby Jackson_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by **Wayne Farms** at
[Name of plant]
the facility located in Decatur, Al. I worked at this location from
[City/State]
1-2006 to _____.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the **Wayne Farms LLC** plant in **Decatur, AL**, and
[Name of Plant]    [City/State]
possibly other plants owned by **Wayne Farms**. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 18 day of Sept. , 2006.

_____Shelby Jackson_____        _____Shelby Jackson_____

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 15 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 8 of 45
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 48 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_____Terry Lee Jackson_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by __Waynes Farm__ at
     [Name of plant]
     the facility located in __Decatur, Alabama__.  I worked at this location from
     [City/State]
     __April 29, 2001__ to _____Present_____.
     [Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the __WAYNE Farm__ plant in __Decatur, Alabama__, and
     [Name of Plant]                          [City/State]
     possibly other plants owned by __Wayne Farm__.  If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the __14__ day of __September__, 2006.


__Terry Lee Jackson__          __Terry L. Jackson__

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 16 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 9 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 49 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Desmond Jones_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms Fresh_ at
[Name of plant]
the facility located in _Decatur, Al_. I worked at this location from
[City/State]
_Sep 15, 04_ to _Aug 06_.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms Fresh_ plant in _Decatur, Al_, and
[Name of Plant]          [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _Sep_, 2006.

_Desmond Jones_                    _Desmond Jones_

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 17 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 10 of 45
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 50 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Gloria Jean Jones_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms (Fresh)_ at
     [Name of plant]
     the facility located in _Decatur, AL_. I worked at this location from
     [City/State]
     _9/18/95_ to _Present_
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms (Fresh)_ plant in _Decatur, AL_, and
     [Name of Plant]                          [City/State]
     possibly other plants owned by _Wayne Farms_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25th_ day of _August_, 2006.

_Gloria Jean Jones_                    _Gloria Jean Jones_
[PRINT NAME]                           [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 18 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 11 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 51 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Linda Jones_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _____Wayne Farms_____ at
the facility located in __Dentue AL__ . I worked at this location from
__Jan.00__ to __present__
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Decatur AL__ , and
[Name of Plant]                [City/State]
possibly other plants owned by __Wayne Farms__ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 26 day of __Aug.__ , 2006.

___Linda Jones___                ___Linda Jones___
[PRINT NAME]                [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 19 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 12 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 52 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jacqueline Holley Lampkin_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne's Farm Poultry_ at [Name of plant] the facility located in _Decatur, Ala._ . I worked at this location from [City/State] _Jun. 15, 2001_ to _Apr. 18, 2005_ . [Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne's Poultry_ plant in _Decatur, Al._ , and [Name of Plant]              [City/State] possibly other plants owned by _Wayne's Farm Poultry_ if brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _September_ , 2006.


_Jacqueline H. Lampkin_ _____          _Jacqueline H. Lampkin_ _____

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 20 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 13 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 53 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Linda Malone_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Decatur, Al_. I worked at this location from
    [City/State]
    _4 - 1989_ to _present_.
    [Date]            [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Decatur, Al_, and
    [Name of Plant]                      [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _20_ day of _Sept._, 2006.

_Linda F. Malone_                    _Linda J. Malone_

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 21 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 14 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 54 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**    **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_Xiomara Marreno_ declara lo siguiente:
[Nombre]

1.    Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.    Estoy, o estuve trabajando para _Wayne Farms_ en la facilidad
       [Nombre de planta]
      localizada en _Decatur AL_. He trabajado en este local desde
       [Ciudad/Estado]
      _10-28-2002_ hasta _El Presente_.
       [fecha]              [fecha, o si sigue trabajando escriba "el presente"]

3.    Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.    Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.    Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.    Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _____

7.    _Wayne Farms_ en _Decatur AL_, y en otras posibles
       [Nombre de la planta]          [Ciudad/Estado]
      plantas perteneciendo a _____. Si es hecha como una
                               [Nombre de la Planta]
      acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

      FEHADO el día _8_ de _Agosto_, 2006.


_XIOMARA MARRERO_            _XIOMARA MARRERO_
[ESCRIBA NOMBRE]                [FIRMA]

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 22 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 15 of 45
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 55 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**     **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_ABRAHAm MARTINEZ_ _____ declara lo siguiente:
[Nombre]

1. Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2. Estoy, o estuve trabajando para _WAYNE FARMS LLC_ en la facilidad
[Nombre de planta]
localizada en _DECATUR·AL_. He trabajado en este local desde
[Ciudad/Estado]
_11/21/96_ hasta _SIGO TRABAJANDO_.
[fecha]                  [fecha, o si sigue trabajando escriba "el presente"]

3. Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4. Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5. Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6. Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _WAYNE FARMS LLC_

7. _WAYNE FARMS LLC_ en _DECATUR AL_ y en otras posibles
[Nombre de la planta]              [Ciudad/Estado]
plantas perteneciendo a _WAYNE FARMS LLC_. Si es hecha como una
[Nombre de la Planta]
acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _08_ de _26_, 2006.

_ABRAHAm MARTINEZ_ _____     _[firma]_
[ESCRIBA NOMBRE]                         [FIRMA]

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 23 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 16 of 45
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 56 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**     ASISTENTE DE LA CORTE Y ABOGADO DE RECORD

Maria del Socorro Martinez declara lo siguiente:
_____[Nombre]_____

1.  Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.  Estoy, o estuve trabajando para Wayne Farms en la facilidad
    _____[Nombre de planta]_____
    localizada en Decatur Aldama He trabajado en este local desde
    _____[Ciudad/Estado]_____
    July 27, 1997 hasta el presente.
    _____[fecha]_____     _____[fecha, o si sigue trabajando escriba "el presente"]_____

3.  Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.  Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.  Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.  Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _____

7.  Wayne Farms en Decatur Al., y en otras posibles
    _____[Nombre de la planta]_____     _____[Ciudad/Estado]_____
    plantas perteneciendo a Wayne Farms. Si es hecha como una
    _____[Nombre de la Planta]_____
    acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia 22 de September 2006.

Maria del socorro Martinez     Maria S Martinez
_____[ESCRIBA NOMBRE]_____     _____[FIRMA]_____

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 24 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 17 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 57 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Wanda Mason_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Decatur Al_. I worked at this location from
[City/State]
_8-94_ to _present_
[Date]    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Decatur Al_, and
[Name of Plant]    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _August_, 2006.

_Wanda Mason_
[PRINT NAME]

_Wanda Mason_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

**William Sylvester MASON** states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by **Wayne Poultry** at the facility located in **Decatur, Al**. I worked at this location from
[Name of plant]
[City/State]
**6-10-89** to **11-14-04**.
[Date]     [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the **Wayne Poultry** plant in **Decatur, Al**, and
[Name of Plant]
[City/State]
possibly other plants owned by **Wayne Poultry** If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the **20** day of **September** 2006.

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 26 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 19 of 45
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 59 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Goree Lamont Matthews _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Wayne Farms LLC East at the facility located in Decat, Alabama . I worked at this location from 7/16/02 to 2/15/06.
[Name of plant]
[City/State]
[Date]   [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the Wayne Farm LLC East plant in Decatur, Alabama , and possibly other plants owned by Wayne Farm LLC East If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 31 day of August , 2006.

Goree Lamont Matthews          Goree Matthews _____
[PRINT NAME]                   [SIGNATURE]

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 27 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 20 of 45
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 60 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bettie S McaJos_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Famn_ at [Name of plant]
the facility located in _Decatuna_ . I worked at this location from [City/State]
_Do8 26 2010_ to _____ . [Date] [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Decatur Al_ , and [Name of Plant] [City/State]
possibly other plants owned by _Wayne Farm_ . If brought as a class [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _August_ , 2006.

_Bettie S mcaver_
[PRINT NAME]

_Bettie S Mapp_
[SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 28 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 21 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 61 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Leisa Meade_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm_ at
[Name of plant]
the facility located in _Decature Al._ . I worked at this location from
[City/State]
_7-1-2001_ to _8-2004_ .
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Decature, Al._ , and
[Name of Plant]    [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _Sept._ , 2006.

_Leisa L. Meade_        _Leisa LaSha Meade_

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 29 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 22 of 45
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 62 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:     ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_Ventura Mendez_ _____ declara lo siguiente:
[Nombre]

1.  Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.  Estoy, o estuve trabajando para ___Wayne's Farm___ en la facilidad
    [Nombre de planta]
    localizada en ___Decatur – Al___. He trabajado en este local desde
    [Ciudad/Estado]
    ___9-24-06___ hasta _____.
    [fecha]            [fecha, o si sigue trabajando escriba "el presente"]

3.  Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.  Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.  Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.  Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta ___Wayne's Farm___

7.  ___Wayne's Farm___ en ___Decatur Al___ y en otras posibles
    [Nombre de la planta]          [Ciudad/Estado]
    plantas perteneciendo a ___Wayne's Farm___. Si es hecha como una
    [Nombre de la Planta]
    acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _24_ de _September_, 2006.

x_VENTURA MENDOZA_          x_VENTURA MENDOZA_
[ESCRIBA NOMBRE]            [FIRMA]

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 30 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 23 of 45
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 63 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**     **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_Isidro Mireles_     declara lo siguiente:
[Nombre]

1.     Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.     Estoy, o estuve trabajando para _LA WAYNE FARMS_ en la facilidad
[Nombre de planta]
localizada en _DECATUR AL._ . He trabajado en este local desde
[Ciudad/Estado]
_1994 PERO como choya_ hasta _PERO del 2009 ASTA oy Cigo TRA._
[fecha]     _MF._     [fecha, o si sigue trabajando escriba "el presente"]

3.     Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.     Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.     Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.     Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _____

7.     _WAYNE FARMS_ en _DECATUR AL._, y en otras posibles
[Nombre de la planta]     [Ciudad/Estado]
plantas perteneciendo a _WAYNE FARMS_. Si es hecha como una
[Nombre de la Planta]
acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _21_ de _Sept._ , 2006.

_Isidro Mireles_          _Isidro Mireles_
[ESCRIBA NOMBRE]          [FIRMA]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 31 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 24 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 64 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANDANTE

**PARA:**     **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_Esther Morales._ _____ declara lo siguiente:
[Nombre]

1.   Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.   Estoy, o estuve trabajando para _Wayne Farms_ en la facilidad
[Nombre de planta]
localizada en _Decatur AL_. He trabajado en este local desde
[Ciudad/Estado]
_6-10-95_ hasta _el presente_.
[fecha]        [fecha, o si sigue trabajando, escriba "el presente"]

3.   Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.   Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.   Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.   Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _Wayne_

7.   _Farms_ en _Decatur AL_, y en otras posibles
[Nombre de la planta]        [Ciudad/Estado]
plantas perteneciendo a _Wayne Farms_. Si es hecha como una
[Nombre de la Planta]
acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _9_ de _20_, 2006.

_Esther Morales_            _Esther morales_
[ESCRIBA NOMBRE]                  [FIRMA]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 32 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 25 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 65 of 109

## <u>CONSENT TO JOIN SUIT AS PARTY PLAINTIFF</u>

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Oscar Nash_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ (Decatur Fresh) at the facility located in _Decatur, Al._ . I worked at this location from
[Name of plant]
_July 1995_ to _Present_ .
[Date]          [City/State]     [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Decatur, Al._ , and
[Name of Plant]                [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _August_, 2006.

_Oscar Nash_ _____          _Oscar Nash_ _____
[PRINT NAME]                            [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 33 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 26 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 66 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Teresa Newsome_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Decatur, AL_. I worked at this location from
[City/State]
_Jan, 2000_ to _present_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Decatur, AL_, and
[Name of Plant]    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _August_, 2006.


_Teresa Newsome_                _Teresa Newsome_
[PRINT NAME]                    [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 34 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 27 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 67 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_April C. Orr_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Decatur, AL_. I worked at this location from _Nov. 99_ to _Present_.
[Name of plant]    [City/State]    [Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Decatur, AL_, and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _Aug._, 2006.

_April C. Orr_                    _April C. Orr_
[PRINT NAME]                [SIGNATURE]

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 35 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 28 of 45
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 68 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Paula Orr_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms, LLC East_ at
     [Name of plant]
     the facility located in _Decatur, Al._. I worked at this location from
     [City/State]
     _Sept. 21, 2000_ to _Present_.
     [Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC East_ plant in _Decatur Al._, and
     [Name of Plant]                          [City/State]
     possibly other plants owned by _Wayne Farms_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _26_ day of _August_, 2006.

_Paula Orr_                          _Paula Orr_
[PRINT NAME]                         [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 36 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 29 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 69 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Fredy L. Overton_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms LLC_ at
    [Name of plant]
    the facility located in _Decatur, AL_. I worked at this location from
    [City/State]
    _8|16|89_ to _present_.
    [Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Decatur AL_, and
    [Name of Plant]                    [City/State]
    possibly other plants owned by _Wayne Farms LLC_ If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _18_ day of _Sept_, 2006.


_Fredy L. Overton_          _Fredy Lee Overton_

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 37 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 30 of 45
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 70 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

*Claus D Peterson* _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by *Wayne Farms* ___ at
    [Name of plant]
    the facility located in *Decatur, AL* ___.  I worked at this location from
    [City/State]
    *12-4-00* ___ to *Present* ___.
    [Date]            [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the *Wayne Farms* plant in *Decatur, AL* , and
    [Name of Plant]                  [City/State]
    possibly other plants owned by _____.  If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the *26* day of *Aug* , 2006.

*Claus D Peterson*            *Claus D Peterson*
**[PRINT NAME]**                **[SIGNATURE]**

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 38 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 31 of 45
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 71 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Malethia Pointer _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Wayne Farms LLC at
     [Name of plant]
     the facility located in Decatur Ala. . I worked at this location from
     [City/State]
     1/29/87 to Present .
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the Wayne Farms plant in Decatur Ala, and
     [Name of Plant]                              [City/State]
     possibly other plants owned by Wayne Farms . If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the 8 day of 26 , 2006.


Malethia Pointer _____          Malethia Pointer
[PRINT NAME]                       [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 39 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 32 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 72 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Japonica Porter_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __Whynes Farms__ at
[Name of plant]
the facility located in __Doc. AL.__ . I worked at this location from
[City/State]
__April 01__ to __present__ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Whynes Farm__ plant in __Doc AZ__ , and
[Name of Plant]                    [City/State]
possibly other plants owned by __Whynes Farm__ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __26__ day of __August__ , 2006.


__Japonica Porter__                    __Japonica Porter__
[PRINT NAME]                        [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 40 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 33 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 73 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**    **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_HUGO E POZO_ declara lo siguiente:
[Nombre]

1.  Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.  Estoy, o estuve trabajando para _WAYNE FARSM_ en la facilidad
    [Nombre de planta]
    localizada en _DECATUR AL_. He trabajado en este local desde
    [Ciudad/Estado]
    _7/19/01_ hasta _el presente_.
    [fecha]            [fecha, o si sigue trabajando escriba "el presente"]

3.  Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.  Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.  Yo, por la presente, consiento y estoy de acuerdo a ser demandante aqui para ser vinculado con cualquier acuerdo de éste caso o adjudicación por parte de la corte.

6.  Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _____

7.  _WAYNE FARM_ en _DECATUR AL_ y en otras posibles
    [Nombre de la planta]        [Ciudad/Estado]
    plantas perteneciendo a _WAYNE FARSM_. Si es hecha como una
    [Nombre de la Planta]
    acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _9_ de _19 / 0 6_, 2006.


_HUGO E POZO_                    _Hugo Pozo_
[ESCRIBA NOMBRE]                [FIRMA]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 41 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 34 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 74 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Minnie Pride_____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Wayne Farms__ at
[Name of plant]
the facility located in __Decatur AL__. I worked at this location from
[City/State]
__10-8-89__ to __Present__.
[Date]        [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Decatur Al__ and
[Name of Plant]           [City/State]
possibly other plants owned by __Wayne Farms__. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __9__ day of __13ᵗʰ__, 2006.

Minnie P. Prides
__Minnie P. Pride__        __Minnie Pride__

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**     **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

**Domingo. G. Ramirez** _____ declara lo siguiente:
     [Nombre]

1.    Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.    Estoy, o estuve trabajando para **WAYNE. FARMS.** _____ en la facilidad localizada en **Decatur Al.** He trabajado en este local desde
     [Nombre de planta]      [Ciudad/Estado]
**9-1-03.** _____ hasta **9-21-06.** .
   [fecha]           [fecha, o si sigue trabajando escriba "el presente"]

3.    Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.    Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.    Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.    Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _____

7.    **WAYNE FARMS.** _____ en **Decatur AZ.**, y en otras posibles
     [Nombre de la planta]        [Ciudad/Estado]
plantas perteneciendo a **WAYNE FARMS.** Si es hecha como una
                [Nombre de la Planta]
acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

     FEHADO el dia **9** de **21** _____, 2006.


**Domingo G. Ramirez** _____      **Domingo G Ramirez** _____
   [ESCRIBA NOMBRE]                 [FIRMA]

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 43 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 36 of 45
Case 5:06-cv-0209b-IPJ     Document 1-2     Filed 10/18/2006     Page 76 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**     ASISTENTE DE LA CORTE Y ABOGADO DE RECORD

_MAnuel Ramos_ _____ declara lo siguiente:
[Nombre]

1.     Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.     Estoy, o estuve trabajando para _Wayns Farms_ en la facilidad
[Nombre de planta]
localizada en _Decatur AC_. He trabajado en este local desde
[Ciudad/Estado]
_3 - 98_ hasta _8-2006_ .
[fecha]          [fecha, o si sigue trabajando escriba "el presente"]

3.     Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.     Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.     Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.     Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _Waims Fwms_

7.     _LLC_ en _Decatur AC_, y en otras posibles
[Nombre de la planta]
plantas perteneciendo a _Waims Fwms_. Si es hecha como una
[Nombre de la Planta]
acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el día _30_ de _agosto_ , 2006.

_MANuel Ramos_                                   _Manuel Ramos_
[ESCRIBA NOMBRE]                              [FIRMA]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 44 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 37 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 77 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**     **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_Ramona Ramos_ declara lo siguiente:
[Nombre]

1.   Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.   Estoy, o estuve trabajando para _Wayne Farms_ en la facilidad
     [Nombre de planta]
     localizada en _Decatur al_. He trabajado en este local desde
     [Ciudad/Estado]
     _3 - 98_ hasta _8 - 06_.
     [fecha]          [fecha, o si sigue trabajando escriba "el presente"]

3.   Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.   Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.   Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.   Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _Wayne Farms_

7.   en _Decatur AL_, y en otras posibles
     [Nombre de la planta]                    [Ciudad/Estado]
     plantas perteneciendo a _Wayne Farms_. Si es hecha como una
                              [Nombre de la Planta]
     acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo sé.

FECHADO el día _31_ de _agosto_, 2006.

_Ramona Ramos_                          _Ramona Ramos_
[ESCRIBA NOMBRE]                        [FIRMA]

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 45 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 38 of 45
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 78 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Tavaris Reynolds _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by __Wayne Farms__ at
     [Name of plant]
     the facility located in __Decatur__.   I worked at this location from
     [City/State]
     __6-19-99__ to __8-26-06__.
     [Date]        [Date; or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.   I also understand that the lawsuit may seek recovery for unpaid production time.   I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the __Wayne farm__ plant in __Decatur__, and
     [Name of Plant]            [City/State]
     possibly other plants owned by __Wayne Farms__.   If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the __8__ day of __26__, 2006.


Tavaris Reynolds _____        Tavaris Reynolds _____
[PRINT NAME]                     [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 46 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 39 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 79 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_____Diane G. Ricks_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __Wayne Farm LLC__ at
      [Name of plant]
      the facility located in __Decatur__. I worked at this location from
      [City/State]
      __7-4-82__ to __8-21-06__.
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre
      and post-production time activities from my employer. I also understand tha
      the lawsuit may seek recovery for unpaid production time. I understand tha
      the suit is brought pursuant to both federal law and applicable state statutes
      if any.

4.    I believe I have not been paid for all compensable time, which I have worked
      including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
      settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the __Wayne Farm LLC__ plant in __Decatur__, and
      [Name of Plant]                                [City/State]
      possibly other plants owned by __Wayne Farm__. If brought as a clas
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such
      class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the __26__ day of __Aug__, 2006.

__Diane G. Ricks__                    __Diane D. Ricks__
[PRINT NAME]                          [SIGNATURE]

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 47 of 63

Case 2:06-cv-00268-KS-MTP      Document 11     Filed 01/12/2007      Page 40 of 45
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 80 of 109

# CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**tRA:**      **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_Amanda Rios_ _____ declara lo siguiente:
[Nombre]

Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

Estoy, o estuve trabajando para _Wayne Farms_ en la facilidad
                                  [Nombre de planta]
localizada en _Decatur, AL_ He trabajado en este local desde
              [Ciudad/Estado]
_July 2005_ hasta _July 2006_ .
[fecha]              [fecha, o si sigue trabajando escriba "el presente"]

Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado.  También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.      Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.      Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.      Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _Wayne Farms_

7.      _____ en _Decatur, AL_ , y en otras posibles
         [Nombre de la planta]          [Ciudad/Estado]
plantas perteneciendo a _Wayne Farms_ . Si es hecha como una
                        [Nombre de la Planta]
acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _04_ de _October_ , 2006.


_Amanda M Rios_
[ESCRIBA NOMBRE]

_Amanda M. Rios_
[FIRMA]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 48 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 41 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 81 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**      **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_José Ramón Ríos_ declara lo siguiente:
[Nombre]

1.   Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.   Estoy, o estuve trabajando para _Wayne Farms_ en la facilidad
[Nombre de planta]
localizada en _Decatur AL._. He trabajado en este local desde
[Ciudad/Estado]
_1997_ hasta _el presente_.
[fecha]                        [fecha, o si sigue trabajando escriba "el presente"]

3.   Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.   Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.   Yo, por la presente, consiento y estoy de acuerdo a ser demandante aqui para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.   Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _____

7.   _Wayne Farms_ en _Decatur AL._, y en otras posibles
[Nombre de la planta]           [Ciudad/Estado]
plantas perteneciendo a _Wayne Farms_. Si es hecha como una
[Nombre de la Planta]
acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _26_ de _agosto_, 2006.


_José Ramón Ríos_                   _José Ramón Ríos_
[ESCRIBA NOMBRE]                    [FIRMA]

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 49 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 42 of 45
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 82 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Birda M Robinson_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms LLC_ at
   [Name of plant]
   the facility located in _Decatur, Ala._. I worked at this location from
   [City/State]
   _Feb 20 1989_ to _Present_.
   [Date]        [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Decatur, Ala._, and
   [Name of Plant]                           [City/State]
   possibly other plants owned by _Wayne Farms LLC_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

   DATED the _91_ day of _September_, 2006.

_Birda M Robinson_          _Birda M Robinson_

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 50 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 43 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 83 of 109

## <u>CONSENT TO JOIN SUIT AS PARTY PLAINTIFF</u>

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Gladys J Robinson_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Decatur AL_. I worked at this location from
    [City/State]
    _3-24-86_ to _7-28-06_.
    [Date]            [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Decatur AL_, and
    [Name of Plant]                [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the _12_ day of _Sept._, 2006.

_Gladys J. Robinson_                _Gladys J. Robinson_

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 51 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 44 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 84 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ludie Mae Robinson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Decatur AL_.    I worked at this location from
[City/State]
_9-1 1996_ to _Present_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Decatur AL_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Wayne Farms_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _August_, 2006.

_LUDIE MAE ROBINSON_          _Ludie mae Robinson_
[PRINT NAME]                          [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 52 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 45 of 45
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 85 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Teresa Robinson_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Decatur, AL_. I worked at this location from
    [City/State]
    _9/90_ to _8/04_.
    [Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Decatur, AL_, and
    [Name of Plant]                [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26th_ day of _September_, 2006.


_Teresa Robinson_        _Teresa Robinson_

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 53 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 1 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 86 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Yolanda Rogers _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __Wayne Farms__ at the facility located in __Decatur AL__. I worked at this location from __April 30, 1991__ to __Aug 25 2006__.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Decatur AL__, and possibly other plants owned by __Wayne Farms__. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __25__ day of __August__, 2006.

Yolanda Rogers _____        Yolanda Rogers _____
[PRINT NAME]                  [SIGNATURE]

1C

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 54 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 2 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 87 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:**    **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_Salvador V Romar_                    declara lo siguiente:
[Nombre]

1.    Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.    Estoy, o estuve trabajando para _Wayne Farms_ en la facilidad
                                    [Nombre de planta]
    localizada en _Decatur Al_. He trabajado en este local desde
                    [Ciudad/Estado]
    _7-25-95_ . hasta _8-25-06_ .
    [fecha]                [fecha, o si sigue trabajando escriba "el presente"]

3.    Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.    Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.    Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.    Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _____

7.    _Wayne Farms_ en _Decatur Al_, y en otras posibles
    [Nombre de la planta]        [Ciudad/Estado]
    plantas perteneciendo a _Wayne Farms_. Si es hecha como una
                            [Nombre de la Planta]
    acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _25_ de _Agosto_, 2006.

_SAlvador AV Romar_        _Salvador V Romar_
[ESCRIBA NOMBRE]                [FIRMA]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 55 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 3 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 88 of 109

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Emma J. Scruggs_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm LLC_ at
[Name of plant]
the facility located in _Decatur AL_. I worked at this location from
[City/State]
_12-10-1986_ to _Present_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Decatur AL_, and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne Farm_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8_ day of _26-_, 2006.


_Emma Scruggs_                _Emma Scruggs_
[PRINT NAME]                [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 56 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 4 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 89 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANDANTE

**PARA:**    **ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_Lorenzo Serafin_ _____ declara lo siguiente:
[Nombre]

1.    Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.    Estoy, o estuve trabajando para _WAYNE FARMS_ en la facilidad
[Nombre de planta]
localizada en _Decatur Al_. He trabajado en este local desde
[Ciudad/Estado]
_6-30-94_ hasta _9-20-06_.
[fecha]    [fecha, o si sigue trabajando escriba "el presente"]

3.    Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades prèvia y despuès de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.    Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.    Yo, por la presente, consiento y estoy de acuerdo a ser demandante aquí para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.    Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _WAYNE FARMS_

7.    _WAYNE FARMS_ en _Decatur Al_, y en otras posibles
[Nombre de la planta]    [Ciudad/Estado]
plantas perteneciendo a _LLC_. Si es hecha como una
[Nombre de la Planta]
acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _9-20_ de _____, 2006.

_Lorenzo Serafin_
[ESCRIBA NOMBRE]

_Lorenzo Serafin_
[FIRMA]

Case 2:06-cv-00951-MEF-WC     Document 17-4     Filed 01/16/2007     Page 57 of 63

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 5 of 24
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 90 of 109

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Michael Sharpley_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Waynes Farm_ at
the facility located in _Decatur, Alabama_ I worked at this location from
_March 2002_ to _____.
[Date]                                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Decatur, Alabama_ and
possibly other plants owned by _Wayne Farm_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _August_, 2006.

_Michael Sharpley_                    _Michael Sharply_
[PRINT NAME]                           [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 58 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 6 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 91 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Rose M. Steele_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms L.L.C._ at
[Name of plant]
the facility located in _Decatur, Ala._. I worked at this location from
[City/State]
_8-84_    to    _Present Time_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm's L.L.C_ plant in _Decatur, Ala_, and
[Name of Plant]                                          [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8-26-8_ day of _August_, 2006.


_Rose M. Steele_                    _Rose M. Steele_
[PRINT NAME]                        [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 59 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 7 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 92 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Rebecca Steelman_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by ___Wayne Farms___ at
    [Name of plant]
    the facility located in _Decatur Ala_. I worked at this location from
    [City/State]
    _Nov 1, 99_ to _Feb 6-2006_.
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering
    employees at the _Wayne Farms_ plant in _Decatur AL_, and
    [Name of Plant]                              [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _Sept_ day of ___3___, 2006.

_Rebecca Steelman_____          _Rebecca Steelman_____
[PRINT NAME]                    [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 60 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 8 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 93 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mattie Strickland_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Decatur AL_. I worked at this location from
[City/State]
_8-24-84_ to _Yes_
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Decatur_, and
[Name of Plant]                     [City/State] AL
possibly other plants owned by _Dutch Plant_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _8-aug_, 2006.

_Mattie Strickland_          _Mattie Strickland_
[PRINT NAME]              [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 61 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 9 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 94 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Hawthorn O. Taylor_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Decatur Ala_. I worked at this location from
    [City/State]
    _8/25/88_ to _8/26/06_.
    [Date]    [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Decatur_, and
    [Name of Plant]    [City/State]
    possibly other plants owned by _wayne farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _August_, 2006.


_Hawthorn O. taylor_                    _Hawthorn O. Taylor_
[PRINT NAME]                            [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 62 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 10 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 95 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shawn Taylor_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm LLC_ at
[Name of plant]
the facility located in _Decatur, AL_. I worked at this location from
[City/State]
_12/11/90_ to _And still work there_.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Decatur AL_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Waynes Farm LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _Aug_ day of _26_, 2006.

_Shawn Taylor_____         _Shawn Tom_____
[PRINT NAME]                  [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-4    Filed 01/16/2007    Page 63 of 63

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 11 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 96 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sherry Taylor_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Waynes Farm LLC_ at
the facility located in _Decatur AL_. I worked at this location from
[Name of plant]          [City/State]
_4/1/07_ to _now still there_.
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Waynes Farms LLC_ plant in _Decatur AL_, and
[Name of Plant]          [City/State]
possibly other plants owned by _Waynes Farm LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _Aug_ day of _2 6_, 2006.

_Sherry Taylor_          _Shann Taylor_
[PRINT NAME]          [SIGNATURE]

# TAB B - PART 3

Case 2:06-cv-00951-MEF-WC    Document 17-5    Filed 01/16/2007    Page 2 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 12 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 97 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Jerry Wayne Thompson_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms / Sweet Sue_ at
the facility located in _Decatur & the Athens AL_. I worked at this location from
_Wayne Farms - 10-3-05_ [City/State] _Wayne Farms - 8-26-06_
_Sweet Sue - 1985_ to _Sweet Sue - 2005_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms & Sweet Sue_ plant in _Decatur & Athen AL_ and
[Name of Plant]                              [City/State]
possibly other plants owned by _Wayne Farm & Sweet Sue_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _____ day of _8-26-_ , 2006.

_Jerry Wayne Thompson_                    _Jerry Wayne Thompson_
[PRINT NAME]                              [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-5    Filed 01/16/2007    Page 3 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 13 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 98 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Geraldine Turner_____ states the following:
        **[Print Name]**

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _WAYNE FARMS_____ at
      **[Name of plant]**
      the facility located in _Decatur  Alabama_. I worked at this location from
                            **[City/State]**
      _2-94_____ to _9-04_____.
      **[Date]**              **[Date, or if still working write "present"]**

3.    I understand that this suit is being brought to recover compensation for pre-
      and post-production time activities from my employer.  I also understand that
      the lawsuit may seek recovery for unpaid production time.  I understand that
      the suit is brought pursuant to both federal law and applicable state statutes,
      if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
      settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the _Wayne Farms_____ plant in _Decatur, Alabama_, and
                        **[Name of Plant]**                **[City/State]**
      possibly other plants owned by _WAYNE FARMS_____.  If brought as a class
                                     **[Name of Plant]**
      action under either federal or state law, I agree to be a named Plaintiff in such
      class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _25_ day of _August____, 2006.


_Geraldine Turner_____          _Geraldine Turner_____
**[PRINT NAME]**                  **[SIGNATURE]**

Case 2:06-cv-00951-MEF-WC    Document 17-5    Filed 01/16/2007    Page 4 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 14 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 99 of 109

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Patricia Turner_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne-Farms_ at
      [Name of plant]
      the facility located in _Decatur Alabama_ I worked at this location from
      [City/State]
      _6-5-2000_ to _3-3-2005_
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne-Farms_ plant in _Decatur Alabama_ and
      [Name of Plant]        [City/State]
      possibly other plants owned by _Wayne-Farms_. If brought as a class
      [Name of plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5_ day of _September_, 2006.

_Patricia Turner_                    _Patricia Turner_
[PRINT NAME]                         [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-5    Filed 01/16/2007    Page 5 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 15 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 100 of 109

## CONSENTIMIENTO A UNIRSE A DEMANDA COMO PARTE DEMANTANTE

**PARA:    ASISTENTE DE LA CORTE Y ABOGADO DE RECORD**

_Joaquin Vera_ _____ declara lo siguiente:
[Nombre]

1.    Soy mayor de 18 años en edad y competente para dar el consentimiento siguiente en este asunto.

2.    Estoy, o estuve trabajando para _WAYNE FARMS_ en la facilidad
[Nombre de planta]
localizada en _Decatur AL._. He trabajado en este local desde
[Ciudad/Estado]
_MAYO 1992_ hasta _Presente_.
[fecha]    [fecha, o si sigue trabajando escriba "el presente"]

3.    Yo entiendo que esta demanda esta siendo hecha para recobrar compensación del empleador por tiempos de actividades previa y después de producción. También entiendo que esta demanda puede intentar conseguir recobro de tiempo de producción que no le fue pagado al empleado. También entiendo que esta demanda es hecha según la ley federal y según a estatutos aplicables del estado, si hay algunos.

4.    Yo creo que no he sido pagado por todo el tiempo compensable que he trabajado incluyendo horas extras.

5.    Yo, por la presente, consiento y estoy de acuerdo a ser demandante aqui para ser vinculado con cualquier acuerdo de este caso o adjudicación por parte de la corte.

6.    Entiendo que esta demanda esta siendo hecha como una acción legal de clase colectiva cubriendo a los empleados en la planta _____

7.    _WAYNE Farms_ en _Decatur AL_, y en otras posibles
[Nombre de la planta]    [Ciudad/Estado]
plantas perteneciendo a _WAYNE Farm._. Si es hecha como una
[Nombre de la Planta]
acción de clase colectiva debajo de la ley federal o la ley estatal, yo consiento a ser nombrado como demandante en esta acción de clase.

Yo afirmo y juro que las declaraciones precedentes son ciertas hasta donde yo se.

FEHADO el dia _28_ de _Agosto_, 2006.

_Joaquin Vera_ _____        X _Joaquin Vera_ _____
[ESCRIBA NOMBRE]                            [FIRMA]

Case 2:06-cv-00951-MEF-WC    Document 17-5    Filed 01/16/2007    Page 6 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 16 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 101 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Jannie h. Vinson_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
     [Name of plant]
     the facility located in _Decatur, Ala_.  I worked at this location from
     [City/State]
     _1970_ to _2006_.
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Decatur_, and
     [Name of Plant]                              [City/State]
     possibly other plants owned by _Wayne Farms_ If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _8_ day of _26_____, 2006.

_Jannie P. Vinson_____          _Jannie h Vinson_____
[PRINT NAME]                     [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-5    Filed 01/16/2007    Page 7 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 17 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 102 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Angela Wallace_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm LLC_ at
[Name of plant]
the facility located in _Decatur AL_ . I worked at this location from
[City/State]
_2-1-1990_ to _still employed_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm LLC_ plant in _Decatur AL_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farm LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _August_ , 2006.


_Angela Wallace_
[PRINT NAME]

_Angela Wallace_
[SIGNATURE]

Case 2:06-cv-00951-MEF-WC     Document 17-5     Filed 01/16/2007     Page 8 of 64

Case 2:06-cv-00268-KS-MTP     Document 11     Filed 01/12/2007     Page 18 of 24
Case 5:06-cv-02096-IPJ     Document 1-2     Filed 10/18/2006     Page 103 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

JB West _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by Wayne Farm _____ at
    [Name of plant]
    the facility located in Decatur AL . I worked at this location from
    [City/State]
    2-14-02 to present .
    [Date]     [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the Wayne Farm plant in Decatur, AL , and
    [Name of Plant]     [City/State]
    possibly other plants owned by Wayne Farm . If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 2 day of October , 2006.

JB West _____         JB West _____

Case 2:06-cv-00951-MEF-WC    Document 17-5    Filed 01/16/2007    Page 9 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 19 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 104 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alene White_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne farms_ at the facility located in _Decatur Alabama_. I worked at this location from _10-10-2000_ to _Present_.
[Name of plant]
[City/State]
[Date]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Decatur Ala._, and possibly other plants owned by _Wayne farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _Aug_, 2006.

_Alene White_
[PRINT NAME]

_Alene White_
[SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-5    Filed 01/16/2007    Page 10 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 20 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 105 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Barbara Williams_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farm._ at
[Name of plant]
the facility located in _Decatur Ala._. I worked at this location from
[City/State]
_9-28-01_ to _Present_
[Date]         [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Decatur Ala_ and possibly other plants owned by _Wayne Farm_. If brought as a class
[Name of Plant]                              [City/State]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1st_ day of _September_ 2006.

_Barbara Williams_          _Barbara Williams_
[PRINT NAME]                [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-5    Filed 01/16/2007    Page 11 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 21 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 106 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Betty J. Williams _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Wayne ⬛ Farms at
[Name of plant]
the facility located in Decatur, AL. . I worked at this location from
[City/State]
Octob-93 to 8-26-06 Present
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Wayne Farms plant in Decatur, Ala , and
[Name of Plant]                        [City/State]
possibly other plants owned by Waynes Farms If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 8 day of 26 , 2006.


Betty J. Williams                    Bobby Jean Williams
[PRINT NAME]                         [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-5    Filed 01/16/2007    Page 12 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 22 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 107 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Woozie Lee Williams_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Waynes Farm_____ at
the facility located in _Decatur, AL_____, I worked at this location from
[Name of plant]
_January 1996_ to _Present_____.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Waynes Farm_____ plant in _Decatur, Alabama_, and
[Name of Plant]                         [City/State]
possibly other plants owned by _Waynes Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the _18_ day of _August_, 2006.


_Woozie Lee Williams_____          _Woozie Lee Williams_____
[PRINT NAME]                          [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-5    Filed 01/16/2007    Page 13 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 23 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 108 of 109

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Casey Wilson_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farm_ at
     [Name of plant]
     the facility located in _Decatur Ala_. I worked at this location from
     [City/State]
     _Feb 9, 1994_ to _Present_.
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Decatur Ala_, and
     [Name of Plant]                [City/State]
     possibly other plants owned by _Wayne Farm_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _August_, 2006.

_Casey Wilson_ _____
[PRINT NAME]

_Casey Wilson_ _____
[SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-5    Filed 01/16/2007    Page 14 of 64

Case 2:06-cv-00268-KS-MTP    Document 11    Filed 01/12/2007    Page 24 of 24
Case 5:06-cv-02096-IPJ    Document 1-2    Filed 10/18/2006    Page 109 of 109

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Rita Ann Woods_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at
[Name of plant]
the facility located in _Decatur AL_. I worked at this location from
[City/State]
_1-10-98_ to _6-15-06_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering employees at the _Wayne Farms LLC_ plant in _Decatur, AL_, and
[Name of Plant]        [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _May_, 2006.

_Rita Ann Woods_
[PRINT NAME]

_Rita Ann Woods_
[SIGNATURE]

FILED
2006 Oct-19 PM 02:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

2006 OCT 18  PM 1: 31

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| **JIMMY W. BLUE, LISA BLANKENSHIP, PAUL NAYLOR, MICHAEL W. RICE, BARBARA D. BAKER, ERSKINE BAKER, MARTIN CHAMBERS, FRANCES CHAMBLEE, JEFFERY S. CHANDLER, DONNA J. DOOLEY, JIMMY HAMILTON, CAROLYN SUE HOGELAND, WENDY MENDEL, KATHY MOORE, JUDY S. OLIVER, BRUCE T. POE, TAMMY RENEE RICHEY, BETTY R. TIPTON CONSTANCE VINSON, and JENIFIER WYNN** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| **vs.** ) ) | **Case No.: 06-CV-_____** |
| **WAYNE FARMS LLC., a Delaware Corporation doing business in Alabama,** ) ) ) | CV-06-P-2095-M |
| **Defendant.** ) | |

## COMPLAINT

Plaintiffs, individually and on behalf of all others similarly situated ("Plaintiffs"),

by and through their counsel, for their Complaint against Defendant Wayne Farms LLC.,

(collectively "Wayne Farms" or "Defendant"), seek to recover for Wayne Farms'

violations of the Fair Labor Standards Act of 1938 (FLSA), 29 U.S.C. §§ 201 *et seq*., and

hereby state and allege as follows:

### INTRODUCTION

1.      This is a representative action brought pursuant to FLSA § 216(b) by

Plaintiffs on behalf of themselves and all other similarly situated current and former

production employees of Wayne Farms at its Albertville facility, located in Marshall County, Alabama, for purposes of obtaining relief under the FLSA for unpaid wages, unpaid overtime wages, liquidated damages, costs, attorneys' fees, declaratory and/or injunctive relief, and/or any such other relief the Court may deem appropriate.

2.      Wayne Farms operates a chicken processing plant in Albertville, Alabama ("Albertville facility"). The complained of unlawful compensation system at issue in this Complaint has affected Defendant's present and former hourly production employees at this location.

3.      In *IBP, Inc. v. Alvarez,* 126 S. Ct. 514 (2005), the United States Supreme Court unanimously affirmed a ruling that IBP's wage and hour policies – those at issue in this case – violated the Fair Labor Standards Act of 1938 ("FLSA").

4.      Wayne Farms uniformly denies hourly wages and overtime premium pay to its employees, by requiring them to perform "off the clock" work. Wayne Farms' deliberate failure to pay employees earned wages and overtime compensation violates federal law as set out in the Fair Labor Standards Act.

5.      Plaintiffs perform multiple tasks, but are all victims to the same illegal policy and practice of failing to pay workers for all time worked, including unpaid, but compensable break periods, unpaid hourly wage times and unpaid overtime premium wage times.

## JURISDICTION AND VENUE

6.      The FLSA authorizes court actions by private parties to recover damages for violation of the FLSA's wage and hour provisions. Jurisdiction over Plaintiffs' FLSA claims is based upon 29 U.S.C. § 216(b) and 28 U.S.C. §§ 1331-37.

2

7.      Venue in this district is proper pursuant to 28 U.S.C. § 1391(b) and (c), because Wayne Farms does business in this district and a substantial part of the unlawful conduct giving rise to the claims occurred in this district.

## PARTIES

8.      Defendant, Wayne Farms LLC., is a Delaware corporation with its principal place of business in Georgia.

9.      Plaintiffs are current and former Wayne Farms employees who work(ed) at the Wayne Farms Albertville facility within the last three years, dating back to October 16, 2003, and can be generally categorized herein as "First Processing" and "Second Processing" employees.

10.     First Processing generally includes those employees who work in an area of the plant where the product (chickens) is introduced into the plant and placed or hung on "the line" for killing, cleaning, disemboweling, and chilling.

11.     Second Processing generally includes those employees who work in an area of the plant where after the product has completed First Processing, it is further processed, prepared, cut-up, marinated, deboned, weighed, sized, packed, loaded on trucks, etc. for delivery to plant customers.

12.     Plaintiffs listed herein who primarily work in First Processing include: Jimmy W. Belue, Lisa Blankenship, Paul Naylor, and Michael W. Rice.

13.     Plaintiffs listed herein who primarily work in Second Processing include: Barbara D. Baker, Erskine Baker, Martin Chambers, Frances Chamblee, Jeffery S. Chandler, Donna J. Dooley, Jimmy Hamilton, Carolyn Sue Hogeland, Wendy Mendel, Kathy Moore, Judy S. Oliver, Bruce T. Poe, Tammy Renee Richey, Betty R. Tipton, Constance Vinson, and Jenifier Wynn.

14.    Plaintiffs are residents and domiciled in the State of Alabama. Plaintiffs have concurrently filed their Consents to Become Party Plaintiffs pursuant to 29 U.S.C. § 216(b). See Exhibit A.

## GENERAL ALLEGATIONS

15.    As an integral and indispensable part of Plaintiffs' jobs, Plaintiffs are required to pass through security when entering and leaving the facility. Plaintiffs' are required to have their employment status verified and their arrival and departures documented as well as submit to searches of the person and personal possessions. Plaintiffs aver they are not compensated for the time it takes security to clear them and allow them into the facility and the compensable time afterwards prior to the commencement of production work.

16.    Plaintiffs go to a designated area to receive required clothing and/or personal protective equipment (PPE) that is required for the work to be performed. The employees are required to don certain equipment before moving into the production areas. The employees are required to perform washing activities associated with preparing for work in the production area. And depending on whether the employee works in First Processing or Second Processing, the employee may be required to acquire special tools for the work to be performed. During the course of this process, the employee then must walk a significant distance to arrive at the respective workstations on the line.

17.    When Plaintiffs leave the line for unpaid breaks or at the end of their shift, they again walk a considerable distance to their respective doffing area where they remove their personal protective equipment, wash or sanitize themselves, their personal

4

protective equipment, sanitary clothing, and/or equipment or tools and return various
clothes, personal protective equipment, equipment or tools to the proper areas.

18.    Defendant Wayne Farms owns and operates poultry facilities in
Albertville, Alabama. The unlawful compensation system at issue in the Complaint has
affected Defendant's former and present hourly production employees at this location.

19.    Under Wayne Farms' wage compensation system, Wayne Farms pays
Plaintiffs and others similarly situated employees only regularly scheduled time that they
are on the production assembly line or in production areas under a system known as
master time, master key, line time or gang time, collectively referred to herein as "master
time". Conversely, as a matter of policy and practice, Wayne Farms does not pay its
hourly employees for required pre-production line and post-production line activities that
are necessary and integral to their overall employment responsibilities, such as the time it
takes to clear security, donning and doffing protective and sanitary equipment, cleaning
and sanitizing equipment as well as themselves, walking to and from security and the
production line from their locker or dressing area after already performing compensable
activities, and waiting in line to return required supplies, tools and other equipment
needed for line activities. In addition, Wayne Farms does not pay its employees for time
spent waiting at the line, prior to the line start up. Plaintiffs are required to report to duty
before the start of the master time clock and required to continue work after the master
time clock has stopped.

20.    During the course of the day, Plaintiffs are provided unpaid breaks
requiring them to walk considerable distances where they remove sanitary clothing and
personal protection equipment for their break. The remaining time allowed for the break
is further shortened by the requirement for the employee to wash and sanitize, don his or

5

her sanitary clothing and personal protection equipment and return to the workstation. Plaintiffs assert these unpaid breaks are compensable. Alternatively if the total unpaid break is not deemed compensable Plaintiffs allege they are owed compensation for the walk time prior to and after unpaid breaks, the time spent donning and doffing clothing and equipment pre and post break respectively, and the time spent washing and/or waiting to wash themselves and their equipment.

21.    Defendant deducts from Plaintiffs daily time worked, without regard for the actual time spent on break, two (2) uncompensated breaks of fixed duration.

22.    The time for which Plaintiffs and other similarly situated employees are paid is significantly less than the time they spend at work between the time they begin their integral, essential and indispensable work duties and the time they arrive at their workstations on the line. The work time for which Plaintiffs are not paid include, but are not limited to: (1) changing into the protective required work uniforms, sanitary clothing and protective safety equipment that can include, among other things (depending on the task and whether First or Second Processing): ear plugs, smocks, work pants and shirts; safety jump suits; safety boots; hair nets; face nets; hard hats; aprons; belts with holsters and knifes; and hand and arm protections; and (2) walking to and from the changing area, work areas and break areas; washing activities; and (3) breaks that are effectively compensable .

23.    The walking time for which Plaintiffs are not paid occurs after the beginning of the employee's first principal activity and before the end of the employee's last principal activity.

24.    The required protective work uniforms, sanitary clothing and protective safety equipment that Plaintiffs must wear, and for which they are not paid for donning

and doffing times, is required by Wayne Farms and/or by government regulation. Plaintiffs' jobs are dangerous and involve serious health and safety risks. The circumstances of Plaintiffs' jobs, including vital considerations of health and hygiene, require them to wear the protective work uniforms, sanitary clothing and protective safety equipment. These donning, doffing, washing activities, compensable unpaid breaks and walking duties all add up to a significant amount of time every day for which Plaintiffs and others similarly situated are not paid.

25.     In addition to depriving Plaintiffs and others similarly situated of hourly wages for compensable time pursuant to the FLSA, Defendant Wayne Farms' failure to accurately account for and report all compensable time worked by the Plaintiffs and others similarly situated, and has deprived Plaintiffs and others similarly situated of what would otherwise be overtime pay, pursuant to the FLSA.

## COLLECTIVE ACTION ALLEGATIONS

26.     Plaintiffs bring Count I, the FLSA claim, as an "opt-in" collective action pursuant to 29 U.S.C. § 216(b). In addition to the claims of individually named Plaintiffs, Plaintiffs bring this action as representatives of all similarly situated former and current employees of the Albertville facility.  The potential class of "opt-in" employees can be defined as:

> All current and former hourly employees of Defendants who worked at the Albertville facility since October 16, 2003, and who were not paid for all the time spent performing compensable work-related tasks or legally compensable time, including, but not limited to authorized unpaid break times, donning and doffing times, washing activity times, time associated with passing through security check points and walking to changing areas and time walking to security and passing through security at the end of the day and walking times to and from break areas or donning and doffing areas, and including time compensable at regular hourly wages, as well as overtime pay for these employees.

7

27.    The FLSA claims may be pursued by those who opt-in to this case, pursuant to 29 U.S.C. § 216(b).

28.    Plaintiffs, individually and on behalf of other similarly situated employees, seek relief on a collective basis challenging, among other FLSA violations, Defendant's practice of failing to accurately record all hours worked and failing to pay employees for all hours worked, including overtime compensation.

29.    The number and identity of other Plaintiffs yet to opt-in and consent to be party Plaintiffs may be determined from the records of Defendant, and potential class members may easily and quickly be notified of the pendency of this action.

30.    On information and belief, the Albertville facility employs approximately 500 hourly wage employees who potentially have FLSA claims similar to the claims set out herein.  Consequently, joinder of all collective action members in a single action is impracticable.

31.    Potential collective action members may be informed of the pendency of this class action through direct mail.

32.    There are questions of fact and law common to the class that predominates over any questions affecting only individual members.  The questions of law and fact common to the class arising from Defendant's actions include, without limitation, the following:

    a)    Whether Plaintiffs were compensated for time spent clearing security and time spent walking from security to their changing areas and from changing areas to security;

    b)    Whether the security activities at issue are integral or indispensable to Defendant's business activities;

c) Whether Plaintiffs were compensated for time spent donning and doffing clothing and protective gear, washing, and walking to and from their job posts;

d) Whether the donning, doffing and washing activities at issue are integral or indispensable to Defendant's business activities;

e) Whether Plaintiffs were entitled to compensation for time spent donning and doffing, washing activity time, and walking time to and from "the line";

f) Whether Plaintiffs' donning, doffing, washing activity, and walking time is integral and indispensable to their principal activities;

g) Whether Defendant failed to pay employees for unpaid breaks that were effectively compensable.

h) Whether Defendant's compensation policy and practice accurately accounts for the time Plaintiffs are actually working;

i) Whether Defendant's compensation policy and practice is illegal;

j) Whether Defendant had a policy and practice of willfully failing to record and compensate employees for all time worked; and

k) Whether Defendant failed to accurately record all compensable time, resulting in a failure to compensate Plaintiffs and other similarly situated employees of regular hourly wages and overtime pay, in violation of Defendant's policies and procedures and the mandate of the FLSA.

33.    The questions set forth above predominate over any questions affecting only individual persons, and a class action is superior with respect to considerations of consistency, economy, efficiency, fairness and equity, to other available methods for the fair and efficient adjudication of the state law claims.

34.    The Collective Action Representatives' claims are typical of those of the similarly situated employees in that these employees have been employed in the same or similar positions as the Collective Action Representatives and were subject to the same or similar unlawful practices as the Collective Action Representatives.

9

35.     A collective action is the appropriate method for the fair and efficient adjudication of this controversy. Defendant has acted or refused to act on grounds generally applicable to the similarly situated current and former employees. The presentation of separate actions by individual similarly situated current or former employees could create a risk of inconsistent and varying adjudications, establish incompatible standards of conduct for Defendant, and/or substantially impair or impede the ability of Collective Action members to protect their interests.

36.     The Collective Action Representatives are adequate representatives of the similarly situated current and former employees because they are employees of the same processing plant and their interests do not conflict with the interests of the other similarly situated current and former employees they seek to represent. The interests of the members of the class of employees will be fairly and adequately protected by the Collective Action Representatives and their undersigned counsel, who have extensive experience prosecuting complex class action lawsuits.

37.     Maintenance of this action as a collective action is a fair and efficient method for the adjudication of this controversy. It would be impracticable and undesirable for each member of the collective action who suffered harm to bring a separate action. In addition, the maintenance of separate actions would place a substantial and unnecessary burden on the courts and could result in inconsistent adjudications, while a single collective action can determine, with judicial economy, the rights of all collective action members.

## COUNT I

### Violation of the Fair Labor Standards Act of 1938

**(Brought Against Defendant by All Individually-Named Plaintiffs and on Behalf of All Others Similarly Situated)**

10

38.     Plaintiffs reassert and incorporate by reference paragraphs 1 through 37 as set forth above as if fully restated herein.

39.     At all time material herein, Plaintiffs have been entitled to the rights, protections, and benefits provided under the FLSA, 29 U.S.C. § 201 *et. seq.*

40.     The individually named Plaintiffs and all similarly situated employees are victims of a uniform and facility-wide compensation policy and practice, in violation of the FLSA.

41.     Wayne Farms violated the FLSA by failing to account for all compensable time of its employees that resulted in a failure to pay Plaintiffs and others similarly situated for compensable hourly wages and overtime premium pay.

42.     Wayne Farms violated the FLSA by failing to pay for time donning and doffing essential required equipment, integral to the principle work activity.

43.     Wayne Farms failed to account for and pay for time walking to and from the line to break areas and/or donning and doffing areas.

44.     Wayne Farms failed to account for and pay for time spent clearing security and for time walking to and from security to donning and doffing areas.

45.     Wayne Farms failed to account for and pay for time allocated as unpaid breaks.  In the alternative, Wayne Farms failed to pay for walk time to and from unpaid meal break areas, time spent donning and doffing on unpaid meal breaks, and washing activities associated with meal breaks.

46.     In perpetrating these unlawful practices, Wayne Farms has also willfully failed to keep accurate records for all of the time worked by its hourly employees.

47.     The FLSA regulates, among other things, the payment of overtime pay by employers whose employees are engaged in commerce, or engaged in the production of

goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce. 29 U.S.C. § 207(a)(1).

48.     Wayne Farms was, and is, subject to the overtime pay requirements of the FLSA because it is an enterprise engaged in commerce and its employees are engaged in commerce.

49.     Section 13 of the FLSA, 29 U.S.C. § 213, exempts certain categories of employees from overtime pay obligations. None of the FLSA exemptions apply to the Plaintiffs. Accordingly, Plaintiffs must be paid overtime pay in accordance with the FLSA.

50.     Wayne Farms' failure to accurately record compensable work time was willfully perpetrated. Wayne Farms has not acted in good faith nor with reasonable grounds to believe its actions and omissions were not a violation of the FLSA, and as a result thereof, Plaintiffs and other similarly situated employees are entitled to recover an award of liquidated damages in an amount equal to the amount of unpaid hourly wages and overtime premium pay described above pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b). Alternatively, should the Court find Wayne Farms did not act willfully in failing to pay all hourly wages and overtime premium pay wages, Plaintiffs and all similarly situated employees are entitled to an award of prejudgment interest at the applicable legal rate.

51.     As a result of the aforesaid willful violations of the FLSA's overtime provisions, overtime compensation has been unlawfully withheld by Wayne Farms from Plaintiffs for which Wayne Farms is liable pursuant to 29 U.S.C.  § 216(b).

52.     Plaintiffs and all similarly situated employees are entitled to damages equal to the mandated overtime premium pay within the three years preceding the filing

12

of this Complaint, plus periods of equitable tolling, because Wayne Farms acted willfully

and knew, or showed reckless disregard of whether, its conduct was prohibited by the

FLSA.

53.    Pursuant to FLSA, 29 U.S.C. § 216(b), successful Plaintiffs are entitled to

reimbursement of the costs and attorney's fees expended in successfully prosecuting an

action for unpaid wages and overtime wages.

WHEREFORE, it is respectfully prayed that this Court grant to the Plaintiffs the

following relief:

  a) At the earliest possible time, issue an Order allowing Notice or issue such

      Court supervised Notice to all similarly situated current and former Wayne

      Farms hourly employees (working at the Wayne Farms, Albertville

      location in the last three years) of this action and their rights to participate

      in this action.  Such Notice shall inform all similarly situated current and

      qualified former employees of the pendency of this action, the nature of

      this action, and of their right to "opt in" to this action if they worked "off

      the clock" for times not paid, including time that may be paid at overtime

      rates.

  b) Issue an Order, pursuant to the Declaratory Judgment Act, 28 U.S.C. §§

      2201-2202, declaring that Defendant Wayne Farms' actions, as described

      in the Complaint, are unlawful and in violation of the FLSA and

      applicable regulations and are and were willful as defined in the FLSA;

  c) Issue an Order directing and requiring Defendant Wayne Farms to pay

      Plaintiffs and all other similarly situated employees damages in the form

      of reimbursement for unpaid hourly and premium overtime wages (past

and future) for all time spent performing compensable work for which

they were not paid pursuant to the rate provided by the FLSA;

d) Issue an Order directing and requiring Defendant Wayne Farms to pay

Plaintiffs and all other similarly situated employees liquidated damages

pursuant to the FLSA in an amount equal to, and in addition to the amount

of wages and overtime wages owed to them;

e) Issue and Order directing Defendant Wayne Farms to reimburse Plaintiffs

and other similarly situated employees for the costs and attorneys fees

expended in the course of litigating this action, pre-judgment and post-

judgment interest;

f) Provide Plaintiffs with such other and further relief, as the Court deems

just and equitable.

## DEMAND FOR JURY TRIAL

All Plaintiffs hereby request trial by jury of all issues liable by jury under

Alabama and federal law.

Respectfully submitted this the 16th day of  October  2006.

COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.


JOSEPH D. LANE (LAN049)
LANCE H. SWANNER (SWA013)
SAMUEL A. CHERRY, JR., (CHE008)

14

Attorney for Plaintiffs
163 West Main Street
P.O. Box 927
Dothan, AL 36302
(334) 793-1555
(334) 793-8280 (fax)


Defendant may be served at:

The Corporation Company
o/b/o Wayne Farms LLC – Albertville Plant
2000 Interstate Park Drive Ste 204
Montgomery, AL 36109

FILED

2006 Oct-19 PM 02:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT  A

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jimmy Wayne Belue_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
      [Name of plant]
      the facility located in _Albertville, Ala_ . I worked at this location from
      [City/State]
      _January of 92_ to _Sept 12 2006_ .
      [Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Albertville Ala_, and
      [Name of Plant]                          [City/State]
      possibly other plants owned by _Wayne Farms_ . If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12th_ day of _September_ , 2006.


_Jimmy W. Belue_                    _Jimmy W. Belue_

Case 2:06-cv-00265-KD-TFP  Document 21  Filed 01/13/2007  Page 36 of 221

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Lisa Blankenship_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Albertville, AL_ . I worked at this location from
[City/State]
_7. 2000_ to _present_ .
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Albertville, AL_ , and
[Name of Plant]              [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _Aug_ , 2006.

_Lisa Blankenship_                _Lisa Blankenship_
[PRINT NAME]                        [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Paul    Naylor_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_____ at the facility located in _Albertville, AL___. I worked at this location from _04 08 85_____ to _present_____.
[Name of plant]
[City/State]
[Date]       [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_____ plant in _Albertville, AL__, and possibly other plants owned by _Wayne Farms____. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _August_, 2006.

_Paul Naylor_____          _Paul Naylor_____
[PRINT NAME]                 [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

<u>Michael W. Rice</u> states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by <u>Waynes Farms</u> at
[Name of plant]
the facility located in <u>Albertville</u>. I worked at this location from
[City/State]
<u>8-1989</u> to <u>8-24-06</u>.
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the <u>Waynes Farms</u> plant in <u>Albertville Al 35950</u> and
[Name of Plant]                    [City/State]
possibly other plants owned by <u>Waynes Farms</u>. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the <u>25</u> day of <u>Aug</u>, 2006.


<u>michael W. Rice</u>              <u>Michael W. Rice</u>
**[PRINT NAME]**                     **[SIGNATURE]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Barbara W Baker_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
     [Name of plant]
     the facility located in _Albertville_. I worked at this location from
     [City/State]
     _4/8/1976_ to _8/25/06_.
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the _Barbara W Baker_ plant in _Albertville,_ and
     [Name of Plant]                         [City/State]
     possibly other plants owned by _Wayne Farms_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8_ day of _25_, 2006.

_Barbara W Baker_____          _Barbara W Baker_____
[PRINT NAME]                     [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

*Erskine Baker* _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by *Wayne Farms Co.* at [Name of plant] the facility located in *Albertville* . I worked at this location from [City/State] *8/5/82* to *present* .
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the *Wayne Farms* plant in *Albertville*, and [Name of Plant]                [City/State] possibly other plants owned by *Wayne Farms*. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the *8* day of *25* , 2006.

*Erskine Baker* _____              *Erskine Baker* _____
[PRINT NAME]                          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Martin Chambers _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by  WAYNE FARMS  at
[Name of plant]
the facility located in Albertville, Alabama .  I worked at this location from
[City/State]
8-4-98  to  Present .
[Date]   [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the  WAYNE FARMS  plant in Albertville, Alabama , and
[Name of Plant]   [City/State]
possibly other plants owned by  WAYNE FARMS .  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 1st day of September , 2006.


Martin Chambers _____        Martin Chambers _____
[PRINT NAME]                           [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

__Francis  Chamblee__   states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __Wayne Farms__ at
[Name of plant]
the facility located in __Albertville, AL__.  I worked at this location from
[City/State]
__5/12/82__ to __Now__.
[Date]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Albertville, AL__, and
[Name of Plant]      [City/State]
possibly other plants owned by __Wayne Farms__.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __12__ day of __Sept__, 2006.

__Frances Chamblee__          __Frances Chamblee__

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jeffery Scott Chandler_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at
   [Name of plant]
   the facility located in _Albertville    Al._ . I worked at this location from
   [City/State]
   _4-10-97_ to _present_ .
   [Date]          [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Albertville    Al_ , and
   [Name of Plant]                        [City/State]
   possibly other plants owned by _Wayne Farms_ . If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _August_ , 2006.


_Jeffery S. Chandler_                 _Jeffery S Chandler_
[PRINT NAME]                          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Donna J. Dooley_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Albertville AL_. I worked at this location from
    [City/State]
    _03/28/03_ to _Present_.
    [Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Albertville_, and
    [Name of Plant]                          [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _Sep_, 2006.


_Donna J. Dooley_                    _Donna Dooley_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jimmy Hamilton_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_____ at the facility located in _Albertville_____. I worked at this location from
     [Name of plant]
     _5/17/90_____ to _8-25-06_____.
     [Date]         [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farmes_____ plant in _Albertville AL_, and
     [Name of Plant]                              [City/State]
     possibly other plants owned by _Wayne Farms_____. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _25_ day of _8_____, 2006.


_Jimmy Hamilton_____          _____
[PRINT NAME]                  [SIGNATURE]

## <u>CONSENT TO JOIN SUIT AS PARTY PLAINTIFF</u>

### TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

Carolyn Sue Hogeland states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by Wayne Farms LLc at
the facility located in Albertville, AL. I worked at this location from
[Name of plant]                              [City/State]
1990 to present.
[Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the Wayne farmsLLc plant in Albertville, AL, and
[Name of Plant]                      [City/State]
possibly other plants owned by Wayne FarmsLLc. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 26 day of August, 2006.

Carolyn Sue Hogeland                    Carolyn S. Hogeland
[PRINT NAME]                            [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Wendy L Mendel_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Albertville Al_. I worked at this location from _8-23-91_ to _8-26-06_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Albertville Al_, and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _August_, 2006.

_Wendy Mendel_
[PRINT NAME]

_Wendy Mendel_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kathy Moore_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Albertville, Al_. I worked at this location from _7-14-77_ to _present_.
[Name of plant]
[City/State]
[Date]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Albertville, Al_, and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _Aug_, 2006.

_Kathy Moore_                    _Kathy Moore_
[PRINT NAME]                     [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Judy S. Oliver_ _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ _____ at
   [Name of plant]
   the facility located in _Albertville, Al._ . I worked at this location from
   [City/State]
   _7/5/78_ to _Present_ .
   [Date]    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Albertville, Al_ , and
   [Name of Plant]    [City/State]
   possibly other plants owned by _Wayne Farms_ . If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _August_ , 2006.


_Judy S. Oliver_ _____        _Judy Oliver_ _____
[PRINT NAME]                    [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bruce T Poe_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Albertville AL_. I worked at this location from
[City/State]
_Sept 99_ to _present_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering employees at the _Wayne Farms_ plant in _Albertville AL_, and
[Name of Plant]        [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _August_, 2006.

_Bruce T Poe_
[PRINT NAME]

_Bruce T Poe_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tammy Renee Richey_ states the following:
     [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms @ Albertville Quality Foods_ at
                                                                 [Name of plant]
      the facility located in _Albertville, Al_. I worked at this location from
                           [City/State]
      _09/01/04_ to _Present_.
        [Date]                     [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the _Wayne Farms @ Albertville Quality Foods_ plant in _Albertville Al_, and
                  [Name of Plant]                    [City/State]
      possibly other plants owned by _Wayne Farms_. If brought as a class
                           [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _25_ day of _August_, 2006.

_Tammy R. Richey_            _Tammy R. Richey_
[PRINT NAME]                             [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

Betty R. Tipton _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Wayne's Farms at the facility located in Albertville, AL. I worked at this location from
   [Name of plant]
   3-7-89 to present.
   [Date]        [Date, or if still working write "present"]
   [City/State]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Wayne's Farms plant in Albertville, AL, and
   [Name of Plant]                                [City/State]
   possibly other plants owned by Wayne's Farms If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 12 day of September, 2006.

BETTY R TIPTON          Betty R Tipton

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Constance Vinson_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Albertville_ . I worked at this location from _6/2002_ to _March 2003_ .
[Name of plant]  [City/State]  [Date]  [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Albertville, AL_ , and possibly other plants owned by _Gold Kist Wayne Farms_ If brought as a class
[Name of Plant]  [City/State]  [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _August_ , 2006.

_Constance Vinson_        _Constance Vinson_
[PRINT NAME]              [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

Jenifier Wynn _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by __Waynes Farms__ at
    the facility located in __Albertville Al.__ I worked at this location from
    [Name of plant]                          [City/State]
    *I think it was* __Fe 2001__ to __Oct 2005 or 2005__
    [Date] 07/01/02    [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the __Waynes farms__ plant in __Albertville Ala__ and
    [Name of Plant]                                      [City/State]
    possibly other plants owned by __Waynes farms__. Continued to other plants. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __26__ day of __Aug__, 2006.


__Jenifier Wynn__                    __Jenifier Wynn__
[PRINT NAME]                         [SIGNATURE]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

RECEIVED

2006 OCT 20  A 9: 30

U.S. DISTRICT CO...
MIDDLE DISTRICT ...

| | |
|---|---|
| SAMUEL ADAMS, TERESA ADAMS, PAMELA MILLER, and ZONDRA SHIPMON | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| WAYNE FARMS LLC., a Delaware Corporation doing business in Alabama, | ) ) ) |
| Defendant. | ) |

Case No.: ~~06-CV-~~ 1: 06 CV 950 - MEF

**DEMAND FOR JURY TRIAL**

## COMPLAINT

Plaintiffs, individually and on behalf of all others similarly situated ("Plaintiffs"),

by and through their counsel, for their Complaint against Defendant Wayne Farms LLC.,

(collectively "Wayne Farms" or "Defendant"), seek to recover for Wayne Farms'

violations of the Fair Labor Standards Act of 1938 (FLSA) , 29 U.S.C. §§ 201 *et seq.*,

and hereby state and allege as follows:

### INTRODUCTION

1.      This is a representative action brought pursuant to FLSA § 216(b) by

Plaintiffs on behalf of themselves and all other similarly situated current and former

production employees of Wayne Farms at its Jack facility, located in Coffee County,

Alabama, for purposes of obtaining relief under the FLSA for unpaid wages, unpaid

overtime wages, liquidated damages, costs, attorneys' fees, declaratory and/or injunctive

relief, and/or any such other relief the Court may deem appropriate.

2.      Wayne Farms operates a chicken processing plant in Jack, Alabama ("Jack

facility").  The complained of unlawful compensation system at issue in this Complaint

has affected Defendant's present and former hourly production employees at this
location.

      3.     In *IBP, Inc. v. Alvarez*, 126 S. Ct. 514 (2005), the United States Supreme
Court unanimously affirmed a ruling that IBP's wage and hour policies – those at issue in
this case – violated the Fair Labor Standards Act of 1938 ("FLSA").

      4.     Wayne Farms uniformly denies hourly wages and overtime premium pay
to its employees, by requiring them to perform "off the clock" work.  Wayne Farms'
deliberate failure to pay employees earned wages and overtime compensation violates
federal law as set out in the Fair Labor Standards Act.

      5.     Plaintiffs perform multiple tasks, but are all victims to the same illegal
policy and practice of failing to pay workers for all time worked, including unpaid, but
compensable break periods, unpaid hourly wage times and unpaid overtime premium
wage times.

## JURISDICTION AND VENUE

      6.     The FLSA authorizes court actions by private parties to recover damages
for violation of the FLSA's wage and hour provisions.  Jurisdiction over Plaintiffs' FLSA
claims is based upon 29 U.S.C. § 216(b) and 28 U.S.C. §§ 1331-37.

      7.     Venue in this district is proper pursuant to 28 U.S.C. § 1391(b) and (c),
because Wayne Farms does business in this district and a substantial part of the unlawful
conduct giving rise to the claims occurred in this district.

## PARTIES

8.    Defendant, Wayne Farms LLC., is a Delaware corporation with its principal place of business in Georgia.

9.    Plaintiffs are current and former Wayne Farms employees who work(ed) at the Wayne Farms Jack facility within the last three years, dating back to October 16, 2003, and can be generally categorized herein as "First Processing" and "Second Processing" employees.

10.   First Processing generally includes those employees who work in an area of the plant where the product (chickens) is introduced into the plant and placed or hung on "the line" for killing, cleaning, disemboweling, and chilling.

11.   Second Processing generally includes those employees who work in an area of the plant where after the product has completed First Processing, it is further processed, prepared, cut-up, marinated, deboned, weighed, sized, packed, loaded on trucks, etc. for delivery to plant customers.

12.   Plaintiffs listed herein who primarily work in First Processing include: Samuel Adams.

13.   Plaintiffs listed herein who primarily work in Second Processing include: Teresa Admas, Pamela Miller, and Zondra Shipmon.

14.   Plaintiffs are residents and domiciled in the State of Alabama. Plaintiffs have concurrently filed their Consents to Become Party Plaintiffs pursuant to 29 U.S.C. § 216(b). See Exhibit A.

## GENERAL ALLEGATIONS

15.   As an integral and indispensable part of Plaintiffs' jobs, Plaintiffs are required to pass through security when entering and leaving the facility. Plaintiffs' are

3

Case 2:06-cv-00951-MEF-WC    Document 141    Filed 01/12/2006    Page 4 of 14

required to have their employment status verified and their arrival and departures documented as well as submit to searches of the person and personal possessions. Plaintiffs aver they are not compensated for the time it takes security to clear them and allow them into the facility and the compensable time afterwards prior to the commencement of production work.

16.     Plaintiffs go to a designated area to receive required clothing and/or personal protective equipment (PPE) that is required for the work to be performed. The employees are required to don certain equipment before moving into the production areas. The employees are required to perform washing activities associated with preparing for work in the production area. And depending on whether the employee works in First Processing or Second Processing, the employee may be required to acquire special tools for the work to be performed. During the course of this process, the employee then must walk a significant distance to arrive at the respective workstations on the line.

17.     When Plaintiffs leave the line for unpaid breaks or at the end of their shift, they again walk a considerable distance to their respective doffing area where they remove their personal protective equipment, wash or sanitize themselves, their personal protective equipment, sanitary clothing, and/or equipment or tools and return various clothes, personal protective equipment, equipment or tools to the proper areas.

18.     Defendant Wayne Farms owns and operates poultry facilities in Jack, Alabama. The unlawful compensation system at issue in the Complaint has affected Defendant's former and present hourly production employees at this location.

19.     Under Wayne Farms' wage compensation system, Wayne Farms pays Plaintiffs and others similarly situated employees only regularly scheduled time that they

4

Case 2:06-cv-00951-MEF-WC     Document 1-1     Filed 01/12/2006     Page 55 of 14

are on the production assembly line or in production areas under a system known as master time, master key, line time or gang time, collectively referred to herein as "master time". Conversely, as a matter of policy and practice, Wayne Farms does not pay its hourly employees for required pre-production line and post-production line activities that are necessary and integral to their overall employment responsibilities, such as the time it takes to clear security, donning and doffing protective and sanitary equipment, cleaning and sanitizing that equipment as well as themselves, walking to and from security and the production line from their locker or dressing area after already performing compensable activities, and waiting in line to return required supplies, tools and other equipment needed for line activities. In addition, Wayne Farms does not pay its employees for time spent waiting at the line, prior to the line start up. Plaintiffs are required to report to duty before the start of the master time clock and required to continue work after the master time clock has stopped.

      20.     During the course of the day, Plaintiffs are provided unpaid breaks requiring them to walk considerable distances where they remove sanitary clothing and personal protection equipment for their break. The remaining time allowed for the break is further shortened by the requirement for the employee to wash and sanitize, don his or her sanitary clothing and personal protection equipment and return to the workstation. Plaintiffs assert these unpaid breaks are compensable. Alternatively if the total unpaid break is not deemed compensable Plaintiffs allege they are owed compensation for the walk time prior to and after unpaid breaks, the time spent donning and doffing clothing and equipment pre and post break respectively, and the time spent washing and/or waiting to wash themselves and their equipment.

Case 2:06-cv-00951-MEF-WC    Document 14    Filed 01/12/2006    Page 6 of 14

21.    Defendant deducts from Plaintiffs daily time worked, without regard for the actual time spent on break, two (2) uncompensated breaks of fixed duration.

22.    The time for which Plaintiffs and other similarly situated employees are paid is significantly less than the time they spend at work between the time they begin their integral, essential and indispensable work duties and the time they arrive at their workstations on the line.  The work time for which Plaintiffs are not paid include, but are not limited to:  (1) changing into the protective required work uniforms, sanitary clothing and protective safety equipment that can include, among other things (depending on the task and whether First or Second Processing):  ear plugs, smocks, work pants and shirts; safety jump suits; safety boots; hair nets; face nets; hard hats; aprons; belts with holsters and knifes; and hand and arm protections; and (2) walking to and from the changing area, work areas and break areas; washing activities; and (3) breaks  that are effectively compensable .

23.    The walking time for which Plaintiffs are not paid occurs after the beginning of the employee's first principal activity and before the end of the employee's last principal activity.

24.    The required protective work uniforms, sanitary clothing and protective safety equipment that Plaintiffs must wear, and for which they are not paid for donning and doffing times, is required by Wayne Farms and/or by government regulation. Plaintiffs' jobs are dangerous and involve serious health and safety risks.  The circumstances of Plaintiffs' jobs, including vital considerations of health and hygiene, require them to wear the protective work uniforms, sanitary clothing and protective safety equipment.  These donning, doffing, washing activities, compensable unpaid breaks and

6

walking duties all add up to a significant amount of time every day for which Plaintiffs and others similarly situated are not paid.

25.    In addition to depriving Plaintiffs and others similarly situated of hourly wages for compensable time pursuant to the FLSA, Defendant Wayne Farms' failure to accurately account for and report all compensable time worked by the Plaintiffs and others similarly situated, and has deprived Plaintiffs and others similarly situated of what would otherwise be overtime pay, pursuant to the FLSA.

## COLLECTIVE ACTION ALLEGATIONS

26.    Plaintiffs bring Count I, the FLSA claim, as an "opt-in" collective action pursuant to 29 U.S.C. § 216(b). In addition to the claims of individually named Plaintiffs, Plaintiffs bring this action as representatives of all similarly situated former and current employees of the Jack facility.  The potential class of "opt-in" employees can be defined as:

> All current and former hourly employees of Defendants who worked at the Jack facility since October 16, 2003, and who were not paid for all the time spent performing compensable work-related tasks or legally compensable time, including, but not limited to authorized unpaid break times, donning and doffing times, washing activity times, time associated with passing through security check points and walking to changing areas and time walking to security and passing through security at the end of the day and walking times to and from break areas or donning and doffing areas, and including time compensable at regular hourly wages, as well as overtime pay for these employees.

27.    The FLSA claims may be pursued by those who opt-in to this case, pursuant to 29 U.S.C. § 216(b).

28.    Plaintiffs, individually and on behalf of other similarly situated employees, seek relief on a collective basis challenging, among other FLSA violations, Defendant's practice of failing to accurately record all hours worked and failing to pay employees for all hours worked, including overtime compensation.

7

29.     The number and identity of other Plaintiffs yet to opt-in and consent to be party Plaintiffs may be determined from the records of Defendant, and potential class members may easily and quickly be notified of the pendency of this action.

30.     On information and belief, the Jack facility employs approximately 500 hourly wage employees who potentially have FLSA claims similar to the claims set out herein.  Consequently, joinder of all collective action members in a single action is impracticable.

31.     Potential collective action members may be informed of the pendency of this class action through direct mail.

32.     There are questions of fact and law common to the class that predominates over any questions affecting only individual members.  The questions of law and fact common to the class arising from Defendant's actions include, without limitation, the following:

    a)   Whether Plaintiffs were compensated for time spent clearing security and time spent walking from security to their changing areas and from changing areas to security;

    b)   Whether the security activities at issue are integral or indispensable to Defendant's business activities;

    c)   Whether Plaintiffs were compensated for time spent donning and doffing clothing and protective gear, washing, and walking to and from their job posts;

    d)   Whether the donning, doffing and washing activities at issue are integral or indispensable to Defendant's business activities;

    e)   Whether Plaintiffs were entitled to compensation for time spent donning and doffing, washing activity time, and walking time to and from "the line";

    f)   Whether Plaintiffs' donning, doffing, washing activity, and walking time is integral and indispensable to their principal activities;

8

Case 2:06-cv-00951-MEF-WC    Document 14-1    Filed 01/12/2006    Page 9 of 14

g)  Whether Defendant failed to pay employees for unpaid breaks that were effectively compensable.

h)  Whether Defendant's compensation policy and practice accurately accounts for the time Plaintiffs are actually working;

i)  Whether Defendant's compensation policy and practice is illegal;

j)  Whether Defendant had a policy and practice of willfully failing to record and compensate employees for all time worked; and

k)  Whether Defendant failed to accurately record all compensable time, resulting in a failure to compensate Plaintiffs and other similarly situated employees of regular hourly wages and overtime pay, in violation of Defendant's policies and procedures and the mandate of the FLSA.

33.    The questions set forth above predominate over any questions affecting only individual persons, and a class action is superior with respect to considerations of consistency, economy, efficiency, fairness and equity, to other available methods for the fair and efficient adjudication of the state law claims.

34.    The Collective Action Representatives' claims are typical of those of the similarly situated employees in that these employees have been employed in the same or similar positions as the Collective Action Representatives and were subject to the same or similar unlawful practices as the Collective Action Representatives.

35.    A collective action is the appropriate method for the fair and efficient adjudication of this controversy.  Defendant has acted or refused to act on grounds generally applicable to the similarly situated current and former employees.  The presentation of separate actions by individual similarly situated current or former employees could create a risk of inconsistent and varying adjudications, establish incompatible standards of conduct for Defendant, and/or substantially impair or impede the ability of Collective Action members to protect their interests.

9

Case 2:06-cv-00951-MEF-WC    Document 1-1    Filed 01/12/2006    Page 10 of 14

36.    The Collective Action Representatives are adequate representatives of the similarly situated current and former employees because they are employees of the same processing plant and their interests do not conflict with the interests of the other similarly situated current and former employees they seek to represent. The interests of the members of the class of employees will be fairly and adequately protected by the Collective Action Representatives and their undersigned counsel, who have extensive experience prosecuting complex class action lawsuits.

37.    Maintenance of this action as a collective action is a fair and efficient method for the adjudication of this controversy. It would be impracticable and undesirable for each member of the collective action who suffered harm to bring a separate action. In addition, the maintenance of separate actions would place a substantial and unnecessary burden on the courts and could result in inconsistent adjudications, while a single collective action can determine, with judicial economy, the rights of all collective action members.

## COUNT I

### Violation of the Fair Labor Standards Act of 1938

**(Brought Against Defendant by All Individually-Named Plaintiffs and on Behalf of All Others Similarly Situated)**

38.    Plaintiffs reassert and incorporate by reference paragraphs 1 through 37 as set forth above as if fully restated herein.

39.    At all time material herein, Plaintiffs have been entitled to the rights, protections, and benefits provided under the FLSA, 29 U.S.C. § 201 *et. seq.*

40.    The individually named Plaintiffs and all similarly situated employees are victims of a uniform and facility-wide compensation policy and practice, in violation of the FLSA.

10

Case 2:06-cv-00951-MEF-WC   Document 1-1   Filed 01/12/2006   Page 11 of 14

41.     Wayne Farms violated the FLSA by failing to account for all compensable time of its employees that resulted in a failure to pay Plaintiffs and others similarly situated for compensable hourly wages and overtime premium pay.

42.     Wayne Farms violated the FLSA by failing to pay for time donning and doffing essential required equipment, integral to the principle work activity.

43.     Wayne Farms failed to account for and pay for time walking to and from the line to break areas and/or donning and doffing areas.

44.     Wayne Farms failed to account for and pay for time spent clearing security and for time walking to and from security to donning and doffing areas.

45.     Wayne Farms failed to account for and pay for time allocated as unpaid breaks. In the alternative, Wayne Farms failed to pay for walk time to and from unpaid meal break areas, time spent donning and doffing on unpaid meal breaks, and washing activities associated with meal breaks.

46.     In perpetrating these unlawful practices, Wayne Farms has also willfully failed to keep accurate records for all of the time worked by its hourly employees.

47.     The FLSA regulates, among other things, the payment of overtime pay by employers whose employees are engaged in commerce, or engaged in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce. 29 U.S.C. § 207(a)(1).

48.     Wayne Farms was, and is, subject to the overtime pay requirements of the FLSA because it is an enterprise engaged in commerce and its employees are engaged in commerce.

49.     Section 13 of the FLSA, 29 U.S.C. § 213, exempts certain categories of employees from overtime pay obligations. None of the FLSA exemptions apply to the

11

Plaintiffs. Accordingly, Plaintiffs must be paid overtime pay in accordance with the FLSA.

50.    Wayne Farms' failure to accurately record compensable work time was willfully perpetrated. Wayne Farms has not acted in good faith nor with reasonable grounds to believe its actions and omissions were not a violation of the FLSA, and as a result thereof, Plaintiffs and other similarly situated employees are entitled to recover an award of liquidated damages in an amount equal to the amount of unpaid hourly wages and overtime premium pay described above pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b). Alternatively, should the Court find Wayne Farms did not act willfully in failing to pay all hourly wages and overtime premium pay wages, Plaintiffs and all similarly situated employees are entitled to an award of prejudgment interest at the applicable legal rate.

51.    As a result of the aforesaid willful violations of the FLSA's overtime provisions, overtime compensation has been unlawfully withheld by Wayne Farms from Plaintiffs for which Wayne Farms is liable pursuant to 29 U.S.C. § 216(b).

52.    Plaintiffs and all similarly situated employees are entitled to damages equal to the mandated overtime premium pay within the three years preceding the filing of this Complaint, plus periods of equitable tolling, because Wayne Farms acted willfully and knew, or showed reckless disregard of whether, its conduct was prohibited by the FLSA.

53.    Pursuant to FLSA, 29 U.S.C. § 216(b), successful Plaintiffs are entitled to reimbursement of the costs and attorney's fees expended in successfully prosecuting an action for unpaid wages and overtime wages.

WHEREFORE, it is respectfully prayed that this Court grant to the Plaintiffs the following relief:

    a)  At the earliest possible time, issue an Order allowing Notice or issue such Court supervised Notice to all similarly situated current and former Wayne Farms hourly employees (working at the Wayne Farms, Jack location in the last three years) of this action and their rights to participate in this action. Such Notice shall inform all similarly situated current and qualified former employees of the pendency of this action, the nature of this action, and of their right to "opt in" to this action if they worked "off the clock" for times not paid, including time that may be paid at overtime rates.

    b)  Issue an Order, pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, declaring that Defendant Wayne Farms' actions, as described in the Complaint, are unlawful and in violation of the FLSA and applicable regulations and are and were willful as defined in the FLSA;

    c)  Issue an Order directing and requiring Defendant Wayne Farms to pay Plaintiffs and all other similarly situated employees damages in the form of reimbursement for unpaid hourly and premium overtime wages (past and future) for all time spent performing compensable work for which they were not paid pursuant to the rate provided by the FLSA;

    d)  Issue an Order directing and requiring Defendant Wayne Farms to pay Plaintiffs and all other similarly situated employees liquidated damages pursuant to the FLSA in an amount equal to, and in addition to the amount of wages and overtime wages owed to them;

13

Case 2:06-cv-00968-MEF-WC    Document 1-1    Filed 01/20/2006    Page 14 of 14

e) Issue and Order directing Defendant Wayne Farms to reimburse Plaintiffs and other similarly situated employees for the costs and attorneys fees expended in the course of litigating this action, pre-judgment and post-judgment interest;

f) Provide Plaintiffs with such other and further relief, as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

All Plaintiffs hereby request trial by jury of all issues liable by jury under Alabama and federal law.

Respectfully submitted this the 17th day of October 2006.

COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.


JOSEPH D. LANE (LAN049)
LANCE H. SWANNER (SWA013)
SAMUEL A. CHERRY, JR., (CHE008)
Attorney for Plaintiffs
163 West Main Street
P.O. Box 927
Dothan, AL 36302
(334) 793-1555
(334) 793-8280 (fax)

Defendant may be served at:

The Corporation Company
o/b/o Wayne Farms LLC – Jack Plant
2000 Interstate Park Drive Ste 204
Montgomery, AL  36109

14

# TAB B - PART 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

**APRIL AGEE, CASSILLIE ALLEN,**
**PAMELA M. ALLEN, CHERYL**
**ANTHONY, DERRICK L. BURBER,**
**JAMES WESLEY BARNETT, PAULA M.**
**BASS, CALVIN BOLAR, ROBERT**
**THOMAS DUNN AND CHRIS HOOD, On**
**behalf of themselves and All Others**
**Similarly Situated**                                                   **PLAINTIFFS**

**VS.**                                          **CASE NO. 2:06-CV-268-KS-MTP**

**WAYNE FARMS LLC,**
**CONTINENTAL GRAIN COMPANY**
**d/b/a WAYNE FARMS, LLC**                                          **DEFENDANT**

### MOTION TO SEVER AND TRANSFER ALABAMA PLAINTIFFS

Of the 770 Plaintiffs joining in this action, almost 300 claim to be or to have been

employed in one of four of Wayne Farms' Alabama plants, and forty-eight (48) of them were

suing Wayne Farms on the same FLSA claims in Alabama courts before this action was filed.

Defendants, Wayne Farms LLC and ContiGroup Companies, Inc., move the Court, pursuant to

FED. R. CIV. P. 20, 21 and 28 U.S.C. § 1404, to sever and to transfer them to the Northern and

Middle Districts of Alabama. If this Motion is granted, this action will include only Plaintiffs

who allege FLSA violations relating to their employment at Wayne Farms' Laurel, Mississippi

live poultry processing facility. In support of this motion, the Defendants would show:

1.      About two months before Plaintiffs commenced this action, lawyers representing

forty-eight (48) of them, and more than 200 others employed by Wayne Farms' live poultry

processing facilities in Alabama, filed four separate FLSA actions making substantially the same

allegations made in this suit. See Exhibits 1-4 to this motion. (*Bolden, Et Al. v. Wayne Farms*

*LLC*, N.D. Ala. Civil Action 5:06-CV-2096-IPJ [Decatur]; *Jimmy Belue, Et Al. v. Wayne Farms LLC*, N.D. Ala. Civil Action 4:06-CV-2095-RDP [Albertville]; *Samuel Adams, Et Al. v. Wayne Farms LLC*, M.D. Ala. Civil Action 1:06-CV-950-MEF [Enterprise] and *Darren Anderson, Et Al. v. Wayne Farms LLC*, M.D. Ala. Civil Action 2:06-CV-951-MEF [Union Springs]).

2.     In each of those actions, the Court promptly ordered counsel to hold a Rule 26(f) planning meeting and thereafter promptly to submit a Form 35 report of that meeting.  Counsel met for that purpose on December 14, 2006, in Birmingham.  However, on December 13, 2006, unbeknownst to the parties or to counsel in those four cases, Plaintiffs in this action filed their Complaint, purporting to sue on behalf of themselves and all other employees of Defendants engaged in live chicken processing, including those already represented by separate counsel in the Alabama suits.  Only five of the ten original, named Plaintiffs in this action claimed to have been employed by Wayne Farms LLC in Laurel, Mississippi.  The others alleged that they were employed by Wayne Farms LLC in Alabama – Pamela Allen and Chris Hood Decatur, Robert Thomas Dunn in Albertville, and Cheryl Anthony and Calvin Bolar in Union Springs.

3.     Counsel in the Alabama suits first learned of this action on Friday, December 15. Realizing that overlapping collective actions would create scheduling and other problems not foreseen during the parties' December 14 planning meeting, counsel for Plaintiffs and the Defendant in the Alabama actions, including undersigned counsel, sought the agreement of Plaintiffs in this case to eliminate the overlap without judicial intervention.  Those discussions produced no agreement.

4.     Thereafter, Plaintiffs counsel in this action filed over 700 form documents apparently executed by forty-eight (48) of the Alabama case plaintiffs, by more than 200 others alleging current or former employment by Wayne Farms in one of the Alabama plants already

subjected to suit in Alabama (including sixty-two (62) who sued and settled all or most of their FLSA claims in *Bertha Scott Et Al. v. Wayne Farms LLC Et Al.*, M.D. Ala. 2:05-cv-80-MEF, final judgment entered January 26, 2006), and by hundreds of other people alleging present or former employment by Wayne Farms in Laurel, Mississippi. Defense counsel discovered these filings after Defendants filed their Answer with this Court on January 8, 2007. Exhibit 5 to this Motion summarizes the consents filed by 1,047 plaintiffs in the five pending actions against Wayne Farms, so as to show which plaintiffs have joined which actions, and who among them settled their claims in the *Scott* case. Exhibit 6 reproduces the *Scott* Final Judgment, showing the plaintiffs whose claims through January 26, 2006 were extinguished thereby.

        5.      The original dates for submission of the parties' planning meeting reports in the Alabama actions have passed and the dates obtained by joint motion for extension are January 16 and 19, 2007. Despite the lack of a scheduling order or even a Form 35 Report of Party Planning Meeting in any of the Alabama actions, Plaintiffs in one of them have served several hundred written discovery requests pertaining to people who are or may be plaintiffs in that suit and who are potential opt-in plaintiffs in this one. Responses to those discovery requests are demanded by February 5, 2007. This motion is made in an attempt to obtain by Court order what counsel in the Alabama actions could not obtain by agreement with the Plaintiffs in this action – elimination of the overlap and duplication between the Mississippi and Alabama actions, so that all might proceed without the problems created by that duplication and overlap.

        6.      As shown more fully in the accompanying brief, the Court has and should exercise its authority to transfer the Alabama Plaintiffs to courts hosting the appropriate, previously filed Alabama actions, after having severed their claims from this action. Doing so would not impair any of their claims or prejudice the Plaintiffs who remain in this action.

WHEREFORE, PREMISES CONSIDERED, Defendants move the Court to sever the claims of the Alabama Plaintiffs and to transfer them as follows:

The seventy-three (73) Decatur, Alabama plant Plaintiffs to the United States District Court for the Northern District of Alabama, for consolidation there with *James Bolden, Et Al. v. Wayne Farms LLC*, N.D. Ala. Civil Action 5:06-CV-2096-IPJ:

Sonya P. Adams;
Pamela M. Allen;
Pratuangtip Brady;
Robert Lee Bates;
Cheryl Bolden;
Charles Brown;
Lorenza Byers;
Coy L. Campbell;
Latina Campbell;
Jerome Chapman;
Erica S. Clay;
Ronnes E. Cosby;
Mary Elizabeth Dale;
Lillie P. Davis;
Concepcion DeSoto;
Barbara Deloach;
Sharon Rose Foster;
Crystal Garth;
Michael Lynn Garth;
Audria M. Hampton;
Shelia D. Harvel;
Stephne Hayley;
Chris Hood;
Willodean H. Howard;
Wynemia Johnson;
Ray Jones;
Ronnie Jones;
Sharon Jones;
Beatrice King;
Charlie Kirby;
Scherrie Mason;
Deron Lamar McClain;
Marcus McDay;
Angela Miller;
Damon B. Miller;
Shirley Moody;

Caroline Mullins;
Jennifer Arnett Nance;
Andres Ocampo;
Dishema L. Orr;
Doris Hopkins-Overton;
Pamela Owens;
Yasmine E. Owens;
Nettie Darlene Pearson;
Gloria Denise Pointer;
Jeffrey Porter;
Peronica Porter;
Jackie F. Prince;
Maria I. Rabadan;
David Alexander Ramirez;
Ramona Ramos;
Andres Rascual;
Diane Garner Ricks;
Birda Mae Robninson;
Robert Robinson;
Gloria Russell;
Tonya S. Sanders;
Veronica H. Sears;
Rhonda Smith;
Alecia Soto;
Salvador Soto;
Dorian Gaiter Sutherlin;
Meriam Yvett Thames;
Roy L. Thomas, Jr.;
Yesenia Torres;
George A. Vinson;
Marlowe Wade;
Milton Watkins;
Myrtle Wiggins;
Paula Patrice Wiggins;
Margert Wilkerson;
Tracy Williams;
Woozie Williams;

The two Albertville, Alabama plant Plaintiffs to the United States District Court for the

Northern District of Alabama, for consolidation there with *Jimmy Belue Et Al. v. Wayne Farms*

*LLC*, N.D. Ala. Civil Action 4:06-CV-2095-RDP:

Robert Thomas Dunn;
Christine Edmonson;

The twenty-five (25) Enterprise, Alabama plant Plaintiffs to the United States District

Court for the Middle District of Alabama, for consolidation there with *Samuel Adams Et Al. v.*

*Wayne Farms LLC*, M.D. Ala. Civil Action 1:06-CV-950-MEF:

> Sandra Barnes;
> Jacqueline B. Blair;
> Nichael Dowell;
> Hardwick Elliott;
> Rose Fletcher;
> Lena Garth;
> Francisco M. Garza;
> Certic Kirk Gordan;
> Brenda Gray;
> Jacqueline Hampton;
> Annie Hankins;
> Rodreggus James Harris;
> Velvet A. Harris;
> Cornelia M. Henderson;
> Pearl Irving;
> Eddie D. Jackson;
> Mebeline Kiser;
> Mary Ann Martin;
> Tessie Riley;
> Eddie Thomas;
> Temeca Thomas;
> Bridgett Lynn Tyson;
> Melissa Vaughn;
> Clara Wheeler;
> Frances Williams;

All 193 Union Springs, Alabama plant Plaintiffs to the United States District Court for

the Middle District of Alabama, for consolidation there with *Darren Anderson, Et Al. v. Wayne*

*Farms LLC*, M.D. Ala. Civil Action 2:06-CV-951-MEF.

> Alberta K. Anderson;
> Darren Anderson;
> Cheryl Anthony;
> Edward O. Anthony;
> Edwin Anthony;
> Jimmy Anthony;
> Terrance Anthony;
> Timothy P. Anthony;

54648.3                                    6

Jessica Keria Baker;
Jerry Tirone Baldwin;
Kashebra Baldwin;
Bennie James Bandy;
Henry Baskin;
Keith Ray Baskin;
Jacqualine Bellomy;
Marquez Biggers;
Sharon M. Biggers;
Juan Blue;
Calvin Bolar;
Chaudney L. Bowens;
Arlene Bronson;
Shirley Bronson;
Annie Bussey;
Anita Calhoun;
Tomecha O. Canty;
Douglas James Chambliss;
Cornelias D. Clark;
Derek Cobb;
Teresa Comer;
Macqueline Cooper;
Marquetta Cunningham;
Shirley A. Cunningham;
Benjamin F. Curry, Jr.;
Delores Davis;
Kriby Davis;
Timothy Davis;
Larry T. Dawson;
Tyrone Dawson;
Dewayne Dickerson;
Sharon Murphy Durham;
Rudy Edwards;
Helen Ellis;
Teela Faniel;
Quinetta Feagin;
Johnny Fegans;
Bonnie J. Finch;
Annie Joyce Finney;
Pamela Williams-Finney;
Sharon D. Fitzpatrick;
Sonya M. Fitzpatrick;
Raymond F. Forte;
Willie Mae France;
Pamela Franklin;
Tasha Franklin;

Toretha Franklin;
Teresa Graves;
Develma Hall;
Tommy Hampton;
Angela Henry;
Carolyn Henry;
Quintana Nicole Henry;
Te'Angela Henry;
Nicklous Hill;
Rondarius Holmes;
Katrina L. Hooks;
Martha Moore Howard;
Peggy Howard;
Sandra Hunter;
Mary E. Ivey;
Susie Jackson;
Jessica Jenkins;
Sallie Ann Jernigan;
Shayla D. Jessie;
Beatrice Johnson;
Cassandra M. Johnson;
Charles Johnson;
Landon Johnson;
Leotis Johnson;
Recike Johnson;
Rosario Johnson;
Terrar S. Johnson;
Bryce Jones;
Kelvin Jones;
Michael Jones;
Shirlene Jones;
Treilis Jordan;
Christopher King;
Gloria King;
Jason T. King;
Shaleatha King;
Tiffany M. Pugh King;
Demarcus M. Kreis;
Aelesha Lee;
Emma J. (Thomas) Lee;
Moses Lee;
Royzell Lee;
Clinton James Lewis;
Regenia Long;
Hanson W. Mack;
Martavous Mahone;

James Martin;
Katrina Martin;
Willie J. McClain;
Santana McClendon;
Shamika McClendon;
Je'Norris McKinnes;
Veronica M. Miclaney;
Felicia Mims;
Nancy C. Moore;
Shirley Moore;
Tommie Motley;
O.C. Murray;
James Nehley;
Willie Nelson;
Cassandra Nobles;
Larry T. Nobles;
Steven Nobles;
Augusta Oliver;
Marcus Oree;
Irvin L. Owens;
Billy Paige;
Charlie Parham, Sr.;
Kawanna Parham;
Darnell Parker;
Harvey Cornelius Parker;
Curtis Passmore;
Wallace Passmore;
Dianne Patterson;
Lashundra Pearson;
Jim H. Person;
Peggy L. Pitts;
Shana Pruitt;
Betty Randolph;
Richette Holliday-Raybon;
Mary Dean Rayburn;
Gloria Roberson;
John R. Rodgers;
Christopher Rogers;
Albertha Rumph;
Aggie Scott;
John Scott;
Mayola Shelley;
Lisa Smiley;
Charlotte Smith;
Dessie Smith;
Earnestine Smith;

Janekia Smith;
Lashonda Smith;
Linda Smith;
Mildred Smith;
Cruz Jason Sparks;
Cynthia Sparks;
Kimberlyn Denise Sparks;
Melvin L. Sparks;
Stacie Sparks;
Carlos Stanley;
Angela Marie Still;
Lanethia Still;
Jerry Streeter;
Mary Streeter;
Jacqueline Swanson;
Rosa Swanson;
Jamilla Tanner;
Christopher Tarver;
Christopher D. Tarver;
Helen Tarver;
LaQuiona Tarver;
Sherry Traver;
Johnnie R. Taylor;
Mary E. Thomas;
Richard Thomas;
Richard Daniel Thomas;
Terrance Thompkins;
Michael Todd;
Tony Tolliver;
Chester L. Townsend;
Eula Townsend;
Jacqueline Turner;
Hytasha Trabue;
Betty Wallace;
Lavana Ward;
Linda Warmack;
Terrance Warmack;
Mary J. Washington;
Tyrone Washington;
Kennetra Wheeler;
Rodney White;
Anthony Q. Williams;
Callie M. Williams;
Calvin Williams;
Ruby Jean Williams;
Alan L. Williamson;

Laurie A. Willis;
Christine Youngblood;
Latoya Youngblood.

Alternatively, for the reasons explained in our supporting Brief, this Court should stay

this action pending the Alabama courts' rulings on related arguments that Wayne Farms will

address to them.

Respectfully submitted this 12th day of January, 2007.

WAYNE FARMS LLC

BY:  BALCH & BINGHAM LLP

s/R. Pepper Crutcher, Jr.
R. Pepper Crutcher, Jr. (MS Bar #7921)
E. Russell Turner (MS Bar #9903)
Heather White Martin (MS Bar 101601)
Balch & Bingham LLP
Post Office Box 22587
Jackson, MS 39225
Telephone: (601) 965-8158
pcrutcher@balch.com
hmartin@balch.com

Thomas C. Anderson (MS Bar 9711)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, Mississippi 39501
Tel: 228- 864-9900
Fax:  866-811-7360
tanderson@balch.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007, I electronically filed the foregoing with the

Clerk of the Court using the ECF system which sent notification of such filing to the following:

Seth M. Hunter
Attorney & Counselor at Law, PLLC
404 Hemphill Street
Hattiesburg, Mississippi  39401

54648.3                                11

Telephone (601) 450-8682
Facsimile: (601) 450-8683
Attorney for Plaintiffs

     and I hereby certify that I have mailed the foregoing Motion to these non-ECF

participants:

William S. Hommel, Jr.
3304 South Broadway Avenue
Tyler, Texas 75701-7818

Keith Givens
Cochran, Cherry, Givens & Smith, PC
Post Office Box 927
Dothan, AL 36302-0927
Telephone: (334) 793-1555
E-mail: kgivens@cockranfirm.com

Bernard Nomberg
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203
Telephone: (205) 930-6900
Email: bnomberg@cochranfirm.com

Richard Celler
284 South University Drive
Fort Lauderdale, Florida 33324
Phone: (954) 318-0268
Fax: (954) 333-3515

Lance Swanner
Cochran, Cherry, Givens & Smith, PC
Post Office Box 927
Dothan, AL 36302-0927
Telephone: (334) 793-1555
E-mail:lanceswanner@cockranfirm.com

               s/R. Pepper Crutcher, Jr._____
               Of Counsel

# EXHIBIT  A

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Samuel Adams_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms LLC_ at
     [Name of plant]
     the facility located in _Jack   AL_.   I worked at this location from
     [City/State]
     _7-25-97 to 3-10-98_   to _3-14-06_.
     [Date] 3-8-99   [Date, or if still working write "present"]
     5-26-99

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Jack  AL_, and
     [Name of Plant]        [City/State]
     possibly other plants owned by _Wayne Farms LLC_.  If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _09_ day of _18_, 2006.

_Samuel Adams_        _Samuel Adams_
[PRINT NAME]           [SIGN NAME]

Wayne Farms – Jack, AL
2nd Processing

Adams, Teresa
Miller, Pamela
~~Shipman, Zondra~~ Shipmon, Zondra

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Teresa Adams_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Jack Alabama_. I worked at this location from
[City/State]
_2-12-90_ to _PRESENT_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Jack Alabama_, and
[Name of Plant]    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _September_, 2006.

_Teresa Adams_
[PRINT NAME]

_Teresa Adams_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_PAMELA Y. Miller_   states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farm's_ at
the facility located in _Jack AL._ . I worked at this location from
_04-23-92_ to _09-13-06_ .
[Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm's_ plant in _Jack AL._ , and
possibly other plants owned by _Wayne Farm's_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _Sept_ , 2006.

_PAMELA Y. Miller_                    _Pamela Y. Miller_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Zondra  Shipmon_____ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Wayne Farms Southland_ at
the facility located in _Enterprise, AL_ .  I worked at this location from
[Name of plant]
_07-17-97_ to _"present"_____.
[City/State]
[Date]        [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Enterprise, AL_ and
[Name of Plant]              [City/State]
possibly other plants owned by _Wayne Farms_ .  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _09_ day of _09_____, 2006.


_Zondra  Shipmon_____          _Zondra Shipmon_____
[PRINT NAME]                    [SIGN NAME]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RECEIVED

2006 OCT 20  A 9 33

DARREN ANDERSON, BRENDA )
AUSTIN, MARY L. AVERY, SHIRLEY )
ANN BORDERS, CARLA BYRTS, )
CASSANDRA D. CALHOUN, )
CORNELIUS COBBS, EDNA )
COLEMAN, CAROLYN M. COOPER, )
DEDDERA DAVIS,  CAROLYN J. )
DOWDELL, TREVOR FERRELL, )
DIANNE FINNEY, MARGARET )
FOSTER, SANDRA FRANKLIN, )
DERRICK GACHET, ROBERT )
GOODE, TERESA ANN GRAVES, )
ALONZA HAMPTON, ANTWAIN )
HARRIS, JOE L. HATCHER, )
RODNEY HATCHER, DORIS )
HOLMES, CHARLENE HOOKS, )
KRESHAN R. JOHNSON, ROSARIO )
JOHNSON, KEVIN KEITH, TIFFANY )
M. KING, MICHAEL LAWRENCE, )
KAWAQUANE LEE, FANNIE B. )
LOCKWOOD, SANTANA )
MCCLENDON, DUANE MOMENT, )
DEBORAH D. MORRIS, SHIRLEY )
PATTERSON, DEMETRIUS RIVERS, )
AGGIE LEE SCOTT, CARLOS )
STANLEY, RUBY STEPHENS, )
MARCHE STEWART, DARLENE A. )
TARVER, ALICE TOWNSEND, EULA )
M. TOWNSEND, MARTHA A. )
TUGGLES, MARY J. WASHINGTON, )
CALLIE M. WILLIAMS, JOYCE R. )
ADDISON, ALBERT K. ANDERSON, )
CAROLYN E. ANTHONY, CHERYL )
ANTHONY, TERRANCE K. ANTHONY,)
LUCILLE W. AUSTIN, VANESSA )
BABERS, DOROTHY BAKER, )
MATTIE BAKER, NONA REE )
BALDWIN, MARY N. BANDY, )
LASHONDRA BEASON, LEON )
BOWENS, KATHY BURNEY, ANNIE )
BUSSEY, VALARIE BYRTS, BEVERLY)
CALHOUN, TOMECHA CANTY, )
MARTHA M. CHANCE, JACQUELINE )

DEMAND FOR JURY TRIAL

COOPER, EBONIA L. COPES, )
JAWANNA CUNNINGHAM, )
MARQUETTA L. CUNNINGHAM, )
RONALD DAVIE, DELORES DAVIS, )
KIRBY DAVIS, REGINA A. DAWKINS )
GILLIS, MARY ANN DULANEY, )
LAKESHA EFFORD, BOBBIE J. ELLIS,)
DELORIS ELLIS, DENISE R. ELLIS, )
HELEN ELLIS, MAMIE FITZATRICK, )
CATHLEEN THOMAS FOSTER, )
TERRENCE FRANKLIN, DERRICK )
GOODE, MICHAEL GOODE, MARK )
GOSHAY, TERESA M. GREY, JUSTIN )
HALL, SHONA HAMPTON, HENRY )
HARRIS, JR., JIMMY HATCHER, )
NICKLOUS HILL, RICHETTA )
HOLLIDAY, QUINOSHA HOOKS, )
EDDIE M. HOUGH, BYTHINE H. )
IVERY, ALONZO JACKSON, BETTYE )
A. JACKSON, EVELINA JACKSON, )
FRANCES JACKSON, SUSIE A. )
JACKSON, JESSICA M. JENKINS, )
DORETHA JOHNSON, PAMELA )
JOHNSON, RECIKE JOHNSON, )
BRUCE JONES, DWIGHT JONES, )
LORETTA R. JONES, LUCY JONES, )
REGGIE PARNELL JONES, TIMOTHY)
JORDAN, TRELLIS S. JORDAN, )
JENNIFER KEY, DEVORIS LAMPLEY,)
KAREN LEE, REGENIA F. LONG, )
ANNIE PEARL MACK, FRANKIE M. )
MADDOX, JESSE MAHONE, NEKESIA)
MARTIN, HELEN L. MASON, SHEILA )
MCCLAIN, QUNNIE L. MCCLENDON, )
SHAWANNA MCSWAIN, VIOLA LEE )
MONDAY, JEFFERY MURRAY, JOAN )
M. OLIVER, LAMISHA OLIVER, )
GEORGE PALM, BOBBIE A. )
PARHAMS GEORGE PARHAM, )
DANNY PARKER, HARVEY C. )
PARKER, LENETT PATTERSON, )
SHIRTORIA PATTERSON, JAIME )
PEEBLES, RUBY PEEBLES, RACHEL )
PENN, RUBY M. PERSON, PEGGY L. )
PITTS, DELOIS PRITCHETT, MARIE )
PRITCHETT, OLLIE M. PUGH, BETTY)
J. RANDOLPH, DELOISE RANDOLPH,)
MARY DEAN RAYBURN, OLA MAE )

2

REED, TRACY ROBBINS, ALFRED       )
ROBINSON, CHRISTINE RODGERS,      )
MATTIE P. RODGERS, LARRY          )
RUMPH, SHERRY RUMPH, JOHN W.      )
SCOTT, FREDDIE LEE SHELLEY,       )
MAYOLA SHELLEY, BEVERLY A.        )
SIMMONS, TAMMY J. SMART,          )
ALTHEA SMITH, CHAROLETTE          )
SMITH, DESSIE SMITH, GLORIA       )
SMITH, JANEKIA SMITH, MARY        )
SPANN, EUNICE B. SPARKS,          )
KIMBERLYN SPRAKS, MARVIN          )
STEWART, LANETHIA STILL,          )
DARLENE A. SULLEN, LAWANDA        )
TARVER, LILLIE B. TARVER,         )
SABRENA M. TARVER, SHERRY         )
TARVER, THERESA ANN TARVER,       )
WENDY TARVER, MARY E. THOMAS,)
TUWANDA THOMAS, PAMELA            )
THORPE, TERRANCE WARMACK,         )
PLESHETTE WILLIAMS, ALAN          )
WILLIAMSON, LAURIE ANN WILLIS, )
LAQUETTA WOODS, VERA WRIGHT, )
BETTY JEAN YOUNG, ANGELA          )
YOUNGLOOD, CHRISTINE              )
YOUNGLOOD, DARNAILLEE             )
YOUNGBLOOD, and SHIRLEY P.        )
YOUNGBLOOD                        )
                                  )
            Plaintiffs,           )
                                  )
    vs.                           )    Case No.: 2:06-CV-951-ID
                                  )    ~~06 CV-~~
WAYNE FARMS LLC., a Delaware      )
Corporation doing business in Alabama, )
                                  )
            Defendant.            )

## COMPLAINT

Plaintiffs, individually and on behalf of all others similarly situated ("Plaintiffs"),

by and through their counsel, for their Complaint against Defendant Wayne Farms LLC.,

(collectively "Wayne Farms" or "Defendant"), seek to recover for Wayne Farms'

3

violations of the Fair Labor Standards Act of 1938 (FLSA), 29 U.S.C. §§ 201 *et seq.*, and

hereby state and allege as follows:

## INTRODUCTION

1.    This is a representative action brought pursuant to FLSA § 216(b) by

Plaintiffs on behalf of themselves and all other similarly situated current and former

production employees of Wayne Farms at its Union Springs facility, located in Bullock

County, Alabama, for purposes of obtaining relief under the FLSA for unpaid wages,

unpaid overtime wages, liquidated damages, costs, attorneys' fees, declaratory and/or

injunctive relief, and/or any such other relief the Court may deem appropriate.

2.    Wayne Farms operates a chicken processing plant in Union Springs,

Alabama ("Union Springs facility").  The complained of unlawful compensation system

at issue in this Complaint has affected Defendant's present and former hourly production

employees at this location.

3.    In *IBP, Inc. v. Alvarez*, 126 S. Ct. 514 (2005), the United States Supreme

Court unanimously affirmed a ruling that IBP's wage and hour policies – those at issue in

this case – violated the Fair Labor Standards Act of 1938 ("FLSA").

4.    Wayne Farms uniformly denies hourly wages and overtime premium pay

to its employees, by requiring them to perform "off the clock" work.  Wayne Farms'

deliberate failure to pay employees earned wages and overtime compensation violates

federal law as set out in the Fair Labor Standards Act.

5.    Plaintiffs perform multiple tasks, but are all victims to the same illegal

policy and practice of failing to pay workers for all time worked, including unpaid, but

compensable break periods, unpaid hourly wage times and unpaid overtime premium

wage times.

4

Case 2:06-cv-00268-MEF-DRB    Document 121    Filed 01/02/2006    Page 55 of 88

## JURISDICTION AND VENUE

6.    The FLSA authorizes court actions by private parties to recover damages for violation of the FLSA's wage and hour provisions.  Jurisdiction over Plaintiffs' FLSA claims is based upon 29 U.S.C. § 216(b) and 28 U.S.C. §§ 1331-37.

7.    Venue in this district is proper pursuant to 28 U.S.C. § 1391(b) and (c), because Wayne Farms does business in this district and a substantial part of the unlawful conduct giving rise to the claims occurred in this district.

## PARTIES

8.    Defendant, Wayne Farms LLC., is a Delaware corporation with its principal place of business in Georgia.

9.    Plaintiffs are current and former Wayne Farms employees who work(ed) at the Wayne Farms Union Springs facility within the last three years, dating back to October 17, 2003, and can be generally categorized herein as "First Processing" and "Second Processing" employees.

10.    First Processing generally includes those employees who work in an area of the plant where the product (chickens) is introduced into the plant and placed or hung on "the line" for killing, cleaning, disemboweling, and chilling.

11.    Second Processing generally includes those employees who work in an area of the plant where after the product has completed First Processing, it is further processed, prepared, cut-up, marinated, deboned, weighed, sized, packed, loaded on trucks, etc. for  delivery to plant customers.

12.    Plaintiffs listed herein who primarily work in First Processing include: Darren Anderson, Brenda Austin, Mary L. Avery, Shirley Ann Borders, Carla L Byrts,

Cassandra D. Calhoun, Cornelius Cobbs, Edna Coleman, Carolyn M. Cooper, Deddera

Davis, Carolyn J. Dowdell, Trevor Ferrell, Dianne Finney, Margaret Foster, Sandra

Franklin, Derrick Gachet, Robert Goode, Teresa Ann Grave, Alonza Hampton, Antwain

Harris, Joe L. Hatcher, Rodney Hatcher, Doris Holmes, Charlene Hooks, Kreshan R.

Johnson, Rosario Johnson, Kevin Keith, Tiffany M. King, Michael Lawrence,

Kawaquane Lee, Fannie B. Lockwood, Santana McClendon, Duane Moment, Deborah D.

Morris, Shirley Patterson, Demetrius Rivers, Aggie Lee Scott, Carlos Stanley, Ruby

Stephens, Marche Stewart, Darlene A. Tarver, Alice Townsend, Eula M. Townsend,

Martha A. Tuggles, Mary J. Washington, and Callie M. Williams.

      13.    Plaintiffs listed herein who primarily work in Second Processing include:

Joyce R. Addison, Alberta K. Anderson, Carolyn E. Anthony, Cheryl Anthony, Terrance

K. Anthony, Lucille W. Austin, Vanessa Babers, Dorothy Baker, Mattie Baker, Nona Ree

Baldwin, Mary N. Bandy, LaShondra Beason, Leon Bowens, Kathy Burney, Annie

Bussey, Valarie Byrts, Beverly Calhoun, Tomecha Canty, Martha M. Chance, Jacqueline

Cooper, Ebonia L. Copes, Jawanna Cunningham, Marquetta L. Cunningham, Ronald

Davie, Delores Davis, Kirby Davis, Regina A. Dawkins Gillis, Mary Ann Dulaney,

Lakesha Efford, Bobbie J. Ellis, Deloris Ellis, Denise R. Ellis, Helen Ellis, Mamie

Fitzpatrick, Cathleen Thomas Foster, Terrence Franklin, Derrick Goode, Michael Goode,

Mark Goshay, Teresa M. Grey, Justin Hall, Shona Hampton, Henry Harris, Jr., Jimmy

Hathcer, Nicklous Hill, Richetta Holliday, Quinosha Hooks, Eddie M. Hough, Bythine H.

Ivery, Alonzo Jackson, Bettye A. Jackson, Evelina Jackson, Frances Jackson, Susie A.

Jackson, Jessica M. Jenkins, Doretha Johnosn, Pamela Johnson, Recike Johnson, Bruce

Jones, Dwight Jones, Loretta R. Jones, Lucy Jones, Reggie Parnell Jones, Timothy

Jordan, Trellis S. Jordan, Jennifer Key, Devoris Lampley, Karen Lee, Regenia F. Long,

Annie Pearl Mack, Frankie M. Maddox, Jesse Mahone, Nekesia Martin, Helen L. Mason,

Sheila McClain, Qunnie L. McClendon, Shawanna McSwain, Viola Lee Monday, Jeffery

Murray, Joan M. Oliver, Lamisha Oliver, George Palm, Bobbie A. Parhams, George

Parham, Danny Parker, Harvey C. Parker, Lenett Patterson, Shirtoria Patterson, Jaime

Peebles, Ruby Peebles, Rachel Penn, Ruby M. Person, Peggy L. Pitts, Delois Pritchett,

Marie Pritchett, Ollie M. Pugh, Betty J. Randolph, Deloise Randolph, Mary Dean

Rayburn, Ola Mae Reed, Tracy Robbins, Alfred Robinson, Christine Rodgers, Mattie P.

Rodgers, Larry Rumph, Sherry Rumph, John W. Soctt, Freddie Lee Shelley, Mayola

Shelley, Beverly A. Simmons, Tammy J. Smart, Althea Smith, Charolette Smith, Dessie

Smith, Gloria Smith, Janekia Smith, Mary Spann, Eunice B. Sparks, Kimberlyn Sparks,

Marvin Stewart, Lanethia Still, Darlene A. Sullen, Lawanda Tarver, Lillie B. Tarver,

Sabrena M. Tarver, Sherry Tarver, Theresa Ann Tarver, Wendy Tarver, Mary E. Thomas,

Tuwanda Thomas, Pamela Thorpe, Terrance Warmack, Pleshette Williams, Alan

Williamson, Laurie Ann Willis, LaQuetta Woods, Vera Wright, Betty Jean Young,

Angela Youngblood, Christine Youngblood, Dernaillee Youngblood, and Shirley P.

Youngblood.

     14.    Plaintiffs are residents and domiciled in the State of Alabama. Plaintiffs

have concurrently filed their Consents to Become Party Plaintiffs pursuant to 29 U.S.C. §

216(b). See Exhibit A.

## GENERAL ALLEGATIONS

     15.    As an integral and indispensable part of Plaintiffs' jobs, Plaintiffs are

required to pass through security when entering and leaving the facility. Plaintiffs' are

required to have their employment status verified and their arrival and departures

documented as well as submit to searches of the person and personal possessions.

Plaintiffs aver they are not compensated for the time it takes security to clear them and allow them into the facility and the compensable time afterwards prior to the commencement of production work.

16.    Plaintiffs go to a designated area to receive required clothing and/or personal protective equipment (PPE) that is required for the work to be performed. The employees are required to don certain equipment before moving into the production areas. The employees are required to perform washing activities associated with preparing for work in the production area. And depending on whether the employee works in First Processing or Second Processing, the employee may be required to acquire special tools for the work to be performed. During the course of this process, the employee then must walk a significant distance to arrive at the respective workstations on the line.

17.    When Plaintiffs leave the line for unpaid breaks or at the end of their shift, they again walk a considerable distance to their respective doffing area where they remove their personal protective equipment, wash or sanitize themselves, their personal protective equipment, sanitary clothing, and/or equipment or tools and return various clothes, personal protective equipment, equipment or tools to the proper areas.

18.    Defendant Wayne Farms owns and operates poultry facilities in Union Springs, Alabama. The unlawful compensation system at issue in the Complaint has affected Defendant's former and present hourly production employees at this location.

19.    Under Wayne Farms' wage compensation system, Wayne Farms pays Plaintiffs and others similarly situated employees only regularly scheduled time that they are on the production assembly line or in production areas under a system known as master time, master key, line time or gang time, collectively referred to herein as "master

8

time". Conversely, as a matter of policy and practice, Wayne Farms does not pay its
hourly employees for required pre-production line and post-production line activities that
are necessary and integral to their overall employment responsibilities, such as the time it
takes to clear security, donning and doffing protective and sanitary equipment, cleaning
and sanitizing that equipment as well as themselves, walking to and from security and the
production line from their locker or dressing area after already performing compensable
activities, and waiting in line to return required supplies, tools and other equipment
needed for line activities. In addition, Wayne Farms does not pay its employees for time
spent waiting at the line, prior to the line start up. Plaintiffs are required to report to duty
before the start of the master time clock and required to continue work after the master
time clock has stopped.

20.    During the course of the day, Plaintiffs are provided unpaid breaks
requiring them to walk considerable distances where they remove sanitary clothing and
personal protection equipment for their break. The remaining time allowed for the break
is further shortened by the requirement for the employee to wash and sanitize, don his or
her sanitary clothing and personal protection equipment and return to the workstation.
Plaintiffs assert these unpaid breaks are compensable. Alternatively if the total unpaid
break is not deemed compensable Plaintiffs allege they are owed compensation for the
walk time prior to and after unpaid breaks, the time spent donning and doffing clothing
and equipment pre and post break respectively, and the time spent washing and/or
waiting to wash themselves and their equipment.

21.    Defendant deducts from Plaintiffs daily time worked, without regard for
the actual time spent on break, two (2) uncompensated breaks of fixed duration.

22.     The time for which Plaintiffs and other similarly situated employees are paid is significantly less than the time they spend at work between the time they begin their integral, essential and indispensable work duties and the time they arrive at their workstations on the line.  The work time for which Plaintiffs are not paid include, but are not limited to:  (1) changing into the protective required work uniforms, sanitary clothing and protective safety equipment that can include, among other things (depending on the task and whether First or Second Processing):  ear plugs, smocks, work pants and shirts; safety jump suits; safety boots; hair nets; face nets; hard hats; aprons; belts with holsters and knifes; and hand and arm protections; and (2) walking to and from the changing area, work areas and break areas; washing activities; and (3) breaks  that are effectively compensable .

23.     The walking time for which Plaintiffs are not paid occurs after the beginning of the employee's first principal activity and before the end of the employee's last principal activity.

24.     The required protective work uniforms, sanitary clothing and protective safety equipment that Plaintiffs must wear, and for which they are not paid for donning and doffing times, is required by Wayne Farms and/or by government regulation. Plaintiffs' jobs are dangerous and involve serious health and safety risks.  The circumstances of Plaintiffs' jobs, including vital considerations of health and hygiene, require them to wear the protective work uniforms, sanitary clothing and protective safety equipment. These donning, doffing, washing activities, compensable unpaid breaks and walking duties all add up to a significant amount of time every day for which Plaintiffs and others similarly situated are not paid.

10

25.     In addition to depriving Plaintiffs and others similarly situated of hourly wages for compensable time pursuant to the FLSA, Defendant Wayne Farms' failure to accurately account for and report all compensable time worked by the Plaintiffs and others similarly situated, and has deprived Plaintiffs and others similarly situated of what would otherwise be overtime pay, pursuant to the FLSA.

## COLLECTIVE ACTION ALLEGATIONS

26.     Plaintiffs bring Count I, the FLSA claim, as an "opt-in" collective action pursuant to 29 U.S.C. § 216(b). In addition to the claims of individually named Plaintiffs, Plaintiffs bring this action as representatives of all similarly situated former and current employees of the Union Springs facility.  The potential class of "opt-in" employees can be defined as:

> All current and former hourly employees of Defendants who worked at the Union Springs facility since October 17, 2003, and who were not paid for all the time spent performing compensable work-related tasks or legally compensable time, including, but not limited to authorized unpaid break times, donning and doffing times, washing activity times, time associated with passing through security check points and walking to changing areas and time walking to security and passing through security at the end of the day and walking times to and from break areas or donning and doffing areas, and including time compensable at regular hourly wages, as well as overtime pay for these employees.

27.     The FLSA claims may be pursued by those who opt-in to this case, pursuant to 29 U.S.C. § 216(b).

28.     Plaintiffs, individually and on behalf of other similarly situated employees, seek relief on a collective basis challenging, among other FLSA violations, Defendant's practice of failing to accurately record all hours worked and failing to pay employees for all hours worked, including overtime compensation.

11

29.     The number and identity of other Plaintiffs yet to opt-in and consent to be party Plaintiffs may be determined from the records of Defendant, and potential class members may easily and quickly be notified of the pendency of this action.

30.     On information and belief, the Union Springs facility employs approximately 500 hourly wage employees who potentially have FLSA claims similar to the claims set out herein.  Consequently, joinder of all collective action members in a single action is impracticable.

31.     Potential collective action members may be informed of the pendency of this class action through direct mail.

32.     There are questions of fact and law common to the class that predominates over any questions affecting only individual members.  The questions of law and fact common to the class arising from Defendant's actions include, without limitation, the following:

    a)  Whether Plaintiffs were compensated for time spent clearing security and time spent walking from security to their changing areas and from changing areas to security;

    b)  Whether the security activities at issue are integral or indispensable to Defendant's business activities;

    c)  Whether Plaintiffs were compensated for time spent donning and doffing clothing and protective gear, washing, and walking to and from their job posts;

    d)  Whether the donning, doffing and washing activities at issue are integral or indispensable to Defendant's business activities;

    e)  Whether Plaintiffs were entitled to compensation for time spent donning and doffing, washing activity time, and walking time to and from "the line";

    f)  Whether Plaintiffs' donning, doffing, washing activity, and walking time is integral and indispensable to their principal activities;

12

g) Whether Defendant failed to pay employees for unpaid breaks that were effectively compensable.

h) Whether Defendant's compensation policy and practice accurately accounts for the time Plaintiffs are actually working;

i) Whether Defendant's compensation policy and practice is illegal;

j) Whether Defendant had a policy and practice of willfully failing to record and compensate employees for all time worked; and

k) Whether Defendant failed to accurately record all compensable time, resulting in a failure to compensate Plaintiffs and other similarly situated employees of regular hourly wages and overtime pay, in violation of Defendant's policies and procedures and the mandate of the FLSA.

33.    The questions set forth above predominate over any questions affecting only individual persons, and a class action is superior with respect to considerations of consistency, economy, efficiency, fairness and equity, to other available methods for the fair and efficient adjudication of the state law claims.

34.    The Collective Action Representatives' claims are typical of those of the similarly situated employees in that these employees have been employed in the same or similar positions as the Collective Action Representatives and were subject to the same or similar unlawful practices as the Collective Action Representatives.

35.    A collective action is the appropriate method for the fair and efficient adjudication of this controversy. Defendant has acted or refused to act on grounds generally applicable to the similarly situated current and former employees. The presentation of separate actions by individual similarly situated current or former employees could create a risk of inconsistent and varying adjudications, establish incompatible standards of conduct for Defendant, and/or substantially impair or impede the ability of Collective Action members to protect their interests.

13

36.    The Collective Action Representatives are adequate representatives of the similarly situated current and former employees because they are employees of the same processing plant and their interests do not conflict with the interests of the other similarly situated current and former employees they seek to represent. The interests of the members of the class of employees will be fairly and adequately protected by the Collective Action Representatives and their undersigned counsel, who have extensive experience prosecuting complex class action lawsuits.

37.    Maintenance of this action as a collective action is a fair and efficient method for the adjudication of this controversy. It would be impracticable and undesirable for each member of the collective action who suffered harm to bring a separate action. In addition, the maintenance of separate actions would place a substantial and unnecessary burden on the courts and could result in inconsistent adjudications, while a single collective action can determine, with judicial economy, the rights of all collective action members.

## COUNT I

### Violation of the Fair Labor Standards Act of 1938

**(Brought Against Defendant by All Individually-Named Plaintiffs and on Behalf of All Others Similarly Situated)**

38.    Plaintiffs reassert and incorporate by reference paragraphs 1 through 37 as set forth above as if fully restated herein.

39.    At all time material herein, Plaintiffs have been entitled to the rights, protections, and benefits provided under the FLSA, 29 U.S.C. § 201 *et. seq.*

40.    The individually named Plaintiffs and all similarly situated employees are victims of a uniform and facility-wide compensation policy and practice, in violation of the FLSA.

14

41.    Wayne Farms violated the FLSA by failing to account for all compensable time of its employees that resulted in a failure to pay Plaintiffs and others similarly situated for compensable hourly wages and overtime premium pay.

42.    Wayne Farms violated the FLSA by failing to pay for time donning and doffing essential required equipment, integral to the principle work activity.

43.    Wayne Farms failed to account for and pay for time walking to and from the line to break areas and/or donning and doffing areas.

44.    Wayne Farms failed to account for and pay for time spent clearing security and for time walking to and from security to donning and doffing areas.

45.    Wayne Farms failed to account for and pay for time allocated as unpaid breaks.  In the alternative, Wayne Farms failed to pay for walk time to and from unpaid meal break areas, time spent donning and doffing on unpaid meal breaks, and washing activities associated with meal breaks.

46.    In perpetrating these unlawful practices, Wayne Farms has also willfully failed to keep accurate records for all of the time worked by its hourly employees.

47.    The FLSA regulates, among other things, the payment of overtime pay by employers whose employees are engaged in commerce, or engaged in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce.  29 U.S.C. § 207(a)(1).

48.    Wayne Farms was, and is, subject to the overtime pay requirements of the FLSA because it is an enterprise engaged in commerce and its employees are engaged in commerce.

49.    Section 13 of the FLSA, 29 U.S.C. § 213, exempts certain categories of employees from overtime pay obligations.  None of the FLSA exemptions apply to the

Plaintiffs. Accordingly, Plaintiffs must be paid overtime pay in accordance with the FLSA.

50.    Wayne Farms' failure to accurately record compensable work time was willfully perpetrated. Wayne Farms has not acted in good faith nor with reasonable grounds to believe its actions and omissions were not a violation of the FLSA, and as a result thereof, Plaintiffs and other similarly situated employees are entitled to recover an award of liquidated damages in an amount equal to the amount of unpaid hourly wages and overtime premium pay described above pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b). Alternatively, should the Court find Wayne Farms did not act willfully in failing to pay all hourly wages and overtime premium pay wages, Plaintiffs and all similarly situated employees are entitled to an award of prejudgment interest at the applicable legal rate.

51.    As a result of the aforesaid willful violations of the FLSA's overtime provisions, overtime compensation has been unlawfully withheld by Wayne Farms from Plaintiffs for which Wayne Farms is liable pursuant to 29 U.S.C.  § 216(b).

52.    Plaintiffs and all similarly situated employees are entitled to damages equal to the mandated overtime premium pay within the three years preceding the filing of this Complaint, plus periods of equitable tolling, because Wayne Farms acted willfully and knew, or showed reckless disregard of whether, its conduct was prohibited by the FLSA.

53.    Pursuant to FLSA, 29 U.S.C. § 216(b), successful Plaintiffs are entitled to reimbursement of the costs and attorney's fees expended in successfully prosecuting an action for unpaid wages and overtime wages.

Case 2:06-cv-00951-MEF-WC     Document 12     Filed 01/02/2006     Page 17 of 18

WHEREFORE, it is respectfully prayed that this Court grant to the Plaintiffs the following relief:

a)  At the earliest possible time, issue an Order allowing Notice or issue such Court supervised Notice to all similarly situated current and former Wayne Farms hourly employees (working at the Wayne Farms, Union Springs location in the last three years) of this action and their rights to participate in this action.  Such Notice shall inform all similarly situated current and qualified former employees of the pendency of this action, the nature of this action, and of their right to "opt in" to this action if they worked "off the clock" for times not paid, including time that may be paid at overtime rates.

b)  Issue an Order, pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, declaring that Defendant Wayne Farms' actions, as described in the Complaint, are unlawful and in violation of the FLSA and applicable regulations and are and were willful as defined in the FLSA;

c)  Issue an Order directing and requiring Defendant Wayne Farms to pay Plaintiffs and all other similarly situated employees damages in the form of reimbursement for unpaid hourly and premium overtime wages (past and future) for all time spent performing compensable work for which they were not paid pursuant to the rate provided by the FLSA;

d)  Issue an Order directing and requiring Defendant Wayne Farms to pay Plaintiffs and all other similarly situated employees liquidated damages pursuant to the FLSA in an amount equal to, and in addition to the amount of wages and overtime wages owed to them;

e) Issue and Order directing Defendant Wayne Farms to reimburse Plaintiffs and other similarly situated employees for the costs and attorneys fees expended in the course of litigating this action, pre-judgment and post-judgment interest;

f) Provide Plaintiffs with such other and further relief, as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

All Plaintiffs hereby request trial by jury of all issues liable by jury under Alabama and federal law.

Respectfully submitted this the 17th day of October 2006.

COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.


JOSEPH D. LANE (LAN049)
LANCE H. SWANNER (SWA013)
SAMUEL A. CHERRY, JR., (CHE008)
Attorney for Plaintiffs
163 West Main Street
P.O. Box 927
Dothan, AL 36302
(334) 793-1555
(334) 793-8280 (fax)


Defendant may be served at:
The Corporation Company
o/b/o Wayne Farms LLC – Union Springs Plant
2000 Interstate Park Drive Ste 204
Montgomery, AL  36109

18

# EXHIBIT  A



## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Darren Anderson_____ states the following:
        [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___Wayne Farms___ at
      [Name of plant]
      the facility located in __Union Springs Ala__. I worked at this location from
      [City/State]
      __11-5-05__ to __present__.
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Union Spring Ala__, and
      [Name of Plant]                      [City/State]
      possibly other plants owned by __Wayne Farms__. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
      [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the __14__ day of __September__, 2006.


Darren Anderson                    Darren Anderson
[PRINT NAME]                       [SIGN NAME]

Case 2:06-cv-00951-MEF-WC    Document 17-6    Filed 01/16/2007    Page 40 of 60

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 3 of 50
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 3 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Brenda Austin_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Spring AL_ I worked at this location from _05/26/95_ to _03-18-04_
    [Name of plant]  [City/State]  [Date]  [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs AL_, and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
    [Name of Plant]  [City/State]  [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _Sept_ day of _16_, 2006.

_Brenda Austin_                    _Brenda Austin_
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary Avery_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union_ . I worked at this location from
[Name of plant]              [City/State]
_9-6-72_ to _Present_ .
[Date]              [Date; or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_ , and
[Name of Plant]              [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Mary L Avery_          _Mary L. Avery_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Shirley Ann Borders _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Wayne Farms ___ at
the facility located in Union Springs . I worked at this location from
[City/State]
09/1980 ___ to ___ Present ___ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering employees at the Wayne Farms plant in Union Springs, AL, and possibly other plants owned by Wayne Farms . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 18 day of Sept , 2006.


Shirley Ann Borders                    Shirley Ann Borders

Case 2:06-cv-00951-MEF-WC    Document 17-6    Filed 01/16/2007    Page 43 of 60

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 6 of 50
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 6 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____*Carla Byrts*_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___*Wayne Farms*___ at
the facility located in *UnionSprings, Alabama*. I worked at this location from
[Name of plant]
[City/State]
___*1-10-90*___ to ___*9-12-06*___.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ___*Wayne Farms*___ plant in *UnionSprings, Alabama* and
[Name of Plant]
[City/State]
possibly other plants owned by ___*Wayne Farms*___. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the *12* day of *September*, 2006.

___*Carla S Byrts*___          ___*Carla S Byrts*___
[PRINT NAME]                    [SIGN NAME]

Case 2:06-cv-00951-MEF-WC      Document 17-6      Filed 01/16/2007      Page 44 of 60

Case 2:06-cv-00268-KS-MTP      Document 12      Filed 01/12/2007      Page 7 of 50
Case 2:06-cv-00951-ID-DRB      Document 1-2      Filed 10/20/2006      Page 7 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Cassandra D. Calhoun _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Wayne Farms Plant at
     the facility located in Union Spring / Al. I worked at this location from
     [Name of plant]
     [City/State]
     Oct 15, 2001 to present.
     [Date]
     [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the Wayne Farms Plant plant in Union Spring / AL, and
     [Name of Plant]
     [City/State]
     possibly other plants owned by Wayne Farms. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 5 day of Sept, 2006.

Cassandra D. Calhoun               Cassandra D Calhoun
[PRINT NAME]                       [SIGNATURE]

State of Al
Bullock Co                         Barbara D Lewis
                                   NP 12 Feb 2008

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Cornelius Cobbs_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ~~Union Springs~~ Wayne Farm at
     [Name of plant]
     the facility located in _Union Springs , Al_. I worked at this location from
     [City/State]
     _July 29 2003_ to _still working_.
     [Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre-
     and post-production time activities from my employer. I also understand that
     the lawsuit may seek recovery for unpaid production time. I understand that
     the suit is brought pursuant to both federal law and applicable state statutes,
     if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
     settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the _Wayne Farm_ plant in _Union Springs Al_, and
     [Name of Plant]                        [City/State]
     possibly other plants owned by _B. Wayne Farm_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such
     class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

       DATED the _18_ day of _Sept._, 2006.


_Conelius Cobbs_____           _Cornelius Cobbs_____
[PRINT NAME]                     [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_Edna Coleman_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ _____ at
[Name of plant]
the facility located in _Union Springs Al_. I worked at this location from
[City/State]
_5/25/86 - 4/25/97_ to _Present_ .
[Date]        rehire                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
and post-production time activities from my employer. I also understand that
the lawsuit may seek recovery for unpaid production time. I understand that
the suit is brought pursuant to both federal law and applicable state statutes,
if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Wayne Farms_ ____ plant in _Union Springs Al_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Wayne Farms_ ___. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such
class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _31_ day of _Aug_ _____, 2006.

_Edna Coleman_ _____
[PRINT NAME]

_Edna Coleman_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Carolyn M. Cooper_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by ~~Union Springs~~ *Wayne Farms LLC* at
   [Name of plant]
   the facility located in _Union Springs Al_ I worked at this location from
   [City/State]
   _04-16-2004_ to _08-26-2005_ .
   [Date]           [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs Al_ and
   [Name of Plant]           [City/State]
   possibly other plants owned by _Wayne Farms LLC_ If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Carolyn M Cooper_                    _Carolyn M. Cooper_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:**   **CLERK OF THE COURT AND COUNSEL OF RECORD**

_Deddera R. Davis_   states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farm_ at
[Name of plant]
the facility located in _Union Spring Al_. I worked at this location from
[City/State]
_August 2005_ to _Oct 2005_.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Ster Wayne Farm_ plant in _Union Spring Al_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_, 2006.

_Deddera Davis_                    _Deddera Davis_
[PRINT NAME]                    [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-6    Filed 01/16/2007    Page 49 of 60

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 12 of 50
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 12 of 189

## <u>CONSENT TO JOIN SUIT AS PARTY PLAINTIFF</u>

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Carolyn J. Dowdell _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Springs, Al._ . I worked at this location from
[City/State]
_8-19-85_ to _Present_ .
[Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, Al._ , and possibly other plants owned by _Wayne Farms_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8_ day of _September_ , 2006.

Carolyn J. Dowdell _____         Carolyn J. Dowdell _____
[Print Name]                            [Signature]

Case 2:06-cv-00951-MEF-WC    Document 17-6    Filed 01/16/2007    Page 50 of 60

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 13 of 50
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 13 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Trevor Ferrell _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __Wayne Poltey__ at
[Name of plant]
the facility located in __Union Spring Al__ . I worked at this location from
[City/State]
__00-00-00__ to __Present__ .
[Date]        [Date; or if still working write "present"]
17-20-95

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Wayne Poultry__ plant in __Union Spring Al__ , and
[Name of Plant]        [City/State]
possibly other plants owned by __Wayne Poultry__ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __16__ day of __Sep__ , 2006.

Trevor Ferrell _____        Trevor Ferrell _____
[PRINT NAME]                  [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

DiaNNE FiNNEY _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.    Yes

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_. I worked at this location from _1983_ to _2006_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _Sept_, 2006.

DiaNNE FiNNEY                         Dianne Finney
[PRINT NAME]                          [SIGNATURE]

Case 2:06-cv-00951-MEF-WC     Document 17-6     Filed 01/16/2007     Page 52 of 60

Case 2:06-cv-00268-KS-MTP     Document 12     Filed 01/12/2007     Page 15 of 50
Case 2:06-cv-00951-ID-DRB     Document 1-2     Filed 10/20/2006     Page 15 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Margaret Foster_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_. I worked at this location from _09/09/16_ to _present_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _September_, 2006.

_Margaret Foster_                    _Margaret Foster_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:     CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sandra Frank_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Wayne Framers_ at
       [Name of plant]
       the facility located in _Union Spring Al_. I worked at this location from
       [City/State]
       _April 2002_ to _April 2005_.
       [Date]              [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre-
       and post-production time activities from my employer. I also understand that
       the lawsuit may seek recovery for unpaid production time. I understand that
       the suit is brought pursuant to both federal law and applicable state statutes,
       if any.

4.     I believe I have not been paid for all compensable time, which I have worked,
       including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any
       settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering
       employees at the _Wayne Farmes_ plant in _Union Spring Al_, and
       [Name of Plant]                          [City/State]
       possibly other plants owned by _Wayne Farms_. If brought as a class
       [Name of Plant]
       action under either federal or state law, I agree to be a named Plaintiff in such
       class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Sandra Franklin_                    _Sandra Franklin_
[PRINT NAME]                          [SIGN NAME]

Case 2:06-cv-00951-MEF-WC    Document 17-6    Filed 01/16/2007    Page 54 of 60

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 17 of 50
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 17 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Derrick Gachet_____ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
                                              [Name of plant]
the facility located in _Union Spring, AL_. I worked at this location from
                          [City/State]
_July 30, 1997_ to _Present_.
  [Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring, AL_, and
                         [Name of Plant]           [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
                                [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _16_ day of _September_, 2006.


_Derrick Gachet_           _Derrick Gachet_

Case 2:06-cv-00951-MEF-WC    Document 17-6    Filed 01/16/2007    Page 55 of 60

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 18 of 50
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 18 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Robert  Goode_____ states the following:
               [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_. I worked at this location from
                            [Name of plant]
    _11 / 17 / 04_ to _03 / 24 / 05_.
    [Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
                              [Name of Plant]              [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
                                  [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the _15_ day of _September_ 2006.


_Robert Goode_____          _Robert Goode_____

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:**    **CLERK OF THE COURT AND COUNSEL OF RECORD**

_Teresa Ann Graves_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
   [Name of plant]
   the facility located in _Union Springs, Al_ I worked at this location from
   [City/State]
   _10-28-55_ to _Pres._.
   [Date]    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
   [Name of Plant]    [City/State]
   possibly other plants owned by _Wayne Farms_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _September_, 2006.

_Teresa Ann Graves_      _Teresa Ann Graves_
[PRINT NAME]          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alona Hampton_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Spring Alabama_. I worked at this location from
[Name of plant]              [City/State]
_4-16-2004_ to _Present_.
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Spring Alabama_, and possibly other plants owned by _Wayne Farm_. If brought as a class
[Name of Plant]              [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_ 2006.

_Alona Hampton_ _____        _Alona Hampton_ _____

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

_Antwain Harris_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Union Springs, ALA._ I worked at this location from
    [City/State]
    _June 5, 1997_ to _Present_ .
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre-
    and post-production time activities from my employer. I also understand that
    the lawsuit may seek recovery for unpaid production time. I understand that
    the suit is brought pursuant to both federal law and applicable state statutes,
    if any.

4.  I believe I have not been paid for all compensable time, which I have worked,
    including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any
    settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering
    employees at the _Wayne Farms_ plant in _Union Springs, AL_, and
    [Name of Plant]                              [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such
    class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _Sept_ , 2006.

_Antwain Harris_                    _Antwain Harris_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Joe L. Hatcher_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __Wayne Farms__ at
the facility located in __Union Springs Al.__ . I worked at this location from
__bunch of 2003__ to __end of 03__ .
[Date]                                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Union Springs Al.__ , and
[Name of Plant]                          [City/State]
possibly other plants owned by _____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _17th_ day of _Sept._, 2006.


_____Joe L Hatcher_____              _____Joe L. Hatcher_____
[PRINT NAME]                         [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Rodney Hatcher_ _____ states the following:
      [Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs_. I worked at this location from _7/00_ to _Present_.
       [Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al_ and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
       [Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _16_ day of _April_, 2006.

TAB B - PART 5

Case 2:06-cv-00951-MEF-WC     Document 17-7     Filed 01/16/2007     Page 2 of 54

Case 2:06-cv-00268-KS-MTP     Document 12     Filed 01/12/2007     Page 24 of 50
Case 2:06-cv-00951-ID-DRB     Document 1-2     Filed 10/20/2006     Page 24 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Doris  Holmes_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wanye Farms_ at the facility located in _Union Springs Ala._  I worked at this location from _4|26|89_ to _6|1|05_ .
     [Name of plant]
     [City/State]
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wanye Farms_ plant in _Union Springs Ala_, and possibly other plants owned by _Wanye Farms_ .  If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
     [Name of Plant]          [City/State]
     [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1_ day of _Sep_ , 2006.


_Doris Holmes_ _____
[PRINT NAME]

_Doris Holmes_ _____
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Charlene Hooks_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_____ at
[Name of plant]
the facility located in _Union Springs, AL_. I worked at this location from
[City/State]
_Sept 4, 1992_ to _Present_____.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
and post-production time activities from my employer. I also understand that
the lawsuit may seek recovery for unpaid production time. I understand that
the suit is brought pursuant to both federal law and applicable state statutes,
if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Wayne Farms_____ plant in _Union Springs, AL_ and
[Name of Plant]                [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such
class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the _16_ day of _September_ 2006.


_Charlene Hooks_____        _Charlene Hooks_____
████████████████                ████████████████

Case 2:06-cv-00951-MEF-WC    Document 17-7    Filed 01/16/2007    Page 4 of 54

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 26 of 50
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 26 of 189

## <u>CONSENT TO JOIN SUIT AS PARTY PLAINTIFF</u>

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kreshan R. Johnson_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farm_ at
    [Name of plant]
    the facility located in _Union Springs Al._. I worked at this location from
    [City/State]
    _12-28-96_ to _9-13-06_.
    [Date]         [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs Al_ and
    [Name of Plant]                    [City/State]
    possibly other plants owned by _Wayne Farm_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the _13_ day of _9_, 2006.

_Kreshan R. Johnson_                _Kreshan R Johnson_
[PRINT NAME]                         [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Rosario Johnson_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_ I worked at this location from
[City/State]
_5-20-98_ to _Present_ .
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs,_ and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Rosario Johnson_                    _Rosario Johnson_
[PRINT NAME]                              [SIGN NAME]

Case 2:06-cv-00951-MEF-WC     Document 17-7     Filed 01/16/2007     Page 6 of 54

Case 2:06-cv-00268-KS-MTP     Document 12     Filed 01/12/2007     Page 28 of 50
Case 2:06-cv-00951-ID-DRB     Document 1-2     Filed 10/20/2006     Page 28 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:**   **CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kevin Keith_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ___Wayne Farms___ at the facility located in ___Union Springs___. I worked at this location from
     [City/State]
     ___3|17|2000___ to ___Present___.
     [Date]                    [Date; or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the ___Wayne Farms___ plant in ___Union Springs, AL___, and
     [Name of Plant]                         [City/State]
     possibly other plants owned by ___Wayne Farms___. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _16_ day of _September_, 2006.


_Kevin Keith_ _____         _Kevin K. Keith_ _____
[SIGNATURE]                           [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tiffany M King_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at
[Name of plant]
the facility located in _Union Springs_. I worked at this location from
[City/State]
_Oct 19/01_ to _Present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farms LLC_ plant in _Union Springs_, and
[Name of Plant]                           [City/State]
possibly other plants owned by _Waynes farms LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16th_ day of _Sept_, 2006.

_Tiffany McKing_                    _Tiffany McKing_
[SIGN NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Michael Lawrence_____ states the following:
        [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ____Wayne Farm____ at
     [Name of plant]
     the facility located in ___Union Springs___.  I worked at this location from
     [City/State]
     ___June 20, 2005___ to ___present___.
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the ___Wayne Farm___ plant in ___Union Springs   AL___, and
                    [Name of Plant]                              [City/State]
     possibly other plants owned by ___Wayne Farm___.  If brought as a class
                                     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the __16__ day of __Sept__, 2006.


     Michael Lawrence                    Michael Lawrence
     [██████████████]                    [██████████████]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kawaguane  Lee_ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne  farms_ at
the facility located in _Union SpringS_ . I worked at this location from
_9/16/06 2005_ to _2005_ .
      [Date]                   [Date, or if still working write "present"]
                [City/State]
                [Name of plant]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union SpringS_ and
possibly other plants owned by _Wayne farms_. If brought as a class
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _9_ day of _16_ , 2006.


_Kawaguane Lee_        _Kawaguane Joe_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Fannie B Lockwood_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Union Spring, Al_. I worked at this location from
    [City/State]
    _7/19/79_ to _9/18/89 to 2006._
    [Date] 3/20/79    [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring Al_, and
    [Name of Plant]    [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _September_, 2006.

_Fannie B Lockwood_            _Fannie B Lockwood_
[PRINT NAME]            [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-7    Filed 01/16/2007    Page 11 of 54

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 33 of 50
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 33 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

Santana McClendon states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by **Wayne Farms** at [Name of plant] the facility located in **Union Springs, AL**. I worked at this location from [City/State] **10/20/05** to **present**. [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the **Wayne Farms** plant in **Union Springs, AL** and [Name of Plant] [City/State] possibly other plants owned by **Wayne Farms**. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the **06** day of **October**, 2006.

Santana McClendon                         Santana McClendon
[PRINT NAME]                              [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Duane Moment_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs_. I worked at this location from
[City/State]
_9/15/05_ to _9/16/06_.
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Union Springs_ plant in _Union springs AL_, and
[Name of Plant]          [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _16 Sept_, 2006.

_Duane Ellis Moment_          _Duane Moment_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Deborah  D. Morris_  states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
    the facility located in _Union Spring, AL._  I worked at this location from
    _07/01/99_ to _present_.
    [Date]            [Date] or if still working write "present"]
    [Name of plant]
    [City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring, AL_ and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
    [Name of Plant]      [City/State]
    [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the _16_ day of _September_, 2006.

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shirley Patterson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farm_ at
[Name of plant]
the facility located in _Union Spring Al_ I worked at this location from
[City/State]
_7-21-75_ to _9-25-00_.
[Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Union Spring_ plant in _Union Al_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _9_, 2006.

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_Demetrius Rivers_ _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, Al_. I worked at this location from
[City/State]
_12-23-02_ to _Present_.
[Date]          [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union Spring Al_, and
[Name of Plant]          [City/State]
possibly other plants owned by _Wayne farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _9_, 2006.


_Demetrus Rivers_
[PRINT NAME]

_Demetrius T Rivers_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Aggie Scott_ _____ states the following:
            [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
                                                    [Name of plant]
      the facility located in _Union Springs, AL_ I worked at this location from
                               [City/State]
      _01/06_ to _present_.
       [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne, Farms_ plant in _Union Springs, AL_ and
                             [Name of Plant]                    [City/State]
      possibly other plants owned by _Wayne Farms_. If brought as a class
                                      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_ 2006.

_Aggie Scott_ ▓▓▓▓        _Aggie Lee Scott_ ▓▓▓▓

Case 2:06-cv-00951-MEF-WC    Document 17-7    Filed 01/16/2007    Page 17 of 54

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 39 of 50
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 39 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Carlos Stanley_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __Wayne Farms__ at
the facility located in __Union Springs__. I worked at this location from
__7-5-2005__ to __present__.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Union Springs__ and
[Name of Plant]                              [City/State]
possibly other plants owned by __Wayne Farms__. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __15__ day of __September__, 2006.


_Carlos Stanley_                    _Carlos Stanley_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ruby Stephens_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
                                                          [Name of plant]
the facility located in _Union Springs AL_ I worked at this location from
                          [City/State]
_9-19-1994_ to _Present_ .
   [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union Springs_ and
                              [Name of Plant]                        [City/State]
possibly other plants owned by _Wayne farms_ . If brought as a class
                                    [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _September_ 2006.

_Ruby Stephens_                    _Ruby Stephens_
[PRINT NAME]                        [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Marche Stewart _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by Wayne Farms at [Name of plant]
    the facility located in Union Springs Ala. I worked at this location from [City/State]
    4/21/98 to 9/16/06.
    [Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre-and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the Wayne Farms plant in Union Springs Alabama and [Name of Plant]          [City/State]
    possibly other plants owned by Wayne Farms. If brought as a class [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 9 day of 16, 2006.

Marche Stewart _____         Marche Stewart _____
[PRINT NAME]                      [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_DARLENE A. TARVER_ ___ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Spring AL_. I worked at this location from _1972_ to _9-06 Present_
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring AL_ and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _Sept_, 2006.

_DARLENE A. TARVER_                    _Darlene A. Tarver_
[Print or Type]                         [Signature]

Case 2:06-cv-00951-MEF-WC     Document 17-7     Filed 01/16/2007     Page 21 of 54

Case 2:06-cv-00268-KS-MTP     Document 12     Filed 01/12/2007     Page 43 of 50
Case 2:06-cv-00951-ID-DRB     Document 1-2     Filed 10/20/2006     Page 43 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Alice Townsend _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Wayne Farms _____ at
      [Name of plant]
      the facility located in Union Springs, Al. I worked at this location from
      [City/State]
      03-10-92 to Present .
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
      and post-production time activities from my employer. I also understand that
      the lawsuit may seek recovery for unpaid production time. I understand that
      the suit is brought pursuant to both federal law and applicable state statutes,
      if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
      settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the Wayne Springs plant in Union Springs, AL, and
      [Name of Plant]                              [City/State]
      possibly other plants owned by Wayne Farms LLC . If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such
      class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the 16th day of September, 2006.


Alice Townsend _____          Alice Townsend _____
███████████                             ███████████

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Eula   m Townsend_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne From_ at
[Name of plant]
the facility located in _Union Spring_. I worked at this location from
[City/State]
_7-31-78_ to _1-1-04_.
[Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farm_ plant in _Union Spring_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne farm_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9 16_ day of _Sept._, 2006.

_Eula Townsend_            _Eula m Townsend_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Martha A. Tuggles_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs Ala_ I worked at this location from _March 30th 1998_ _present_ .
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring Ala_ , and possibly other plants owned by _Wayne Farms_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _3rd_ day of _September_, 2006.

_Martha A. Tuggles_                    _Martha A. Tuggles_
[PRINT NAME]                           [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-7    Filed 01/16/2007    Page 24 of 54

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 46 of 50
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 46 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary J. Washington_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ _____ at
[Name of plant]
the facility located in _Union Springs, AL_ _____. I worked at this location from
[City/State]
_1976_ _____ to _2006  9-01-06_ _____.
[Date]                   [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farm_ _____ plant in _Union Springs, AL_, and
[Name of Plant]                                              [City/State]
possibly other plants owned by _Wayne Farms_ _____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _01_ day of _September_, 2006.


_Mary J. Washington_ _____          _Mary J. Washington_ _____
[PRINT NAME]                                         [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Callie M. Williams_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_ I worked at this location from _08/27/98_ to _present_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_ 2006.

_Callie M. Williams_                    _Callie M. Williams_

Case 2:06-cv-00951-MEF-WC     Document 17-7     Filed 01/16/2007     Page 26 of 54

Case 2:06-cv-00268-KS-MTP     Document 12     Filed 01/12/2007     Page 48 of 50
Case 2:06-cv-00951-ID-DRB     Document 1-2     Filed 10/20/2006     Page 48 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Joyce Rene Addison_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms LLC_ at
   [Name of plant]
   the facility located in _Union Springs, Al_. I worked at this location from
   [City/State]
   _7-7-87_ to _present_.
   [Date]        [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs, Al_, and
   [Name of Plant]                       [City/State]
   possibly other plants owned by _Wayne Farms LLC_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _September_ 2006.


_Joyce R Addison_                    _Joyce R Addison_
[PRINT NAME]                         [SIGNATURE]

Case 2:06-cv-00951-MEF-WC     Document 17-7     Filed 01/16/2007     Page 27 of 54

Case 2:06-cv-00268-KS-MTP     Document 12     Filed 01/12/2007     Page 49 of 50
Case 2:06-cv-00951-ID-DRB     Document 1-2     Filed 10/20/2006     Page 49 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alberta K Anderson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
     [Name of plant]
     the facility located in _Union Spring_ . I worked at this location from
     [City/State]
     _1994_ to _Dec. 6 Still Working_
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre-and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring_ , and
     [Name of Plant]                [City/State]
     possibly other plants owned by _Wayne Farms_ . If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _9_ day of _11-2006_ , 2006.

_Alberta K Anderson_          _Alberta K Anderson_
[PRINT NAME]                  [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Carolyn E. Anthony_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayn Farms_ at
       [Name of plant]
       the facility located in _Union Spring_. I worked at this location from
       [City/State]
       _6-12-84_ to _9-26-06_.
       [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Unio Spring_, and
       [Name of Plant]          [City/State]
       possibly other plants owned by _Wayne Farm_. If brought as a class
       [Name of Plant]
       action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _9_, 2006.

_Carolyn Anthony_                    _Carolyn Anthony_
[PRINT NAME]                          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Cheryl Anthony_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Union Spring Al_. I worked at this location from _1-25-04_ to _Present_.
[Name of plant]
[City/State]
[Date]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union Spring Ala_. and possibly other plants owned by _Wayne farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Cheryl Anthony_                    _Cheryl Anthony_
[PRINT NAME]                         [SIGN NAME]

4b

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**):   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Terrance K. Anthony_____ states the following:
[Print Name]

I am over 18 years of age and competent to give the following consent in this matter.

I am currently, or was formerly employed, by ~~thought~~ *Wayne* Farms LLC_____ at
[Name of plant]
the facility located in _Union Springs Al____. I worked at this location from
[City/State]
_10-23-06_____ to _9-18-06_____.
[Date]                    [Date, or if still working write "present"]

I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

I believe I have not been paid for all compensable time, which I have worked, including overtime.

I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC____ plant in _Union Springs AL_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Wayne Farms LLC___. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

.wear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.


_Terrance K. Anthony_____          _Terrance K. Anthony_____
[PRINT NAME]                         [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lucille W. Austin_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs, AL_ I worked at this location from [City/State] _5|30|1983_ to _present_ . [Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_ and [Name of Plant]                          [City/State] possibly other plants owned by _Wayne Farms_ If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5_ day of _September_, 2006.


_Lucille W. Austin_
[PRINT NAME]

_Lucille W. Austin_
[SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-7    Filed 01/16/2007    Page 32 of 54

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 4 of 50
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 54 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Vanissa BABERS_ _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs AL_. I worked at this location from [City/State] _Aug 14, 2003_ to _Present_. [Date]  [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al._ and [Name of Plant]    [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _16_, 2006.

_Vanessa Babers_ _____          _Vanessa Babers_ _____
[PRINT NAME]                      [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Dorothy Baker _____ states the following:
_[Print Name]_

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Wayne Poultry at the facility located in Union Springs Ala. I worked at this location from
[Name of plant] [City/State]
Present to Present
[Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Wayne Poultry plant in Union Springs (and [Name of Plant] [City/State] possibly other plants owned by _____. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16 day of Sept, 2006.

Dorothy Baker
[PRINT NAME]

Dorothy Baker
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mattie Baker_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Union Springs, AL_. I worked at this location from
    [City/State]
    _10/19/92_ to _present_.
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering
    employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
    [Name of Plant]                                      [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _September_ 2006.

_Mattie Baker_                    _Mattie Baker_
[PRINT NAME]                     [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_NONA Ree Baldwin_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne farms_ at
[Name of plant]
the facility located in _Union Springs_. I worked at this location from
[City/State]
_5-13-96_ to _Present_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union Spring_ and
[Name of Plant]    [City/State]
possibly other plants owned by _Wayne farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_ 2006.

_NONA Ree Baldwin_    _Nona Ree Baldwin_
[PRINT NAME]    [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**):  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary N. Bandy_ _____ states the following:
[Print Name]

I am over 18 years of age and competent to give the following consent in this matter.

I am currently, or was formerly employed, by _Wayne Farm_ _____ at
[Name of plant]

the facility located in _Union Springs Al._ . I worked at this location from
[City/State]

_6-5-78_ to _present_ .
[Date]      [Date, or if still working write "present"]

I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ _____ plant in _Union Springs Al._ , and
[Name of Plant]                     [City/State]

possibly other plants owned by _Wayne Farm_ _____ . If brought as a class
[Name of Plant]

action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _Sept._ , 2006.

_Mary N. Bandy_ _____      _Mary N. Bandy_ _____
[PRINT NAME]                     [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_LaShondra Beason_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am (currently) or was formerly employed, by _Wayne Farms, LLC_ at [Name of plant] the facility located in _Union Springs, AL_ I worked at this location from [City/State] _01-26-2006_ to _Present_ . [Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms, LLC_ plant in _Union Springs, AL_ and [Name of Plant]                       [City/State] possibly other plants owned by _Wayne Farms, LLC._ If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _21_ day of _September_, 2006.

_LaShondra Beason_                    _LaShondra Beason_
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Leon Bowens_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _____Wayne Farms_____ at
    [Name of plant]
    the facility located in _____Union Springs, Al_____. I worked at this location from
    [City/State]
    _____2-2-05_____ to _____present_____
    [Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _____Wayne Farms_____ plant in _____Union Springs, Al_____, and
    [Name of Plant]                                          [City/State]
    possibly other plants owned by _____Wayne Farms_____. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11o_ day of _Sept_, 2006.

_____Leon Bowens_____              _____(signature)_____
[PRINT NAME]                       [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

KATHY BURNEY _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by WAYNE FARMS at the facility located in UNiON SPrings, AL. I worked at this location from 4-8-97 to 9-1-06.
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the WAYNE Farms plant in UNION SPrings, and possibly other plants owned by WAYNES Farms. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 01 day of 9, 2006.

KATHY BURNEY _____
[PRINT NAME]

Kathy Burney _____
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Annie Bussey_ _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms LLC_ at the facility located in _Union Springs   AL_. I worked at this location from
   [City/State]
   _5-1-97_ to _Present_.
   [Date]                [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne farms LLC_ plant in _Union Springs AL_ and
   [Name of Plant]                                       [City/State]
   possibly other plants owned by _Wayne farms LLC_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _September_ 2006.

_Annie Bussey_                    _Annie Bussey_
[PRINT NAME]                      [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Valene Byrts_____ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_____ at
      the facility located in _Union Springs_____. I worked at this location from
      _5-1991_ to _1-2005_.
       [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
      [Name of Plant]              [City/State]
      possibly other plants owned by _Wayne Farms_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _15_ day of _Sept._, 2006.


_Valorie Byrts_____            _Valorie Byrts_____
 [PRINT NAME]                        [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Beverly Calhoun_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs_. I worked at this location from _Feb 16, 1988_ to _Sept 9 -04_. [Date]        [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit _Wayne Wayne Farms_ may be brought as a class action covering employees at the _Beverly Calhoun_ plant in _Union Springs AL_ and [Name of Plant]                                    [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_, 2006.

_Beverly Calhoun_                    _Beverly Calhoun_
[PRINT NAME]                         [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Tomecha Canty_____ states the following:
      [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at
                                             [Name of plant]
the facility located in _Union Springs, Al_ . I worked at this location from
                          [City/State]
_1-28-02_ to _11-03-04_ .
  [Date]           [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al_ , and possibly other plants owned by _Wayne Farms_ . If brought as a class
                                     [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 25 day of Sept. , 2006.


_Tomecha Canty_____
[PRINT NAME]

_Tomecha Canty_____
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Martha   M. Chance_____ states the following:
           [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ___Wayne   Farms___ at the facility located in __Union Springs, Al__. I worked at this location from
     __6|01__     to     __6|05__
       [Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Union Springs, AL__, and possibly other plants owned by ___Wayne Farms___. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __16__ day of __September__, 2006.


__Martha   M. Chance__              __Martha  M. Chance__
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Jacquline Cooper _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, Ala_. I worked at this location from
[Name of plant]      [City/State]
_March 2000_ to _2006_ _____
[Date]                      [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
[Name of Plant]      [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

Jacquline Cooper _____
[PRINT NAME]

Jacquline Cooper
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

Ebonia L. Copes _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by Wayne Farms at [Name of plant] the facility located in Union Springs Al. I worked at this location from 07-HO4  06-12-06 [City/State] to _____. [Date] [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the Wayne Farms plant in Union Springs, and [Name of Plant] [City/State] possibly other plants owned by Wayne Farms. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16 day of 09 , 2006.

Ebonia L. Copes _____  Ebonia L. Copes _____
[SIGNATURE]  [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Jawanna Cunningham _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_____ at [Name of plant] the facility located in _Union Springs Al._. I worked at this location from [City/State] _3-27-1997_ to _Present_. [Date] [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al_, and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16th day of Sept., 2006.

Jawanna Cunningham                    Jawanna Cunningham
[PRINT NAME]                          [SIGNATURE]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

Marquetta Cunningham states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Wayne Farms at
[Name of plant]
the facility located in Union Springs Alabama I worked at this location from
[City/State]
08-03 to 01-05
[Date]    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Wayne Farms plant in Union Springs AL, and
[Name of Plant]    [City/State]
possibly other plants owned by Wayne Farms If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 19 day of September, 2006.

Marquetta L. Cunningham          Marquetta L. Cunningham
[PRINT NAME]                     [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Ronald Davie _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Wayne Farms _____ at
[Name of plant]
the facility located in Union Springs _____ I worked at this location from
[City/State]
10/10/90 to 9/5/06 _____ .
[Date]          [Date/or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Wayne Farm _____ plant in Union Spring Ala and
[Name of Plant]                                    [City/State]
possibly other plants owned by Wayne Farm _____ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 5 day of Sept _____ , 2006.

Ronald Davie _____          Ronald Davis _____
[PRINT NAME]                       [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Delores Davis_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at
   [Name of plant]
   the facility located in _Union Springs, AL_ I worked at this location from
   [City/State]
   _1-7-93_ to _Present_.
   [Date]          [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, S_ and
   [Name of Plant]                    [City/State]
   possibly other plants owned by _Wayne Farms_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _September_, 2006.


_Delores Davis_                    _Delores Davis_
[PRINT NAME]                       [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Kirby Davis _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne farms_ at the facility located in _Union Sprng Ak_. I worked at this location from
[Name of plant]            [City/State]
_1-26-05_ to _9-16-06_.
[Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spg Ak_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Wayne farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9/6_ day of _Sept_, 2006.

Kirby Davis _____        Kirby Davis _____
[PRINT NAME]                [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Regina Dawkins Gillis_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]

the facility located in _Union Springs, AL_. I worked at this location from
[City/State]

_Sept 16, 1997_ to _April 16, 2006_.
[Date]                    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and
[Name of Plant]                              [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _Sept_, 2006.

_Regina A. Dawkins Gillis_              _Regina A. Dawkins Gillis_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary Ann Dulaney_____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_____ at
   [Name of plant]
   the facility located in _Union Spring, AL_. I worked at this location from
   [City/State]
   _10-18-99_ to _Present_.
   [Date]         [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and
   [Name of Plant]                    [City/State]
   possibly other plants owned by _Wayne Farms_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _September_, 2006.


_Mary Ann Dulaney_____          _Mary Ann Dulaney_____
[PRINT NAME]                        [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Lakesha  Efford _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne farms_ at the facility located in _Union springs_. I worked at this location from _June 03_ to _May. 04_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union springs_, and possibly other plants owned by _Wayne farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _Sept 16_ day of _Sept_, 2006.

Lakesha Efford _____          Lakesha Efford _____
[PRINT NAME]                        [SIGNATURE]

# TAB B - PART 6

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Bobbie J. Ellis_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by __Wayne Farm LLC__ at
[Name of plant]
the facility located in __Union Springs__. I worked at this location from
[City/State]
__4-2-03__ to __I'm still working__.
[Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the __Wayne farm LLC__ plant in __Union Springs__, and
[Name of Plant]                              [City/State]
possibly other plants owned by __Wayne Farm LLC__. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __22__ day of __Sept__, 2006.


_Bobbie J. Ellis_                    _Bobbie J. Ellis_
[PRINT NAME]                         [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_Deloris Ellis_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was (formerly) employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Union Springs Al._ I worked at this location from
    [City/State]
    _may of 1995_ to _5/10/04_.
    [Date]      [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _wayne farms_ plant in _Union Springs Al_, and
    [Name of Plant]                              [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_, 2006.


_Deloris Elis_                    _Deloris Ellis_
[PRINT NAME]                      [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Denise R. Ellis_____ states the following:
            [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___Wayne Farms___ at the facility located in __Union Springs AL.__ I worked at this location from
                                        [Name of plant]
                        [City/State]
__ - - 92__ to __6 - - 06__ .
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Union Springs__ , and
                                [Name of Plant]            [City/State]
possibly other plants owned by __Wayne Farms__ . If brought as a class
                                [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the __16__ day of __Sept.__ , 2006.


__Denise R. Ellis__                      __Denise R. Ellis__
[PRINT NAME]                              [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____*Helen Ellis*_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ___*Wayne Farms*___ at the facility located in *Union Springs Al*. I worked at this location from
     *8-20-91* to *9-15-06*.
     [Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the *Wayne Farms* plant in *Union Springs*, and possibly other plants owned by *Wayne Farms*. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the *16* day of *Sept*, 2006.

*Helen Ellis*
[PRINT NAME]

*Helen Ellis*
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Mamie Fitzpatrick                states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms LLC_ at the facility located in _Union Springs AL_. I worked at this location from _1-5-93_ to _Present_.
    [Date]     [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action, covering employees at the _Union Wayne Farms LLC_ plant in _Union Springs AL_, and [Name of Plant]     [City/State] possibly other plants owned by _Wayne Farms LLC_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_, 2006.

Mamie Fitzpatrick                Mamie Fitzpatrick
[PRINT NAME]                     [SIGNATURE]

Case 2:06-cv-00951-MEF-WC     Document 17-8     Filed 01/16/2007     Page 7 of 64

Case 2:06-cv-00268-KS-MTP     Document 12     Filed 01/12/2007     Page 32 of 50
Case 2;06-cv-00951-ID-DRB     Document 1-2     Filed 10/20/2006     Page 82 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Cathleen Thomas Foster_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Spring_. I worked at this location from _Aug 04_ to _April '05_.
     [Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring, Ala_, and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
     [Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _12_ day of _September_, 2006.


_Cathleen Thomas Foster_                    _Cathleen Thomas Foster_
[PRINT NAME]                                [SIGNATURE]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**):** CLERK OF THE COURT AND COUNSEL OF RECORD

_Terrance Franklin_ _____ states the following:
[Print Name]

I am over 18 years of age and competent to give the following consent in this matter.

I am currently, or was formerly employed, by ___Wayne Farms___ at
[Name of plant]
the facility located in ___Union Springs AL___ I worked at this location from
[City/State]
___6/22/05___ to ___Present___.
[Date]          [Date, or if still working write "present"]

**i.** I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

**4.** I believe I have not been paid for all compensable time, which I have worked, including overtime.

**5.** I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

**6.** I understand that this suit may be brought as a class action covering employees at the ___Wayne Farms___ plant in ___Union Springs___ and
[Name of Plant]                    [City/State]
possibly other plants owned by ___Wayne Farms___. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __16__ day of _Oct._____, 2006.


_Terrence Franklin_____          _Terrence Franklin_
PRINT NAME                           SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Derrick Goode _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at the facility located in _Union Springs Al_ I worked at this location from
[Name of plant] [City/State]
_06-24-2004_ to _11 - -2005_ .
[Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs Al_ and
[Name of Plant] [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

Derrick Goode _____                Derrick Goode _____
[SIGNATURE]                                          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Michael A. Goode_____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farm_____ at
the facility located in _Union Springs AL_. I worked at this location from
[Name of plant]
_7-6-04_ to _11-18-04_.
[Date]        [Date, or if still working write "present"]
[City/State]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_____ plant in _Union Springs AL_, and possibly other plants owned by _Wayne Farm_. If brought as a class
[Name of Plant]                    [City/State]
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9th_ day of _September_, 2006.

_Michael A. Goode_____          _Michael Goode_____
[SIGN NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_Mark A Goshay_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed by _Wayne Farm_ at [Name of plant] the facility located in _Union Spring_. I worked at this location from [City/State] _9-16-2006_ to _Present_.
[Date]        [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action, covering employees at the _Wayne Farm_ plant in _Union Spring_, and [Name of Plant]        [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Mark A Goshay_                    _Mark Goshay_
[PRINT NAME]                       [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Teresa Grey_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne farm_____ at
the facility located in _Union Spring_. I worked at this location from
     _10-96_ to _Present_
     [Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne farm_ plant in _Union Spring_ and possibly other plants owned by _Wayne farm_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _9_, 2006.


_Teresa M. Grey_____          _Teresa M. Grey_____
[PRINT NAME]                          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:** **CLERK OF THE COURT AND COUNSEL OF RECORD**

_Justin Hall_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs AL_. I worked at this location from _June 22, 05_ to _present_.
[Name of plant]  [City/State]  [Date]  [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]  [City/State]  [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _Sep._ day of _23_, 2006.


_Justin Hall_                    _Justin Hall_
PRINT NAME                      SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Shona Hampton_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farmer_ at
[Name of plant]
the facility located in _Union Spring_. I worked at this location from
[City/State]
_05-01-97_ to _09-18-06_.
[Date]          [Date; or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Cramer_ plant in _Union Spring_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farmer_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _18_ day of _09_, 2006.

_Shona Hampton_                    _Shona Hampton_
[PRINT NAME]                       [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Henry Harris Jr._ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Union Springs, Ala._ . I worked at this location from
    [City/State]
    _6-17-96_ to _present_ .
    [Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action, covering employees at the _Wayne Farms_ plant in _Union Springs Ala._ and
    [Name of Plant]                              [City/State]
    possibly other plants owned by _Wayne Farm_ . If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _September_, 2006.

_HENRY JR HARRIS_                    _Henry J Harris_
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Jimmy      Hatcher                         states the following:
    [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by  Wayne Farm          at
     the facility located in Union Springs, AL.   I worked at this location from
     [Name of plant]
     12-05-03      to    7-8-05        .
     [Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the  Wayne Farm  plant in  Union Springs Al , and
     [Name of Plant]                        [City/State]
     possibly other plants owned by  Wayne Farm    . If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the  23  day of  Sep     , 2006.


     Jimmy Hatcher                         Jimmy Hatcher
     [PRINT NAME]                          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Nicklous    Hill_ _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by ___Wayne Farms___ at the facility located in _Union Springs, Al_. I worked at this location from _5-31-01_ to _12-12-05_ _rehired 2-19-06 and still working presently_
[Date]    [Date; or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union springs, Al_, and possibly other plants owned by ___Wayne Farms___. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Nicklous Hill_ _____        _Nicklous Hill_ _____
[SIGNATURE]        [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Dichetta Holliday_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm_ at
[Name of plant]
the facility located in _Union Springs AL_. I worked at this location from
[City/State]
_5/29/02_ to _10/16/04_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs AL_ and
[Name of Plant]                     [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _16_, 2006.

_Dichetta Holliday_                _Dichett Holliday_
[PRINT NAME]                       [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-8    Filed 01/16/2007    Page 19 of 64

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 44 of 50
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 94 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Quinosha Hooks_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs/Al_. I worked at this location from
[City/State]                    [Name of plant]
_10/15/04_ to _present_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs/Al_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _September_, 2006.

_Quinosha Hooks_ _____          _Quinosha Hooks_ _____
[PRINT NAME]                              [SIGNATURE]

Case 2:06-cv-00951-MEF-WC    Document 17-8    Filed 01/16/2007    Page 20 of 64

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 45 of 50
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 95 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Eddie M. Hough_ _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Union Springs, Alabama_. I worked at this location from
    [City/State]
    _April 21, 1969_ to _present_.
    [Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, Alabama_, and
    [Name of Plant]                              [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _4th_ day of _September_, 2006.

_Eddie Mae Hough_ _____        _Eddie M. Hough_ _____
[PRINT NAME]                          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Burthine Ivery_ _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms LLC_ at
   [Name of plant]
   the facility located in _Union Springs AL_. I worked at this location from
   [City/State]
   _08/27/01_ to _11/19/03_.
   [Date]        [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne farms LLC_ plant in _Union Springs_, and
   [Name of Plant]                    [City/State]
   possibly other plants owned by _Wayne farms LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
   [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _September_, 2006.

_Burthine Ivery_ _____         _Bethine N. Ivery_ _____
[PRINT NAME]                        [SIGN NAME]

Case 2:06-cv-00951-MEF-WC     Document 17-8     Filed 01/16/2007     Page 22 of 64

Case 2:06-cv-00268-KS-MTP     Document 12     Filed 01/12/2007     Page 47 of 50
Case 2:06-cv-00951-ID-DRB     Document 1-2     Filed 10/20/2006     Page 97 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_   at the facility located in _Union Springs, AL_. I worked at this location from [Name of plant] [City/State] _10/01/91_   to   _present_
[Date] [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_   plant in   _Union Springs AL_ and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farms_.   If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_____          _____
[PRINT NAME]                                              [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bettye A Jackson_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs_ . I worked at this location from _1984_ to _2004_ .
    [Name of plant]          [City/State]          [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_ , and possibly other plants owned by _Wayne Farms_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _2 5_ day of _Sept_ , 2006.

_Bettye A. Jackson_                              _Bettye A. Jacker_
[PRINT NAME]                                     [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

_Evelina Jackson_ _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at
   [Name of plant]
   the facility located in _Union Springs, AL_. I worked at this location from
   [City/State]
   _06 26 92_ to _present_.
   [Date]              [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union Springs, AL_ and possibly other plants owned by _Wayne Farms_. If brought as a class
   [Name of Plant]                                    [City/State]
   action under either federal or state law, I agree to be a named Plaintiff in such class.
   [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_, 2006.

_Evelina Jackson_ _____          _Evelina Jackson_
[Print Name]                        [Signature]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_FRANCES Jackson_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs ALa_ I worked at this location from [City/State] _12-9-1986_ to _To The present Date_ [Date] [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs ALa_ and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farms_ . If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _Sept_ , 2006.

_FRANCES Jackson_
[PRINT NAME]

_Frances Jackson_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Susie A. Jackson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _WAYNE FARMS LLC_ at
     [Name of plant]
     the facility located in _UnionSprings AL._   . I worked at this location from
     [City/State]
     _3-6-91_ to _Present_ .
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _WAYNE FARMS LLC_ plant in _UnionSpringsAL._ , and
     [Name of Plant]            [City/State]
     possibly other plants owned by _WAYNE FARMS_ . If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _25_ day of _Sept._ , 2006.


_Susie A. Jackson_                    _Susie A. Jackson_
[PRINT NAME]                          [SIGNATURE]

**4c**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jessica Jenkins_ _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms, LLC_ at
    [Name of plant]
    the facility located in _Union Springs /AL_. I worked at this location from
    [City/State]
    _May 2004_ to _Feb. 2005_
    [Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms, LLC_ plant in _Union Springs /AL_ and
    [Name of Plant]                            [City/State]
    possibly other plants owned by _Wayne Farms, LLC_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Jessica M. Jenkins_ _____          _Jessica M Jenkins_ _____
[PRINT NAME]                                [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Doretha Johnson _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Wayne Farms _____ at
     the facility located in Union Spg, AL. I worked at this location from
                          [City/State]                    [Name of plant]
     1/4/88 _____ to 9/15/06 _____.
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the Wayne Farms _____ plant in Union Spgs, AL, and
                      [Name of Plant]                 [City/State]
     possibly other plants owned by Wayne Farms. If brought as a class
                                   [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16 day of Sept 16, 2006.


Doretha Johnson _____          Dretha Johnson _____
[PRINT NAME]                      [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

Pamela Johnson _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by Wayne Farms at
                                                    [Name of plant]
    the facility located in Union Springs Ala. I worked at this location from
                              [City/State]
    9-19-92 to 9-4-06 .
    [Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the Wayne Farms plant in Union Springs Ala and
                              [Name of Plant]                    [City/State]
    possibly other plants owned by Wayne Farms . If brought as a class
                                    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 9 day of 4 , 2006.


Pamela Johnson _____        Pamela Johnson _____
[PRINT NAME]                     [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Recike Johnson_ states the following:
[Print Name]

1. I am over 18 years of age, and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, Al_. I worked at this location from [Name of plant] [City/State]
   _2 - 2003_ to _3 - 2004_
   [Date]        [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and [Name of Plant] [City/State]
   possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _18_ day of _Sept_, 2006.

_Recike Johnson_                    _____
[PRINT NAME]                         [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bruce Jones_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _WAYNE FARMS_ at
[Name of plant]
the facility located in _Union Springs, Al._ I worked at this location from
[City/State]
_6/22/92_ to _Present_ .
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _WAYNE FARMS_ plant in _Union Springs Al_, and
[Name of Plant]                      [City/State]
possibly other plants owned by _WAYNE FARMS_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _September_, 2006.

_Bruce Jones_
[Print Name]

_Bruce Jones_
[Signature]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Dwight Jones_ _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at
   [Name of plant]
   the facility located in _Union Spring_. I worked at this location from
   [City/State]
   _12-30-96_ to _9-13-06_.
   [Date]        [Date; or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union Spring_, and
   [Name of Plant]                    [City/State]
   possibly other plants owned by _Wayne Farms_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _9_, 2006.

_Dwight Jones_                    _Dwight Jones_
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:     CLERK OF THE COURT AND COUNSEL OF RECORD**

Loretta R. Jones _____ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Wayne Farm LLC_ at [Name of plant] the facility located in _Union Springs, Al_. I worked at this location from [City/State] _3-16-82_ to _Present_. [Date]       [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Wayne Farm LLC_ plant in _Union Springs, Ala_, and [Name of Plant]                                    [City/State] possibly other plants owned by _Wayne Farm_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _September_, 2006.

Loretta R Jones _____            _Loretta R. Jones_ _____
[PRINT NAME]                          [SIGNATURE]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_____ Lucy Jones _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Union Spring, Ala_. I worked at this location from
[Name of plant]     [City/State]
_5-9-72_ to _Present_.
[Date]     [Date, or if still working write "present"]

I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

I believe I have not been paid for all compensable time, which I have worked, including overtime.

I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs, Ala_. and possibly other plants owned by _Wayne Farm_. If brought as a class
[Name of Plant]     [City/State]     [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

Swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _Sept._, 2006.

_Lucy Jones_                    _Lucy Jones_
[NAME]                          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:** CLERK OF THE COURT AND COUNSEL OF RECORD

_Mr. Reggie Parnell Jones_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms P. Plant_ at [Name of plant]
   the facility located in _Union Springs Al_. I worked at this location from [City/State]
   _No Sure 1-03_ to _9-03_ _Check Record to make Sure! (R.J)_
   [Date]        [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and [Name of Plant]        [City/State]
   possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept._, 2006.

_Mr. Reggie P. Jones_                    _Mr Reggie Parnell Jones_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

_Timothy Jordan_    states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayen Farms_ at
   [Name of plant]
   the facility located in _Union Spring_. I worked at this location from
   [City/State]
   _01-08-04_ to _03-5-06_.
   [Date]    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayen Farms_ plant in _Union Spring_, and
   [Name of Plant]    [City/State]
   possibly other plants owned by _Wayen Farms_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept._, 2006.

_Timothy Jordan_          _Timothy Jordan_
[PRINT NAME]            [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:** **CLERK OF THE COURT AND COUNSEL OF RECORD**

Trellis S. Jordan _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Waynes Farm_ at [Name of plant] the facility located in _Union Springs, AL_. I worked at this location from [City/State] _January 17, 2003_ to _Present_. [Date]    [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Waynes Farms_ plant in _Union Springs, AL_, and [Name of Plant]    [City/State] possibly other plants owned by _Waynes Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11_ day of _September_, 2006.

Trellis S. Jordan _____
[PRINT NAME]

Trellis S. Jordan _____
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jennifer Key_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Spring_. I worked at this location from
     [Name of plant]    [City/State]
     _9/96_ to _Present_
     [Date]    [Date, or, if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Frams_ plant in _union Spring_, and
     [Name of Plant]    [City/State]
     possibly other plants owned by _Wayne Prams_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
     [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _24_ day of _September_, 2006.

_Jennifer Key_
[PRINT NAME]

_Jennifer Key_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Devoris Lampley_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _WAYNE Farms LLC._ at
     [Name of plant]
     the facility located in _Union Springs_. I worked at this location from
     [City/State]
     _1/11/04_ to _Present_.
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _WAYNE Farms_ plant in _Union Springs_, and
     [Name of Plant]                                [City/State]
     possibly other plants owned by _Wayne Farms_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _September_, 2006.

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_KARE E Lee_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Union Spgs AL_. I worked at this location from
[Name of plant]                    [City/State]
_april 89_ to _Present_.
[Date]               [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Spgs AL_. and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farm_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_, 2006.

_KAREN E. Lee_                    _Karen Lee_
[PRINT NAME]                    [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Regenia F. Long_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
     [Name of plant]
     the facility located in _Union Springs, AL._. I worked at this location from
     [City/State]
     _10-07-80_ to _Present_.
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre-
     and post-production time activities from my employer. I also understand that
     the lawsuit may seek recovery for unpaid production time. I understand that
     the suit is brought pursuant to both federal law and applicable state statutes,
     if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
     settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the _Wayne Farms_ plant in _Union Springs, AL_. and
     [Name of Plant]                              [City/State]
     possibly other plants owned by _Wayne Farms_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such
     class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _September_, 2006.

_Regenia F. Long_                    _Regenia F. Long_
[PRINT NAME]                         [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Annie P. Mack_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne farms_ at
the facility located in _Union Springs Al._. I worked at this location from
[Name of plant]
_9-19-96_ to _9-13-0996_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union Springs Al_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Wayne farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _9-13_, 2006.


_Annie Pearl Mack_                _Annie Pearl Mack_
[PRINT NAME]                      [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Frankie M. Maddox_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Union Spring, AL_ I worked at this location from
    [City/State]
    _00|22|83_ to _present_.
    [Date]                [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]                              [City/State]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _02_ day of _October_, 2006.


_Frankie M. Maddox_                _Frankie M. Maddox_
[PRINT NAME]                       [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jesse Mahone_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _WAYNE FARMS_ at the facility located in _UNION SPRING_. I worked at this location from
[Name of plant]                    [City/State]
_2 25 01_   to   _8-16-06_.
[Date]            [Date; or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _WAYNE FARMS_ plant in _UNION SPRING_, and
[Name of Plant]                      [City/State]
possibly other plants owned by _WAYNE FARMS_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _September_ 2006.

_Jesse Mahone_                          _Jesse Mahone_
[PRINT NAME]                            [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

_NEKESTA MARTIN_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _WAYNE FARMS_ at the facility located in _Union Springs, AL_. I worked at this location from _March 18 2002_ to _PRESENT_.
[Name of plant]    [City/State]    [Date]    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _WAYNE FARMS_ plant in _Union Springs, AL_, and possibly other plants owned by _WAYNE FARMS_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]    [City/State]    [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _SEPTEMBER_, 2006.

_NEKESTA MARTIN_
[PRINT NAME]

_[signature]_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Helen L Mason_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at
the facility located in _Union Springs Ala_ . I worked at this location from
[City/State]
_3-2-1992_ to _Present_ .
[Date]                     [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs Ala_ and
[Name of Plant]                     [City/State]
possibly other plants owned by _Wayne Farms LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9th_ day of _September_ , 2006.


_Helen L Mason._                     _Helen D Mason._
PRINT NAME                           SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sheila McClain_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs_. I worked at this location from
[City/State]
_1-28-97_ to _Present_
[Date]     [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
[Name of Plant]     [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _Sept._, 2006.

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

Quinnie McClendon
_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Waynes Poultry_ at the facility located in _Union Springs, AL_. I worked at this location from _Nov. 2004_ to _Present_.
[Name of plant]
[City/State]
[Date]
[Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Waynes Poultry_ plant in _Union Springs, AL_, and possibly other plants owned by _Waynes Poultry_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1st_ day of _Sept._, 2006.

Quinnie L McClendon        Quinnie L McClendon
[PRINT NAME]               [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shawanna McSwain_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs Al._. I worked at this location from
    [Name of plant]         [City/State]
    _March 19, 2002_ to _Present_.
    [Date]                  [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al._, and
    [Name of Plant]              [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.


_Shawanna McSwain_                  _Shawanna McSwain_
[PRINT NAME]                        [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Viola Lee Monday_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs Alabama_ I worked at this location from [City/State] _22 Years_ to _Present_ [Date] [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs_, and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farm_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _11_, 2006.

_Viola Lee Monday_                    _Viola Lee Monday_
[PRINT NAME]                         [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Jeffery Murry_____ states the following:
          [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_____ at the facility located in _Union Springs_____.  I worked at this location from
                                                    [Name of plant]
                                                    [City/State]
_July 15, 04____ to _____ Present_____.
   [Date]                [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_____ plant in _Union Springs____, and
                                                                              [City/State]
possibly other plants owned by _Wayne Farms___.  If brought as a class
                                 [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

        DATED the _16_ day of _September____, 2006.


_Jeffery Murry_____          _Jeff Murry_____
[PRINT NAME]                        [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Joan Oliver_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at
[Name of plant]
the facility located in _union springs AL_. I worked at this location from
[City/State]
_10-25-91_ to _present_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _union springs AL_ and
[Name of Plant]    [City/State]
possibly other plants owned by _Wayne Farms LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _September_ 2006.

_Joan Oliver_                    _Joan M Oliver_
[PRINT NAME]                     [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_Lamisha  Oliver_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs, Al_. I worked at this location from [City/State] _11-01-2003_ to _9-12-2005_ [Date] [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al_, and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _Sept._, 2006.

_Lamisha  Oliver_                    _Lamisha Oliver_
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_George Palm_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs AL_. I worked at this location from
[City/State]
_3-02_ to _present_
[Date]           [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs AL_ and
[Name of Plant]                       [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _Sept_, 2005.

_George Palm_
[PRINT NAME]

_George Palm_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

*Bobbie Ann Parham* states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Union Springs, Al_ I worked at this location from
    [City/State]
    _March 22, 1979_ to _Present_ .
    [Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, Al_ and possibly other plants owned by _Wayne Farms_ . If brought as a class
    [Name of Plant]                              [City/State]
    action under either federal or state law, I agree to be a named Plaintiff in such class.
    [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept._ , 2006.

_Bobbie A. Parhams_                    _Bobbie A. Parham_
[PRINT NAME]                           [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_George Parham_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant]
the facility located in _Union Springs, Ala_. I worked at this location from [City/State]
_4/16/02_ to _present_.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre-
and post-production time activities from my employer. I also understand that
the lawsuit may seek recovery for unpaid production time. I understand that
the suit is brought pursuant to both federal law and applicable state statutes,
if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
employees at the _Wayne Farm_ plant in _Union Springs, ala_ and [Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such
class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.


_George Parham_                    _George Palms_
[Signature]                    [Signature]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:**   **CLERK OF THE COURT AND COUNSEL OF RECORD**

_Danny A. Parker_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Union Springs_. I worked at this location from
    [City/State]
    _7-7-03_ to _Feb-06_.
    [Date]            [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
    [Name of Plant]                    [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _18_ day of _Sept_, 2006.

_Danny A. Parker_                    _Danny Parker_
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

): **CLERK OF THE COURT AND COUNSEL OF RECORD**

arrey C. Parker _____ states the following:
[Print Name]

I am over 18 years of age and competent to give the following consent in this matter.

I am currently, or was formerly employed, by _Wayne Farms_____ at
[Name of plant]
the facility located in _Union Springs Ala._____. I worked at this location from
[City/State]
_12-19-02_____ to _present_____.
[Date]    [Date, or if still working write "present"]

I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

I believe I have not been paid for all compensable time, which I have worked, including overtime.

I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_____ plant in _Union Springs Ala._ and possibly other plants owned by _Wayne Farms_____. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of ███ _9_, 2006.

larvey C. Parker _____        Harvey C. Parker
████████                              ████████████

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Lenett Patterson_____ states the following:
   [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by __Wayne Farm__ at the facility located in __Union Springs AL__. I worked at this location from __9-19-1985__ to __Present__
   [Name of plant]
   [City/State]
   [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the __Wayne Farm__ plant in __Union Springs AL__, and possibly other plants owned by __Wayne Farm__. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
   [Name of Plant]                [City/State]
   [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __11__ day of __9 -_____, 2006.


__Lenett Patterson__          __Lenett Patterson__
   [PRINT NAME]                  [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Shurtoria Patterson _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Union Springs_. I worked at this location from
    [City/State]
    _7/01_ to _present_
    [Date]                [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
    [Name of Plant]                    [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16th_ day of _September_, 2006.

Shurtoria Patterson                    Shurtoria Patterson
[PRINT NAME]                           [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Jaime Peebles _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Wayne Forms _____ at
the facility located in Union springs / Ala. . I worked at this location from
[City/State]       [Name of plant]
Feb. 2003 _____ to September 15, 2003 _____
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Wayne Forms _____ plant in Union springs / Ala. , and
[Name of Plant]                 [City/State]
possibly other plants owned by Wayne Forms _____ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 9 day of September, 2006.

Jaime Peebles _____          Jaime Peebles
[Print Name]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Ruby Peebles_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed by _Wayne Farms LLC_ at
[Name of plant]
the facility located in _Union Springs, AL_. I worked at this location from
[City/State]
_5/26/54_ to _Retired 6/10/06_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Springs AL_, and
[Name of Plant]    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _Sept._, 2006.

Case 2:06-cv-00951-MEF-WC    Document 17-8    Filed 01/16/2007    Page 63 of 64

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 38 of 48
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 138 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Rachel Penn _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Sps S AL_. I worked at this location from
[Name of plant]    [City/State]
_10-29-85_ to _9-12-06_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Sps S AL_, and
[Name of Plant]    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _September_, 2006.

Rachel Penn
[PRINT NAME]

Rachel Penn
[SIGN NAME]

Case 2:06-cv-00951-MEF-WC    Document 17-8    Filed 01/16/2007    Page 64 of 64

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 39 of 48
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 139 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ruby M. Person_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, AL_. I worked at this location from
[City/State]
_08/05/97_ to _present_.
[Date]                    [Date; or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _WAYNE FARM_ plant in _UNION SPRING_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _WAYNE Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _SEPTEMBER_ 2006.

_RUBY M. PERSON_                    _Ruby M. Person_
[PRINT NAME]                    [SIGNATURE]

# TAB B - PART 7

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Peggy L. Pitts_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _WAyne  Fram_ at the facility located in _Union Springs AH 36089_ worked at this location from [Name of plant] [City/State] _9-22-72_ to _present_ .
[Date]                                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _WAyne Fram_ plant in _Union Springs AH_ and [Name of Plant] [City/State] possibly other plants owned by _Wayne FArM_ . If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the ~~22th~~ day of _September_, 2006.

_Peggy L. Pitts_                    _Peggy R. Pitts_
[PRINT NAME]                          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Delois Pritchett_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, AL_. I worked at this location from
[City/State]
_10/16/1-75_ to _Present_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
and post-production time activities from my employer. I also understand that
the lawsuit may seek recovery for unpaid production time. I understand that
the suit is brought pursuant to both federal law and applicable state statutes,
if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Wayne Farms_ plant in _Union Springs Al_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such
class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _Sept._, 2006.


_Delois Pritchett_
[PRINT NAME]

_Deloi Pritchett_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____ Marie Pritchett _____ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs, AL_. I worked at this location from _Dec 14 05_ to _present_. [City/State] [Date] [Date] or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Marie Pritchett_                    _Marie Pritchett_
[SIGNATURE]                          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Ollie M. Pugh_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Union Springs_. I worked at this location from
    [City/State]
    _9/22/80_ to _9/5/06_.
    [Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre-
    and post-production time activities from my employer. I also understand that
    the lawsuit may seek recovery for unpaid production time. I understand that
    the suit is brought pursuant to both federal law and applicable state statutes,
    if any.

4.  I believe I have not been paid for all compensable time, which I have worked,
    including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any
    settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering
    employees at the _Wayne Farm_ plant in _Union Springs_ and
    [Name of Plant]                       [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such
    class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5_ day of _Sept_, 2006.

_Ollie M. Pugh_                    _Ollie M. Pugh_
[PRINT NAME]                       [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Betty J. Randolph_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Union Springs_. I worked at this location from
    [City/State]
    _3/16/76_ to _present_.
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
    [Name of Plant]          [City/State]
    possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16th_ day of _September_, 2006.


_Betty J. Randolph_                    _Betty J. Randolph_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Deloise Randolph_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms LLC_ at
[Name of plant]
the facility located in _Union Springs, Al_ . I worked at this location from
[City/State]
_9-10-06_ to _Present_ .
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs,Al_ and
[Name of Plant]        [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _September_ , 2006.


_Deloise Randolph_          _Deloise Randolph_
[PRINT NAME]                [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary Dean Rayburn_ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayen Farms LLC_ at
      [Name of plant]
      the facility located in _Union Springs Ala._. I worked at this location from
      [City/State]
      _1978_ to _Present_.
      [Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayon Frams LLC_ plant in _Union Springs_, and
      [Name of Plant]                    [City/State]
      possibly other plants owned by _Wayne Farms LLC_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_. 2006.

_Mary Dean Rayburn_          _Mary Dean Rayburn_
[PRINTED]                    [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Ola Mae Reed_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at
[Name of plant]
the facility located in _Union Springs Al._. I worked at this location from
[City/State]
_1-3-1977_ to _9-1-06_.
[Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs Al._, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _1_, 2006.


_Ola Mae Reed_                    _Ola Mae Reed_
[PRINT NAME]                      [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_____Tracy Robbins_____, states the following:
         [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___Wayne Farm___ at the facility located in __Union Spring Al.__. I worked at this location from
      [Name of plant]                [City/State]
      __2-2-87__ to __Present__.
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Wayne Farm__ plant in __Union Spring Al.__, and
                           [Name of Plant]              [City/State]
      possibly other plants owned by __Wayne Farm__. If brought as a class
                                        [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

        DATED th __24__ _ day of __Sept.__, 2006.


        __Tracy Robbins__                      __Tracy Robbins__
        [PRINT NAME]                            [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alfred Robinson_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms LLC_ at the facility located in _Union Springs_ I worked at this location from _11/00_ to _now (current employee)_
[Name of plant]
[City/State]
[Date]
[Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms L_ plant in _Union Springs_ and possibly other plants owned by _Wayne Farms LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _6_ day of _September_ 2006.

_Alfred Robinson_          _Alfred Robinson_
[PRINT NAME]          [SIGNATURE]

4d

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Christine Rodgers_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms LLC_ at
    [Name of plant]
    the facility located in _Bulloch Co NC_ . I worked at this location from
    _Union Springs GA_
    [City/State]
    _Jan 13, 1992_ to _present_ .
    [Date]      [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering
    _Union Springs GA_
    employees at the _Wayne Farm_ plant in _Bulloch Co NC_ , and
    [Name of Plant]      [City/State]
    possibly other plants owned by _Wayne Farm_ . If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _19_ , 2006.

_Christine Rodgers_                    _Christine Rodgers_
[PRINT NAME]                           [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mattie P. Rodgers_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Waynes Farms_ at [Name of plant] the facility located in _Union Springs AL_. I worked at this location from [City/State] _10-21-97_ to _Present_. [Date]         [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _UnionSprs Al_, and [Name of Plant]         [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _09_ day of _September_, 2006.

_Mattie P. Rodgers_                    _Mattie P. Rodgers_
[PRINT NAME]                           [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Larry Rumph_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
     the facility located in _Union Spring_. I worked at this location from
                         [City/State]
     _4-16-06_ to _9-16-06_.
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Spring_, and possibly other plants owned by _Wayne Farm_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _9_ day of _16_, 2006.

_Larry Rumph_ _____          _Larry Rumph_ _____

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sherry Rumph_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
     [Name of plant]
     the facility located in _Union Spring AL_. I worked at this location from
     [City/State]
     _8-20-96_ to _Present_.
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring_, and
     [Name of Plant]                    [City/State]
     possibly other plants owned by _Wayne Farms_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept._, 2006.

_Sherry Rumph_                _Sherry Rumph_
[PRINT NAME]                  [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_John Scott_ _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at
   [Name of plant]
   the facility located in _Union Springs, AL_ I worked at this location from
   [City/State]
   _03 02 00_ to _present_ .
   [Date]          [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
   [Name of Plant]                        [City/State]
   possibly other plants owned by _Wayne Farms_ . If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_ , 2006.

_John Scott_ _____          _Tamew Scott_ _____
[PRINT NAME]                              [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Freddie Lee Shelley_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs A1_ I worked at this location from
[City/State]
_4-16-1990_ to _Present_ .
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs A1_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9th_ day of _Sept_ , 2006.

_Freddie Lee Shelley_        _Freddie Lee Shelley_
[PRINT NAME]                  [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_MaNOLA Shelley_   states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farm_ at
the facility located in _Union Springs_. I worked at this location from
_09|03_ to _05|05_.
[Date]          [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action, covering
employees at the _Wayne Farm_ plant in _Union Springs_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Wayne Farm_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _16_, 2006.


_MArOLA SKELLEY_                _manola Shelley_
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Beverly  Simmons _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_. I worked at this location from
[Name of plant]
_08 15 96_ to _present_
[Date]           [Date, or if still working write "present"]
[City/State]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29_ day of _September_ 2006.


_Beverly Simmons_                    _Beverly Simmons_
[PRINT NAME]                         [SIGNATURE]



## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tammy J. Smart_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ _____ at the facility located in _Union Springs, AL_ I worked at this location from _07/18/00_ to _present_.
[Name of plant]  [City/State]  [Date]  [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]  [City/State]  [Name of Plant]

swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _03_ day of _October_, 2006.


_Tammy J. Smart_ _____          _Tammy J. Smart_ _____
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Althea Smith_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_. I worked at this location from
[Name of plant]     [City/State]
_May 07, 97_ to _Present_.
[Date]     [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any. _yes_

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime. _yes_

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court. _yes_

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
[Name of Plant]     [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class. _yes_

I swear or affirm that the foregoing statements are true to the best of my knowledge.
DATED the _16_ day of _September_, 2006.
[the]     [of]

_Althea Smith_          _Althea Smith_
[PRINT NAME]          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Charolette Smith _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Wayne Farms LLC at
     [Name of plant]
     the facility located in Union Springs, Al I worked at this location from
     [City/State]
     5/18/94 to present.
     [Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the Wayne Farms LLC plant in Union Springs Al, and
     [Name of Plant]                                      [City/State]
     possibly other plants owned by Wayne Farms LLC If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the 13 day of September, 2006.


Charolette Smith                    Charolette Smith
[PRINT NAME]                        [SIGN NAME]

Case 2:06-cv-00951-MEF-WC    Document 17-9    Filed 01/16/2007    Page 23 of 51

Case 2:06-cv-00268-KS-MTP    Document 12    Filed 01/12/2007    Page 13 of 41
Case 2:06-cv-00951-ID-DRB    Document 1-2    Filed 10/20/2006    Page 161 of 189

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Dessie Smith _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs AL_. I worked at this location from
[Name of plant]                                    [City/State]
_6-18-2000_ to _9-9-2006_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs AL_, and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _9_, 2006.


Dessie Smith _____          Dessie Smith _____
[REDACTED]                      [SIGNATURE]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Gloria Smith_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs, AL_ I worked at this location from [City/State] _6/5/1997_ to _8/21/2002_ . [Date]    [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and [Name of Plant]                      [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _September_ 2006.

_Gloria Smith_                    _Gloria Smith_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Janetia Smith_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs Al._ . I worked at this location from _Jan 2003_ to _Present_ .
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al_ and possibly other plants owned by _Wayne Farms_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_ 2006.


_Janetia Smith_                    _Janetia Smith_
[PRINT NAME]                    [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Mary E Spann_____ states the following:
     [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __Wayn Farm__ at the facility located in __Union Spring__. I worked at this location from
    [Name of plant]    [City/State]
__4-17-89__ to __9-16-06__.
    [Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Wayne Farm__ plant in __Union Spring Al__ and
    [Name of Plant]    [City/State]
possibly other plants owned by __Wayne Farm__. If brought as a class
    [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __16__ day of __Spt.__, 2006.

__Mary Spann__    __Mary Spann__
[PRINT NAME]    [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Eunice B. Sparks_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms LLC_ at [Name of plant] the facility located in _Union Springs_. I worked at this location from [City/State] _9-17-86_ to _Until Now_. [Date]    [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs_, and [Name of Plant]    [City/State] possibly other plants owned by _Wayne Farms LLC_ if brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1st_ day of _September_ 2006.

_Eunice B. Sparks_                _Eunice B. Sparks_
[PRINT NAME]                     [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kimberlyn Denise Sparks_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Spring, Alabama_ I worked at this location from [Name of plant] [City/State] _July 21 1999_ to _present_ [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Union Spring Wayne Farm_ plant in _Union Spring, AL_, and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Kimberlyn Sparks_                    _Kimberlyn Sparks_
[PRINT NAME]                          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

Marvin Stewart _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Wayne Farms LLC at
   [Name of plant]
   the facility located in Union Springs Al. I worked at this location from
   [City/State]
   10-27-04 to Present
   [Date]          [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Wayne Farms LLC plant in Union Springs Al. and
   [Name of Plant]                        [City/State]
   possibly other plants owned by Wayne Farms LLC. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 10th day of September, 2006.

Marvin Stewart _____         Marvin Stewart _____
PRINT NAME                      SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

__Lanethia  Still_____ states the following:
    [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by __Wayne  Farms___ at
                                                  [Name of plant]
    the facility located in __Union  Springs__.  I worked at this location from
                                  [City/State]
    __8-1997__ to __1-13-06__.
     [Date]         [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the __Wayne  Farms__ plant in __Union  Springs__, and
                       [Name of Plant]             [City/State]
    possibly other plants owned by __Wayne  Farms__. If brought as a class
                                  [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the __9__ day of __16__, 2006.


__Lanethia  Still_____          __Lanethia  Still_____
    [Print Name]                            [Signature]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Darlene A. Sullen_____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms LLC_ at
   [Name of plant]
   the facility located in _Union Springs, AL_. I worked at this location from
   [City/State]
   _06/03/80_ to _Present_
   [Date]         [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms, LLC_ plant in _Union Springs, AL_, and
   [Name of Plant]                [City/State]
   possibly other plants owned by _Wayne Farms_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _2_ day of _September_, 2006.

_Darlene A. Sullen_____          _Darlene G. Sullen_____
[PRINT NAME]                      [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lawanda Tarver_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farm_____ at
[Name of plant]
the facility located in _Union Spring AL_. I worked at this location from
[City/State]
_09-22-06_ to ___11 2004___.
[Date]      [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_____ plant in _Union Springs AL_ and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne Farm_____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _09_ day of _22_, 2006.

_Lawanda Tarver_
[                    ]

_Lawanda Tarver_
[                    ]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lillie B. Tarver_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Poultry Farms_ at
    [Name of plant]
    the facility located in _Union Spring Al_. I worked at this location from
    [City/State]
    _1979_ ~~_____~~ to _Present_ .
    [Date]                [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring, Al_, and
    [Name of Plant]                                          [City/State]
    possibly other plants owned by _Wayne Farms_ If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _10_ , 2006.


_Lillie B. Tarver_                    _Lillie B. Tarver_
████████████                          ████████████

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sabrena M. Tarver_ _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms, LLC_ at [Name of plant] the facility located in _Union Springs, AL_ . I worked at this location from [City/State] _Dec. 23, 2002_ to _Aug. 8, 2005_ . [Date]    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ , and [Name of Plant]    [City/State] possibly other plants owned by _Wayne Farms_ . If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _11th_ day of _September_ , 2006.

_Sabrena M. Tarver_                    _Sabrena M. Tarver_
[PRINT NAME]                              [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Sherry Tarver _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Wayne Farms LLC at [Name of plant] the facility located in Union Springs Al. I worked at this location from [City/State] July 7 1999 to December 3, 2003 [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Wayne Farms plant in Union Springs Al, and [Name of Plant]                              [City/State] possibly other plants owned by Wayne Farms. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 20 day of Sept , 2006.

Sherry Tarver _____                    Sherry Tarver _____
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Theresa Ann Turner_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Spring, Al_. I worked at this location from
[City/State]
_May 7 1997_ to _Present_
[Date]                      [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring, Al_ and
[Name of Plant]                       [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _September_, 2006.

_Theresa Ann Turner_                _Theresa Ann Turner_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Wendy Tarver_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, AL_. I worked at this location from
[City/State]
_10-30-1992_ to _12 - 2003_.
[Date]                      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs AL_, and
[Name of Plant]                           [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _23_, 2006.


_Wendy Tarver_                    _Wendy Tarver_
[signature]                          [signature]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

MARY E. Thomas _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _WAynle farm_ at the facility located in _Union Spring_ . I worked at this location from _6-28-79_ to _Present_ .
[Name of plant]   [City/State]   [Date]   [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _WAynle farm_ plant in _Union Spring_ , and possibly other plants owned by _Wayne farm_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]   [City/State]   [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept._ , 2006.

Mary E. Thomas                    Mary E. Thomas

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tuwanda L. Thomas_ _____ states the following:
_[Print Name]_

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Waynes Farms_ at the facility located in _Union Springs, AL_ . I worked at this location from _Sept. 2004_ to _Jan. 2005_ .
      _[Name of plant]_  _[City/State]_  _[Date]_  _[Date, or if still working write "present"]_

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Waynes Farms_ plant in _Union Springs, AL_ , and possibly other plants owned by _Waynes Farms_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
      _[Name of Plant]_  _[City/State]_  _[Name of Plant]_

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _September_, 2006.

_Tuwanda Thomas_                     _(Tuwanda) Thomas_
**[PRINT NAME]**                          **[SIGNATURE]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_Pamela Thorpe_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
      [Name of plant]
      the facility located in _Union Springs AL_. I worked at this location from
      [City/State]
      _Sept 2003 to Feb 2004_ to _____.
      [Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
      and post-production time activities from my employer. I also understand that
      the lawsuit may seek recovery for unpaid production time. I understand that
      the suit is brought pursuant to both federal law and applicable state statutes,
      if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
      including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
      settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the _Wayne Farms_ plant in _Union Spring AL_, and
      [Name of Plant]                              [City/State]
      possibly other plants owned by _Wayne Farms_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such
      class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _16_ day of _Sept_, 2006.


_Pamela Thorpe_                    _Pamela Thorpe_
████████████                       ████████████

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Terrance Warmack _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by __Wayne Farms__ at
the facility located in __Union Springs Ala__ . I worked at this location from
__1-18-06__ to __9-29-06__ .
[Date]            [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Union Springs / Ala__, and
possibly other plants owned by __Wayne Farms__ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __29__ day of __September__, 2006.

Terrance Warmack                    Terrance Warmack
[PRINT NAME]                        [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO: CLERK OF THE COURT AND COUNSEL OF RECORD**

Pleshette Williams _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _UnionSpringsAlabama_ I worked at this location from _Dec 04 03_ to _July 04 2004_.
   [Name of plant]   [City/State]   [Date]   [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _UnionSpringsAlabama_ and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_ 2006.

Pleshette Williams _____          Pleshette Williams _____
[PRINT NAME]                        [SIGNATURE]



## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:**   **CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alan   Williamson_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Union Springs AL_. I worked at this location from
[Name of plant]                    [City/State]
_10/20/98_ to _Present_ .
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs Ct_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farm_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _10_ , 2006.


_Alan Williamson_
[PRINT NAME]

_Alan Willi..._
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Laurie Ann Willis_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wauley Form_ at
the facility located in _Union Spring_ I worked at this location from
_4-18-03_ to _Still Working_
[Date]                    [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action, covering employees at the _Wauley Form_ plant in _Union Spring_, and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9/6_ day of _September_, 2006.

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_LaQuetta Woods_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm LLC_ at
[Name of plant]
the facility located in _Union Springs_ . I worked at this location from
[City/State]
_Aug 2005_ to _Nov 2005_ .
[Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farm_ plant in _Union Springs_ , and
[Name of Plant]                              [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_ 2006.


_LaQuetta Woods_                    _LaQuetta Woods_
[PRINT NAME]                            [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Vera Wright_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Union Spring_. I worked at this location from _1991_ to _Present_.
    [Name of plant]   [City/State]   [Date]   [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Spring_, and possibly other plants owned by _Wayne Farm_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
    [Name of Plant]   [City/State]   [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept._ , 2006.

_Vera Wright_                    _Vera Wright_
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Betty Jean Young_____ states the following:
  **[Print Name]**

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by ___Wayne Farm_____ at
    **[Name of plant]**
    the facility located in _Union Sp...g_____.  I worked at this location from
    **[City/State]**
    _12-3-2004___ to _09-12-2006_____.
    **[Date]**                **[Date, or if still working write "present"]**

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the __WAYN Farm____ plant in _Union Sp...g_, and
    **[Name of Plant]**                              **[City/State]**
    possibly other plants owned by _Wayne c Farm___.  If brought as a class
    **[Name of Plant]**
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the___12___ day of ___September____, 2006.


_Betty Jean Young_____    _Betty Jean Young_____
**[PRINT NAME]**                **[SIGNATURE]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

*Angela F. Youngblood* states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, AL_ I worked at this location from
[City/State]
_7/10/97_ to _02/27/04_ .
[Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _02_ day of _October_ , 2006.

_Angela F. Youngblood_                    _Angela Youngblood_
[SIGN NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Christine Youngblood _____ states the following:
[Print Name]

I.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
      [Name of plant]
      the facility located in _Union Springs, Al_. I worked at this location from
      [City/State]
      _9/24/84_ to _present_.
      [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, Al_, and
      [Name of Plant]                              [City/State]
      possibly other plants owned by _Wayne Farms_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _4th_ day of _Sept._, 2006.


Christine Youngblood _____      Christine Youngblood _____
[PRINT NAME]                          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

### TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Dernaillee Youngblood_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by __Wayne Farms__ at
    [Name of plant]
    the facility located in __Union Springs__. I worked at this location from
    [City/State]
    __Jan 2003__ to __July 2005__.
    [Date]            [Date; or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Union Springs__, and
    [Name of Plant]                    [City/State]
    possibly other plants owned by __Wayne Farms__. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __26__ day of __September__ 2006.


__Dernaillee Youngblood__                __Dernaillee Youngblood__
[PRINT NAME]                             [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Shirley P. Youngblood_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by __Wayne Farms__ at
the facility located in __Union Springs Ala__. I worked at this location from
[City/State]
__9/18/90__ to __Present__.
[Date]                     [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Union Springs Ala__, and
[Name of Plant]                         [City/State]
possibly other plants owned by __Wayne Farms__. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __12th__ day of __9__, 2006.


_Shirley P. Youngblood_              _Shirley P. Youngblood_
[PRINT NAME]                          [SIGN NAME]

# TAB B - PART 8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

APRIL AGEE, CASSILLIE ALLEN,
PAMELA M. ALLEN, CHERYL
ANTHONY, DERRICK L. BURBER,
JAMES WESLEY BARNETT, PAULA M.
BASS, CALVIN BOLAR, ROBERT
THOMAS DUNN AND CHRIS HOOD, On
behalf of themselves and All Others
Similarly Situated                                                **PLAINTIFFS**

VS.                                          **CASE NO. 2:06-CV-268-KS-MTP**

WAYNE FARMS LLC,
CONTINENTAL GRAIN COMPANY
d/b/a WAYNE FARMS, LLC                                           **DEFENDANT**

### MOTION TO SEVER AND TRANSFER ALABAMA PLAINTIFFS

Of the 770 Plaintiffs joining in this action, almost 300 claim to be or to have been employed in one of four of Wayne Farms' Alabama plants, and forty-eight (48) of them were suing Wayne Farms on the same FLSA claims in Alabama courts before this action was filed. Defendants, Wayne Farms LLC and ContiGroup Companies, Inc., move the Court, pursuant to FED. R. CIV. P. 20, 21 and 28 U.S.C. § 1404, to sever and to transfer them to the Northern and Middle Districts of Alabama. If this Motion is granted, this action will include only Plaintiffs who allege FLSA violations relating to their employment at Wayne Farms' Laurel, Mississippi live poultry processing facility. In support of this motion, the Defendants would show:

1.      About two months before Plaintiffs commenced this action, lawyers representing forty-eight (48) of them, and more than 200 others employed by Wayne Farms' live poultry processing facilities in Alabama, filed four separate FLSA actions making substantially the same allegations made in this suit. See Exhibits 1-4 to this motion. (*Bolden, Et Al. v. Wayne Farms*

54648.3

*LLC*, N.D. Ala. Civil Action 5:06-CV-2096-IPJ [Decatur]; *Jimmy Belue, Et Al. v. Wayne Farms LLC*, N.D. Ala. Civil Action 4:06-CV-2095-RDP [Albertville]; *Samuel Adams, Et Al. v. Wayne Farms LLC*, M.D. Ala. Civil Action 1:06-CV-950-MEF [Enterprise] and *Darren Anderson, Et Al. v. Wayne Farms LLC*, M.D. Ala. Civil Action 2:06-CV-951-MEF [Union Springs]).

2.     In each of those actions, the Court promptly ordered counsel to hold a Rule 26(f) planning meeting and thereafter promptly to submit a Form 35 report of that meeting. Counsel met for that purpose on December 14, 2006, in Birmingham. However, on December 13, 2006, unbeknownst to the parties or to counsel in those four cases, Plaintiffs in this action filed their Complaint, purporting to sue on behalf of themselves and all other employees of Defendants engaged in live chicken processing, including those already represented by separate counsel in the Alabama suits. Only five of the ten original, named Plaintiffs in this action claimed to have been employed by Wayne Farms LLC in Laurel, Mississippi. The others alleged that they were employed by Wayne Farms LLC in Alabama – Pamela Allen and Chris Hood Decatur, Robert Thomas Dunn in Albertville, and Cheryl Anthony and Calvin Bolar in Union Springs.

3.     Counsel in the Alabama suits first learned of this action on Friday, December 15. Realizing that overlapping collective actions would create scheduling and other problems not foreseen during the parties' December 14 planning meeting, counsel for Plaintiffs and the Defendant in the Alabama actions, including undersigned counsel, sought the agreement of Plaintiffs in this case to eliminate the overlap without judicial intervention. Those discussions produced no agreement.

4.     Thereafter, Plaintiffs counsel in this action filed over 700 form documents apparently executed by forty-eight (48) of the Alabama case plaintiffs, by more than 200 others alleging current or former employment by Wayne Farms in one of the Alabama plants already

subjected to suit in Alabama (including sixty-two (62) who sued and settled all or most of their FLSA claims in *Bertha Scott Et Al. v. Wayne Farms LLC Et Al.*, M.D. Ala. 2:05-cv-80-MEF, final judgment entered January 26, 2006), and by hundreds of other people alleging present or former employment by Wayne Farms in Laurel, Mississippi. Defense counsel discovered these filings after Defendants filed their Answer with this Court on January 8, 2007. Exhibit 5 to this Motion summarizes the consents filed by 1,047 plaintiffs in the five pending actions against Wayne Farms, so as to show which plaintiffs have joined which actions, and who among them settled their claims in the *Scott* case. Exhibit 6 reproduces the *Scott* Final Judgment, showing the plaintiffs whose claims through January 26, 2006 were extinguished thereby.

5.    The original dates for submission of the parties' planning meeting reports in the Alabama actions have passed and the dates obtained by joint motion for extension are January 16 and 19, 2007. Despite the lack of a scheduling order or even a Form 35 Report of Party Planning Meeting in any of the Alabama actions, Plaintiffs in one of them have served several hundred written discovery requests pertaining to people who are or may be plaintiffs in that suit and who are potential opt-in plaintiffs in this one. Responses to those discovery requests are demanded by February 5, 2007. This motion is made in an attempt to obtain by Court order what counsel in the Alabama actions could not obtain by agreement with the Plaintiffs in this action – elimination of the overlap and duplication between the Mississippi and Alabama actions, so that all might proceed without the problems created by that duplication and overlap.

6.    As shown more fully in the accompanying brief, the Court has and should exercise its authority to transfer the Alabama Plaintiffs to courts hosting the appropriate, previously filed Alabama actions, after having severed their claims from this action. Doing so would not impair any of their claims or prejudice the Plaintiffs who remain in this action.

WHEREFORE, PREMISES CONSIDERED, Defendants move the Court to sever the claims of the Alabama Plaintiffs and to transfer them as follows:

The seventy-three (73) Decatur, Alabama plant Plaintiffs to the United States District Court for the Northern District of Alabama, for consolidation there with *James Bolden, Et Al. v. Wayne Farms LLC*, N.D. Ala. Civil Action 5:06-CV-2096-IPJ:

Sonya P. Adams;
Pamela M. Allen;
Pratuangtip Brady;
Robert Lee Bates;
Cheryl Bolden;
Charles Brown;
Lorenza Byers;
Coy L. Campbell;
Latina Campbell;
Jerome Chapman;
Erica S. Clay;
Ronnes E. Cosby;
Mary Elizabeth Dale;
Lillie P. Davis;
Concepcion DeSoto;
Barbara Deloach;
Sharon Rose Foster;
Crystal Garth;
Michael Lynn Garth;
Audria M. Hampton;
Shelia D. Harvel;
Stephne Hayley;
Chris Hood;
Willodean H. Howard;
Wynemia Johnson;
Ray Jones;
Ronnie Jones;
Sharon Jones;
Beatrice King;
Charlie Kirby;
Scherrie Mason;
Deron Lamar McClain;
Marcus McDay;
Angela Miller;
Damon B. Miller;
Shirley Moody;

Caroline Mullins;
Jennifer Arnett Nance;
Andres Ocampo;
Dishema L. Orr;
Doris Hopkins-Overton;
Pamela Owens;
Yasmine E. Owens;
Nettie Darlene Pearson;
Gloria Denise Pointer;
Jeffrey Porter;
Peronica Porter;
Jackie F. Prince;
Maria I. Rabadan;
David Alexander Ramirez;
Ramona Ramos;
Andres Rascual;
Diane Garner Ricks;
Birda Mae Robninson;
Robert Robinson;
Gloria Russell;
Tonya S. Sanders;
Veronica H. Sears;
Rhonda Smith;
Alecia Soto;
Salvador Soto;
Dorian Gaiter Sutherlin;
Meriam Yvett Thames;
Roy L. Thomas, Jr.;
Yesenia Torres;
George A. Vinson;
Marlowe Wade;
Milton Watkins;
Myrtle Wiggins;
Paula Patrice Wiggins;
Margert Wilkerson;
Tracy Williams;
Woozie Williams;

The two Albertville, Alabama plant Plaintiffs to the United States District Court for the

Northern District of Alabama, for consolidation there with *Jimmy Belue Et Al. v. Wayne Farms*

*LLC*, N.D. Ala. Civil Action 4:06-CV-2095-RDP:

Robert Thomas Dunn;
Christine Edmonson;

The twenty-five (25) Enterprise, Alabama plant Plaintiffs to the United States District

Court for the Middle District of Alabama, for consolidation there with *Samuel Adams Et Al. v.*

*Wayne Farms LLC*, M.D. Ala. Civil Action 1:06-CV-950-MEF:

> Sandra Barnes;
> Jacqueline B. Blair;
> Nichael Dowell;
> Hardwick Elliott;
> Rose Fletcher;
> Lena Garth;
> Francisco M. Garza;
> Certic Kirk Gordan;
> Brenda Gray;
> Jacqueline Hampton;
> Annie Hankins;
> Rodreggus James Harris;
> Velvet A. Harris;
> Cornelia M. Henderson;
> Pearl Irving;
> Eddie D. Jackson;
> Mebeline Kiser;
> Mary Ann Martin;
> Tessie Riley;
> Eddie Thomas;
> Temeca Thomas;
> Bridgett Lynn Tyson;
> Melissa Vaughn;
> Clara Wheeler;
> Frances Williams;

All 193 Union Springs, Alabama plant Plaintiffs to the United States District Court for

the Middle District of Alabama, for consolidation there with *Darren Anderson, Et Al. v. Wayne*

*Farms LLC*, M.D. Ala. Civil Action 2:06-CV-951-MEF.

> Alberta K. Anderson;
> Darren Anderson;
> Cheryl Anthony;
> Edward O. Anthony;
> Edwin Anthony;
> Jimmy Anthony;
> Terrance Anthony;
> Timothy P. Anthony;

Jessica Keria Baker;
Jerry Tirone Baldwin;
Kashebra Baldwin;
Bennie James Bandy;
Henry Baskin;
Keith Ray Baskin;
Jacqualine Bellomy;
Marquez Biggers;
Sharon M. Biggers;
Juan Blue;
Calvin Bolar;
Chaudney L. Bowens;
Arlene Bronson;
Shirley Bronson;
Annie Bussey;
Anita Calhoun;
Tomecha O. Canty;
Douglas James Chambliss;
Cornelias D. Clark;
Derek Cobb;
Teresa Comer;
Macqueline Cooper;
Marquetta Cunningham;
Shirley A. Cunningham;
Benjamin F. Curry, Jr.;
Delores Davis;
Kriby Davis;
Timothy Davis;
Larry T. Dawson;
Tyrone Dawson;
Dewayne Dickerson;
Sharon Murphy Durham;
Rudy Edwards;
Helen Ellis;
Teela Faniel;
Quinetta Feagin;
Johnny Fegans;
Bonnie J. Finch;
Annie Joyce Finney;
Pamela Williams-Finney;
Sharon D. Fitzpatrick;
Sonya M. Fitzpatrick;
Raymond F. Forte;
Willie Mae France;
Pamela Franklin;
Tasha Franklin;

Toretha Franklin;
Teresa Graves;
Develma Hall;
Tommy Hampton;
Angela Henry;
Carolyn Henry;
Quintana Nicole Henry;
Te'Angela Henry;
Nicklous Hill;
Rondarius Holmes;
Katrina L. Hooks;
Martha Moore Howard;
Peggy Howard;
Sandra Hunter;
Mary E. Ivey;
Susie Jackson;
Jessica Jenkins;
Sallie Ann Jernigan;
Shayla D. Jessie;
Beatrice Johnson;
Cassandra M. Johnson;
Charles Johnson;
Landon Johnson;
Leotis Johnson;
Recike Johnson;
Rosario Johnson;
Terrar S. Johnson;
Bryce Jones;
Kelvin Jones;
Michael Jones;
Shirlene Jones;
Treilis Jordan;
Christopher King;
Gloria King;
Jason T. King;
Shaleatha King;
Tiffany M. Pugh King;
Demarcus M. Kreis;
Aelesha Lee;
Emma J. (Thomas) Lee;
Moses Lee;
Royzell Lee;
Clinton James Lewis;
Regenia Long;
Hanson W. Mack;
Martavous Mahone;

James Martin;
Katrina Martin;
Willie J. McClain;
Santana McClendon;
Shamika McClendon;
Je'Norris McKinnes;
Veronica M. Miclaney;
Felicia Mims;
Nancy C. Moore;
Shirley Moore;
Tommie Motley;
O.C. Murray;
James Nehley;
Willie Nelson;
Cassandra Nobles;
Larry T. Nobles;
Steven Nobles;
Augusta Oliver;
Marcus Oree;
Irvin L. Owens;
Billy Paige;
Charlie Parham, Sr.;
Kawanna Parham;
Darnell Parker;
Harvey Cornelius Parker;
Curtis Passmore;
Wallace Passmore;
Dianne Patterson;
Lashundra Pearson;
Jim H. Person;
Peggy L. Pitts;
Shana Pruitt;
Betty Randolph;
Richette Holliday-Raybon;
Mary Dean Rayburn;
Gloria Roberson;
John R. Rodgers;
Christopher Rogers;
Albertha Rumph;
Aggie Scott;
John Scott;
Mayola Shelley;
Lisa Smiley;
Charlotte Smith;
Dessie Smith;
Earnestine Smith;

Janekia Smith;
Lashonda Smith;
Linda Smith;
Mildred Smith;
Cruz Jason Sparks;
Cynthia Sparks;
Kimberlyn Denise Sparks;
Melvin L. Sparks;
Stacie Sparks;
Carlos Stanley;
Angela Marie Still;
Lanethia Still;
Jerry Streeter;
Mary Streeter;
Jacqueline Swanson;
Rosa Swanson;
Jamilla Tanner;
Christopher Tarver;
Christopher D. Tarver;
Helen Tarver;
LaQuiona Tarver;
Sherry Traver;
Johnnie R. Taylor;
Mary E. Thomas;
Richard Thomas;
Richard Daniel Thomas;
Terrance Thompkins;
Michael Todd;
Tony Tolliver;
Chester L. Townsend;
Eula Townsend;
Jacqueline Turner;
Hytasha Trabue;
Betty Wallace;
Lavana Ward;
Linda Warmack;
Terrance Warmack;
Mary J. Washington;
Tyrone Washington;
Kennetra Wheeler;
Rodney White;
Anthony Q. Williams;
Callie M. Williams;
Calvin Williams;
Ruby Jean Williams;
Alan L. Williamson;

Laurie A. Willis;
Christine Youngblood;
Latoya Youngblood.

Alternatively, for the reasons explained in our supporting Brief, this Court should stay

this action pending the Alabama courts' rulings on related arguments that Wayne Farms will

address to them.

Respectfully submitted this 12th day of January, 2007.

WAYNE FARMS LLC

BY:  BALCH & BINGHAM LLP

s/R. Pepper Crutcher, Jr.
R. Pepper Crutcher, Jr. (MS Bar #7921)
E. Russell Turner (MS Bar #9903)
Heather White Martin (MS Bar 101601)
Balch & Bingham LLP
Post Office Box 22587
Jackson, MS 39225
Telephone: (601) 965-8158
pcrutcher@balch.com
hmartin@balch.com

Thomas C. Anderson (MS Bar 9711)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, Mississippi 39501
Tel: 228- 864-9900
Fax: 866-811-7360
tanderson@balch.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007, I electronically filed the foregoing with the

Clerk of the Court using the ECF system which sent notification of such filing to the following:

Seth M. Hunter
Attorney & Counselor at Law, PLLC
404 Hemphill Street
Hattiesburg, Mississippi  39401

54648.3                                11

Telephone (601) 450-8682
Facsimile: (601) 450-8683
Attorney for Plaintiffs

and I hereby certify that I have mailed the foregoing Motion to these non-ECF

participants:

William S. Hommel, Jr.
3304 South Broadway Avenue
Tyler, Texas 75701-7818

Keith Givens
Cochran, Cherry, Givens & Smith, PC
Post Office Box 927
Dothan, AL 36302-0927
Telephone: (334) 793-1555
E-mail: kgivens@cockranfirm.com

Bernard Nomberg
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203
Telephone: (205) 930-6900
Email: bnomberg@cochranfirm.com

Richard Celler
284 South University Drive
Fort Lauderdale, Florida 33324
Phone: (954) 318-0268
Fax: (954) 333-3515

Lance Swanner
Cochran, Cherry, Givens & Smith, PC
Post Office Box 927
Dothan, AL 36302-0927
Telephone: (334) 793-1555
E-mail:lanceswanner@cockranfirm.com

s/R. Pepper Crutcher, Jr.
Of Counsel

1/12/2007

## PLAINTIFF COMPARISON
### (Wayne Farms FLSA)

| | A Employee Name | B Location | C Scott | D Belue | E Bolden | F Adams | G Anderson | H Agee |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 2 | Abney, Earnice | LRL | | | | | | 9/7/2006 |
| 3 | Adams, Samuel | ENT | | | | 9/18/2006 | | |
| 4 | Adams, Sonya P. | ENT | | | | | | 11/24/2006 |
| 5 | Adams, Teresa | ENT | | | | 9/10/2006 | | |
| 6 | Addison, Joyce R. | USP | x | | | | 9/9/2006 | |
| 7 | Agee, April | LRL | | | | | | 8/5/2006 |
| 8 | Agee, Matilda | LRL | | | | | | 8/14/2006 |
| 9 | Akings, Amos | Ocean Spings | | | | | | 8/26/2006 |
| 10 | Allen, Cassillie | LRL | | | | | | 9/13/2005 |
| 11 | Allen, Nicole | LRL | | | | | | 8/14/2006 |
| 12 | Allen, Pamela M. | DEC | | | 9/11/2006 | | | 8/22/2006 |
| 13 | Allums, Maryann | Ocean Spings | | | | | | 8/18/2006 |
| 14 | Anderson, Alberta K. | USP | | | | | 11/9/2006 | 8/15/2006 |
| 15 | Anderson, Darren | USP | | | | | 9/14/2006 | 8/21/2006 |
| 16 | Anthony, Carolyn E. | USP | x | | | | 9/26/2006 | |
| 17 | Anthony, Cheryl | USP | | | | | 9/16/2006 | 8/21/2006 |
| 18 | Anthony, Edward O. | USP | | | | | | 8/21/2006 |
| 19 | Anthony, Edwin | USP | | | | | | 8/21/2006 |
| 20 | Anthony, Jimmy L. | USP | | | | | | 8/21/2006 |
| 21 | Anthony, Terrance | USP | | | | | 9/16/2006 | 8/21/2006 |
| 22 | Anthony, Timothy P. | USP | | | | | | 8/15/2006 |
| 23 | Arrington, Lorene | LRL | | | | | | 9/5/2006 |
| 24 | Arrington, Mose | LRL | | | | | | 9/7/2006 |
| 25 | Arrington, Ruthie B. | LRL | | | | | | 9/5/2006 |
| 26 | Arrington, Shannon | LRL | | | | | | 9/18/2006 |
| 27 | Asencio, Antonia | DEC | | | 9/6/2006 | | | |
| 28 | Ashley, Hollis E., Jr. | LRL | | | | | | 9/22/2006 |
| 29 | Austin, Brenda F. | USP | x | | | | 9/16/2006 | |
| 30 | Austin, Lucille W. | USP | x | | | | 9/5/2006 | |
| 31 | Avery, Mary L. | USP | x | | | | 9/16/2006 | |
| 32 | Ayala, Gloria | DEC | | | 8/26/2006 | | | |
| 33 | Babers, Venessa | USP | | | | | 9/16/2006 | |
| 34 | Bady, Pratuangtip | DEC | | | 8/26/2006 | | | 9/4/2006 |
| 35 | Bailey, Bessie M. | DEC | | | | | | 8/21/2006 |
| 36 | Bailey, Kendrick | LRL | | | | | | 8/16/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 37 | Baker, Barbara | ALB | | 8/25/2006 | | | | |
| 38 | Baker, Dorothy | USP | | | | | 9/16/2006 | |
| 39 | Baker, Erskine | ALB | | 8/25/2006 | | | | |
| 40 | Baker, Jessica Keria | USP | | | | | | 8/21/2006 |
| 41 | Baker, Mattie M. | USP | x | | | | 9/12/2006 | |
| 42 | Baker, Richard | DEC | | | 8/26/2006 | | | |
| 43 | Baldwin, Jerry Tirone | USP | | | | | | 8/25/2006 |
| 44 | Baldwin, Kashebra | USP | | | | | | 8/20/2006 |
| 45 | Baldwin, Nona R. | USP | x | | | | 9/16/2006 | |
| 46 | Bandy, Bennie James | USP | | | | | | 9/2/2006 |
| 47 | Bandy, Mary N. | USP | | | | | 9/11/2006 | |
| 48 | Barber, Claudia | LRL | | | | | | 8/15/2006 |
| 49 | Barber, Walter L. | LRL | | | | | | 8/28/2006 |
| 50 | Barboza, Carolyn Shanks | LRL | | | | | | 9/18/2006 |
| 51 | Barfield, Markais A. | LRL | | | | | | 9/12/2006 |
| 52 | Barnes, Angelia | LRL | | | | | | 8/22/2006 |
| 53 | Barnes, Jennie B. | LRL | | | | | | 9/25/2006 |
| 54 | Barnes, Mary D. | LRL | | | | | | 9/21/2006 |
| 55 | Barnes, Sandra | ENT | | | | | | 9/6/2006 |
| 56 | Barnes, Shemeka | LRL | | | | | | 8/28/2006 |
| 57 | Barnett, Alexis | LRL | | | | | | 9/4/2006 |
| 58 | Barnett, Charles | LRL | | | | | | 8/17/2006 |
| 59 | Barnett, Debora | LRL | | | | | | 9/11/2006 |
| 60 | Barnett, Dwayne | LRL | | | | | | 9/5/2006 |
| 61 | Barnett, Earlie Mae | LRL | | | | | | 9/8/2006 |
| 62 | Barnett, Jerlin | LRL | | | | | | 8/9/2006 |
| 63 | Barnett, Marcus | LRL | | | | | | 9/14/2006 |
| 64 | Barrett, Chiquita | DEC | | | 8/26/2006 | | | |
| 65 | Baskin, Henry | USP | | | | | | 8/22/2006 |
| 66 | Baskin, Keith Ray | USP | | | | | | 9/5/2006 |
| 67 | Bass, Paula M | LRL | | | | | | 9/12/2006 |
| 68 | Bates, Marilyn J. | DEC | | | 8/26/2006 | | | |
| 69 | Bates, Robert Lee | DEC | | | | | | 8/23/2006 |
| 70 | Beason, Ezra | LRL | | | | | | 8/21/2006 |
| 71 | Beason, LaShondra | USP | | | | | 9/21/2006 | |

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 72 | Bell, Monica | LRL | | | | | | 8/22/2006 |
| 73 | Bell, Robert | LRL | | | | | | 8/25/2006 |
| 74 | Bellomy, Jacqualine | USP | | | | | | 8/21/2006 |
| 75 | Belue, Jimmy Wayne | ALB | | 9/12/2006 | | | | |
| 76 | Bender, Annie Faye | LRL | | | | | | 9/7/2006 |
| 77 | Berry, Dianne A. | LRL | | | | | | 9/5/2006 |
| 78 | Berry, LaVernis | LRL | | | | | | 9/5/2006 |
| 79 | Bester, Patrick | LRL | | | | | | 9/5/2006 |
| 80 | Biggers, Marquez | USP | | | | | | 9/10/2006 |
| 81 | Biggers, Sharon M. | USP | x | | | | | 8/25/2006 |
| 82 | Bishop, Rachel | LRL | | | | | | 9/11/2006 |
| 83 | Black, Thynorise | LRL | | | | | | 8/15/2006 |
| 84 | Blackwell, Kayla | LRL | | | | | | 8/16/2006 |
| 85 | Blair, Jacqueline B. | ENT | | | | | | 8/28/2006 |
| 86 | Blakley, DeJuan S. | LRL | | | | | | 9/5/2006 |
| 87 | Blankenship, Lisa | ALB | | 8/26/2006 | | | | |
| 88 | Blue, Juan | USP | | | | | | 9/19/2006 |
| 89 | Bolar, Calvin | USP | | | | | | 8/23/2006 |
| 90 | Bolden, Cheryl | DEC | | | | | | 8/21/2006 |
| 91 | Bolden, James E. | DEC | | | 8/26/2006 | | | |
| 92 | Bolton, Kennedy | LRL | | | | | | 9/19/2006 |
| 93 | Bonner, Takia | LRL | | | | | | 8/14/2006 |
| 94 | Bonner, Viron | LRL | | | | | | 8/14/2006 |
| 95 | Borders, Shirley A. | USP | x | | | | 9/16/2006 | |
| 96 | Bowens, Chaudney L. | USP | | | | | | 8/21/2006 |
| 97 | Bowens, Leon | USP | | | | | 9/16/2006 | |
| 98 | Braden, Jessica | DEC | | | 8/26/2006 | | | |
| 99 | Bradford, Sandra | LRL | | | | | | 8/16/2006 |
| 100 | Breland, Victoria | LRL | | | | | | 8/14/2006 |
| 101 | Bridges, Anthony | LRL | | | | | | 9/10/2006 |
| 102 | Bronson, Arlene | USP | | | | | | 9/5/2006 |
| 103 | Bronson, Shirley | USP | | | | | | 8/17/2006 |
| 104 | Brown, Charles | DEC | | | | | | 8/22/2006 |
| 105 | Brown, Eric | LRL | | | | | | 9/8/2006 |
| 106 | Brown, Felicia | LRL | | | | | | 8/14/2006 |

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A Employee Name | B Location | C Scott | D Belue | E Bolden | F Adams | G Anderson | H Agee |
|---|---|---|---|---|---|---|---|---|
| 107 | Brown, Krystal | LRL | | | | | | 9/7/2006 |
| 108 | Brown, Sevetrium | LRL | | | | | | 9/24/2006 |
| 109 | Brown, Tikeda | LRL | | | | | | no date |
| 110 | Brown, Wanda N. | LRL | | | | | | 9/5/2006 |
| 111 | Browne, Angie L. | USP | | | | | | 8/25/2006 |
| 112 | Bruner, Marie | LRL | | | | | | 10/7/2006 |
| 113 | Bryant, Sandra | LRL | | | | | | 8/14/2006 |
| 114 | Burber, Derrick | LRL | | | | | | 8/29/2006 |
| 115 | Burke, Brenda | DEC | | | 8/26/2006 | | | |
| 116 | Burnett, James Wesley | LRL | | | | | | 9/15/2006 |
| 117 | Burney, Kathy | USP | x | | | | 9/1/2006 | |
| 118 | Bussey, Annie | USP | | | | | 9/9/2006 | 8/24/2006 |
| 119 | Byers, Lorenza | DEC | | | | | | 7/17/2006 |
| 120 | Byrts, Carla | USP | | | | | 9/12/2006 | |
| 121 | Byrts, Valarie P. | USP | x | | | | 9/15/2006 | |
| 122 | Calhoun, Anita | USP | | | | | | 8/15/2006 |
| 123 | Calhoun, Anthony | LRL | | | | | | Can't read |
| 124 | Calhoun, Beverly | USP | | | | | 9/16/2006 | |
| 125 | Calhoun, Cassandra D. | USP | | | | | 9/5/2006 | |
| 126 | Campbell, Coy L. | DEC | | | | | | |
| 127 | Campbell, Latina | DEC | | | | | | 8/21/2006 |
| 128 | Campbell, Matthew | LRL | | | | | | 8/14/2006 |
| 129 | Canty, Tomecha O. | USP | | | | | 9/25/2006 | 8/30/2006 |
| 130 | Carmichael, Earlvin | LRL | | | | | | 8/19/2006 |
| 131 | Carmichael, Irma | LRL | | | | | | 8/12/2006 |
| 132 | Carmichael, Melissa | LRL | | | | | | 9/6/2006 |
| 133 | Carranza, Louis | DEC | | | 8/26/2006 | | | 9/11/2006 |
| 134 | Carter, Barry L. | DEC | | | 8/26/2006 | | | |
| 135 | Carter, Clyde | LRL | | | | | | 9/1/2006 |
| 136 | Carter, Jo Ann | LRL | | | | | | 9/7/2006 |
| 137 | Carter, Joey | DEC | | | 8/26/2006 | | | |
| 138 | Carter, Willie | LRL | | | | | | 8/14/2006 |
| 139 | Cater, Juliann | DEC | | | 8/26/2006 | | | |
| 140 | Causey, Denise | LRL | | | | | | 8/16/2006 |
| 141 | Causey, Keshia | LRL | | | | | | 9/5/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A Employee Name | B Location | C Scott | D Belue | E Bolden | F Adams | G Anderson | H Agee |
|---|---|---|---|---|---|---|---|---|
| 142 | Causey, Reggie | LRL | | | | | | 8/16/2006 |
| 143 | Caver, Mary | LRL | | | | | | 8/16/2006 |
| 144 | Chambers, Martin | ALB | | | | | | |
| 145 | Chamblee, Frances | ALB | | 9/1/2006 | | | | |
| 146 | Chambliss, Douglas James | USP | | 9/12/2006 | | | | 8/28/2006 |
| 147 | Chance, Martha M. | USP | | | | | 9/16/2006 | |
| 148 | Chandler, Jeffery Scott | ALB | x | 8/26/2006 | | | | |
| 149 | Chapman, Greta | LRL | | | | | | 9/7/2006 |
| 150 | Chapman, Jerome | DEC | | | | | | 8/15/2006 |
| 151 | Chatman, Hilton | DEC | | | 9/1/2006 | | | |
| 152 | Clark, Adrian | LRL | | | | | | 8/28/2006 |
| 153 | Clark, Cornelias D. | USP | | | | | | 8/23/2006 |
| 154 | Clark, Nashonda | LRL | | | | | | 9/5/2006 |
| 155 | Clark, Regina | LRL | | | | | | 9/5/2006 |
| 156 | Clay, Erica S. | DEC | | | | | | 8/28/2006 |
| 157 | Clay, Joel J. | LRL | | | | | | 9/4/2006 |
| 158 | Clayborne, James | LRL | | | | | | 8/23/2006 |
| 159 | Clayton, David | LRL | | | | | | 9/11/2006 |
| 160 | Clayton, Edward | LRL | | | | | | 8/27/2006 |
| 161 | Clayton, Janice D. | LRL | | | | | | 8/14/2006 |
| 162 | Clayton, Shwyeld | LRL | | | | | | 8/16/2006 |
| 163 | Cobbs, Cornelius | USP | | | | | 9/18/2006 | |
| 164 | Cobb, Derek | USP | | | | | | |
| 165 | Coleman, Dedra A. | LRL | | | | | | 8/22/2006 |
| 166 | Coleman, Edna J. | USP | x | | | | 8/31/2006 | 9/28/2006 |
| 167 | Coleman, Elizabeth | LRL | | | | | | 9/23/2006 |
| 168 | Coleman, Eric | LRL | | | | | | 8/21/2006 |
| 169 | Coleman, Fredrick | LRL | | | | | | 8/22/2006 |
| 170 | Coleman, James J., Jr. | LRL | | | | | | 9/6/2006 |
| 171 | Coleman, Randy Lee | LRL | | | | | | 8/20/2006 |
| 172 | Coleman, Thomas | LRL | | | | | | 8/22/2006 |
| 173 | Coleman, Tracy | LRL | | | | | | 8/15/2006 |
| 174 | Collier, Kimberly | LRL | | | | | | 9/5/2006 |
| 175 | Collier, Salorika | LRL | | | | | | 9/6/2006 |
| 176 | Collins, Charlette S. | LRL | | | | | | 8/14/2006 |

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A Employee Name | B Location | C Scott | D Belue | E Bolden | F Adams | G Anderson | H Agee |
|---|---|---|---|---|---|---|---|---|
| 177 | Collins, Donna | LRL | | | | | | 10/4/2006 |
| 178 | Collins, Margaret | LRL | | | | | | 8/21/2006 |
| 179 | Collins, Patricia | LRL | | | | | | 8/29/2006 |
| 180 | Collins, Steve Allen | LRL | | | | | | 9/16/2006 |
| 181 | Colter, Alice M. | LRL | | | | | | 9/19/2006 |
| 182 | Combest, Roosevelt, Jr. | LRL | | | | | | 9/27/2006 |
| 183 | Comer, Teresa | USP | | | | | | 8/20/2006 |
| 184 | Cooley, Albert R. | LRL | | | | | | 9/7/2006 |
| 185 | Cooley, Derrick | LRL | | | | | | 9/7/2006 |
| 186 | Cooley, Michelle | LRL | | | | | | 9/14/2006 |
| 187 | Cooley, Quanna | LRL | | | | | | 9/8/2006 |
| 188 | Cooley, Shirley | LRL | | | | | | 9/6/2006 |
| 189 | Cooper, Carolyn M. | USP | | | | | 9/16/2006 | |
| 190 | Cooper, Jacqueline | USP | | | | | 9/16/2006 | 8/21/2006 |
| 191 | Cooper, Patsy Mae | DEC | | | 8/26/2006 | | | |
| 192 | Copes, Ebonia L. | USP | | | | | 9/16/2006 | |
| 193 | Crosby, Ronnes E. | DEC | | | | | | 8/19/2006 |
| 194 | Craft, Lavonda M. | LRL | | | | | | 8/24/2006 |
| 195 | Crawford, Jimmy | LRL | | | | | | 9/10/2006 |
| 196 | Crosby, Cathia | LRL | | | | | | 10/10/2006 |
| 197 | Crosby, Keisha | LRL | | | | | | 9/14/2006 |
| 198 | Culpepper, Yolanda C. | LRL | | | | | | 10/1/2006 |
| 199 | Cunningham, Annie Marie | LRL | | | | | | 9/6/2006 |
| 200 | Cunningham, Jawanna Q. | USP | x | | | | 9/16/2006 | |
| 201 | Cunningham, Marquetta | USP | | | | | 9/19/2006 | 8/14/2006 |
| 202 | Cunningham, Shirley A. | USP | | | | | | 8/15/2006 |
| 203 | Curry, Benjamin F., Jr. | USP | | | | | | 8/28/2006 |
| 204 | Curry, Veronica | LRL | | | | | | 9/6/2006 |
| 205 | Dale, Mary Elizabeth | DEC | | | | | | 8/15/2006 |
| 206 | Daniels, Debbie | LRL | | | | | | 8/26/2006 |
| 207 | Dase, Latressia | LRL | | | | | | 8/22/2006 |
| 208 | Davie, Ronald | USP | | | | | 9/5/2006 | |
| 209 | Davis, Darryl | LRL | | | | | | 9/5/2006 |
| 210 | Davis, Deddera R. | USP | | | | | 9/16/2006 | |
| 211 | Davis, Delores | USP | | | | | 9/25/2006 | 8/23/2006 |

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A Employee Name | B Location | C Scott | D Belue | E Bolden | F Adams | G Anderson | H Agee |
|---|---|---|---|---|---|---|---|---|
| 212 | Davis, Euressa | LRL | | | | | | 8/21/2006 |
| 213 | Davis, Kirby | USP | | | | | 9/16/2006 | 8/12/2006 |
| 214 | Davis, Lillie P. | DEC | | | | | | 9/13/2006 |
| 215 | Davis, Timothy | USP | | | | | | 9/15/2006 |
| 216 | Dawkins, Ceola | LRL | | | | | | 9/2/2006 |
| 217 | Dawkins, Jeffery | LRL | | | | | | 9/7/2006 |
| 218 | Dawson, Larry T. | USP | | | | | | 8/21/2006 |
| 219 | Dean, Michael | DEC | | | 8/26/2006 | | | |
| 220 | Dawson, Tyrone | USP | | | | | | 9/8/2006 |
| 221 | Dear, Celia A. | LRL | | | | | | 8/22/2006 |
| 222 | Desoto, Concepcion | DEC | | | | | | 8/23/2006 |
| 223 | Deloach, Barbara | DEC | | | | | | 9/5/2006 |
| 224 | Deloach, Gwin | LRL | | | | | | 8/22/2006 |
| 225 | Deloach, Natasha R. | LRL | | | | | | 9/5/2006 |
| 226 | Diaz, Rosa Amelia | DEC | | | 9/25/2006 | | | |
| 227 | Dickerson, Dewayne | USP | | | | | | 8/21/2006 |
| 228 | Dixon, Ceasar | LRL | | | | | | 9/18/2006 |
| 229 | Donald, George A. | LRL | | | | | | 8/14/2006 |
| 230 | Dooley, Donna J. | ALB | | 9/11/2006 | | | | |
| 231 | Doss, Thomas Jean | DEC | | | 8/25/2006 | | | |
| 232 | Dotson, Billy | LRL | | | | | | 9/11/2006 |
| 233 | Dowell, Michael | ENT | | | | | | 8/27/2006 |
| 234 | Dowdell, Carolyn J. | USP | | | | | 9/8/2006 | |
| 235 | Drummond, Diane | LRL | | | | | | 8/16/2006 |
| 236 | Drummond, Kwanika | LRL | | | | | | 9/9/2006 |
| 237 | Ducksworth, Catrina | LRL | | | | | | 9/8/2006 |
| 238 | Ducksworth, Clementine | LRL | | | | | | 9/6/2006 |
| 239 | Ducksworth, Demetria | LRL | | | | | | 8/22/2006 |
| 240 | Ducksworth, Milton | LRL | | | | | | 8/15/2006 |
| 241 | Ducksworth, Perry | LRL | | | | | | 9/5/2006 |
| 242 | Ducksworth, Rodney | LRL | | | | | | 8/31/2006 |
| 243 | Duell, Tommie | LRL | | | | | | 8/22/2006 |
| 244 | Dukes, Jennifer | LRL | | | | | | 9/6/2006 |
| 245 | Dukes, Renee | LRL | | | | | | 8/14/2006 |
| 246 | Dulaney, Mary Ann | USP | | | | | 9/12/2006 | |

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A Employee Name | B Location | C Scott | D Belue | E Bolden | F Adams | G Anderson | H Agee |
|---|---|---|---|---|---|---|---|---|
| 247 | Dunn, Joann | LRL | | | | | | 9/6/2006 |
| 248 | Dunn, Robert Thomas | ALB | | | | | | 8/23/2006 |
| 249 | Durham, Sharon Murphy | USP | | | | | | 9/25/2006 |
| 250 | Durr, William D. | LRL | | | | | | 8/14/2006 |
| 251 | Edmondson, Christina | ALB | | | | | | 8/14/2006 |
| 252 | Edwards, Ruby | USP | | | | | | 9/11/2006 |
| 253 | Efford, Lakesha | USP | | | | | 9/16/2006 | |
| 254 | Elliott, Anita | DEC | | | 8/25/2006 | | | |
| 255 | Elliott, Hardwick | ENT | | | | | | 8/20/2006 |
| 256 | Ellis, Annie | LRL | | | | | | 8/14/2006 |
| 257 | Ellis, Bobbie J. | USP | | | | | 9/22/2006 | |
| 258 | Ellis Deloris | USP | x | | | | 9/16/2006 | |
| 259 | Ellis, Denise R. | USP | x | | | | 9/16/2006 | 8/15/2006 |
| 260 | Ellis, Helen | USP | | | | | 9/16/2006 | 9/6/2006 |
| 261 | Ellis, Mattie | LRL | | | | | | 9/26/2006 |
| 262 | Ellis, Vivian Maxine | LRL | | | | | | |
| 263 | Ellison, Mattie S. | DEC | | | 8/25/2006 | | | |
| 264 | Eskridge, Derrick | LRL | | | | | | 10/24/2006 |
| 265 | Esparza, Bacilia | DEC | | | 8/25/2006 | | | |
| 266 | Esparza, Jose | DEC | | | 8/25/2006 | | | |
| 267 | Evans, Carmen | LRL | | | | | | 8/21/2006 |
| 268 | Evans, Dolly | LRL | | | | | | 9/26/2006 |
| 269 | Evans, Errie | LRL | | | | | | 9/11/2006 |
| 270 | Evans, Harrison L., Jr. | LRL | | | | | | 9/6/2006 |
| 271 | Evans, Jerald | LRL | | | | | | 9/7/2006 |
| 272 | Evans, Xavier | LRL | | | | | | 9/5/2006 |
| 273 | Everett, Eddie | LRL | | | | | | 8/17/2006 |
| 274 | Everett, Maricco | LRL | | | | | | 9/5/2006 |
| 275 | Everett, Melinda | LRL | | | | | | 9/18/2006 |
| 276 | Everett, Tomornio | LRL | | | | | | 9/11/2006 |
| 277 | Everett, Tonya | LRL | | | | | | 8/17/2006 |
| 278 | Faniel, Teela | USP | | | | | | 8/28/2006 |
| 279 | Faulkner, Linda D. | LRL | | | | | | 8/12/2006 |
| 280 | Feagin, Quinetta | USP | | | | | | 9/25/2006 |
| 281 | Fegans, Johnny | USP | | | | | | 8/23/2006 |

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A Employee Name | B Location | C Scott | D Belue | E Bolden | F Adams | G Anderson | H Agee |
|---|---|---|---|---|---|---|---|---|
| 282 | Felps, Michelle | LRL | | | | | | 9/11/2006 |
| 283 | Ferguson, Andrea | LRL | | | | | | 8/14/2006 |
| 284 | Ferrell, Trevor | USP | | | | | 9/16/2006 | |
| 285 | Finch, Bonnie J. | USP | x | | | | | 9/7/2006 |
| 286 | Finney, Annie Joyce | USP | | | | | | 9/2/2006 |
| 287 | Finney, Dianne | USP | | | | | 9/11/2006 | |
| 288 | Williams-Finney, Pamela | USP | | | | | | 9/11/2006 |
| 289 | Fitzpatrick, Mamie | USP | | | | | 9/16/2006 | |
| 290 | Fitzpatrick, Sharon D. | USP | | | | | | 9/1/2006 |
| 291 | Fitzpatrick, Sonya M. | USP | | | | | | 9/1/2006 |
| 292 | Fletcher, Rose | ENT | | | | | | 8/22/2006 |
| 293 | Ford, Sharon B. | DEC | | | 8/26/2006 | | | |
| 294 | Forrest, Mary Teresa | LRL | | | | | | 9/5/2006 |
| 295 | Forte, Raymond F. | USP | x | | | | | 9/26/2006 |
| 296 | Foster, Cathleen Thomas | USP | | | | | 9/12/2006 | |
| 297 | Foster, De'Jaurice | DEC | | | 8/26/2006 | | | |
| 298 | Foster, Margaret L. | USP | x | | | | 9/12/2006 | |
| 299 | Foster, Sharon Rose | DEC | | | | | | |
| 300 | Fountain, Joe | LRL | | | | | | |
| 301 | Fox, Michael S. | LRL | | | | | | 8/15/2006 |
| 302 | France, Willie Mae | USP | | | | | | 9/14/2006 |
| 303 | Franklin, Carolyn | DEC | | | 8/25/2006 | | | 9/20/2006 |
| 304 | Franklin, Pamela | USP | | | | | | 9/7/2006 |
| 305 | Franklin, Sandra | USP | | | | | 9/16/2006 | |
| 306 | Franklin, Tasha | USP | | | | | | 8/14/2006 |
| 307 | Franklin, Terrance | USP | | | | | 10/16/2006 | 8/22/2006 |
| 308 | Franklin, Toretha | USP | | | | | | 8/28/2006 |
| 309 | Franks, Victoria M. | LRL | | | | | | 9/5/2006 |
| 310 | Funches, Tonya | LRL | | | | | 9/16/2006 | 9/13/2006 |
| 311 | Gachet, Derrick | USP | | | | | | |
| 312 | Gallaspy, Betty | LRL | | | | | | 8/14/2006 |
| 313 | Gandy, Daisy | LRL | | | | | | 9/14/2006 |
| 314 | Gandy, Kristen West | LRL | | | | | | 8/21/2006 |
| 315 | Gandy, Sharon D. | LRL | | | | | | 8/14/2006 |
| 316 | Gandy, Stacy | LRL | | | | | | 9/6/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 317 | Garcia, Faustino | DEC | | | 9/20/2006 | | | |
| 318 | Garth, Crystal | DEC | | | | | | 8/14/2006 |
| 319 | Garth, Lena | ENT | | | | | | 8/20/2006 |
| 320 | Garth, Michael Lynn | DEC | | | | | | 8/15/2006 |
| 321 | Garza, Francisco M. | ENT | | | | | | 8/28/2006 |
| 322 | Gavin, Cynthia | LRL | | | | | | 8/15/2006 |
| 323 | Gavin, Omeka | LRL | | | | | | 9/5/2006 |
| 324 | Gavin, Ruthie L. | LRL | | | | | | 9/9/2006 |
| 325 | Gholston, Luella | DEC | | | 9/14/2006 | | | |
| 326 | Gavin, William Dewayne | LRL | | | | | | 9/9/2006 |
| 327 | Gilliam, Mark Dewayne | USP | | | | | | 8/27/2006 |
| 328 | Gillis, Regina A. | USP | x | | | | 9/26/2006 | |
| 329 | Gillum, Shirley | LRL | | | | | | 8/21/2006 |
| 330 | Gonzalez, Claudio | DEC | | | 8/25/2006 | | | |
| 331 | Goode, Derrick | USP | | | | | 9/16/2006 | |
| 332 | Goode, Michael | USP | | | | | 9/9/2006 | |
| 333 | Goode, Robert | USP | | | | | 9/15/2006 | |
| 334 | Gordan, Certic Kirk | ENT | | | | | | 8/23/2006 |
| 335 | Gordon, James | LRL | | | | | | 8/16/2006 |
| 336 | Goshay, Mark A. | USP | | | | | 9/16/2006 | |
| 337 | Graham, Lashawn | LRL | | | | | | 8/28/2006 |
| 338 | Graves, Barbara | LRL | | | | | | 8/21/2006 |
| 339 | Graves, Necole | LRL | | | | | | 9/6/2006 |
| 340 | Graves, Teresa | USP | | | | | 9/25/2006 | 8/16/2006 |
| 341 | Gray, Brenda | ENT | | | | | | 9/11/2006 |
| 342 | Gray, Erica | LRL | | | | | | 8/17/2006 |
| 343 | Grey, Teresa M. | USP | x | | | | 9/9/2006 | |
| 344 | Griffin, Alice A. | DEC | | | 8/26/2006 | | | |
| 345 | Griffith, Valerie D. | LRL | | | | | | 9/5/2006 |
| 346 | Guillory, Robert | LRL | | | | | | 9/14/2006 |
| 347 | Guillory, Tracy | LRL | | | | | | 9/14/2006 |
| 348 | Hale, Tiffany | LRL | | | | | | 8/14/2006 |
| 349 | Hales, Iyana | LRL | | | | | | 9/6/2006 |
| 350 | Hales, Sheila | LRL | | | | | | 9/6/2006 |
| 351 | Haley, Bonnie G. | LRL | | | | | | 9/7/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 352 | Hall, Develma | USP | | | | | | 8/24/2006 |
| 353 | Hall, Justin | USP | | | | | 9/23/2006 | |
| 354 | Halsell, Malliry | LRL | | | | | | 9/11/2006 |
| 355 | Hamilton, Jimmy | ALB | | 8/25/2006 | | | | |
| 356 | Hamilton, Safira | LRL | | | | | | 8/15/2006 |
| 357 | Hampton, Audria M. | DEC | | | | | | 8/14/2006 |
| 358 | Hampton, Alonza | USP | | | | | 9/16/2006 | |
| 359 | Hampton, Jacqueline | ENT | | | | | | 9/20/2006 |
| 360 | Hampton, Joseph | DEC | | | 8/26/2006 | | | |
| 361 | Hampton, Tommy | USP | | | | | | 8/22/2006 |
| 362 | Hampton, Shona | USP | | | | | 9/18/2006 | |
| 363 | Hankins, Annie | ENT | | | | | | 8/22/2006 |
| 364 | Harden, Olivia | DEC | | | 8/26/2006 | | | |
| 365 | Hardy, O'daniel | LRL | | | | | | 8/28/2006 |
| 366 | Hardy, Remoro | LRL | | | | | | 8/28/2006 |
| 367 | Harris, Alterryal | LRL | | | | | | 8/23/2006 |
| 368 | Harris, Antwain | USP | x | | | | | |
| 369 | Harris, Dorothy | LRL | | | | | | 9/6/2006 |
| 370 | Harris, Elbert | LRL | | | | | | 8/29/2006 |
| 371 | Harris, Henry | USP | | | | | 9/23/2006 | |
| 372 | Harris, Michelle | LRL | | | | | | 8/28/2006 |
| 373 | Harris, Patricia | LRL | | | | | | 9/6/2006 |
| 374 | Harris, Rodreggus Jamel | ENT | | | | | | 9/23/2006 |
| 375 | Harris, Sheena | LRL | | | | | | 8/29/2006 |
| 376 | Harris, Toccara | DEC | | | 8/24/2006 | | | |
| 377 | Harris, Velvet A. | ENT | | | | | | 8/24/2006 |
| 378 | Harrison, Michelle | LRL | | | | | | 8/12/2006 |
| 379 | Harrison, Ollie James | LRL | | | | | | 9/7/2006 |
| 380 | Harvel, Shelia D. | DEC | | | | | | 8/15/2006 |
| 381 | Hatcher, Jimmy L. | USP | x | | | | 9/23/2006 | |
| 382 | Hatcher, Joe | USP | x | | | | 9/17/2006 | |
| 383 | Hatcher, Rodney | USP | x | | | | 9/16/2006 | |
| 384 | Hatten, Larry J. | LRL | | | | | | |
| 385 | Hawkins, Bobbie J. | DEC | | | 8/25/2006 | | | 9/28/2006 |
| 386 | Hayley, Stephne | DEC | | | | | | 8/21/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 387 | Hayes, Denise D. | LRL | | | | | | 8/28/2006 |
| 388 | Haynes, Annie | LRL | | | | | | 8/17/2006 |
| 389 | Haynes, Janet M. | LRL | | | | | | 8/16/2006 |
| 390 | Head, William | LRL | | | | | | 8/17/2006 |
| 391 | Heard, Jacqueline | LRL | | | | | | 8/28/2006 |
| 392 | Heard, Latoria Lashay | LRL | | | | | | 8/14/2006 |
| 393 | Heidelberg, Christopher K. | LRL | | | | | | 8/23/2006 |
| 394 | Heidelberg, Pamela | LRL | | | | | | 8/8/2006 |
| 395 | Heidelberg, Shedreka | LRL | | | | | | 8/14/2006 |
| 396 | Henderson, Cornelia Michell | ENT | | | | | | 8/27/2006 |
| 397 | Henry, Angela | USP | | | | | | 8/22/2006 |
| 398 | Henry, Carolyn | USP | | | | | | 8/21/2006 |
| 399 | Henry, Quintana Nicole | USP | | | | | | 8/22/2006 |
| 400 | Henry, Te'Angela | USP | | | | | | 8/23/2006 |
| 401 | Hernandez, Mateo | DEC | | | 8/26/2006 | | | |
| 402 | Hill, Jennifer | LRL | | | | | | 8/15/2006 |
| 403 | Hill, Linda | LRL | | | | | | 9/5/2006 |
| 404 | Hill, Nicklous | USP | | | | | 9/16/2006 | 8/20/2006 |
| 405 | Hill, Rhonda | LRL | | | | | | 9/5/2006 |
| 406 | Hilton, Reena | LRL | | | | | | 9/6/2006 |
| 407 | Hinton, Mary | DEC | | | 8/26/2006 | | | |
| 408 | Hinton, Brenda | LRL | | | | | | 8/23/2006 |
| 409 | Hinton, Mae Ruth | LRL | | | | | | 9/18/2006 |
| 410 | Hogeland, Carolyn | ALB | | 8/26/2006 | | | | |
| 411 | Holliday, Charlene | LRL | | | | | | 8/14/2006 |
| 412 | Holliday, Shaunda | LRL | | | | | | 8/21/2006 |
| 413 | Holliday, Richetta | USP | | | | | 9/16/2006 | |
| 414 | Holmes, Barbara | LRL | | | | | | 9/8/2006 |
| 415 | Holmes, Doris D. | USP | x | | | | 9/1/2006 | |
| 416 | Holmes, Rondarius | USP | | | | | | 9/14/2006 |
| 417 | Hooks, Charlene | USP | | | | | 9/16/2006 | |
| 418 | Hooks, Katrina L. | USP | | | | | | 8/22/2006 |
| 419 | Hooks, Quinosha | USP | | | | | 9/11/2006 | |
| 420 | Hood, Chris | DEC | | | | | | 8/15/2006 |
| 421 | Horne, Gene A. | LRL | | | | | | 9/6/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 422 | Horne, Michael | LRL | | | | | | 9/5/2006 |
| 423 | Hough, Eddie M. | USP | | | | | 9/4/2006 | |
| 424 | House, Lahoma | LRL | | | | | | 8/15/2006 |
| 425 | Howard, Annie Ruth | LRL | | | | | | 10/2/2006 |
| 426 | Howard, Linda | LRL | | | | | | 8/14/2006 |
| 427 | Howard, Martha Moore | USP | | | | | | 9/12/2006 |
| 428 | Howard, Ollie M. | LRL | | | | | | 8/14/2006 |
| 429 | Howard, Peggy | USP | | | | | | 8/21/2006 |
| 430 | Howard, Willodean Hayes | DEC | | | | | | 8/23/2006 |
| 431 | Howse, Frankie | LRL | | | | | | 8/28/2006 |
| 432 | Hoze, Terry D. | LRL | | | | | | 9/6/2006 |
| 433 | Hunter, Sandra | USP | | | | | | 9/14/2006 |
| 434 | Hurley, Jeremiah J. | DEC | | | 8/26/2006 | | | |
| 435 | Husband, Eugene | LRL | | | | | | 8/14/2006 |
| 436 | Husband, LaToya | LRL | | | | | | 8/17/2006 |
| 437 | Husband, Willie | LRL | | | | | | 8/14/2006 |
| 438 | Irving, Pearl | ENT | | | | | | 9/2/2006 |
| 439 | Ivery, Bythine | USP | | | | | 9/14/2006 | |
| 440 | Ivey, Mary E. | USP | | | | | | 8/22/2006 |
| 441 | Jacks, Lucille | LRL | | | | | | 9/14/2006 |
| 442 | Jackson, Alonzo | USP | | | | | 9/16/2006 | |
| 443 | Jackson, Ann | LRL | | | | | | 9/12/2006 |
| 444 | Jackson, Bettye A. | USP | x | | | | 9/25/2006 | |
| 445 | Jackson, Eddie D. | ENT | | | | | | 9/26/2006 |
| 446 | Jackson, Evelina | USP | | | | | 9/16/2006 | |
| 447 | Jackson, Frances | USP | | | | | 9/9/2006 | |
| 448 | Jackson, Jaquay | LRL | | | | | | 8/18/2006 |
| 449 | Jackson, Shelby | DEC | | | 9/18/2006 | | | |
| 450 | Jackson, Susie | USP | | | | | 9/25/2006 | |
| 451 | Jackson, Terry Lee | DEC | | | 9/14/2006 | | | 8/22/2006 |
| 452 | Jackson, Tony | LRL | | | | | | 9/5/2006 |
| 453 | Jackson, Vivian | LRL | | | | | | 8/18/2006 |
| 454 | Jefferson, Tonquerrie | LRL | | | | | | 9/20/2006 |
| 455 | Jenkins, Jessica | USP | | | | | 9/16/2006 | 8/20/2006 |
| 456 | Jernigan, Sallie Ann | USP | | | | | | 8/17/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A Employee Name | B Location | C Scott | D Belue | E Bolden | F Adams | G Anderson | H Agee |
|---|---|---|---|---|---|---|---|---|
| 457 | Jessie, Shayla D. | USP | | | | | | 8/14/2006 |
| 458 | Johnikin, Jacquelin | LRL | | | | | | 9/26/2006 |
| 459 | Johnson, Alexandria | LRL | | | | | | 9/5/2006 |
| 460 | Johnson, Beatrice | USP | | | | | | 8/31/2006 |
| 461 | Johnson, Brandon | LRL | | | | | | 8/23/2006 |
| 462 | Johnson, Cassandra | LRL | | | | | | 8/12/2006 |
| 463 | Johnson, Cassandra Marie | USP | | | | | | 8/24/2006 |
| 464 | Johnson, Charles | USP | | | | | | 8/28/2006 |
| 465 | Johnson, Doretha | USP | | | | | 9/16/2006 | |
| 466 | Johnson, Janie B. | LRL | | | | | | 9/11/2006 |
| 467 | Johnson, Karen | LRL | | | | | | 10/4/2006 |
| 468 | Johnson, Kreshan R. | USP | x | | | | 9/13/2006 | |
| 469 | Johnson, Landon | USP | | | | | | 8/6/2006 |
| 470 | Johnson, Leotis | USP | | | | | | 9/16/2006 |
| 471 | Johnson, Pamela R. | USP | x | | | | 9/4/2006 | 8/14/2006 |
| 472 | Johnson, Recike | USP | | | | | 9/18/2006 | 8/19/2006 |
| 473 | Johnson, Rencis | LRL | | | | | | 9/10/2006 |
| 474 | Johnson, Rosario | USP | | | | | 9/16/2006 | 8/28/2006 |
| 475 | Johnson, Terrar S. | USP | | | | | | 8/29/2006 |
| 476 | Johnson, Victoria | LRL | | | | | | 8/14/2006 |
| 477 | Johnson, Vonciel | LRL | | | | | | 8/14/2006 |
| 478 | Johnson, Wynemia | DEC | | | | | | 8/14/2006 |
| 479 | Jones, Beverly | LRL | | | | | | 9/5/2006 |
| 480 | Jones, Bruce | USP | | | | | 9/15/2006 | |
| 481 | Jones, Bryce | USP | | | | | | 8/25/2006 |
| 482 | Jones, Dan Allen | LRL | | | | | | 9/27/2006 |
| 483 | Jones, Darlene | LRL | | | | | | 8/12/2006 |
| 484 | Jones, Desmond | DEC | | | 9/13/2006 | | | |
| 485 | Jones, Dwight | USP | | | | | 9/13/2006 | |
| 486 | Jones, Freddie A. | LRL | | | | | | 9/13/2006 |
| 487 | Jones, Gloria Jean | DEC | | | 8/25/2006 | | | |
| 488 | Jones, Joshua L. | LRL | | | | | | 9/5/2006 |
| 489 | Jones, Kelvin | USP | | | | | | 9/21/2006 |
| 490 | Jones, Lenora | LRL | | | | | | 8/14/2006 |
| 491 | Jones, Linda | DEC | | | 8/26/2006 | | | |

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 492 | Jones, Lorotta | USP | | | | | 9/22/2006 | |
| 493 | Jones, Lucy | USP | | | | | 9/14/2006 | |
| 494 | Jones, Michael | USP | | | | | | 8/22/2006 |
| 495 | Jones, Miranda | LRL | | | | | | 9/8/2006 |
| 496 | Jones, Otis | LRL | | | | | | 9/7/2006 |
| 497 | Jones, Patrick Dewayne | LRL | | | | | | 8/19/2006 |
| 498 | Jones, Ray | DEC | | | | | | 8/21/2006 |
| 499 | Jones, Reggie Parnell | USP | | | | | 9/16/2006 | |
| 500 | Jones, Ronnie | DEC | | | | | | 9/4/2006 |
| 501 | Jones, Sadie M. | LRL | | | | | | 8/16/2006 |
| 502 | Jones, Sammie | LRL | | | | | | 9/12/2006 |
| 503 | Jones, Sharon | DEC | | | | | | 10/2/2006 |
| 504 | Jones, Sherral | LRL | | | | | | 9/30/2006 |
| 505 | Jones, Shirlene | USP | | | | | | 8/22/2006 |
| 506 | Jones, Tamekia | LRL | | | | | | 8/17/2006 |
| 507 | Jones, Teresa | LRL | | | | | | 9/15/2006 |
| 508 | Jones, Tiwana | LRL | | | | | | 9/6/2006 |
| 509 | Jones, Tracey | LRL | | | | | | 9/16/2006 |
| 510 | Jones, Veronica | LRL | | | | | | 9/11/2006 |
| 511 | Jones, Waverly | LRL | | | | | | 9/5/2006 |
| 512 | Jordan, Douglas | LRL | | | | | | 9/9/2006 |
| 513 | Jordan, Stadalis | LRL | | | | | | 9/11/2006 |
| 514 | Jordan, Timothy | USP | | | | | 9/16/2006 | |
| 515 | Jordan, Tracy | LRL | | | | | | 8/22/2006 |
| 516 | Jordan, Trellis | USP | | | | | 9/11/2006 | 8/15/2006 |
| 517 | Jordan, Tressie | LRL | | | | | | can' read |
| 518 | Keith, Kevin | USP | | | | | 9/16/2006 | |
| 519 | Keller, Tamika | LRL | | | | | | 9/17/2006 |
| 520 | Kelly George | LRL | | | | | | 8/16/2006 |
| 521 | Kelly, Jimmie L. | LRL | | | | | | 8/14/2006 |
| 522 | Key, Jennifer R. | USP | x | | | | 9/24/2006 | |
| 523 | Keyes, Casey L. | LRL | | | | | | 9/6/2006 |
| 524 | Keyes, Charles D. | LRL | | | | | | 8/14/2006 |
| 525 | Keyes, Donald L. | LRL | | | | | | 8/20/2006 |
| 526 | Keyes, Jackie | LRL | | | | | | 8/15/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 527 | Keyes, Mildred M. | LRL | | | | | | 9/5/2006 |
| 528 | Keyes, Ruth H. | LRL | | | | | | 9/7/2006 |
| 529 | Keyes, Naitah R. | LRL | | | | | | 9/18/2006 |
| 530 | Keys, Ruth | LRL | | | | | | 9/15/2006 |
| 531 | Kirk, Betty R. | LRL | | | | | | 9/11/2006 |
| 532 | King, Beatrice | DEC | | | | | | 8/19/2006 |
| 533 | King, Christopher | USP | | | | | | 8/21/2006 |
| 534 | King, Gloria | USP | | | | | | 8/15/2006 |
| 535 | King, Jason Tamaricus Pugh | USP | | | | | | 8/18/2006 |
| 536 | King, Shaleatha | USP | | | | | | 9/2/2006 |
| 537 | King, Tiffany M. Pugh | USP | | | | | 9/16/2006 | 9/25/2006 |
| 538 | King, Chante | | | | | | | 8/28/2006 |
| 539 | Kiser, Mableline | ENT | | | | | | 9/5/2006 |
| 540 | Knight, Mel R., Jr. | LRL | | | | | | 10/2/2006 |
| 541 | Kreis, Demarcus M. | USP | | | | | | 8/21/2006 |
| 542 | Lacey, Cher | LRL | | | | | | 8/18/2006 |
| 543 | Lacey, Denise L. | LRL | | | | | | 8/16/2006 |
| 544 | Laffitte, Manzie | LRL | | | | | | 8/16/2006 |
| 545 | Lampkin, Jacqueline Holley | DEC | | | 9/12/2006 | | | |
| 546 | Lampley, Devoris | USP | | | | | 9/14/2006 | |
| 547 | Lampley, Michael | LRL | | | | | | 9/6/2006 |
| 548 | Lampley, Sharon | LRL | | | | | | 8/21/2006 |
| 549 | Lang, Annie | LRL | | | | | | 9/8/2006 |
| 550 | Lard, Robert | LRL | | | | | | 8/14/2006 |
| 551 | Laster, Bobbie | LRL | | | | | | 9/7/2006 |
| 552 | Lawrence, Michael | USP | | | | | 9/16/2006 | |
| 553 | Lee, Aelesha | USP | | | | | | 8/14/2006 |
| 554 | Lee, Emma J. (Thomas) | USP | | | | | | 8/28/2006 |
| 555 | Lee, Karen | USP | | | | | 9/16/2006 | |
| 556 | Lee, Kawaquane | USP | | | | | 9/16/2006 | |
| 557 | Lee, Moses | USP | | | | | | 8/21/2006 |
| 558 | Lee, Royzell | USP | | | | | | 8/26/2006 |
| 559 | Lee, Tenisha | USP | | | | | | 9/5/2006 |
| 560 | Leverette, Cassandra | LRL | | | | | | 9/5/2006 |
| 561 | Levi, Donnie | LRL | | | | | | 8/18/2006 |

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A Employee Name | B Location | C Scott | D Belue | E Bolden | F Adams | G Anderson | H Agee |
|---|---|---|---|---|---|---|---|---|
| 562 | Lewis, Clinton James | USP | | | | | | 8/19/2006 |
| 563 | Lindsay, Sherenna | LRL | | | | | | 9/8/2006 |
| 564 | Lindsey, Calvin | LRL | | | | | | 9/12/2006 |
| 565 | Lindsey, Cushenna | LRL | | | | | | 8/14/2006 |
| 566 | Lindsey, Latoya | LRL | | | | | | 9/13/2006 |
| 567 | Lindsey, Rosemary | LRL | | | | | | 9/6/2006 |
| 568 | Lindsey, Shirley | LRL | | | | | | 9/5/2006 |
| 569 | Lockwood, Fannie B. | USP | x | | | | 9/11/2006 | |
| 570 | Lofton, Amanda | LRL | | | | | | 9/7/2006 |
| 571 | Lofton, Felicia | LRL | | | | | | 9/6/2006 |
| 572 | Lofton, Larry | LRL | | | | | | 9/25/2006 |
| 573 | Lott, Lucille | LRL | | | | | | 8/21/2006 |
| 574 | Long, Regenia | USP | | | | | 9/23/2006 | 8/21/2006 |
| 575 | Love, Sharon | LRL | | | | | | 9/6/2006 |
| 576 | Lynch, Pamela Denise | LRL | | | | | | 9/8/2006 |
| 577 | Mack, Annie P. | USP | | | | | 9/13/2006 | |
| 578 | Mack, Hanson W. | USP | | | | | | 8/29/2006 |
| 579 | Maddox, Frankie | USP | | | | | 10/2/2006 | |
| 580 | Magee, Ericka R. | LRL | | | | | | 8/14/2006 |
| 581 | Magee, Sandra M. | LRL | | | | | | 8/15/2006 |
| 582 | Mahone, Jesse | USP | | | | | 9/12/2006 | |
| 583 | Mahone, Martavous | USP | | | | | | 8/24/2006 |
| 584 | Malley, Lakya | LRL | | | | | | 9/5/2006 |
| 585 | Malone, Linda | DEC | | | 9/20/2006 | | | |
| 586 | Manning, Maggie | LRL | | | | | | 9/8/2006 |
| 587 | Marrero, Xiomara | DEC | | | 8/8/2006 | | | |
| 588 | Marsh, Patricia A. | LRL | | | | | | 9/7/2006 |
| 589 | Martin, Adolph | LRL | | | | | | 8/16/2006 |
| 590 | Martin, James | USP | | | | | | 9/20/2006 |
| 591 | Martin, Katrina | USP | | | | | | 8/29/2006 |
| 592 | Martin, Mary Ann | ENT | | | | | | 9/26/2006 |
| 593 | Martin, Nekesia | USP | x | | | | 9/16/2006 | |
| 594 | Martinez, Abraham | DEC | | | 8/26/2006 | | | |
| 595 | Martinez, Maria D. | DEC | | | 9/22/2006 | | | |
| 596 | Mason, George | LRL | | | | | | 8/22/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A Employee Name | B Location | C Scott | D Belue | E Bolden | F Adams | G Anderson | H Agee |
|---|---|---|---|---|---|---|---|---|
| 597 | Mason, Helen L. | USP | | | | | 9/9/2006 | |
| 598 | Mason, Jeffery D. | LRL | | | | | | 9/12/2006 |
| 599 | Mason, Scherrie | DEC | | | | | | 8/25/2006 |
| 600 | Mason, Shanneka Evans | LRL | | | | | | 9/12/2006 |
| 601 | Mason, Wanda | DEC | | | 8/26/2006 | | | |
| 602 | Mason, William Sylvester | DEC | | | 9/20/2006 | | | |
| 603 | Matthews, Gladys | DEC | | | 8/25/2006 | | | |
| 604 | Matthews, Goree Lamont | DEC | | | 8/31/2006 | | | |
| 605 | Mayers, Jocelyna | LRL | | | | | | 9/7/2006 |
| 606 | Mayes, Bettie S. | DEC | | | 8/26/2006 | | | |
| 607 | Mayfield, Ericka | LRL | | | | | | 9/5/2006 |
| 608 | Mayfield, Travis | LRL | | | | | | 9/5/2006 |
| 609 | McCarty, Henry R. | LRL | | | | | | 8/22/2006 |
| 610 | McClain, Deron Lamar | DEC | | | | | | 8/19/2006 |
| 611 | McClain, Sheila | USP | | | | | 9/20/2006 | |
| 612 | McClain, Willie J. | USP | | | | | | 9/28/2006 |
| 613 | McClellan, Betty C. | LRL | | | | | | 8/11/2006 |
| 614 | McClendon, Santana | USP | | | | | 10/6/2006 | 8/22/2006 |
| 615 | McClendon, Quinnie | USP | | | | | 9/1/2006 | |
| 616 | McClendon, Shamika | USP | x | | | | | 8/28/2006 |
| 617 | McCray, Hope | LRL | | | | | | 10/10/2006 |
| 618 | McCray, Richard L. | LRL | | | | | | 9/9/2006 |
| 619 | McCree, Kimberly | LRL | | | | | | 8/12/2006 |
| 620 | McCullum, Douglas, Sr. | LRL | | | | | | 8/21/2006 |
| 621 | McCullum, Mable | LRL | | | | | | 9/8/2006 |
| 622 | McCullum, Maureen | LRL | | | | | | 8/23/2006 |
| 623 | McDay, Marcus | DEC | | | | | | 8/29/2006 |
| 624 | McDonald, Azaene | LRL | | | | | | 9/12/2006 |
| 625 | McDonald, Debora | LRL | | | | | | 9/6/2006 |
| 626 | McDonald, Ether | LRL | | | | | | 9/6/2006 |
| 627 | McDonald, Harold | LRL | | | | | | 8/15/2006 |
| 628 | McDonald, James E. | LRL | | | | | | 8/15/2006 |
| 629 | McDonald, Johnny | LRL | | | | | | 9/6/2006 |
| 630 | McDonald, Mary | LRL | | | | | | 9/5/2006 |
| 631 | McDougle, Jacqueline | LRL | | | | | | 8/12/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A Employee Name | B Location | C Scott | D Belue | E Bolden | F Adams | G Anderson | H Agee |
|---|---|---|---|---|---|---|---|---|
| 632 | McGay, Mattie | LRL | | | | | | 9/5/2006 |
| 633 | McGee, Jimmy, Jr. | LRL | | | | | | 8/22/2006 |
| 634 | McGee, Mary Ann | LRL | | | | | | 9/5/2006 |
| 635 | McGee Ronda R. | LRL | | | | | | 8/14/2006 |
| 636 | McGill, Kimberly M. | LRL | | | | | | 8/16/2006 |
| 637 | McInnis, Jacqueline | LRL | | | | | | 8/17/2006 |
| 638 | McKinnes, Je'Norris | USP | | | | | | 9/5/2006 |
| 639 | McKenzie, Stephenie | LRL | | | | | | 9/6/2006 |
| 640 | McLain, Reginald Orlando | LRL | | | | | | 8/28/2006 |
| 641 | McLaurin, Carolyn | LRL | | | | | | 9/15/2006 |
| 642 | McMillan, Angelia | LRL | | | | | | 9/5/2006 |
| 643 | McSwain, Shawanna | USP | | | | | 9/16/2006 | |
| 644 | Meade, Leisa | DEC | | | 9/11/2006 | | | |
| 645 | Mendel, Wendy L. | ALB | | 8/26/2006 | | | | |
| 646 | Mendoza, Ventura | DEC | | | 9/24/2006 | | | |
| 647 | Miclaney, Veronica M. | USP | | | | | | 8/29/2006 |
| 648 | Millender, Kenneth B. | DEC | | | 8/25/2006 | | | |
| 649 | Miller, Angela | DEC | | | | | | 9/8/2006 |
| 650 | Miller, Damon B. | DEC | | | | | | 8/24/2006 |
| 651 | Miller, Laderela | LRL | | | | | | 9/8/2006 |
| 652 | Miller, Pamela | ENT | | | | 9/13/2006 | | |
| 653 | Miller, Quintina | LRL | | | | | | 8/15/2006 |
| 654 | Millsap, Dorothy N. | LRL | | | | | | 8/28/2006 |
| 655 | Mims, Felicia | USP | | | | | | 8/22/2006 |
| 656 | Mireles, Isidro | DEC | | | 9/21/2006 | | | |
| 657 | Mitchell, Alice | LRL | | | | | | 8/23/2006 |
| 658 | Mitchell, Daniel | LRL | | | | | | 8/22/2006 |
| 659 | Moffett, Brandy | LRL | | | | | | 8/22/2006 |
| 660 | Moment, Duane | USP | | | | | 9/16/2006 | |
| 661 | Moncrief, Roderick | LRL | | | | | | 9/20/2006 |
| 662 | Monday, Viola L. | USP | x | | | | 9/11/2006 | |
| 663 | Moody, Shirley | DEC | | | | | | 10/9/2006 |
| 664 | Moore, Kathy | ALB | | 8/25/2006 | | | | |
| 665 | Moore, Keri | LRL | | | | | | 8/22/2006 |
| 666 | Moore, Nancy C. | USP | | | | | | 8/15/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 667 | Moore, Shirley | USP | | | | | | 9/25/2006 |
| 668 | Moore, Teshaun | LRL | | | | | | 8/26/2006 |
| 669 | Morales, Esther | DEC | | | 9/20/2006 | | | |
| 670 | Morgan, Beverly | LRL | | | | | | 8/23/2006 |
| 671 | Morris, Deborah | USP | | | | | 9/16/2006 | |
| 672 | Motley, Tommie | USP | | | | | | 8/25/2006 |
| 673 | Mullins, Caroline | DEC | | | | | | 8/21/2006 |
| 674 | Murray, Jeffery | USP | | | | | 9/16/2006 | |
| 675 | Murray, O.C. | USP | | | | | | 8/15/2006 |
| 676 | Nance, Jennifer Arnett | DEC | | | | | | 8/20/2006 |
| 677 | Nash, Oscar | DEC | | | 8/26/2006 | | | |
| 678 | Naylor, Paul | ALB | | 8/26/2006 | | | | |
| 679 | Nehley, James | USP | | | | | | 8/20/2006 |
| 680 | Nelson, Quinita | LRL | | | | | | 8/19/2006 |
| 681 | Nelson, Willie | USP | | | | | | 8/14/2006 |
| 682 | Newell, Cecelia | LRL | | | | | | 9/5/2006 |
| 683 | Newell, Shareka | LRL | | | | | | 9/7/2006 |
| 684 | Newsome, Teresa | DEC | | | 8/26/2006 | | | |
| 685 | Nichols, Katrina | LRL | | | | | | 8/21/2006 |
| 686 | Nickelson, Dannie | LRL | | | | | | 9/9/2006 |
| 687 | Nixon, Albert | LRL | | | | | | 8/16/2006 |
| 688 | Nixon, Diane | LRL | | | | | | 8/22/2006 |
| 689 | Nixon, Kenneth Lee | LRL | | | | | | 9/7/2006 |
| 690 | Nobles, Carroll, Jr. | LRL | | | | | | 8/28/2006 |
| 691 | Nobles, Cassandra | USP | | | | | | 8/24/2006 |
| 692 | Nobles, Jerlean | LRL | | | | | | 8/12/2006 |
| 693 | Nobles, Larry T. | USP | | | | | | 9/11/2006 |
| 694 | Nobles, Steven | USP | | | | | | 9/11/2006 |
| 695 | Ocampo, Andres | DEC | | | | | | 8/27/2006 |
| 696 | Oliver, Augusta | USP | | | | | | 9/8/2006 |
| 697 | Oliver, Joan | USP | | | | | 9/9/2006 | |
| 698 | Oliver, Judy S. | ALB | | 8/25/2006 | | | | |
| 699 | Oliver, Lamisha | USP | x | | | | 9/16/2006 | |
| 700 | Oree, Marcus | USP | | | | | | 8/23/2006 |
| 701 | Orr, April C. | DEC | | | 8/25/2006 | | | |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 702 | Orr, Dishena L. | DEC | | | | | | 8/20/2006 |
| 703 | Orr, Paula | DEC | | | 8/26/2006 | | | |
| 704 | Hopkins-Overton, Doris | DEC | | | | | | 8/18/2006 |
| 705 | Overton, Fredy L. | DEC | | | 9/18/2006 | | | 8/27/2006 |
| 706 | Owens, Irvin L. | USP | | | | | | 9/5/2006 |
| 707 | Owens, Mary | LRL | | | | | | 8/21/2006 |
| 708 | Owens, Pamela | DEC | | | | | | 8/16/2006 |
| 709 | Owens, Yasmine E. | DEC | | | | | | 8/10/2006 |
| 710 | Paige, Billy | USP | | | | | | 8/14/2006 |
| 711 | Page, Isis M. | LRL | | | | | | 8/15/2006 |
| 712 | Page, Marsha Delean | LRL | | | | | | |
| 713 | Palm, George | USP | | | | | 9/14/2006 | |
| 714 | Parham, Charlie, Sr. | USP | | | | | | 9/11/2006 |
| 715 | Parham, George | USP | | | | | 9/16/2006 | |
| 716 | Parham, Kawanna | USP | | | | | | 8/19/2006 |
| 717 | Parhams, Bobbie A. | USP | x | | | | 9/16/2006 | |
| 718 | Parker, Danny | USP | | | | | 9/18/2006 | |
| 719 | Parker, Darnell | USP | | | | | | 9/5/2006 |
| 720 | Parker, Harvey Cornelius | USP | | | | | 9/14/2006 | 8/31/2006 |
| 721 | Parker, Mary J. | LRL | | | | | | 9/5/2006 |
| 722 | Parker, Ruby | LRL | | | | | | 9/11/2006 |
| 723 | Passmore, Curtis | USP | | | | | | 9/7/2006 |
| 724 | Passmore, Wallace | USP | | | | | | 8/30/2006 |
| 725 | Patten, John | DEC | | | | | | 8/28/2006 |
| 726 | Patterson, Dianne | USP | | | | | | 8/22/2006 |
| 727 | Patterson, Lenett | USP | | | | | 9/11/2006 | |
| 728 | Patterson, Shirley J. | USP | x | | | | 9/16/2006 | |
| 729 | Patterson, Shirtoria L. | USP | x | | | | 9/16/2006 | |
| 730 | Payton, Bernice | LRL | | | | | | 8/16/2006 |
| 731 | Payton, Corey | LRL | | | | | | 8/21/2006 |
| 732 | Payton, Willie D., Jr. | LRL | | | | | | 8/17/2006 |
| 733 | Pearson, Lashunda | USP | | | | | | 8/15/2006 |
| 734 | Pearson, Nettie Darlene | DEC | | | | | | 9/6/2006 |
| 735 | Peebles, Jaime | USP | | | | | 9/9/2006 | |
| 736 | Peebles, Ruby | USP | | | | | 9/12/2006 | |

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A Employee Name | B Location | C Scott | D Belue | E Bolden | F Adams | G Anderson | H Agee |
|---|---|---|---|---|---|---|---|---|
| 737 | Perry, Diane | LRL | | | | | | 8/16/2006 |
| 738 | Penn, Rachel | USP | x | | | | 9/12/2006 | |
| 739 | Person, Jim H. | USP | | | | | | 7/18/2006 |
| 740 | Person, Ruby M. | USP | | | | | 9/12/2006 | |
| 741 | Peterson, Claus D. | DEC | | | 8/26/2006 | | | |
| 742 | Pickens, Kolya | LRL | | | | | | 9/28/2006 |
| 743 | Pickering, Maria | LRL | | | | | | 9/5/2006 |
| 744 | Pierce, Carolyn | LRL | | | | | | 9/8/2006 |
| 745 | Pierce, Mack | LRL | | | | | | 9/5/2006 |
| 746 | Pittman, Michelle | LRL | | | | | | 9/22/2006 |
| 747 | Pittman, Natasha | LRL | | | | | | 9/5/2006 |
| 748 | Pitts, Ida | LRL | | | | | | 8/28/2006 |
| 749 | Pitts, Peggy L. | USP | | | | | 9/16/2006 | 8/15/2006 |
| 750 | Plummer, Erica | LRL | | | | | | 9/11/2006 |
| 751 | Plummer, Kimberly | LRL | | | | | | 8/14/2006 |
| 752 | Plummer, William | LRL | | | | | | 9/2/2006 |
| 753 | Pointer, Charlotte | DEC | | | 8/26/2006 | | | |
| 754 | Pointer, Daniel J. | DEC | | | 8/25/2006 | | | |
| 755 | Pointer, Gloria Denise | DEC | | | | | | |
| 756 | Pointer, Malenthia | DEC | | | 8/26/2006 | | | 8/23/2006 |
| 757 | Poe, Bruce T. | ALB | | 8/25/2006 | | | | |
| 758 | Pointer, Theletha O. | DEC | | | | | | 8/15/2006 |
| 759 | Pollock, Gregory | LRL | | | | | | 8/29/2006 |
| 760 | Porter, Japonica | DEC | | | 8/26/2006 | | | |
| 761 | Porter, Jeffrey | DEC | | | | | | |
| 762 | Porter, Peronica | DEC | | | | | | 8/18/2006 |
| 763 | Shelton-Porter Angela | LRL | | | | | | 8/23/2006 |
| 764 | Porter, Lakesha | LRL | | | | | | 9/5/2006 |
| 765 | Portis, Latisha | LRL | | | | | | 8/12/2006 |
| 766 | Pou, Christopher G. | LRL | | | | | | 8/12/2006 |
| 767 | Powe, Annie | LRL | | | | | | 8/18/2006 |
| 768 | Powe, Larry J. | LRL | | | | | | 9/20/2006 |
| 769 | Powe, Leon | LRL | | | | | | 9/18/2006 |
| 770 | Powe, Tina M. | LRL | | | | | | 9/18/2006 |
| 771 | Powell, Darryl | LRL | | | | | | 8/22/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A Employee Name | B Location | C Scott | D Belue | E Bolden | F Adams | G Anderson | H Agee |
|---|---|---|---|---|---|---|---|---|
| 772 | Pozo, Hugo E. | DEC | | | 9/19/2006 | | | |
| 773 | Pride, Minnie | DEC | | | 9/13/2006 | | | |
| 774 | Prince, Jackie F | DEC | | | | | | |
| 775 | Pritchett, Betty Tolliver | USP | | | | | | 8/22/2006 |
| 776 | Pritchett, Delois | USP | x | | | | 9/9/2006 | 8/21/2006 |
| 777 | Pritchett, Marie | USP | | | | | 9/16/2006 | |
| 778 | Pruitt, Bobbie Jean | LRL | | | | | | 9/9/2006 |
| 779 | Pruitt, Shana | USP | | | | | | 9/16/2006 |
| 780 | Pruitt, Tashuan | LRL | | | | | | 8/15/2006 |
| 781 | Pugh, James E. | LRL | | | | | | 8/13/2006 |
| 782 | Pugh, Ollie M. | USP | | | | | 9/5/2006 | |
| 783 | Quarells, Carlton | LRL | | | | | | 9/7/2006 |
| 784 | | | | | | | | 8/23/2006 |
| 785 | | | | | | | | 8/28/2006 |
| 786 | Ramirez, Domingo | DEC | | | 9/21/2006 | | | |
| 787 | Ramos, Manuel | DEC | | | 8/30/2006 | | | 8/30/2006 |
| 788 | | | | | 8/31/2006 | | | 8/21/2006 |
| 789 | Randolph, Betty | USP | x | | | | 9/16/2006 | |
| 790 | Randolph, Deloise | USP | x | | | | 9/10/2006 | |
| 791 | Holliday-Raybon, Richetta | USP | | | | | | 8/14/2006 |
| 792 | | | | | | | | 8/21/2006 |
| 793 | Rayburn, Mary Dean | USP | | | | | 9/16/2006 | 8/13/2006 |
| 794 | Reed, Lela Pearl | DEC | | | 8/25/2006 | | | |
| 795 | Reed, Ola M. | USP | x | | | | 9/1/2006 | |
| 796 | Reynolds, Tavaris | DEC | | | 8/26/2006 | | | |
| 797 | Rice, Michael W. | ALB | | 8/25/2006 | | | | |
| 798 | Richey, Latasha | LRL | | | | | | 8/15/2006 |
| 799 | Richey, Tammy Renee | ALB | | 8/25/2006 | | | | |
| 800 | Rick, Monique H. | LRL | | | | | | 9/12/2006 |
| 801 | Ricks, Diane Garner | DEC | | | 8/26/2006 | | | 8/18/2006 |
| 802 | Riley, Tessie | ENT | | | | | | 8/31/2006 |
| 803 | Rios, Amanda | DEC | | | 10/4/2006 | | | |
| 804 | Rios, Jose Roman | DEC | | | 8/26/2006 | | | |
| 805 | Rivers, Demetrius | USP | | | | | 9/1/2006 | |
| 806 | Rivers, Francine | LRL | | | | | | 8/15/2006 |

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A Employee Name | B Location | C Scott | D Belue | E Bolden | F Adams | G Anderson | H Agee |
|---|---|---|---|---|---|---|---|---|
| 807 | Rivers, Rosia | LRL | | | | | | 9/11/2006 |
| 808 | Robbins, Tracy | USP | | | | | 9/24/2006 | |
| 809 | Roberson, Gloria | USP | | | | | | 8/15/2006 |
| 810 | Roberts, Jocelyn | LRL | | | | | | 8/16/2006 |
| 811 | Robinson, Alfred | USP | x | | | | 9/6/2006 | |
| 812 | Robinson, Birda Mae | DEC | | | | | | 8/19/2006 |
| 813 | Robinson, Felicia | LRL | | | 9/11/2006 | | | 9/25/2006 |
| 814 | Robinson, Fredrick | LRL | | | | | | 9/5/2006 |
| 815 | Robinson, Gladys | DEC | | | 9/12/2006 | | | |
| 816 | Robinson, Kizzy | LRL | | | | | | 9/5/2006 |
| 817 | Robinson, Ludie Mae | DEC | | | 8/25/2006 | | | |
| 818 | Robinson, Robert | DEC | | | | | | 8/15/2006 |
| 819 | Robinson, Teresa | DEC | | | 9/26/2006 | | | |
| 820 | Rodgers, Alice | LRL | | | | | | 9/5/2006 |
| 821 | Rodgers, Christine | USP | | | | | 9/19/2006 | |
| 822 | Rodgers, John R. | USP | x | | | | | 11/21/2006 |
| 823 | Rodgers, Mattie P. | USP | x | | | | 9/9/2006 | |
| 824 | Rogers, Carolyn | LRL | | | | | | 9/10/2006 |
| 825 | Rogers, Christopher | USP | | | | | | 10/30/2006 |
| 826 | Rogers, Teresa | LRL | | | | | | 9/18/2006 |
| 827 | Rogers, Yolanda | DEC | | | 8/25/2006 | | | |
| 828 | Romar, Salvadora | DEC | | | 8/25/2006 | | | |
| 829 | Ruffin, Hazel | LRL | | | | | | 9/5/2006 |
| 830 | Rumph, Albertha | USP | | | | | | 8/21/2006 |
| 831 | Rumph, Larry | USP | | | | | 9/16/2006 | |
| 832 | Rumph, Sherry | USP | x | | | | 9/10/2006 | |
| 833 | Russell, Bessie | LRL | | | | | | 9/13/2006 |
| 834 | Russell, Gloria | DEC | | | | | | |
| 835 | Russell, Tyieshia | LRL | | | | | | 8/5/2006 |
| 836 | Sanders, Cleveland | LRL | | | | | | 9/6/2006 |
| 837 | Sanders, Curtis | LRL | | | | | | 9/5/2006 |
| 838 | Sanders, Jeffery K. | USP | | | | | | 8/21/2006 |
| 839 | Sanders, Lesia | LRL | | | | | | 9/2/2006 |
| 840 | Sanders, Tonya S. | DEC | | | | | | 8/16/2006 |
| 841 | Sanders, Willie Jean | LRL | | | | | | 8/19/2006 |

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 842 | Satcher, Roshay | LRL | | | | | | 9/18/2006 |
| 843 | Scott, Aggie | USP | | | | | 9/16/2006 | 8/14/2006 |
| 844 | Scott, John | USP | | | | | 9/16/2006 | 8/14/2006 |
| 845 | Scruggs, Emma J. | DEC | | | 8/26/2006 | | | |
| 846 | Seals, May | LRL | | | | | | 9/1/2006 |
| 847 | Sears, Veronica H. | DEC | | | | | | 8/21/2006 |
| 848 | Serafin, Lorenzo | DEC | | | | | | |
| 849 | Shanks, Dominique | LRL | | | 9/20/2006 | | | 9/26/2006 |
| 850 | Sharpley, Michael | DEC | | | 8/26/2006 | | | |
| 851 | Shelby, Ronald C. | LRL | | | | | | 8/15/2006 |
| 852 | Shelley, Freddie L. | USP | x | | | | 9/9/2006 | |
| 853 | Shelley, Mayola | USP | | | | | 9/16/2006 | 8/21/2006 |
| 854 | Shipmon, Zondra | ENT | | | | 9/9/2006 | | |
| 855 | Simmons, Beverly | USP | | | | | 9/29/2006 | |
| 856 | Sims, Justin | LRL | | | | | | no date |
| 857 | Smart, Tammy J. | USP | x | | | | 10/3/2006 | |
| 858 | Smiley, Lisa | USP | | | | | | 9/5/2006 |
| 859 | Smith, Althea | USP | | | | | 9/16/2006 | |
| 860 | Smith, Charlotte | USP | | | | | 9/13/2006 | 8/21/2006 |
| 861 | Smith, Cornelius | LRL | | | | | | 9/6/2006 |
| 862 | Smith, Daphny | LRL | | | | | | 8/25/2006 |
| 863 | Smith, Dessie | USP | | | | | 9/9/2006 | 8/29/2006 |
| 864 | Smith, Dorothy A. | USP | x | | | | | |
| 865 | Smith, Earnestine | USP | | | | | | 8/16/2006 |
| 866 | Smith, Gloria | USP | | | | | 9/22/2006 | |
| 867 | Smith, Janekia | USP | | | | | 9/16/2006 | |
| 868 | Smith, Jaynell (Hall) | LRL | | | | | | 8/22/2006 |
| 869 | Smith, Lashonda | USP | | | | | | 8/26/2006 |
| 870 | Smith, Linda | USP | | | | | | 8/14/2006 |
| 871 | Smith, Mildred | USP | | | | | | 8/20/2006 |
| 872 | Smith, Rhonda | DEC | | | | | | 8/15/2006 |
| 873 | Snowden, Mary E. | LRL | | | | | | 8/21/2006 |
| 874 | Snyder, Kelvin L. | LRL | | | | | | 8/22/2006 |
| 875 | Soto, Alecia | DEC | | | | | | 8/18/2006 |
| 876 | Soto, Salvador | DEC | | | | | | 8/23/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 877 | Spann, Mary E. | USP | x | | | | 9/16/2006 | |
| 878 | Sparks, Cruz Jason | USP | | | | | | 8/15/2006 |
| 879 | Sparks, Cynthia | USP | | | | | | 8/22/2006 |
| 880 | Sparks, Eunice B. | USP | | | | | 9/1/2006 | |
| 881 | Sparks, Kimberlyn Denise | USP | | | | | 9/16/2006 | 8/15/2006 |
| 882 | Sparks, Melvin L. | USP | | | | | | 8/24/2006 |
| 883 | Sparks, Stacie | USP | | | | | | 8/14/2006 |
| 884 | Spencer, Alonzo | LRL | | | | | | 8/21/2006 |
| 885 | Spencer, Gwen | LRL | | | | | | 8/26/2006 |
| 886 | Spencer, Orlando | LRL | | | | | | 9/7/2006 |
| 887 | Spencer, Tereinzo | LRL | | | | | | 9/11/2006 |
| 888 | Stanley, Carlos | USP | | | | | 9/15/2006 | 8/16/2006 |
| 889 | Steele, Rose M. | DEC | | | 8/26/2006 | | | |
| 890 | Steele, Veeta Swantae | DEC | | | | | | 8/15/2006 |
| 891 | Steelman, Rebecca | DEC | | | 9/3/2006 | | | |
| 892 | Stephens, Ruby | USP | | | | | 9/13/2006 | |
| 893 | Stevens, Bobby R. | LRL | | | | | | 8/15/2006 |
| 894 | Steward, Marcy | LRL | | | | | | 9/5/2006 |
| 895 | Stewart, Earline | LRL | | | | | | 8/15/2006 |
| 896 | Stewart, Marche | USP | | | | | 9/16/2006 | |
| 897 | Stewart, Marvin | USP | | | | | 9/10/2006 | |
| 898 | Still, Angela Marie | USP | | | | | | 8/25/2006 |
| 899 | Still, Lanethia | USP | | | | | | 8/16/2006 |
| 900 | Stitts, Noble | LRL | | | | | 9/16/2006 | 8/28/2006 |
| 901 | Streeter, Jerry | USP | | | | | | 8/17/2006 |
| 902 | Streeter, Mary | USP | | | | | | 9/12/2006 |
| 903 | Strickland, Mattie | DEC | | | 8/26/2006 | | | |
| 904 | Sullen, Darlene A. | USP | | | | | 9/2/2006 | |
| 905 | Sullivan, Margaret | LRL | | | | | | 8/14/2006 |
| 906 | Sumrall, Robert | USP | | | | | | 9/6/2006 |
| 907 | Sumrall, Sonya | LRL | | | | | | 8/26/2006 |
| 908 | Sutherlin, Dorian Gaiter | DEC | | | | | | 8/27/2006 |
| 909 | Swanson, Jacqueline | USP | | | | | | 8/21/2006 |
| 910 | Swanson, Rosa | USP | | | | | | 8/19/2006 |
| 911 | Tanner, Jamillia | LRL | | | | | | 9/25/2006 |

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 912 | Tarver, Christopher | USP | | | | | | 9/26/2006 |
| 913 | Tarver, Christopher D. | USP | | | | | | 8/21/2006 |
| 914 | Tarver, Darlene A. | USP | x | | | | 9/11/2006 | |
| 915 | Tarver, Helen | USP | | | | | | 8/16/2006 |
| 916 | Tarver, LaQuiona | USP | | | | | | 8/14/2006 |
| 917 | Tarver, Lawanda | USP | | | | | 9/22/2006 | |
| 918 | Tarver, Lillie | USP | | | | | 9/16/2006 | |
| 919 | Tarver, Sabrena | USP | | | | | 9/11/2006 | |
| 920 | Tarver, Sherry | USP | | | | | 9/20/2006 | 8/14/2006 |
| 921 | Tarver, Theresa A. | USP | x | | | | 9/13/2006 | |
| 922 | Tarver, Wendy | USP | | | | | 9/23/2006 | |
| 923 | Taylor, April | LRL | | | | | | 9/18/2006 |
| 924 | Taylor, Davida | LRL | | | | | | 8/14/2006 |
| 925 | Taylor, Hawthorn | DEC | | | 8/26/2006 | | | |
| 926 | Taylor, Johnnie R. | USP | | | | | | 8/14/2006 |
| 927 | Taylor, Linda | LRL | | | | | | 8/22/2006 |
| 928 | Taylor, Murphy | LRL | | | | | | 9/5/2006 |
| 929 | Taylor, Shawn | DEC | | | 8/26/2006 | | | |
| 930 | Taylor, Sherry | DEC | | | 8/26/2006 | | | |
| 931 | Thames, Doris A. | LRL | | | | | | 10/12/2006 |
| 932 | Thames, Levell | LRL | | | | | | 8/15/2006 |
| 933 | Thames, Meriam Yvett | DEC | | | | | | 9/12/2006 |
| 934 | Thomas, Barbara D. | LRL | | | | | | 9/7/2006 |
| 935 | Thomas, Eddie | ENT | | | | | | 8/29/2006 |
| 936 | Thomas, Mary E. | USP | | | | | 9/16/2006 | 8/17/2006 |
| 937 | Thomas, Richard | USP | | | | | | 8/20/2006 |
| 938 | Thomas, Richard Daniel | USP | | | | | | 9/4/2006 |
| 939 | Thomas, Roy L., Jr. | DEC | | | | | | 8/14/2006 |
| 940 | Thomas, Tameca | ENT | | | | | | 9/5/2006 |
| 941 | Thomas, Tuwanda L. | USP | | | | | 9/13/2006 | |
| 942 | Thompkins, Terrance | USP | | | | | | 8/21/2006 |
| 943 | Thompson, Demetrius A. | LRL | | | | | | 9/5/2006 |
| 944 | Thompson, Jerry Wayne | DEC | | | 8/26/2006 | | | |
| 945 | Thorpe, Pamela | USP | x | | | | 9/16/2006 | |
| 946 | Tillery, Amanda R. | LRL | | | | | | 8/15/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 947 | Tillman, Debbie L. | LRL | | | | | | 8/22/2006 |
| 948 | Tipton, Betty B. | ALB | | 9/12/2006 | | | | |
| 949 | Todd, Michael | USP | | | | | | 8/15/2006 |
| 950 | Torres, Modesto | DEC | | | 8/25/2006 | | | |
| 951 | Torres, Yesenia | DEC | | | | | | |
| 952 | Tolliver, Tony | USP | | | | | | 8/30/2006 |
| 953 | Townsend, Alice | USP | | | | | | 8/21/2006 |
| 954 | Townsend, Chester L. | USP | x | | | | 9/16/2006 | 8/18/2006 |
| 955 | Townsend, Eula | USP | | | | | 9/16/2006 | 8/22/2006 |
| 956 | Tucker, Judy A. | DEC | | | 8/25/2006 | | | |
| 957 | Tuggles, Martha A. | USP | x | | | | 9/2/2006 | |
| 958 | Turner, Geraldine | DEC | | | 8/25/2006 | | | 8/28/2006 |
| 959 | Turner, Jacqueline | USP | | | | | | |
| 960 | Turner, Patricia | DEC | | | 9/5/2006 | | | |
| 961 | Trabue, Hytasha | USP | | | | | | 8/23/2006 |
| 962 | Trotter, Nisha | LRL | | | | | | 9/6/2006 |
| 963 | Tucker, Carlo Andrew | LRL | | | | | | 9/5/2006 |
| 964 | Turner, Deborah | LRL | | | | | | 8/14/2006 |
| 965 | Turner, Sadie D. | LRL | | | | | | 8/17/2006 |
| 966 | Tyson, Bridgett Lynn | ENT | | | | | | 9/2/2006 |
| 967 | Vale, Natasha | LRL | | | | | | 9/6/2006 |
| 968 | Vann, Debra | LRL | | | | | | 9/12/2006 |
| 969 | Vaughn, Melissa | ENT | | | | | | 9/10/2006 |
| 970 | Vera, Joaquin | DEC | | | 8/26/2006 | | | |
| 971 | Vickers, Katie L. | LRL | | | | | | 8/25/2006 |
| 972 | Vinson, Constance | ALB | | 8/28/2006 | | | | |
| 973 | Vinson, George A. | DEC | | | | | | 8/24/2006 |
| 974 | Vinson, Jannie L. | DEC | | | 8/26/2006 | | | |
| 975 | Wade, Marlowe | DEC | | | | | | 10/27/2006 |
| 976 | Walker, Gloria | LRL | | | | | | 8/29/2006 |
| 977 | Walker, Mary | LRL | | | | | | 9/20/2006 |
| 978 | Walker, Pamela | LRL | | | | | | 9/5/2006 |
| 979 | Walker, Shirlene (Ferrell) | LRL | | | | | | 8/24/2006 |
| 980 | Wallace, Angela | DEC | | | 8/26/2006 | | | |
| 981 | Wallace, Betty | USP | | | | | | 9/11/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

## PLAINTIFF COMPARISON
### (Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 982 | Ward, Lavana | USP | | | | | | 8/29/2006 |
| 983 | Ward, Sarah B. | DEC | | | 8/26/2006 | | | |
| 984 | Warren, Shanika | LRL | | | | | | 9/7/2006 |
| 985 | Warmack, Linda | USP | | | | | | 9/29/2006 |
| 986 | Warmack, Terrance | USP | | | | | 9/29/2006 | 8/27/2006 |
| 987 | Washam, Mattie | LRL | | | | | | 8/15/2006 |
| 988 | Washington, Brenda | LRL | | | | | | 8/19/2006 |
| 989 | Washington, Mary J. | USP | | | | | 9/12/2006 | 8/15/2006 |
| 990 | Washington, Tyrone | USP | | | | | | 8/22/2006 |
| 991 | Waters, Nakia S. | LRL | | | | | | 8/24/2006 |
| 992 | Waters, Regina | LRL | | | | | | 9/7/2006 |
| 993 | Watkins, Milton | DEC | | | | | | 8/25/2006 |
| 994 | Watson, Latasha | LRL | | | | | | 8/15/2006 |
| 995 | Webb, Cora | LRL | | | | | | 9/26/2006 |
| 996 | West, Barbara | LRL | | | | | | 8/14/2006 |
| 997 | West, J.B. | DEC | | | 10/2/2006 | | | |
| 998 | West, Scott | LRL | | | | | | 9/20/2006 |
| 999 | Wheeler, Clara | ENT | | | | | | 9/26/2006 |
| 1000 | Wheeler, Kennetra | USP | | | | | | 8/21/2006 |
| 1001 | White, Alene | DEC | | | 8/25/2006 | | | |
| 1002 | White, Barbara | LRL | | | | | | 9/5/2006 |
| 1003 | White, Bonnie J. | LRL | | | | | | 9/15/2006 |
| 1004 | White, James W. | LRL | | | | | | 9/29/2006 |
| 1005 | White, Kurt L. | LRL | | | | | | 8/29/2006 |
| 1006 | White, Rodney | USP | | | | | | 8/21/2006 |
| 1007 | Wiggins, Myrtle | DEC | | | | | | 8/22/2006 |
| 1008 | Wiggins, Paula Patrice | DEC | | | | | | 9/9/2006 |
| 1009 | Wilkerson, Margert | DEC | | | | | | 8/23/2006 |
| 1010 | Williams, Anthony Q. | USP | | | | | | No date |
| 1011 | Williams, Barbara | DEC | | | 9/1/2006 | | | |
| 1012 | Williams, Betty Jean | DEC | | | 8/26/2006 | | | |
| 1013 | Williams, Callie M. | USP | | | | | 9/16/2006 | 8/14/2006 |
| 1014 | Williams, Calvin | USP | | | | | | 8/23/2006 |
| 1015 | Williams, Demetria | LRL | | | | | | 9/6/2006 |
| 1016 | Williams, Frances | ENT | | | | | | 9/6/2006 |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 1017 | Williams, Fredonia | LRL | | | | | | 9/25/2006 |
| 1018 | Williams, Mary C. | LRL | | | | | | 9/12/2006 |
| 1019 | Williams, Ophelia | LRL | | | | | | 8/23/2006 |
| 1020 | Williams, Pleshette | USP | | | | | 9/16/2006 | |
| 1021 | Williams, Renard | LRL | | | | | | 9/14/2006 |
| 1022 | Williams, Ruby Jean | USP | | | | | | 8/15/2006 |
| 1023 | Williams, Tracy | DEC | | | | | | 8/21/2006 |
| 1024 | Williams, Virginia | LRL | | | | | | 9/5/2006 |
| 1025 | Williams, Woozie | DEC | | | | | | 8/21/2006 |
| 1026 | Williamson, Alan L. | USP | | | 8/18/2006 | | 9/10/2006 | 8/15/2006 |
| 1027 | Willis, Laurie A. | USP | | | | | 9/16/2006 | 9/22/2006 |
| 1028 | Wilson, Carl B. | LRL | | | | | | 8/31/2006 |
| 1029 | Wilson, Casey | DEC | | | | | | |
| 1030 | Wilson, Chelsea | LRL | | | | | | 8/30/2006 |
| 1031 | Wilson, Gregory | LRL | | | | | | 9/22/2006 |
| 1032 | Wilson, Minnie R. | LRL | | | | | | 8/12/2006 |
| 1033 | Windham, Melvin, Jr. | LRL | | | | | | 9/10/2006 |
| 1034 | Winnick, Anthony | LRL | | | | | | 8/29/2006 |
| 1035 | Wolverton, Katrina | LRL | | | | | | 9/18/2006 |
| 1036 | Womack, Marilyn M. | LRL | | | | | | 9/20/2006 |
| 1037 | Woods, LaQuetta | USP | | | | | 9/16/2006 | |
| 1038 | Woods, Rita Ann | DEC | | | 8/20/2006 | | | |
| 1039 | Wright, Vera L. | USP | x | | | | 9/16/2006 | |
| 1040 | Wynn, Jenifer | ALB | | 8/26/2006 | | | | |
| 1041 | Young, Amy | LRL | | | | | | 9/6/2006 |
| 1042 | Young, Betty J. | USP | x | | | | 9/12/2006 | |
| 1043 | Young, Lonnie | LRL | | | | | | 8/23/2006 |
| 1044 | Youngblood, Angela F. | USP | x | | | | 10/2/2006 | |
| 1045 | Youngblood, Christine | USP | | | | | 9/4/2006 | 9/28/2006 |
| 1046 | Youngblood, Darnaillee S. | USP | x | | | | 9/26/2006 | |
| 1047 | Youngblood, Latoya | USP | | | | | | 9/7/2006 |
| 1048 | Youngblood, Shirley P. | USP | x | | | | 9/12/2006 | |
| 1049 | | | | | | | | |
| 1050 | Total | | | 20 | 108 | 4 | 188 | 770 |
| 1051 | | | | | | | | |

JACKLIB-#54774-v1-Plaintiff_Comparison_Spreadsheet

1/12/2007

PLAINTIFF COMPARISON
(Wayne Farms FLSA)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Employee Name | Location | Scott | Belue | Bolden | Adams | Anderson | Agee |
| 1052 | KEY: | | | | | | | |
| 1053 | 193 USP in Agee | | | | | | | |
| 1054 | 73 DEC in Agee | | | | | | | |
| 1055 | 25 ENT in Agee | | | | | | | |
| 1056 | 2 ALB in Agee | | | | | | | |
| 1057 | 48 Overlap DEC & USP | | | | | | | |
| 1058 | | | | | | | | |

Case 2:05-cv-00080-MEF-CSC    Document 76-1    Filed 01/22/2006    Page 4 of 8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BERTHA SCOTT, IVORY ELLIS,                    )
FELICIA WHEELER, BRENDA AUSTIN,               )
LUCILLE AUSTIN, SHARON BIGGERS,               )
SHIRLEY BORDERS, ANGELA                       )
CALLOWAY, PAMELA JOHNSON,                     )
SHIRTORIA PATTERSON, FREDDIE L.               )
SHELLEY, DARLENE SMITH, STEVEN                )
SMITH, DONELL SWANSON, PAMELA                 )
THORPE, KEVIN WILLIAMS, VERA L.               )
WRIGHT, SHIRLEY YOUNGBLOOD, and               )
WILLIE J. SCOTT, JR., on behalf of            )
themselves and all others similarly situated, )
                                              )
Plaintiffs,                                   )
                                              )
vs.                                           )    CASE NUMBER: 2:05cv80-MEF
                                              )
WAYNE FARMS, LLC,                             )
CONTINENTAL GRAIN COMPANY,                    )
d/b/a WAYNE FARMS, LLC,                        )
                                              )
Defendants.                                   )

## JOINT MOTION FOR SETTLEMENT APPROVAL, FOR JOINDER AND DISMISSAL OF PARTIES AND FOR ENTRY OF FINAL JUDGMENT

Pursuant to the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201, *et seq.*, the named

Plaintiffs in this action and the prospective Plaintiffs who have signed the Consents attached as

Exhibit 1 to this Motion come before the Court through counsel, together with the Defendants,

through counsel, moving this Court to allow the Consent filers to join this action as Plaintiffs for

purposes of settlement, to approve the parties' settlement as required to give it binding effect

under the FLSA, and to enter the stipulated final judgment crafted by counsel for that purpose.

In support of this Motion, the parties jointly represent to the Court each of the following things.

1.    Ivory Ellis, Bertha Scott, Willie J. Scott, Jr. and Felicia Wheeler filed this action

on January 28, 2005. The remaining Plaintiffs joined the action effective June 22, 2005.

Plaintiffs contend that they and others said to be similarly situated are entitled to recover from

the Defendants unpaid overtime pursuant to 29 U.S.C. § 216(b). The crux of their case is that

Wayne Farms failed to pay employees of its Union Springs, Alabama live chicken processing

47303.1

facility for all time those employees spent donning and doffing job-related clothing and personal protective equipment.

    2.    The Plaintiffs filed a timely motion for initial certification to maintain this as a collective action pursuant to 29 U.S.C. § 216(b). That motion has been briefed extensively. In addition to written discovery, counsel for the parties have exchanged a large volume of payroll and personnel data in connection with the motion briefing. See docket numbers 36 through 44. The Court has not ruled upon the collective action certification motion.

    3.    The Consent filers seek to join this action for the purposes of settlement. Counsel for the Movants have reviewed the Consents and relevant payroll data and have determined that the persons listed in the following table were employed by Wayne Farms LLC at its Union Springs, Alabama live chicken processing plant during the time periods indicated on the table.

    Bold text indicates that the employee was a Plaintiff in this action prior to October 26, 2005.

| Name | Active | PT | Dept. Name | Comp. Rate | Orig..Date | Term. Date |
|---|---|---|---|---|---|---|
| Addison, Joyce R | A | Y | Boneless Pack | 8.75 | 7-7-87 | |
| Anthony, Carolyn E | A | Y | Debone Breast 3 | 8.85 | 6-12-84 | |
| Austin, Brenda F. | T | Y | Sanitation | 8.65 | 9-20-85 | 4-6-04 |
| Austin, Lucille W. | A | Y | Debone Breast 3 | 8.85 | 5-17-83 | |
| Avery, Mary L | A | Y | Paws Labor | 8.85 | 9-5-72 | |
| Baker, Mattie M | A | Y | Boneless Pack | 8.75 | 10-19-92 | |
| Baldwin, Nona R | A | Y | Boneless Pack | 8.85 | 5-13-96 | |
| Banks, Sharon D. | T | Y | Debone Thigh 3 | 7.35 | 9-16-02 | 11-13-02 |
| Biggers, Sharon M. | A | Y | Weighmaster | 9.1 | 9-10-91 | |
| Borders, Shirley A. | A | Y | Boneless Pack | 8.9 | 9-28-81 | |
| Braxton, Shenika | T | Y | Debone Breast 4 | 8.7 | 11-18-02 | 12-29-04 |
| Broswell, Terrence | T | Y | Debone Breast 4 | 7.6 | 2-9-05 | 4-18-05 |
| Brown, Christine | T | Y | Eviscerating 2 | 8.6 | 5-5-93 | 4-1-05 |
| Brown, Ella R | T | Y | Debone Utility | 8.2 | 7-13-98 | 6-1-04 |
| Burney, Kathy | A | Y | Boneless Pack | 8.75 | 4-8-97 | |
| Burney, Patricia | A | Y | Debone Breast 5 | 8.85 | 4-7-97 | |
| Byrts, Valarie P | T | Y | Debone Breast 2 | 8.85 | 5-23-91 | 8-1-05 |
| Calloway, Angela | T | Y | Debone Breast 2 | 8.45 | 6-16-99 | 10-16-03 |
| Carter, Cicely J. | T | Y | Raw Marination | 8.25 | 5-31-01 | 5-27-03 |
| Chance, Martha M. | T | Y | Shipping | 9 | 3-19-01 | 7-5-05 |
| Cobb, Talisha | A | Y | MDM | 8.85 | 11-21-02 | |
| Coleman, Edna J | A | Y | Debone Breast 4 | 8.85 | 4-25-97 | |
| Cox, Mary L | A | Y | Boneless Pack | 8.75 | 9-23-97 | |
| Cunningham, Jawanna Q | A | Y | Shipping | 9.1 | 3-27-97 | |

| Name | | | Job | Rate | Date | |
|---|---|---|---|---|---|---|
| Davis, Annie R | A | Y | Boneless Pack | 8.75 | 4-26-78 | |
| Davis, Anquanique | T | Y | MDM | 8.85 | 2-20-04 | 4-4-05 |
| Dawkins, Lazonya D. | A | Y | Debone Breast 3 | 8.85 | 7-23-03 | |
| Hurt-Dowdell, Carolyn J | A | Y | Eviscerating 1 | 8.85 | 8-19-85 | |
| Efford, Chiquita | A | Y | Debone Breast 4 | 8.85 | 2-8-03 | |
| Ellis, Deloris | T | Y | Boneless Pack | 8.6 | 5-16-95 | 9-14-04 |
| Ellis, Denise R | A | Y | Debone Breast 5 | 8.85 | 4-6-92 | |
| Feagin, Tony J | A | Y | Debone Breast 1 | 8.95 | 2-5-98 | 3-23-01 |
| Fisher, Michelle | T | Y | | | | 10-23-02 |
| Forte, Raymond F | T | Y | Eviscerating 2 | 9.2 | 3-18-98 | 5-16-05 |
| Foster, Cedric K | T | Y | Raw Marination | 8.25 | 4-15-02 | 5-1-03 |
| Foster, Margaret L | A | Y | Debone Breast 4 | 8.85 | 9-9-76 | |
| Gillis, Regina A | A | Y | Debone Breast 2 | 8.85 | 9-16-97 | |
| Grey, Teresa M | A | Y | Debone Breast 5 | 8.85 | 10-2-96 | |
| Hampton, Marie M | A | Y | Debone Breast 5 | 8.85 | 7-10-91 | |
| Harris, Antwain | A | Y | Debone Utility | 8.9 | 6-5-97 | |
| Hatcher, Jimmy L. | T | Y | Boneless Pack | 8.85 | 12-3-03 | 7-29-05 |
| Hatcher, Joe | T | Y | | | | 10-17-02 |
| Hatcher, Rodney | T | Y | Eviscerating 1 | 8.7 | 2-5-04 | 1-31-05 |
| Henry Jr., Joe | A | Y | Debone Utility | 8.85 | 11-5-01 | |
| Holmes, Doris D | L | Y | | | | |
| Holmes, Eula R | A | Y | QA 1st Proc | 9.05 | 2-26-90 | |
| Hurt, April L. | T | Y | | 8.60 | | 2-1-05 |
| Hurt, Katie L | A | Y | Boneless Pack | 8.75 | 12-16-96 | |
| Hurt, Kristy S. | T | Y | Debone Breast 1 | 7.6 | 10-21-03 | 1-9-04 |
| Hurt-Walker, Sontessa L. | T | Y | Debone Thigh 5 | 8-1 | 7-1-02 | 8-23-02 |
| Jackson, Frances R | A | Y | Debone Utility | 8.75 | 12-9-80 | |
| Johnson, Brenda | T | Y | Debone Breast 2 | 8.35 | 4-18-03 | 8-18-03 |
| Johnson, Crystal D. | T | Y | Debone Breast 3 | 8.7 | 1-7-03 | 12-29-04 |
| Johnson, Kreshan R | A | Y | Debone Breast 2 | 8.85 | 12-30-96 | |
| Johnson, Pamela R. | A | Y | Debone Breast 4 | 6.4 | 11-13-00 | 12-13-00 |
| Jones, Jerome | A | Y | Debone Utility | 8.85 | 9-2-03 | |
| Key, Jennifer R | A | Y | Debone Breast 5 | 8.85 | 9-16-97 | |
| Lee, Charles | A | Y | Killing & Picking | 9.2 | 4-17-97 | |
| Leonard, Mary L | A | Y | Boneless Pack | 8.85 | 12-15-92 | |
| Lockwood, Fannie B | A | Y | Salvage/Wshout SU | 8.85 | 7-18-89 | |
| Martin, Nekesia | A | Y | Debone Breast 3 | 9.1 | 3-19-03 | |
| McClendon, Qunnie | A | Y | Boneless Pack | 8.85 | 11-17-04 | |
| McGhee, Patricia M | T | Y | Debone Breast 1 | 9 | 10-26-98 | |
| Miles, Esser L | R | Y | | | | |
| Monday, Viola L | A | Y | Boneless Pack | 8.75 | 7-30-84 | |
| Morris, Margaret | A | Y | Debone Breast 5 | 8.85 | 12-1-04 | |
| Murray, Callie M | A | Y | Eviscerating 1 | 8.85 | 10-25-76 | |
| Murry, Angela S. | A | Y | Debone Breast 2 | 8.85 | 3-19-03 | |
| Nolen, Curtis J. | T | Y | Eviscerating 1 | 8.35 | 8-10-02 | 2-28-03 |
| Oliver, Lamisha | A | Y | Debone Breast 2 | 8.85 | 11-4-03 | |
| Oneal, Juanita L | A | Y | Boneless Pack | 8.75 | 10-21-82 | |
| Parham, Betty J | T | Y | Debone Breast 1 | 8.25 | 4-24-96 | 5-20-04 |

| Parhams, Bobbie A | A | Y | Boneless Pack | 8.9 | 3-22-79 | |
| Parker, Beverly A | A | Y | Debone Breast 3 | 8.85 | 11-11-97 | |
| Patterson, Shirley J | T | Y | Eviscerating 2 | 8.6 | 7-21-75 | 2-1-05 |
| Patterson, Shirtoria L. | A | Y | Debone Breast 3 | 8-95 | 7-27-00 | |
| Phillips, Christie Y | T | Y | Debone Breast 6 | 8.6 | 7-10-03 | 11-2-04 |
| Pierson, Audrey S | A | Y | Boneless Pack | 8.75 | 2-14-95 | |
| Pritchett, Delois | A | Y | Bonelss Pack | 8.9 | 12-16-75 | |
| Pritchett, Kawana | A | Y | Boneless Pack | 8.85 | 1-17-03 | |
| Pritchett, Willie A. | T | Y | Debone Breast 3 | 8.6 | 10-21-99 | 8-31-04 |
| Randolph, Deloise | A | Y | Debone Breast 5 | 8.85 | 9-20-99 | |
| Holliday-Raybon, Richetta | T | Y | Debone Breast 6 | 8.6 | 12-16-02 | 10-6-04 |
| Reed, Ola M | A | Y | Boneless Pack | 8.75 | 1-3-77 | |
| Rivers, Demetrius T. | A | Y | Killing & Picking | 9.1 | 12-23-02 | |
| Robinson, Alfred | A | Y | Boneless Pack | 8.85 | 8-19-98 | |
| Rodgers, Mattie P | A | Y | Boneless Pack | 8.75 | 10-21-97 | |
| Rumph, Sarah A | A | Y | Debone Breast 6 | 8.85 | 4-27-88 | |
| Rumph, Sherry | A | Y | Debone Breast 6 | 8.85 | 8-20-96 | |
| Sanders, Inell L | T | Y | Debone Breast 6 | 8.35 | 2-13-90 | 11-22-03 |
| Sanders, Sheila F | A | Y | Debone Breast 4 | 8.85 | 11-12-86 | |
| Scott, Cametria L. | T | Y | Sanitation | 8.65 | 7-1-99 | 4-13-04 |
| Scott, Sandra A | A | Y | Debone Breast 5 | 8.85 | 1-3-77 | |
| Shelley, Freddie L. | A | Y | Debone Utility | 8.75 | 4-16-90 | |
| Smart, Jerome F. | A | Y | Killing & Picking | 9.2 | 2-25-02 | |
| Smart, Tammy J. | A | Y | Debone Breast 6 | 8.85 | 7-18-00 | |
| Smith, Darleane | A | Y | Paws Labor | 8.85 | 4-29-92 | |
| Smith, Lue V | T | Y | Boneless Pack | 8.5 | 3-26-74 | 12-13-04 |
| Smith, Shamika D | A | Y | Debone Breast 6 | 8.85 | 3-20-97 | |
| Smith, Steven | | | | | | |
| Smith, Stevie L. | A | Y | | 13.64 | 6-15-89 | |
| Smith, Thelma A | T | Y | Boneless Pack | 8.5 | 7-11-91 | 5-13-04 |
| Smith, Willie | A | Y | | | | |
| Spann, Mary E | A | Y | MDM | 8.85 | 4-17-89 | |
| Surles, George W. | T | Y | Debone Breast 6 | 8.7 | 4-26-01 | 12-22-04 |
| Tarver, Darlene A. | A | Y | Eviscerating 1 | 8.85 | 4-18-72 | |
| Tarver, Savrena M. | T | Y | Sanitation | 8.9 | 12-23-02 | 8-17-05 |
| Tarver, Tara Y | T | Y | Debone Breast 2 | 8.6 | 9-14-92 | 2-27-04 |
| Tarver, Theresa A. | A | Y | Debone Breast 3 | 8.85 | 5-8-98 | |
| Taylor, Margaret | A | Y | Debone Breast 5 | 8.85 | 10-21-99 | |
| Thompkins, Angela A. | A | Y | Salvage/Wshout Su | 8.85 | 1-11-95 | |
| **Thorpe, Pamela** | T | Y | Debone Breast 4 | 8.6 | 10-2-97 | 3-4-04 |
| Tuggles, Martha A. | A | Y | Salvage/Wshout Su | 8.85 | 3-30-78 | |
| Turner, Rosie | T | Y | Debone Utility | 8.5 | 10-18-95 | 2-1-05 |
| Walker, Rosie A. | A | Y | Debone Utility | 8.95 | 4-6-76 | |
| Warmack, Dave | A | Y | Boneless Pack | 8.75 | 1-22-03 | 7-26-05 |
| Warmack, Pamela | T | Y | Debone Breast 2 | 8.35 | 11-22-02 | 7-17-03 |
| Weaver, Jr., Grady | A | Y | Boneless Pack | 8.9 | 6-27-94 | |
| **Wheeler, Felecia** | T | Y | Debone Breast 1 | 8.35 | 3-29-88 | 6-10-03 |
| Wiggins, Sophia V. | T | Y | Debone Breast 5 | 8.85 | 4-4-03 | 5-18-05 |
| Wilborn, Janet | A | Y | Boneless Pack | 8.95 | 2-12-01 | |

| Williams, Kelvin D. | A | Y | | 13.05 | 10-26-92 | |
|---|---|---|---|---|---|---|
| Williams, Shedrick T. | A | Y | | | | |
| Woods, Bobby L. | | | | | | |
| **Wright, Vera L.** | A | Y | | | | |
| Young, Betty J. | A | Y | | | | |
| Youngblood, Jr., Bennie | T | Y | Debone Breast 6 | 8.35 | 1-10-03 | 5-30-03 |
| Youngblood, Angela F. | T | Y | Debone Breast 6 | 8.6 | 7-10-97 | 2-27-04 |
| Youngblood, Dernaillee S. | T | Y | Debone Breast 2 | 8.95 | 1-10-03 | 7-11-05 |
| Youngblood, Kristie | A | Y | | | | |
| **Youngblood, Shirley P.** | A | Y | | | | |
| Smith, Dorothy A. | L | N | | | | |
| Coleman, Shirley E. | R | N | Debone Yield | 8.85 | 5-7-90 | 7-19-04 |
| Penn, Rachel | A | N | Boneless Pack | 8.75 | 10-29-85 | |
| Jackson, Bettye A. | T | N | Debone Breast 1 | 8.6 | 8-20-84 | 1-23-04 |
| **Scott, Bertha E.** | T | N | Sanitation | 8.65 | 9-20-85 | 4-6-04 |
| **Scott, Willie J.** | T. | N | | | | |
| Finch, Bonnie J. | T | N | Debone Thigh 3 | 8.35 | 6-19-97 | 3-17-03 |
| **Swanson, Donell** | T | N | Shipping | 8.95 | 1-14-92 | 5-24-05 |
| Ellis, Kimbla | A | N | Shipping | 9 | 10-26-98 | |
| Rogers, Lorene | A | N | Boneless Pack | 9.1 | 10-12-76 | |
| Woods, Bobby L | A | N | | | | |
| Smith, Joe T. | A | N | Maintenance | 13.9 | 2-8-90 | |
| Rodgers, John R. | A | N | Maintenance | 14.55 | 6-20-84 | |
| Smith, Wilma | A | N | Maintenance | 13.8 | 9-14-89 | |
| Townsend, Chester L | A | N | Maintenance | 13.8 | 9-28-81 | |
| **Ellis, Ivory D.** | A | N | Maintenance | 13.9 | 7-10-97 | |
| Smith, Herman M. | A | N | Maintenance | 13.9 | 5-1-97 | |
| Jackson, Willie J. | A | N | Shipping | 8.9 | 7-14-93 | |
| Jenkins, Ella L. | A | N | Quality Assurance | 8.95 | 4-4-95 | |
| Thompson, Emily J. | A | N | Quality Assurance | 8.95 | 10-15-70 | |
| Mitchell, Teresa H. | A | N | QA 1st Proc | 9.05 | 6-12-96 | |
| Foster, Gloria D. | A | N | Supply | 8.9 | 5-18-61 | |

4.    The Movants agree that the limitations period for nonwillful FLSA violations is two years, that it is three years for willful FLSA violations, and that, without agreeing that any violation occurred or that any violation was or was not willful, the appropriate period for determining joinder eligibility should be the three years immediately preceding the date of this Motion. Movants stipulate that all persons listed on the preceding table fall within this scope.

5.    The preceding table also shows which employees received Personnel Time pay during the relevant period. Movants do not represent that all such employees received Personnel

Time pay in each work week in the relevant period. Nevertheless, they agree that the receipt of Personal Time pay is a relevant fact for determining distribution of settlement proceeds.

6.    On October 26, 2005, after extensive negotiations, counsel for the Movants reached an agreement to settle this action contingent upon the Court's approval. Their Settlement Agreement is attached as Exhibit 2 to this Motion. Its highlights, for this Motion's purposes, are:

a.    ContiGroup Companies, Inc. (formerly known as Continental Grain Company) shall be dismissed from this action, with prejudice, the parties to bear only their own costs and attorney fees incurred in connection therewith;

b.    Wayne Farms LLC shall reimburse Plaintiffs' counsel for attorney fees and costs expended in the prosecution of this action in the amount of $16,200.00;

c.    Wayne Farms LLC shall make a payment dominated wages to the each of nineteen pre-settlement Plaintiffs, the gross amount of each payment not to exceed $1,000.00, before the deductions of amounts required by law to be withheld. The exact gross amount of each payment shall be determined based on the factors set forth in the Settlement Agreement, including the number of work weeks the employee worked in a nonexempt capacity during the relevant limitations period and the number of those work weeks in which that employee received Personal Time pay;

d.    Wayne Farms LLC shall make a payment denominated wages to each other person listed in the table above, the gross amount of each payment not to exceed $300.00, before deduction of amounts required by law to be withheld. The exact, gross amount of each payment shall be determined as set forth in the Settlement Agreement. The relevant factors for calculating the payment shall include the number of work weeks the employee worked in a nonexempt capacity for Wayne Farms during the relevant limitations period and the number of those work weeks in which the employee received Personal Time pay;

e.    The total gross amount of payments made by Wayne Farms LLC pursuant to this agreement shall be $62,500.00. In the event that the total, gross amount of the payments described in the preceding four sub-paragraphs does not reach that amount, Wayne Farms shall pay the remainder to the Plaintiffs' counsel to defray counsel's costs of settlement administration;

f.    Each Plaintiff additionally shall acknowledge receipt and shall waive and release all claims against Wayne Farms LLC and any affiliated persons in writing, on a form attached to the Settlement Agreement approved by the Court and pursuant to a Final Judgment entered by this Court;

g.    Neither the payments nor the Judgment shall constitute or shall be represented as any admission, finding, conclusion or judgment of FLSA violation or liability to the Plaintiffs or to any of them.

7.      Each party to this Agreement has had a full opportunity to review the voluminous payroll data and factual representations made under oath by the Plaintiffs and by the Defendants. While the Movants are not in agreement about all the inferences that might properly be drawn from this evidence, they are confident that continued litigation of this cause, or commencement of a separate action by the Consent filers would not produce results more economically beneficial than the compromise settlement here submitted to the Court. Defendants recognize that these claims would require hundreds of thousands of dollars, at least, to litigate to final judgment and that a take nothing judgment by jury trial would be uncertain. Plaintiffs share their concerns about litigation costs and uncertainty of a jury verdict and believe that the amounts they will receive pursuant to this settlement reflect a substantial portion of what they could expect to recover if they prevailed at trial.

8.      Short of a final judgment after trial on the merits, there are only two ways to settle an FLSA claim authoritatively – in an administrative process supervised by the Wage and Hour Administrator of the United States Department of Labor or by judicial approval of a compromise settlement, entered as a final judgment in an action brought under the FLSA. *See Brooklyn Savings Bank v. O'Neil,* 324 U.S. 697 (1945); *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1352-53 (11th Cir. 1982); *Stalnaker v. Novar Corp.,* 293 F.Supp.2d 1260, 1263 (M.D. Ala. 2003).

9.      Movants ask the Court to approve their Settlement Agreement (Exhibit 2) as a fair and reasonable disposition of the claims and defenses asserted in this action, to dismiss ContiGroup Companies, Inc. from the action with prejudice and to allow the joinder of the Consent filers so that they may participate in this settlement, as proposed in Exhibit 3, and to enter the Final Judgment submitted herewith as Exhibit 4.

WHEREFORE, the parties so move the Court through their undersigned counsel, this the 27th day of January, 2006.

Larry A. Golston, Jr.
Larry A. Golston, Jr. (GOL029)

47303.1                                                  7

Beasley, Allen, Crow, Methvin, Portis
   & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103
(334) 269-2343
Attorney for Plaintiffs

s/Mitchel H. Boles
Robert D. Segall (SEG003)
Mitchel H. Boles (BOL029)
Copeland Franco Screws & Gill P.A.
444 South Perry Street
Post Office Box 347
Montgomery AL  36101-0347
Phone:  334/834-1180
Fax:  334/834-3172
Attorney for Defendants

s/R. Pepper Crutcher, Jr.
R. Pepper Crutcher, Jr. (MS Bar #7921)
Balch & Bingham LLP
401 East Capitol Street
Suite 200
Jackson MS  39201
Telephone:  (601) 961-9900
Facsimile:  (888) 254-2607
Attorney for Defendants

# TAB B - PART 9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

**APRIL AGEE, CASSILLIE ALLEN,**
**PAMELA M. ALLEN, CHERYL**
**ANTHONY, DERRICK L. BURBER,**
**JAMES WESLEY BARNETT, PAULA M.**
**BASS, CALVIN BOLAR, ROBERT**
**THOMAS DUNN AND CHRIS HOOD, On**
**behalf of themselves and All Others**
**Similarly Situated**                                    **PLAINTIFFS**

**VS.**                                        **CASE NO. 2:06-CV-268-KS-MTP**

**WAYNE FARMS LLC,**
**CONTINENTAL GRAIN COMPANY**
**d/b/a WAYNE FARMS, LLC**                               **DEFENDANT**

---

## BRIEF SUPPORTING MOTION TO SEVER AND
## TRANSFER ALABAMA PLAINTIFFS

Defendants, Wayne Farms LLC[1] and ContiGroup Companies, Inc., have moved the

Court pursuant to FED. R. CIV. P. 20, 21 and 28 U.S.C. § 1404, to sever and to transfer the claims

of all Alabama Plaintiffs to the Northern and Middle Districts of Alabama, for consolidation

there with previously filed, substantially similar FLSA actions brought against those Wayne

Farms plants by, among others, forty-eight (48) of the same Plaintiffs, leaving in this suit only

Plaintiffs who allege FLSA violations relating to their employment at Wayne Farms' Laurel,

Mississippi live poultry processing facility.

Grant or denial of this motion is committed to the Court's sound discretion, reviewable

only for abuse. *Brunet v. United Gas Pipeline Co.*, 15 F.3d 500, 505 (5th Cir. 1994). Therefore,

---

[1] Wayne Farms LLC is a Delaware limited liability company. It alone employs the persons who work in its poultry processing facilities. ContiGroup Companies, Inc, once known as Continental Grain Company, employs none of them. Apparently, ContiGroup is sued here solely because it is Wayne Farms' corporate parent. At the appropriate time, Defendants will move for ContiGroup's dismissal and/or for change of venue, for reasons expressed in paragraph 3 of their Answer.

after a brief discussion of this standard and of the few relevant facts, this Brief will explain in greater detail why the requested action makes practical sense for all parties, for this Court, and for the Alabama Northern and Middle District courts.

      1.    <u>The Relevant Rules and Standard of Review</u>

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Rule 21 of the Federal Rules of Civil Procedure authorizes courts to create such separate civil actions from a suit joined by many plaintiffs by "dropping" one or more misjoined plaintiffs "on such terms as are just." Rule 20(a) permits, but does not mandate joinder, of those plaintiffs in one action "if they assert any right to relief jointly, severally, or in the alternative in respect of or arising out of the same transaction, occurrence, or series of transactions or occurrences and if any question of law or fact common to all these persons will arise in the action." To determine whether claims should be severed under Rule 21 ("dropped" in Rule 20 parlance) due to Rule 20 misjoinder, courts often consider these five factors:

> (1) whether the claims arise out of the same transaction or occurrence; (2) whether the claims present some common questions of law or fact; (3) whether settlement of the claims or judicial economy would be facilitated; (4) whether prejudice would be avoided if severance were granted; and (5) whether different witnesses and documentary proof are required for separate claims.[2]

*Thompson v. Ingalls Shipbuilding*, ___ F. Supp. 3d ___, 2006 WL 2385324 (S.D. Miss. August 17, 2006),[3] *citing Morris v. Northrop Grumman Corp.*, 37 F.Supp.2d 556, 580 (S.D. N.Y. 1999). But a court may sever even plaintiffs properly joined under Rule 20 in order to create separate

---

[2] As explained below, Defendants consider factor (1) arguable only due to lack of a discovery record, concede factor (2), and submit that factors (3), (4) and (5) clearly favor severance and transfer.

[3] In this opinion, Magistrate Judge Walker severed the claims of 81 Title VII race discrimination plaintiffs after their efforts to certify the case under Rule 23 failed. A copy of this opinion appears as the Appendix to this Brief.

                                  

actions for transfer, when their continued joinder "might otherwise cause delay or prejudice." *Thompson v. Ingalls Shipbuilding*, ___ F. Supp. 3d ___, 2006 WL 2385324 (S.D. Miss. August 17, 2006),[4] *Apache Products Co. v. Employers Ins. of Wausau*, 154 F.R.D. 650, 659-660 (S.D. Miss. 1994); 7 Wright, Miller & Kane, FEDERAL PRACTICE AND PROCEDURE: CIVIL 3rd § 1689 (West 2001).[5] "Delay" needs no explanation; "prejudice" needs little. For example, it would suffice that continued joinder of many employees, testifying about similar but separate wrongs suffered while working on separate teams in separate offices might unfairly lead a jury to rule for all simply because of the sheer number of people complaining. *Henderson v. AT&T Corp.*, 918 F. Supp. 1059, 1062 (S.D. Tex. 1996).[6] A single jury's probable inability to absorb the sheer quantity of evidence created by an otherwise proper joinder also may justify severance of subset groups. *Acevedo-Garcia v. Monroig*, 204 F.R.D. 26, 29-30 (D. P.R. 2001), *aff'd*, 351 F.3d 547, 558 (1st Cir. 2003).[7]

The question before the Court is whether to exercise its clear discretion to sever and transfer 293 Alabama plaintiffs to the Alabama actions, to simplify and speed this case, to avoid delaying and complicating this case and the Alabama cases, and to preclude foreseeable prejudice caused by continued consolidation.[8]

---

[4] In this opinion, Magistrate Judge Walker severed the claims of 81 Title VII race discrimination plaintiffs after their efforts to certify the case under Rule 23 failed.

[5] *See also Leesona Corp. v. Cotwool Mfg. Corp.*, 204 F. Supp. 139, 141 (D. S.C. 1962) (Severance and transfer to a more convenient forum of some joined claims is not precluded by fact that venue presently is proper as to all parties and that forum is convenient for many, but not all.).

[6] *Henderson*'s discussion of the importance of counsel's location in transfer analysis appears to have been abrogated by *In re Horseshoe Entertainment*, 305 F.3d 354, 358 (5th Cir. 2002).

[7] This opinion concerned severance for separate trials. That option is not prudent in this case for the reasons explained below.

[8] This Motion does not depend on or cite precedent for a strictly "first filed" argument, because that argument is properly made in the forum hosting the first filing. However, if the Court denies the relief requested here, it should nevertheless stay this action pending the Alabama courts' rulings on the "first filed" arguments that Wayne Farms LLC will submit in those four actions. *See White v. Microsoft, Corp.*, 2006 U.S. Dist. LEXIS 77010 (S. D. Ala. April 3, 2006), *citing, Cadle Co. v. Whataburger of Alice, Inc.*, 174 F.3d 599, 603 (5th Cir. 1999); *West*

2.    Facts

This suit, filed December 13, 2006, claims that Defendants violated the FLSA by recording only the "line time" activities of Wayne Farms' poultry processing employees as FLSA "hours worked," thereby excluding certain preliminary and postliminary activities recently ruled compensable by the Unites States Supreme Court.[9] See Complaint ¶ 12. The Complaint names ten plaintiffs, only five of whom claim to be or to have been employed by Wayne Farms LLC in Mississippi. The other named Plaintiffs allege that they were employed by Wayne Farms LLC in Alabama – Pamela Allen and Chris Hood Decatur, Robert Thomas Dunn in Albertville, and Cheryl Anthony and Calvin Bolar in Union Springs. These ten plaintiffs, joined in equal status by several hundred others,[10] seek the Court's certification to maintain an FLSA, opt-in "collective action" pursuant to 29 U.S.C. § 216(b). They will soon ask the Court to send opt-in notices "to all hourly employees at the Wayne Farms plants in Morgan, Coffee, Marshall and Bullock Counties in Alabama, Yell County in Arkansas, Jones County in Mississippi, Surry County in North Carolina and Jackson, Fulton Hall and Coffee Counties in Georgia,"[11] so that they may file written consents to join this Mississippi suit.

---

Gulf Maritime Ass'n v. ILA Deep Sea Local 24, South Atlantic and Gulf Coast Dist. of ILA, AFL-CIO, 751 F.2d 721, 728-29 (5th Cir. 1985); Wolf Designs, Inc. v. Donald McEvoy Ltd., Inc., 341 F.Supp.2d 639, 643 (N.D. Tex. 2004); Kate Aspen, Inc. v. Fashioncraft-Excello, Inc., 370 F.Supp.2d 1333, 1338 (N.D. Ga. 2005).

[9] On the contrary, since a date several years before the relevant limitations period, Wayne Farms has paid the relevant employee groups an additional six minutes per day, called "personal time," to avoid exactly this error. Discovery will show that the Plaintiffs knew this fact and that they ignored it in their Complaint. Discovery also will show that many of Wayne Farms' hourly employees are not paid "line time," and so are not subject to the Supreme Court's ruling in IBP v. Alvarez, 126 S.Ct. 514 (2005). For example, James Barnett, the only original named Plaintiff who has worked in Wayne Farms' Laurel plant during the past year, is paid for significantly more hours than he works under a compensation system known locally as "sunshine pay." Discovery further will show many relevant variations from plant to plant and from work group to work group among those paid, in whole or in part, by a "line time" or "master card" compensation method. None of these issues, however, need be resolved on this motion.

[10] See Motion Exhibit 5, which summarizes the consents and shows the dates appearing on the duplicated consents.

[11] Complaint paragraph 13.

About two months before Plaintiffs commenced this action, lawyers[12] representing forty-eight (48) of them, and more than 200 others employed by Wayne Farms' live poultry processing facilities in Alabama, filed four separate FLSA § 216(b) actions making substantially the same allegations made in this suit. *See* Exhibits 1-4 to this motion. (*Bolden, Et Al. v. Wayne Farms LLC*, N.D. Ala. Civil Action 5:06-CV-2096-IPJ[13] [Decatur, in Morgan County]; *Jimmy Belue, Et Al. v. Wayne Farms LLC*, N.D. Ala. Civil Action 4:06-CV-2095-RDP [Albertville, in Marshall County]; *Samuel Adams, Et Al. v. Wayne Farms LLC*, M.D. Ala. Civil Action 1:06-CV-950-MEF [Jack, near Enterprise, in Coffee County] and *Darren Anderson, Et Al. v. Wayne Farms LLC*, M.D. Ala. Civil Action 2:06-CV-951-MEF [Union Springs, in Bullock County]). Those plaintiffs, including the forty-eight (48) who are Plaintiffs here, soon will ask those courts to issue opt-in notices to present and former employees of those plants.

In each Alabama action, the Court promptly ordered counsel to hold a Rule 26(f) planning meeting and thereafter promptly to submit a Form 35 report of that meeting. Counsel met for that purpose on December 14, 2006, in Birmingham. Counsel in the Alabama suits first learned of this Mississippi action on Friday, December 15. Realizing that overlapping collective actions would create notice, scheduling and other problems not foreseen during the parties' December 14 planning meeting, all counsel in the Alabama actions, including undersigned counsel, promptly sought the agreement of Plaintiffs in this case to eliminate the overlap without judicial intervention. Those discussions produced no agreement.

---

[12]     The Cochran Firm (www.cochranfirm.com), in association with Richard Celler (www.RichardCeller.com).

[13]     Pamela Allen's consent form appears as Document 1-2, page 16 of 109, in Motion Exhibit 1. Her consent form for this suit appears as Document 1-3, page 3 of 10. The other multi-jurisdiction plaintiffs are shown on Motion Exhibit 5.

The original dates for submission for the parties' planning meeting reports in the Alabama actions have passed and the dates obtained by joint motion for extension are January 16 and 19, 2007. Despite lack of a scheduling order in any Alabama case, or progress toward a scheduling order, the *Adams* plaintiffs have served hundreds of discovery requests and have demanded responses by February 5, 2007. Their discovery, of course, pertains to the same alleged violations targeted by their twenty-five Enterprise plant co-workers in this action. This situation soon will be repeated in the other Alabama actions.

This motion is made to obtain from this Court what counsel in the Alabama actions could not obtain by agreement with the Plaintiffs in this action – elimination of the duplication and overlap between the Mississippi and Alabama actions, so that each might proceed without the problems created by that duplication and overlap. Promptly after this motion is filed, defense counsel will ask the Alabama courts to stay those actions pending this Court's ruling.

Defendants are asking this Court to sever the claims of all Alabama Plaintiffs and to transfer them as follows:

The following seventy-three (73) Decatur, Alabama plant Plaintiffs to the United States District Court for the Northern District of Alabama, for consolidation there with *James Bolden, Et Al. v. Wayne Farms LLC*, N.D. Ala. Civil Action 5:06-CV-2096-IPJ:

> Sonya P. Adams;
> Pamela M. Allen;
> Pratuangtip Brady;
> Robert Lee Bates;
> Cheryl Bolden;
> Charles Brown;
> Lorenza Byers;
> Coy L. Campbell;
> Latina Campbell;
> Jerome Chapman;
> Erica S. Clay;
> Ronnes E. Cosby;

Mary Elizabeth Dale;
Lillie P. Davis;
Concepcion DeSoto;
Barbara Deloach;
Sharon Rose Foster;
Crystal Garth;
Michael Lynn Garth;
Audria M. Hampton;
Shelia D. Harvel;
Stephne Hayley;
Chris Hood;
Willodean H. Howard;
Wynemia Johnson;
Ray Jones;
Ronnie Jones;
Sharon Jones;
Beatrice King;
Charlie Kirby;
Scherrie Mason;
Deron Lamar McClain;
Marcus McDay;
Angela Miller;
Damon B. Miller;
Shirley Moody;
Caroline Mullins;
Jennifer Arnett Nance;
Andres Ocampo;
Dishema L. Orr;
Doris Hopkins-Overton;
Pamela Owens;
Yasmine E. Owens;
Nettie Darlene Pearson;
Gloria Denise Pointer;
Jeffrey Porter;
Peronica Porter;
Jackie F. Prince;
Maria I. Rabadan;
David Alexander Ramirez;
Ramona Ramos;
Andres Rascual;
Diane Garner Ricks;
Birda Mae Robninson;
Robert Robinson;
Gloria Russell;
Tonya S. Sanders;
Veronica H. Sears;

Rhonda Smith;
Alecia Soto;
Salvador Soto;
Dorian Gaiter Sutherlin;
Meriam Yvett Thames;
Roy L. Thomas, Jr.;
Yesenia Torres;
George A. Vinson;
Marlowe Wade;
Milton Watkins;
Myrtle Wiggins;
Paula Patrice Wiggins;
Margert Wilkerson;
Tracy Williams;
Woozie Williams;

The two (2) Albertville, Alabama plant Plaintiffs to the United States District Court for the Northern District of Alabama, for consolidation there with *Jimmy Belue Et Al. v. Wayne Farms LLC*, N.D. Ala. Civil Action 4:06-CV-2095-RDP:

Robert Thomas Dunn;
Christine Edmonson;

The twenty-five (25) Enterprise, Alabama plant Plaintiffs to the United States District Court for the Middle District of Alabama, for consolidation there with *Samuel Adams Et Al. v. Wayne Farms LLC*, M.D. Ala. Civil Action 1:06-CV-950-MEF:

Sandra Barnes;
Jacqueline B. Blair;
Nichael Dowell;
Hardwick Elliott;
Rose Fletcher;
Lena Garth;
Francisco M. Garza;
Certic Kirk Gordan;
Brenda Gray;
Jacqueline Hampton;
Annie Hankins;
Rodreggus James Harris;
Velvet A. Harris;

Cornelia M. Henderson;
Pearl Irving;
Eddie D. Jackson;
Mebeline Kiser;
Mary Ann Martin;
Tessie Riley;
Eddie Thomas;
Temeca Thomas;
Bridgett Lynn Tyson;
Melissa Vaughn;
Clara Wheeler;
Frances Williams;

All 193 Union Springs, Alabama plant Plaintiffs to the United States District Court for

the Middle District of Alabama, for consolidation there with *Darren Anderson, Et Al. v. Wayne*

*Farms LLC*, M.D. Ala. Civil Action 2:06-CV-951-MEF:

Alberta K. Anderson;
Darren Anderson;
Cheryl Anthony;
Edward O. Anthony;
Edwin Anthony;
Jimmy Anthony;
Terrance Anthony;
Timothy P. Anthony;
Jessica Keria Baker;
Jerry Tirone Baldwin;
Kashebra Baldwin;
Bennie James Bandy;
Henry Baskin;
Keith Ray Baskin;
Jacqualine Bellomy;
Marquez Biggers;
Sharon M. Biggers;
Juan Blue;
Calvin Bolar;
Chaudney L. Bowens;
Arlene Bronson;
Shirley Bronson;
Annie Bussey;
Anita Calhoun;
Tomecha O. Canty;
Douglas James Chambliss;
Cornelias D. Clark;

Derek Cobb;
Teresa Comer;
Macqueline Cooper;
Marquetta Cunningham;
Shirley A. Cunningham;
Benjamin F. Curry, Jr.;
Delores Davis;
Kriby Davis;
Timothy Davis;
Larry T. Dawson;
Tyrone Dawson;
Dewayne Dickerson;
Sharon Murphy Durham;
Rudy Edwards;
Helen Ellis;
Teela Faniel;
Quinetta Feagin;
Johnny Fegans;
Bonnie J. Finch;
Annie Joyce Finney;
Pamela Williams-Finney;
Sharon D. Fitzpaatrick;
Sonya M. Fitzpatrick;
Raymond F. Forte;
Willie Mae France;
Pamela Franklin;
Tasha Franklin;
Toretha Franklin;
Teresa Graves;
Develma Hall;
Tommy Hampton;
Angela Henry;
Carolyn Henry;
Quintana Nicole Henry;
Te'Angela Henry;
Nicklous Hill;
Rondarius Holmes;
Katrina L. Hooks;
Martha Moore Howard;
Peggy Howard;
Sandra Hunter;
Mary E. Ivey;
Susie Jackson;
Jessica Jenkins;
Sallie Ann Jernigan;
Shayla D. Jessie;

Beatrice Johnson;
Cassandra M. Johnson;
Charles Johnson;
Landon Johnson;
Leotis Johnson;
Recike Johnson;
Rosario Johnson;
Terrar S. Johnson;
Bryce Jones;
Kelvin Jones;
Michael Jones;
Shirlene Jones;
Treilis Jordan;
Christopher King;
Gloria King;
Jason T. King;
Shaleatha King;
Tiffany M. Pugh King;
Demarcus M. Kreis;
Aelesha Lee;
Emma J. (Thomas) Lee;
Moses Lee;
Royzell Lee;
Clinton James Lewis;
Regenia Long;
Hanson W. Mack;
Martavous Mahone;
James Martin;
Katrina Martin;
Willie J. McClain;
Santana McClendon;
Shamika McClendon;
Je'Norris McKinnes;
Veronica M. Miclaney;
Felicia Mims;
Nancy C. Moore;
Shirley Moore;
Tommie Motley;
O.C. Murray;
James Nehley;
Willie Nelson;
Cassandra Nobles;
Larry T. Nobles;
Steven Nobles;
Augusta Oliver;
Marcus Oree;

Irvin L. Owens;
Billy Paige;
Charlie Parham, Sr.;
Kawanna Parham;
Darnell Parker;
Harvey Cornelius Parker;
Curtis Passmore;
Wallace Passmore;
Dianne Patterson;
Lashundra Pearson;
Jim H. Person;
Peggy L. Pitts;
Shana Pruitt;
Betty Randolph;
Richette Holliday-Raybon;
Mary Dean Rayburn;
Gloria Roberson;
John R. Rodgers;
Christopher Rogers;
Albertha Rumph;
Aggie Scott;
John Scott;
Mayola Shelley;
Lisa Smiley;
Charlotte Smith;
Dessie Smith;
Earnestine Smith;
Janekia Smith;
Lashonda Smith;
Linda Smith;
Mildred Smith;
Cruz Jason Sparks;
Cynthia Sparks;
Kimberlyn Denise Sparks;
Melvin L. Sparks;
Stacie Sparks;
Carlos Stanley;
Angela Marie Still;
Lanethia Still;
Jerry Streeter;
Mary Streeter;
Jacqueline Swanson;
Rosa Swanson;
Jamilla Tanner;
Christopher Tarver;
Christopher D. Tarver;

Helen Tarver;
LaQuiona Tarver;
Sherry Traver;
Johnnie R. Taylor;
Mary E. Thomas;
Richard Thomas;
Richard Daniel Thomas;
Terrance Thompkins;
Michael Todd;
Tony Tolliver;
Chester L. Townsend;
Eula Townsend;
Jacqueline Turner;
Hytasha Trabue;
Betty Wallace;
Lavana Ward;
Linda Warmack;
Terrance Warmack;
Mary J. Washington;
Tyrone Washington;
Kennetra Wheeler;
Rodney White;
Anthony Q. Williams;
Callie M. Williams;
Calvin Williams;
Ruby Jean Williams;
Alan L. Williamson;
Laurie A. Willis;
Christine Youngblood;
Latoya Youngblood.

3.    Argument for Severance And Transfer

Three of the five factors most often cited to determine Rule 20 misjoinder weigh in favor

of severance and transfer – "(3) whether settlement of the claims or judicial economy would be

facilitated; (4) whether prejudice would be avoided if severance were granted; and (5) whether

different witnesses and documentary proof are required for separate claims." *See Thompson v.*

*Ingalls Shipbuilding*, ___ F. Supp. 3d ___, 2006 WL 2385324 (S.D. Miss. August 17, 2006).

These are some of the foreseeable, wasteful, prejudicial results of continued joinder of the Alabama plaintiffs in this action:[14]

- Two groups of plaintiff lawyers will claim to represent many of the same Alabama employees, based on multiple signed consents, foreshadowing ethics complications among counsel with regard to doubly represented plaintiffs;[15]

- Different courts will adopt conflicting, overlapping and otherwise inefficient schedules for actions affecting the rights of Alabama employees, resulting in multiple motions for coordinating amendments;

- Two groups of plaintiff lawyers will seek discovery of many of the same facts, documents and witnesses in different forums, resulting in great overlawyering and duplicative work;

- Similar or identical discovery disputes relating to the same employees will be resolved by different courts, with no coordination, leading to inconsistent and possibly conflicting results;[16]

- Different courts, with no coordination, will decide how much discovery should precede consideration of collective action certification motions concerning the same employees;

- Different courts may decide when and whether to certify collective action proceedings among entire hourly Alabama plant workforces, or subsets thereof, with no coordination;

---

[14] This list is not meant to be exclusive. Defense counsel do not believe that we can foresee all the prejudicial results of continued joinder at this early stage of proceedings.

[15] See, for example, the two consents signed by Pamela Allen, Motion Exhibit 1, Document 1-2, page 16 of 109 and Complaint, Document 1-3, page 3 of 10 in this suit. See Motion Exhibit 5 for a summary of all duplicated consents.

[16] For example, information or materials ruled privileged in one action may be ordered disclosed in another.

- Different courts will decide the content of any opt-in notices to be sent to potential plaintiffs, the relevant job groups and limitations period to use for determining notice recipients, the language(s) in which notices shall be printed, and related issues, possible resulting in confusion among recipients and non-recipients who may, or may not, consider themselves similarly situated;

- Different courts may decide whether to de-certify collective action proceedings among entire hourly Alabama plant workforces, or subsets thereof, or not to decertify such proceedings, with no coordination;

- Subpoena issuance and enforcement will be complicated, with some important Alabama trial witnesses being beyond the Court's Rule 45 trial subpoena reach;

- Experts hired by each side will charge at least twice to prepare and give the same testimony about the same claims and claimants;

- Document production regarding the same claims and claimants will be duplicated;

- Evidentiary and dispositive motions affecting the same claims, like discovery and scheduling motions, will be duplicated, at great expense, leading perhaps to inconsistent results;

- Testimony and records of Alabama managers and employees will be useless to prove or to disprove the claims of Mississippi employees;

- Some Alabama employees' claims will be governed by Fifth Circuit law, and some by Eleventh Circuit law, perhaps leading to inconsistent results;

- Wayne Farms' liabilities to Alabama employees, if any, will be determined by different courts, with the possibility of inconsistent rulings and judgments;

- Prevailing Alabama plaintiffs, if any, and their counsel, may achieve double recoveries for the same alleged injuries and for duplicated services;

- Wayne Farms' prospective FLSA obligations to Alabama employees will be determined by different courts, leading perhaps to conflicting or overlapping injunctions;

- The claims asserted in this proceeding will have an elevated settlement value precisely because of the cost and elevated risk of the threatened, prejudicial proceedings;

- Jurors trying the Plaintiffs' legal claims and the Court, trying injunctive issues, will find it difficult to craft or apply rules or methods to segregate evidence and issues related only to Alabama plaintiffs, to segregate the multiple forum Alabama Plaintiffs from other Alabama Plaintiffs, and to segregate the *Scott* settlement plaintiffs from both of those sets of Alabama Plaintiffs;

- Each Alabama claim and claimant will consume at least two shares of judicial resources, when only one is required to resolve his or her claim.

Plaintiffs may respond by proposing separate trials under Rule 42(b). Separate trials before the same jury will not cure any of the foregoing ills. Multiple trials before different juries might cure only one – juror confusion – but at needlessly increased cost.

By comparison, severance of the Alabama Plaintiffs and transfer of their claims to the jurisdictions where many of them, and many co-workers already seek the same recoveries will impair neither their claims nor claims made by the remaining Mississippi Plaintiffs. No new limitations bar will be raised, because no action will be dismissed. No claim that might be made in this action will be lost due to passage of an amendment deadline, because no such deadline

will have been set in the Alabama actions. Counsel for Plaintiffs in the Alabama actions are well-regarded and well-heeled, and if our Alabama Plaintiffs think otherwise, they may oppose consolidation and proceed separately with their claims. The remaining 477 Mississippi plant Plaintiffs would continue to be economical to represent, if their claims were valid.

Of most immediate importance, severance and transfer of the Alabama Plaintiffs to Alabama will allow the Alabama courts, counsel and parties to get those four actions back on track, setting schedules and discovery rules that all can expect to be realistic and not subject to conflict with overlapping proceedings here on the same claims and claimants.

4.    Conclusion

For these reasons, Defendants ask this Court to sever the claims of the Alabama Plaintiffs and to transfer them as follows:

The seventy-three (73) Decatur, Alabama plant Plaintiffs to the United States District Court for the Northern District of Alabama, for consolidation there with *James Bolden, Et Al. v. Wayne Farms LLC*, N.D. Ala. Civil Action 5:06-CV-2096-IPJ;

The two Albertville, Alabama plant Plaintiffs to the United States District Court for the Northern District of Alabama, for consolidation there with *Jimmy Belue, Et Al. v. Wayne Farms LLC*, N.D. Ala. Civil Action 4:06-CV-2095-RDP;

The twenty-five Enterprise, Alabama plant Plaintiffs to the United States District Court for the Middle District of Alabama, for consolidation there with *Samuel Adams Et Al. v. Wayne Farms LLC*, M.D. Ala. Civil Action 1:06-CV-950-ME;

All one hundred ninety-three Union Springs, Alabama plant Plaintiffs to the United States District Court for the Middle District of Alabama, for consolidation there with *Darren Anderson, Et Al. v. Wayne Farms LLC*, M.D. Ala. Civil Action 2:06-CV-951-MEF..

Alternatively, if the Court denies this motion, then, for the reasons explained in footnote 8 of this Brief, the Court should stay these proceedings pending the Alabama courts' rulings on the "first filed" arguments that Wayne Farms will make in those cases.

Respectfully submitted this 12th day of January, 2007.

WAYNE FARMS LLC

BY:  BALCH & BINGHAM LLP

s/R. Pepper Crutcher, Jr.
R. Pepper Crutcher, Jr. (MS Bar #7921)
E. Russell Turner (MS Bar #9903)
Heather White Martin (MS Bar 101601)
Balch & Bingham LLP
Post Office Box 22587
Jackson, MS 39225
Telephone: (601) 965-8158
pcrutcher@balch.com
hmartin@balch.com

Thomas C. Anderson (MS Bar 9711)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, Mississippi 39501
Tel: 228- 864-9900
Fax:  866-811-7360
tanderson@balch.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Seth M. Hunter (MS Bar 101145)
Attorney & Counselor at Law, PLLC
404 Hemphill Street
Hattiesburg, Mississippi  39401
Telephone (601) 450-8682

54666.1                                18

Facsimile: (601) 450-8683
Attorney for Plaintiffs

and I hereby certify that I have mailed the foregoing Motion to these non-ECF

participants:

William S. Hommel, Jr.
3304 South Broadway Avenue
Tyler, Texas 75701-7818
Keith Givens
Cochran, Cherry, Givens & Smith, PC
Post Office Box 927
Dothan, AL 36302-0927
Telephone: (334) 793-1555
E-mail: kgivens@cockranfirm.com

Bernard Nomberg
The Cochran Firm
505 North 20th Street, Suite 825
Birmingham, AL 35203
Telephone: (205) 930-6900
Email: bnomberg@cochranfirm.com

Richard Celler
284 South University Drive
Fort Lauderdale, Florida 33324
Phone: (954) 318-0268
Fax: (954) 333-3515

Lance Swanner
Cochran, Cherry, Givens & Smith, PC
Post Office Box 927
Dothan, AL 36302-0927
Telephone: (334) 793-1555
E-mail:lanceswanner@cockranfirm.com

s/R. Pepper Crutcher, Jr.
Of Counsel

Slip Copy

(Cite as: 2006 WL 2385324 (S.D.Miss.))

Only the Westlaw citation is currently available.

United States District Court,
S.D. Mississippi,
Southern Division.

Brian THOMPSON, et al., Plaintiffs
v.
INGALLS SHIPBUILDING, et al., Defendants.

Civil Action No. 1:01CV111-LG-RHW.

Aug. 17, 2006.

Denise Hulett, Elizabeth Kristen, Lewis L. Bossing, Patricia A. Shiu, The Legal Aid Society, San Francisco, CA, L. Nicole Clinkscales, Abbott, Simses & Kuchler, Ranie T. Thompson, ACLU of Mississippi, Jackson, MS, Mildred Juanita Lesure, North Mississippi Rural Legal Services, Holly Springs, MS, for Plaintiffs.

ORDER REQUIRING SEPARATE COMPLAINTS

ROBERT H. WALKER, Magistrate Judge.

*1 Before the Court is Plaintiffs' complaint filed on March 21, 2001. There are 81 individual Plaintiffs who remain joined in this cause of action, some of whom are proceeding pro se. The Plaintiffs allege that the Defendant, their employer, discriminated against them based upon race and maintained a racially hostile work environment. Plaintiffs' initial efforts to certify a class action were denied both by this Court and by the Fifth Circuit.

On May 22, 2006, the Court conducted a status conference to discuss pending discovery matters. At the conference, the Court announced its intention to sever the Plaintiffs' claims into individual causes of action. On June 30, 2006, the Court entered a[330] Show Cause Order inviting the parties to raise any objections to severance. Plaintiffs object to the severance arguing that their due process rights were denied by the Court's actions. Plaintiffs further argue that severance should not be done sua sponte but only pursuant to a motion to sever. Plaintiffs also assert that under Fed.R.Civ.P. 20 and 21, their claims should not be severed because Plaintiffs have alleged a pattern or practice of racial discrimination and maintenance of hostile work environment throughout the place of employment.

Plaintiffs argument that they have been denied notice and an opportunity to be heard on the issue of severance is frivolous. Out of concern for Plaintiffs' due process rights, the Court entered the Show Cause Order precisely to afford Plaintiffs notice and an opportunity to be heard. Moreover, the Court does not agree with Plaintiffs' assertion that an order of severance may be entered only pursuant to a motion to sever. Nevertheless, Defendant has remedied this alleged technical deficiency by filing a motion to sever in conjunction with its response to Plaintiffs' objections to severance.

Turning now to the substance of Rule 20 and 21 analysis, the Court finds that the Plaintiffs' claims should be severed. Generally, permissive joinder of plaintiffs under Fed.R.Civ.P. 20 is at the option of the plaintiffs, assuming that they meet the requirements set forth in Rule 20. Applewhite v. Reichhold Chemicals, 67 F.3d 571, 574 (5th Cir.1995). Under Rules 20 and 21, the district court has the discretion to sever an action if it is misjoined or might otherwise cause delay or prejudice. Id. The central purpose of Rule 20 is to promote trial convenience and expedite the resolution of disputes, thereby eliminating unnecessary lawsuits. Alexander v. Fulton County, 207 F.3d 1303, 1322 (11th Cir.2000)(en banc). The Supreme Court has instructed lower courts to employ a liberal approach to permissive joinder of claims and parties in the interest of judicial economy. See United Mine Workers v. Gibbs, 383 U.S. 715, 724, 86 S.Ct. 1130, 16 L.Ed.2d 218 (1966).

A party seeking joinder of claimants under Rule 20 must establish (1) a right to relief arising out of the same transaction or occurrence, or series of transactions or occurrences, and (2) some question of law or fact common to all persons seeking to be joined. See Fed.R.Civ.P. 20(a). The Court may consider the following factors when deciding whether claims should be severed pursuant to Rule 21:(1) whether the claims arise out of the same transaction or occurrence; (2) whether the claims present some common questions of law or fact; (3) whether settlement of the claims or judicial economy would be facilitated; (4) whether prejudice would be avoided if severance were granted; and (5) whether different witnesses and documentary proof are required for separate claims. See Morris v. Northrop Grumman Corp., 37 F.Supp.2d 556, 580 (S.D.N.Y.1999).

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Wo

Slip Copy                                                                    Page 16
(Cite as: 2006 WL 2385324, *2 (S.D.Miss.))

*2 In the context of employment discrimination, courts generally have shown a favorable disposition to permissive joinder of plaintiffs' claims. See Alexander, 207 F.3d at 1322; Mosley v. Gen'l Motors Corp., 497 F.2d 1330, 1334 (8th Cir.1974). In Mosley, for example, the Eighth Circuit held that the district court abused its discretion when it severed the joined actions of ten plaintiffs alleging race-based employment discrimination. 497 F.2d 1330. On the other hand, joinder has been denied in cases where the prejudicial effects of other witnesses' alleged discriminatory experiences outweigh their probative value where, for example, the alleged discrimination occurs during different time periods, involves different supervisors making the challenged decisions, or the alleged discrimination happens at geographically removed places. See Alexander, 207 F.3d at 1324 (citing cases where joinder has been denied).

On February 28, 2002, this Court found that individual questions predominated over common questions and denied Plaintiffs' attempt to certify class. As stated by the Fifth Circuit in Allison v. Citgo Petroleum Corp., "[t]he recovery of compensatory and punitive damages in Title VII cases requires individualized and independent proof of injury to, and a means by which discrimination was inflicted upon, each class member." 151 F.3d 402, 419 (5th Cir.1998). Although Plaintiffs argue that there is an overall pattern and practice of discrimination at the shipyard, allegations of pattern and practice do not state an independent cause of action. Celestine v. Petroleos de Venezuella SA, 266 F.3d 343, 355 (5th Cir.2001). At the heart of each Plaintiff's claims, are individualized allegations of discrimination in the workplace, such as denied promotions or less desirable work assignments. See Brown v. Worthington Steel, Inc., 211 F.R.D. 320, 324-25 (D.C.Ohio 2002) (finding joinder improper where plaintiffs alleged race-based discrimination when denied promotions); Bailey v. Northern Trust Co., 196 F.R.D. 513, 516 (N.D.Ill.2000); Smith v. North American Rockwell Corp., 50 F.R.D. 515, 522-23 (N.D.Okla.1970) (finding joinder improper despite plaintiffs' allegations of company-wide discriminatory practices).

Defendant has presented evidence to demonstrate that the shipyard is a vast facility, occupying 789 acres, and spanning several different locations. The Plaintiffs in this lawsuit work in more than 20 different departments, sought promotions or challenge promotion decisions in different physical locations in the shipyard, and challenge promotion decisions made by numerous different decision-makers. Furthermore, the Plaintiffs' experiences of discrimination and/or a hostile work environment, as recounted in their discovery responses and depositions, vary greatly from individual to individual. The very determination of whether an individual was subjected to a hostile work environment contains a subjective, as well as an objective, element. See Faragher v. City of Boca Raton, 524 U.S. 775, 787, 118 S.Ct. 2275, 141 L.Ed.2d 662 (1998).

*3 The Court has been involved in numerous discovery disputes that have erupted periodically during this litigation. These discovery disputes often have centered on the particularized proof that will be necessary for individual Plaintiffs to prove their allegations of discrimination. The Court finds that each Plaintiff has a highly individualized claim of race-based discrimination, certainly with respect to matters such as denied promotions, and that each Plaintiff's claims for damages will be highly individualized as well. Given the separate and distinct claims of discrimination and the individualized proof necessary to support each claim, the Court finds that joining the Plaintiffs is more likely to confuse the jury and that severance would avoid undue prejudice. See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1296-97 (9th Cir.2000); Delee v. Amtrak and Resco Holdings, Inc., 180 F.R.D. 316, 319 (E.D.Tex.1998); Henderson v. AT & T Corp., 918 F.Supp. 1059, 1062 (S.D.Tex.1996). Most, if not all, of the central claims of discrimination will require different witnesses and documentary proof. Although severing the claims will result in a greater number of trials, severance will allow the Court to better manage and resolve the individual claims of Plaintiffs.

In order to manage these cases in an effective and economical manner, the Court finds that the claims of the individual Plaintiffs should be severed into separate causes of action, each requiring a separate complaint. The Court will direct the clerk of the court to assign a separate case number for each of the Plaintiffs still remaining in the lawsuit and will require each Plaintiff to file a separate complaint setting forth specific factual allegations in support of

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Wo

Slip Copy

(Cite as: 2006 WL 2385324, *3 (S.D.Miss.))

Page 17

his or her claim.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant's Motion to Sever is GRANTED:

(1) All Plaintiffs' claims in civil action no. 1:01cv 111-LG-RHW shall be severed into individual actions, one for each named Plaintiff.

(2) The Clerk shall copy the pleadings and exhibits from 1:01cv 111-LG-RHW, which shall then be included as part of the record for each severed case. Exhibits to filings are part of the record but may not be accessible electronically. All pleadings and exhibits filed prior to the entry of this Order of severance shall be maintained in the closed court file for the ease of Thompson, et al v. Ingalls Shipbuilding, et al, 1:01cv111. Each of the previous filings will be deemed filed in the new cases as of the dates shown on the docket sheet for civil action no. 1:01cv111.

(3) The Clerk shall assign individual civil action numbers to each of the severed cases.

(4) Pending motions in the captioned cause are terminated by this order and shall be resubmitted as necessary, in each new case.

(5) Within thirty (30) days of this Order, each Plaintiff shall file a separate complaint setting forth specific factual allegations regarding his or her claims of discrimination; however, the Plaintiffs will not be required to pay any additional filing fees.

*4 (6) The current case shall be closed upon the individual cases being severed and replaced by the new filings.

(7) All pre-discovery disclosure of case information or other cooperative discovery devices provided for by the Uniform Local Rules of the United States District Courts of Mississippi 26.1(A) and Federal Rules of Civil Procedure 26(a)(1) which have not been previously furnished by the parties shall be disclosed pursuant to said rules. The newly-assigned case number shall be placed upon the present complaint and other documents, and they shall serve as the original documents in each severed action. In the event that the court finds that common questions of law or fact exist in separate cases, the court may then order that those cases be consolidated as provided in Fed.R.Civ.P. 42(a).

(8) All scheduling order deadlines in effect in civil action no. 1:01cv111-LG-RHW shall carry over to the severed cases and remain in effect.

(9) All severed cases shall remain assigned to United States District Judge Louis Guirola, Jr. and United States Magistrate Judge Robert H. Walker.

SO ORDERED, this the 17th day of August, 2006.

2006 WL 2385324 (S.D.Miss.)

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Wo