IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARREN ANDERSON, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:06-cv-951-MEF |
| ) | |
| WAYNE FARMS, LLC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Stay (Doc. #17) filed on January 16, 2007, it is hereby

ORDERED that the plaintiffs show cause in writing on or before January 30, 2007 as to why the motion should not be granted.

DONE this the 18th day of January, 2007.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE