IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
MONTGOMERY DIVISION

DARREN ANDERSON, et al.,              §
                                      §
        Plaintiffs,                   §
                                      §        CIVIL ACTION NO.
v.                                    §        2:06-cv-00951-MEF-DRB
                                      §
WAYNE FARMS, LLC,                     §
                                      §
        Defendant.                    §

## NOTICE OF FILING ADDITIONAL
## NOTICES OF CONSENT TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join

executed by CLIFFORD T. WILLIAMS, DAVE WARMACK, HELEN

TARVER, CHRISTINE LEE, LEAMON LEE, ANGELA P. CALLOWAY,

CICELY CARTER, TALISHA COBB, QUINTANA HENRY,

TE'ANGELA HENRY, MARIE HAMPTON, PEGGY HOWARD, APRIL

HURT, DELFINA GUTIERREZ, SANDRA SCOTT, CORRETTA

SCROGGINS, TAMEKIA SIMS, DARLENE SMITH, FRANTASHIA

SMITH, LUE V. SMITH, QUINETTER SMITH, SHAMIKA D. SMITH,

WILLIE A. PRITCHETT, DENETRIUS A. RANDOLPH, GREGORY

RICKS, KANEDRA PENDLETON, AGNES PETERSON, KAWANA

PRITCHETT, EDDIE J. WASHINGTON, MARY LEONARD,

CHRISTOPHER ADRIAN LEWIS, BERTH D. MADDOX, LOUIS MCCRAY, SUSIE JONES, WILLIAM R. JOYNER, JASON T. KING, TABITHA LAMPLEY, JAMES M. HARRIS JR., JOHN PRESTON HARRIS, KRISTY S. HURT, LORENE ROGERS, ALBERTHA RUMPH, SHELIA SANDERS, AVESTER SCOTT, MARY IVEY, ETHEL J. TARVER, WILLIE JACKSON JR., SHAWANDA JENKINS, SALLIE A. JERNIGAN, and BEATRICE JOHNSON, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above-captioned lawsuit.

Dated:  January 18, 2007                    Respectfully submitted,

                                            **THE COCHRAN FIRM, P.C.**

                                            /s/ Robert J. Camp
                                            **ROBERT J. CAMP**
                                            **BERNARD D. NOMBERG**
                                            505 North 20th Street, Suite 825
                                            Birmingham, AL  35203
                                            (205) 930-6900 (Phone)
                                            (205) 930-6910 (Fax)

        – and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302

(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

− and −

Richard Celler
*(To seek pro hac vice admission)*
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, Florida 33324
Toll Free: 1-877-435-9243 (WAGE)
Facsimile: (954) 333-3515

                                ***Attorneys for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

| | |
|---|---|
| Dorman Walker | Lisa J. Sharp |
| dwalker@balch.com | lsharp@balch.com |
| | |
| Wendy A. Madden | Pepper Crutcher, Jr. |
| wmadden@balch.com | pcrutcher@balch.com |

                                      /s/ Robert J. Camp
                                   **ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Clifford Tyrone Williams_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farm_ at [Name of plant] the facility located in _Union Spring Al._ . I worked at this location from [City/State] _8-19-01_ to _12-19-04_ . [Date]      [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Spring Al._ and [Name of Plant]                              [City/State] possibly other plants owned by _Wayne Farm_ . If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _September_ , 2006.


_Clifford Tyrone Williams_                _Clifford T. Williams_
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Dave Warmack_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs / Ala_. I worked at this location from
   [City/State]
   _1-22-03_ to _6-21-05_.
   [Date]     [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs / Ala_, and
   [Name of Plant]     [City/State]
   possibly other plants owned by _Wayne Farms_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29_ day of _September_, 2006.

_Dave Warmack_                          _Dave Warmack_
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Helen TARVER_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _WAYne FARm_ at the facility located in _Union Sprims Al_ I worked at this location from
[Name of plant]  [City/State]
_10-25-1971_ to _PresenT_ .
[Date]  [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _WAYne FARm_ plant in _Union Sprims Al_ and
[Name of Plant]  [City/State]
possibly other plants owned by _WAYne Farm_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _9_ , 2006.

_HELen TARVER_            _Helen Tarver_
PRINT NAME                SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Christine Lee_ _____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at
   [Name of plant]
   the facility located in _Union Springs Al_ I worked at this location from
   [City/State]
   _03/1988_ to _Present_ .
   [Date]          [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al_ and
   [Name of Plant]                    [City/State]
   possibly other plants owned by _Wayne Farms_ If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

   DATED the _2_ day of _Sept._ , 2006.


_Christine Lee_ _____          _Christine Lee_ _____
[PRINT NAME]                          [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Leamon Lee_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_ . I worked at this location from [Name of plant] [City/State]
_04/17/1992_ to _Present_ .
[Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ , and [Name of Plant] [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _September_ , 2006.

_Leamon Lee_ _____        _Leamon Lee_ _____
PRINT NAME                           SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Angela P. Calloway_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at the facility located in _Union Springs, AL_ I worked at this location from
[Name of plant]                [City/State]
_June 1999_ to _Nov. 2003_ .
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs, AL_ and
[Name of Plant]                        [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23rd_ day of _Sept._ , 2006.

_Angela P. Calloway_                _Angela P. Calloway_
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Cicely Carter_
[Print Name]                                    states the following:

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
       [Name of plant]
       the facility located in _Union Springs, Al._. I worked at this location from
       [City/State]
       _8-2002 to 9-2003_ to _present_.
       [Date]              [Date, or if still working write "present"]
       _8/20/2006_

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al._, and
       [Name of Plant]                                    [City/State]
       possibly other plants owned by _Wayne Farms_. If brought as a class
       [Name of Plant]
       action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

       DATED the _05_ day of _October_, 2006.

_Cicely Carter_                              _Cicely Carter_
PRINT NAME                                   SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

__Talisha Cobb__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Wayne Farms__ at the facility located in __Union Springs, AL__ I worked at this location from [Name of plant] [City/State] __11/21/02__ to __present__.
[Date]              [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Union Springs, AL__ and [Name of Plant] [City/State] possibly other plants owned by __Wayne Farms__. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __06__ day of __December__, 2006.


__Talisha Cobb__                    __Talisha Cobb__
[PRINT NAME]                       [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Quintana Henry_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, AL_ I worked at this location from
[City/State]
_05/04_ to _08/04_.
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs AL_ and
[Name of Plant]                [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30_ day of _Oct._, 2006.

_Quintana Henry_                _Quintana Henry_
PRINT NAME                      SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Te'Angela Henry_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Waynes Farm_ at
the facility located in _Union Springs_ [City/State] _AL_ worked at this location from
[Name of plant]
_11/05_ to _06/06_ .
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering
employees at the _Waynes Farms_ plant in _Union Springs AL_ and
[Name of Plant]                                    [City/State]
possibly other plants owned by _Waynes Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30_ day of _Oct._ , 2006.

_Te'Angela Henry_                _Te'Angela Henry_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Marie Hampton_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Spring, AL_. I worked at this location from
    [Name of plant]      [City/State]
_7-10-91_ to _1-23-06_.
[Date]            [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre-
and post-production time activities from my employer. I also understand that
the lawsuit may seek recovery for unpaid production time. I understand that
the suit is brought pursuant to both federal law and applicable state statutes,
if any.

4.  I believe I have not been paid for all compensable time, which I have worked,
including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any
settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering
employees at the _Wayne Farms_ plant in _Union Spring_, and
    [Name of Plant]      [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
    [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such
class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.
DATED the _29th_ day of _29 Sept._, 2006.

_MARIE   HAMPTON_          _Marie Hampton_
PRINT NAME                SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Peggy Howard_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs AL_. I worked at this location from
[City/State]
_April 29 1991_ to _Present_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and
[Name of Plant]                [City/State]
possibly other plants owned by _Wayne Farms_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _September_, 2006.

_Peggy Howard_                _Peggy Howard_
[PRINT NAME]                  [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_April Hurt_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Waynes Farms_ at
the facility located in _Union Springs, AL_. I worked at this location from
[Name of plant]     [City/State]
_6-18-91_ to _11-15-04_.
[Date]     [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Waynes Farms_ plant in _Union Springs, AL_ and
[Name of Plant]     [City/State]
possibly other plants owned by _Waynes Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _September_, 2006.

_April Hurt_
[PRINT NAME]

_April Hurt_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Delfina J. Gutiérrez_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_ I worked at this location from
[Name of plant]    [City/State]
_3-10-99_ to _10-31-06 Present_
[Date]    [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
[Name of Plant]    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _20_ day of _Dec_____, 2006.

_Delfina J. Gutiérrez_          _Delfina J. Gutiérrez_
PRINT NAME                      SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sandra Scott_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Springs, AL_ I worked at this location from
[Name of plant]
_01|03|77_ to _present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne farms_ plant in _Union Springs, AL_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_ 2006.

_Sandra Scott_                    _Sandra Scott_
PRINT NAME                    SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Corretta Scroggins_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
      [Name of plant]
      the facility located in _Union Springs, AL_ I worked at this location from
      [City/State]
      _06/2001_ to _11/2003_ .
      [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
      [Name of Plant]                    [City/State]
      possibly other plants owned by _Wayne Farms_ . If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5th_ day of _25 Oct_, 2006.

_Corretta Scroggins_                    _Corretta Scroggins_
PRINT NAME                              SIGN NAME

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tamekia  B. Sims_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Forms LLC_ at
[Name of plant]
the facility located in _Union Springs AL_. I worked at this location from
[City/State]
_10-03-96_ to _present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs AL_, and
[Name of Plant]                            [City/State]
possibly other plants owned by _Wayne Farms LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Tamekia B. Sims_                    _Tamekia R. Sims_
PRINT NAME                            SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Darleane Smith_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Union Springs AL_ I worked at this location from
[Name of plant]       [City/State]
_04 – 1992_ to _11 1 05_.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs, AL_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farm_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _24_ day of _October_, 2006.

_DARLEANE SMITH_                    _Darleane Smith_
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Frantashia Smith_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by __Wayne Farms__ at the facility located in __Union Springs, AL__. I worked at this location from __12-05-06__ to __Present__.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Union Springs, AL__, and possibly other plants owned by __Wayne Farms__. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __5th__ day of __Oct.__, 2006.

_____Frantashia Smith_____        _____Frantashia Smith_____
PRINT NAME                                   SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lue VAil Smith_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _WAyne FARms_ at the facility located in _Union Spring_. I worked at this location from [Name of plant] [City/State] JAL
_3-20-74_ to _7-19-04_.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _WAyne fARms_ plant in _Union Spring_, and [Name of Plant] [City/State] JAL possibly other plants owned by _WAyne fARms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.
DATED the _28th_ day of _Sept._, 2006.

_Lue VAiL Smith_
PRINT NAME

_Lue Vail Smith_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Quinetter Smith_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
     [Name of plant]
     the facility located in _Union Springs, AL._ I worked at this location from
     [City/State]
     _Jan. 2003_ to _Nov. 2003_ .
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
     [Name of Plant]                    [City/State]
     possibly other plants owned by _Wayne Farms_ . If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _08_ day of _November_ , 2006.

_Quinetter Smith_                    _Quinetter Smith_
PRINT NAME                           SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shamika Smith_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_. I worked at this location from _3/1997_ to _present_.
[Name of plant]
[City/State]
[Date]
[Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action, covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _Sept._, 2006.

_Shamika D. Smith_                    _Shamika W Smith_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Willie Ann Pritchett_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_ I worked at this location from _10/21/1999_ to _08/31/2004_.
[Name of plant]
[City/State]
[Date]                      [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]                     [City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _October_, 2006.

_Willie Ann Pritchett_               _Willie Ann Pritchett_
PRINT NAME                           SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Demetrius A. Randolph _____ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by **Wayne Farms LLC** at
the facility located in **Union Spring AL**. I worked at this location from
[Name of plant]
[City/State]
**May 28, 2004** to **"Present"**.
[Date]                [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering
employees at the **Wayne Farm LLC** plant in **Union Springs AL**, and
[Name of Plant]
[City/State]
possibly other plants owned by **Wayne Farms LLC**. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the **9th** day of **October**, 2006.

Demetrius Randolph
PRINT NAME

Dentien Randolph
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Gregory Ricks_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms, LLC_ at the facility located in _Union Springs, AL_. I worked at this location from _09/09/03_ to _09/28/06_.
[Name of plant] / [City/State] / [Date] / [Date, or if still working write "present?"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms, LLC_ plant in _Union Springs AL_, and possibly other plants owned by _Wayne Farms, LLC_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _18_ day of _October_, 2006.

_Gregory Ricks_                          _Gregory Ricks_
PRINT NAME                               SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Konedra Pendleton_____ states the following:
  [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms____ at
       the facility located in _Union Springs___. I worked at this location from
       _Oct 2004___ to _Present_____.
       [Date]                      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms___ plant in _Union Springs__, and possibly other plants owned by _Wayne Farms___. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.
       DATED the _Sept 27th_ day of _27 Sept._, 2006.

_Konedra Pendleton_____            _Konedra Pendleton_____
PRINT NAME                           SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_AGNES PETERSON_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _WAYNE FARMS_ at [Name of plant] the facility located in _Union Springs, AL_. I worked at this location from [City/State] _7-12-97_ to _12-15-2005_. [Date]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_ and [Name of Plant]      [City/State]  _AL_ possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _6_ day of _Nov_, 2006.

_AGNES PETERSON_                    _Agnes Peterson_
PRINT NAME                                   SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kawana Pritchett_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Union Springs, AL_ I worked at this location from _01\17\03_ to _present_ .
    [Name of plant]
    [City/State]
    [Date]   [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs, AL_ and possibly other plants owned by _Wayne Farm_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
    [Name of Plant]   [City/State]
    [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _03_ day of _October_ , 2006.

_Kawana Pritchett_           _Kawana Pritchett_
[PRINT NAME]                  [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Eddie J. Washington_ ____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ ____ at
[Name of plant]
the facility located in _Union Springs, Al_. I worked at this location from
[City/State]
_2-31-82_ to _9-7-06 Present_.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering employees at the _Wayne Farms_ plant in _Union Springs Al_, and
[Name of Plant]              [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _Sept_, 2006.

_Eddie J. Washington_              _Eddie J Washington_
[PRINT NAME]                       [SIGN NAME]

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, _Mary Leonard_, consent to become a party plaintiff in this action.

_17 — 12 –06_
DATE

_mary Leonard_
CLIENT SIGNATURE

(M&M form #80)

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Christopher Adrian Lewis_   states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms llc_   at
[Name of plant]
the facility located in _Union Springs Alabama_.   I worked at this location from
[City/State]
_6|7|97_   to   _12|12|05_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms llc._   plant in _Union Springs Al_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne farms llc_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _6_ day of _Sept._, 2006.

_Christopher A. Lewis_
[PRINT NAME]

[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bertha D. Maddox_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, AL_ I worked at this location from
[City/State]
_12-31-1985_ to _Present_.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_. and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16th_ day of _September_, 2006.

_Bertha D. Maddox_                    _Bertha D. Maddox_
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Louis McCray_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Springs, AL_. I worked at this location from
[Name of plant]
_Mar 2004_ to _May. 2005_.
[City/State]
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
[Name of Plant]    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _November_, 2006.

_Louis Charles McCray_
PRINT NAME

_Louis Charles McCray_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Susie Jones_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs Al_ I worked at this location from [City/State] _11-11-092_ to _present_. [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al_, and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _September_, 2006.

_Susie Jones_
PRINT NAME

_Susie M. Jones_
SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_William R. Joyner_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs (Ala)_ I worked at this location from
[City/State]
_04|23|2004_ to _06|10|2004_.
[Date]                          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Ala._ and
[Name of Plant]                              [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25th_ day of _Oct._, 2006.

_William R. Joyner_                    _William R. Joyner_
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jason T King_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wagne Farms 2 LC._ at
_AL_ [Name of plant]
the facility located in _Union Springs_. I worked at this location from
[City/State]
_May 03/2001_ to _June 30, 2006_ .
[Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wagne Farms LLC_ plant in _Union Spring AL_ , and
[Name of Plant] [City/State]
possibly other plants owned by _Wagne Farms LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _21_ day of _September_ , 2006.

_Jason T King_ _____        _Jason T King_ _____
PRINT NAME                    SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tabitha Lampley_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at
the facility located in _Union Springs, AL_ I worked at this location from
_10/03_ to _3/04_ .
[Date]                    [Date, or if still working write "present"]
[Name of plant]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs_ and _AL_ possibly other plants owned by _Wayne Farms LLC_ If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]          [City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _September_ , 2006.

_Tabitha Lampley_                    _Tabitha Lamp_
PRINT NAME                            SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_James M. Harris Jr_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at
      the facility located in _Union Springs, Al_. I worked at this location from
      [City/State]
      _10/08/05_ to _12/15/05_.
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs, Al_, and
      [Name of Plant]                              [City/State]
      possibly other plants owned by _Wayne Farms LLC_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _29_ day of _September_, 2006.


_James M. Harris Jr_                    _James M. Harris Jr_
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_John Preston Harn's_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm LLC_ at
[Name of plant]
the facility located in _Union Springs, AL_. I worked at this location from
[City/State]
_Aug 2001_ to _Sept 2004_.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs, AL_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farm_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _20_ day of _Oct_, 2006.

_John Preston Harn's_
**PRINT NAME**

_John Preston Harris_
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kristy S. Hurt_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_ I worked at this location from
[Name of plant]                [City/State]
_10/2003_ to _01/2004_ .
[Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
[Name of Plant]                [City/State]
possibly other plants owned by _Wayne Farms_ .  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _October_ , 2006.

_Kristy S. Hurt_
PRINT NAME

_Kristy S. Hurt_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lorene Rogers_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Springs, Al_ . I worked at this location from
[Name of plant]
_10-12-1976_ to _present_ .
[City/State]
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, Al_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept._ , 2006.

_Lorene Rogers_                    _Loren Rogers_
PRINT NAME                        SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

*Albertha     Rumph*_____ states the following:
        [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _*Wyne Farms*_ at the facility located in _*Union Springs Ala*_ I worked at this location from
        [Name of plant]
        [City/State]
_*10|26|1996*_ to _*Present*_.
    [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _*Wayne Farms*_ plant in _*Union Springs*_, and
        [Name of Plant]        [City/State]
    possibly other plants owned by _*Wayne Farms*_. If brought as a class
        [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _September_, 2006.

_Albertha   Rumph_____          _albertha Rumph_____
PRINT NAME                      SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shelia Sanders_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_. I worked at this location from [Name of plant] [City/State] _Nov. 12, 1986_ to _Sept. 20, 2005_. [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _31_ day of _October_, 2006.

_Sheila Sanders_
PRINT NAME

_Sheila F. Sanders_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Avester Scott_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_____ at the facility located in _Union Springs, Al_. I worked at this location from
[Name of plant]        [City/State]
_4-93_____ to _4-04_____.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_____ plant in _Union Springs, Al_, and
[Name of Plant]                  [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _22_ day of _September_, 2006.

_Avester Scott_____        _Avester Scott_____
PRINT NAME                      SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary Ivey_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
      [Name of plant]
      the facility located in _Union Springs_. I worked at this location from
      [City/State]
      _8-14-91_ to _Present Al._
      [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that _Wayne Farms_ this suit may be brought as a class action covering
      employees at the _Union Springs_ plant in _Union Spring, Al_ and
      [Name of Plant]                              [City/State]
      possibly other plants owned by _Wayne Farms_ If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _~~Aug~~ Sept._, 2006.

_Mary Ivey_                      _Mary Ivey_
PRINT NAME                       SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ethel J. Tarver_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Waynes Farms_____ at the facility located in _Union Springs, AL_ I worked at this location from
[City/State]
_11-20-02_____ to _Present as_____.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and
[Name of Plant]                        [City/State]
possibly other plants owned by _Wayne Farms_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.
DATED the _10th_ day of _Sept._, 2006. as

_Ethel J. Tarver_____          _Ethel Tarver_____
[PRINT NAME]                     [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Willie Jackson Senior_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs Al_ . I worked at this location from
[City/State]
_July 13, 1993_ to _Present_ .
[Date]    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _31_ day of _Auguest_ , 2006.


_Willie Jackson Senior_                    _Willie Jackson Junior_
[PRINT NAME]                              [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Shawanda Jenkins    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Wayne Farms    at
[Name of plant]
the facility located in Union Springs, AL. I worked at this location from
[City/State]
8/7/92    to Present.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Wayne Farms plant in Union Springs, AL, and
[Name of Plant]    [City/State]
possibly other plants owned by Wayne Farms. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16th day of September, 2006.

Shawanda Jenkins
PRINT NAME

Shawanda Jenkins
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sallie A. Jeenigan_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs, AL_ I worked at this location from [City/State] _12/16/92_ to _present_ . [Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and [Name of Plant]                                    [City/State] possibly other plants owned by _Wayne Farms_ .  If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _October_ , 2006.

_Sallie A. Jernigan_                    _Sallie A. Jernigan_
PRINT NAME                              SIGN NAME