## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## MONTGOMERY DIVISION

| | | |
|---|---|---|
| **DARREN ANDERSON, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **2:06-cv-00951-MEF-DRB** |
| | § | |
| **WAYNE FARMS, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

### NOTICE OF FILING ADDITIONAL
### NOTICES OF CONSENT TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join

executed by BEATRICE JOHNSON, MARCUS OREE, BEVERLY

PARKER, DIANE PATTERSON, BRENDA JOHNSON, WANDA R.

THOMAS, JEROME JOHNSON, TIFFENIE S. JOHNSON, JEROME

JONES, TONYA GHANT, CHRIS GIBBS, LONNIE GIBBS, JANICE

ADAMS, BENJAMIN F. ALLUMS, LASHEKA BAKER, KASHEBRA Y.

BALDWIN, SHARON DIGGERS, ANNIE P. BORUM, CHAUDNEY L.

BOWENS, ARLENE BRONSON, CHRISTINE BROWN, CYNTHIA

MOSES, LASHUNDRA HARRIS, JERRY STREETER, DONELL

SWANSON, FARRIS STILL, JASON STILL, JOHNNIE HERRINGTON,

FRANK HOLMES, KATRINA HOOKS, PATRICIA BURNEY, ANITA

M. CALHOUN, MARGARET TAYLOR, MOSES LEE, PATRICIA

PATTERSON, LASHUNDA PEARSON, ANGELA MURRY, EMILY

NOBLES, JUANITA ONEAL, JACQUELYN L. COLLINS, MARY COX,

and ELBERT DARIE, similarly situated employees to Plaintiffs, who

likewise are or were subjected to the illegal pay practices at issue, and who

wish to join the above-captioned lawsuit.

Dated:  January 18, 2007                    Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

–  and –

Richard Celler

*(To seek pro hac vice admission)*
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, Florida 33324
Toll Free: 1-877-435-9243 (WAGE)
Facsimile: (954) 333-3515

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007, I electronically filed the

foregoing with the Clerk of the District Court using the CM/ECF system,

which sent notification of such filing to:

| | |
|---|---|
| Dorman Walker | Lisa J. Sharp |
| dwalker@balch.com | lsharp@balch.com |
| Wendy A. Madden | Pepper Crutcher, Jr. |
| wmadden@balch.com | pcrutcher@balch.com |

/s/ Robert J. Camp
**ROBERT J. CAMP**

3

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Beatrice Johnson_____ states the following:
              [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_____ at the facility located in _Union Springs, AL_. I worked at this location from
                                        [Name of plant]
_01/1995_____ to _09/2005_____.
     [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_____ plant in_Union Springs, AL._ and
                        [Name of Plant]                     [City/State]
possibly other plants owned by _Wayne Farms__. If brought as a class
                                [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _05_ day of __OCT_____, 2006.

_Beatrice Johnson_____              _Beatrice Johnson_____
PRINT NAME                            SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:**  **CLERK OF THE COURT AND COUNSEL OF RECORD**

_Marcus Oree_____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_. I worked at this location from
[Name of plant]
[City/State]
_12/1996_ to _Present_.
[Date]
[Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs AL_ and
[Name of Plant]
[City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _17_ day of _November_, 2006.

_Marcus Anthony Oree_          _Marcus a. Oree._

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Beverly Parker_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, AL_. I worked at this location from
[City/State]
_Nov. 11, 1997_ to _Present_.
[Date]     [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and
[Name of Plant]     [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.
DATED the _2nd_ day of _Sept._, 2006.

_Beverly Parker_
[PRINT NAME]

_Beverly Parker_
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Diane Patterson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Springs, AL_ I worked at this location from
[Name of plant]
_09/22/1993_ to _present_ .
[Date]        [Date, or if still working write "present"]
[City/State]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
[Name of Plant]                              [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19_ day of _November_ , 2006.

_DiaNNE PattersoN_          _Diana Patterson_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Brenda   Johnson_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, al_ I worked at this location from
[Name of plant]      [City/State]
_8/16/96_ to _10/1/06 Present_
[Date]    [Date, or if still working write "present"]   _a.s._

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Al._, and
[Name of Plant]      [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1st_ day of _October_, 2006.

_Brenda Johnson_
PRINT NAME

_Brenda Johnson_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Wanda R. Thomas_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Springs, AL_. I worked at this location from
[Name of plant]
_091405_ to _present_.
[Date]        [City/State]    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that, this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and
[Name of Plant]                      [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _September_, 2006.

_Wanda R. Thomas_                    _Wanda R. Thomas_
PRINT NAME                           SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jerome, Johnson_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
the facility located in _Union Springs, Al_ . I worked at this location from
[City/State]
_6/12/97_ to _Present_ .
[Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, Al_ , and
[Name of Plant]                [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _Sept._ , 2006.

_Jerome Johnson_                    _Jerome Johnson_
**PRINT NAME**                       **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_TIFFENIE  Johnson_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne  Farms_ at the facility located in _Union Springs, Ala._. I worked at this location from
     [Name of plant]     [City/State]
     _8/03_ _____ to _8/05_ _____.
     [Date]                 [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne  Farms_ plant in _Union Springs Al_ and
     [Name of Plant]                          [City/State]
     possibly other plants owned by _Wayne  Farms_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _October_, 2006.

_TIFFENIE  SHAVON Johnson_          _Tiffenie Shavon Johnson_
**PRINT NAME**                       **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jerome Jones_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
     Springs,
     the facility located in _Union Alabama_.  I worked at this location from
     [City/State]
     _2003 Sep 3_ to _Sept 24 2006 Present_
     [Date]      [Date, or if still working write "present"]
     _09|2003_

3.   I understand that this suit is being brought to recover compensation for pre-
     and post-production time activities from my employer.  I also understand that
     the lawsuit may seek recovery for unpaid production time.  I understand that
     the suit is brought pursuant to both federal law and applicable state statutes,
     if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
     settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the _Wayne Farms_ plant in _Union Springs Al._, and
     [Name of Plant]                    [City/State]
     possibly other plants owned by _Wayne Farms_.  If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such
     class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.
     DATED the _24th_ day of _Sept_, 2006.

_Jerome Jones_ _____          _Jerome Jones_ _____
**PRINT NAME**                   **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tonya Ghant_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne's Farm_ at
the facility located in _Union Spring Ala._ I worked at this location from
[Name of plant]                                      [City/State]
_2005_ to _2005_.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne's Farm_ plant in _Union Spring Ala_ and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne's Farm_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _Oct._, 2006.

_Tonya Ghant_
PRINT NAME

_Tonya Ghant_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Christopher L. Gibbs_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_____ at
the facility located in _Union Springs, Alabama_. I worked at this location from
[Name of plant]
_Oct. 9, 2004_____ to _Present_____.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_____ plant in _Union Springs, Alabama_, and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne Farms LLC_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30_ day of _August_____, 2006.


_Christopher L. Gibbs_____           _Christopher L. Gibbs_____
[PRINT NAME]                        [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lonnie Gibbs_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Springs, AL_ I worked at this location from
[City/State]
_09/03/03_ to _present_.
[Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
[Name of Plant]                        [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5_ day of _October_, 2006.

_LONNiE R Gibbs_                    _Lonnie B Gibbs_
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Janice Adams_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___Wate Farms h L C___ at
[Name of plant]
the facility located in _union spring Ala_ . I worked at this location from
[City/State]
_9-24-01_____ to _Present_____ .
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wate Farms h LC_ plant in _union spring Ala_ , and
[Name of Plant]          [City/State]
possibly other plants owned by _Wate Farms h.L.C._ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_ , 2006.


_Janice Adams_____          _Janice Adams_____
**PRINT NAME**                          **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Benjamin F. Allums_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms Inc._ . at
the facility located in _Union Springs, Ala._ . I worked at this location from
_Sept. 03_ to _Sept. 04_ .
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms Inc_ plant in _Union Springs, Ala._ , and possibly other plants owned by _Wayne Farms, Inc_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _Sept,_ , 2006.

_Benjamin F. Allums_ _____          _Benjamin F. Allums_ _____
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_LaSheka Baker_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs Ala_ worked at this location from
[Name of plant]
[City/State]
_6-6-2003_ to _1-8-2004_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs Ala_ and
[Name of Plant]    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _September_, 2006.

_LaSheka S. Baker_                    _LaSheka S. Baker_
PRINT NAME                           SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Kashebra y. Baldwin_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ~~Kashebra y. Baldwin~~ _Wayne farms_ at the facility located in _Union Springs AL_   I worked at this location from
[City/State]
[Name of plant]
~~03-11-05~~ _02/03_ to _03/05_ .
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ~~Kashebra y. Baldwin~~ _wayne farms_ plant in _Union Spring AL_ , and
[Name of Plant]
[City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _2nd_ day of _Oct_ , 2006.

_Kashebra y. Baldwin_
PRINT NAME

_Kashebra y. Baldwin_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

*Sharon Diggers* _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by *Wayne Farms* at
     [Name of plant]
     the facility located in *Union Springs, AL* I worked at this location from
     [City/State]
     *11-29-91* to *Till Now 9-28-06 Present*
     [Date]          [Date, or if still working write "present"]
     *and have worked all postion*

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that *Wayne Farms* this suit may be brought as a class action covering
     employees at the *Sharon Diggers* plant in *Union Springs,* and
     [Name of Plant]                       [City/State] *AL*
     possibly other plants owned by *Wayne Farms*. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the *29* day of *Sept*, 2006.

*Sharon Diggers*               *Sharon Biggar*
PRINT NAME                     SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Annie   Pearl   Borum_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne  Farms_ at
       the facility located in _Union  Springs, AL_ I worked at this location from
       _Aug. 23, 1991_ to _Feb 21, 2005_ .
       [Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and
       [Name of Plant]                                    [City/State]
       possibly other plants owned by _Wayne Farms_ .  If brought as a class
       [Name of Plant]
       action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

       DATED the _16_ day of _September_, 2006.


_Annie Pearl Borum_                    _Annie Pearl Borum_
[PRINT NAME]                                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Chaudney L. Bowens_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs AL_    I worked at this location from
[City/State]
_1/16/2006_ to _Present_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]                    [City/State]
action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19th_ day of _Oct._ , 2006. ao

_Chaudney L. Bowens_        _Chaudney L. Bowens_
PRINT NAME                    SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:**   **CLERK OF THE COURT AND COUNSEL OF RECORD**

_Arlene Bronson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Sprng AL_. I worked at this location from
[Name of plant]
_May 23, 1991_ to _Present_.
[Date]                    [City/State]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Sprng AL_, and
[Name of Plant]                        [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _September_, 2006.

_Arlene Bronson_                    _Arlene Bronson_
**PRINT NAME**                        **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Christine Brown_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Wayne Farms_ at
    [Name of plant]
    the facility located in _Union Springs, Al_ I worked at this location from
    [City/State]
    _04/01/84_ to _03/25/04_ .
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, Al_ and
    [Name of Plant]                          [City/State]
    possibly other plants owned by _Wayne Farms_ . If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _October_ , 2006.


_Christine Brown_                    _Christine Brown_
PRINT NAME                           SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Cynthia L. Moses_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farm_ at
        [Name of plant]
       the facility located in _Union Springs AL_ I worked at this location from
        [City/State]
       _9|2005_ to _2|2006_ .
        [Date]                              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre-
       and post-production time activities from my employer. I also understand that
       the lawsuit may seek recovery for unpaid production time. I understand that
       the suit is brought pursuant to both federal law and applicable state statutes,
       if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
       including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
       settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
       employees at the _Wayne Farm_ plant in _Union Springs,_ and
                              [Name of Plant]                        [City/State]
       possibly other plants owned by _Wayne Farm_ . If brought as a class
                                                  [Name of Plant]
       action under either federal or state law, I agree to be a named Plaintiff in such
       class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28th_ day of _Dec_ , 2006.

_Cynthia L. Moses_                    _Cynthia L. Moses_
PRINT NAME                                SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

**Lashundra Harris** _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by **Wayne Farms** at
    [Name of plant]
    the facility located in **Union Springs, AL** I worked at this location from
    [City/State]
    **Jun. 2004** to **Jan. 2005**
    [Date]            [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the **Wayne Farms** plant in **Union Springs, AL** and
    [Name of Plant]                    [City/State]
    possibly other plants owned by **Wayne Farms** .  If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the **21** day of **Nov** , 2006.


_LaShundra dHarris_____          _Lashundra Harris_____
**PRINT NAME**                            **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jerry Streeter_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _WAYNE FARMS_____ at the facility located in _Union Spring AL_. I worked at this location from
[Name of plant]     [City/State]
_10-2004_ to _4-20-05 Present_
[Date]            [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Union Spring WAYNE FARMS_ plant in _Union Spring, AL 20_ and
[Name of Plant]          [City/State]
possibly other plants owned by _WAYNE FARMS_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _20_ day of _sept_____, 2006.

_Jerry Streeter_                    _Jerry Streeter_
PRINT NAME                         SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Donell Swanson _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by Wayne Farms ____ at
    [Name of plant]
    the facility located in Union Spring AL. I worked at this location from
    [City/State]
    01/1992 to 01-3-05.
    [Date]                [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering
    Wayne Farms
    employees at the Donell Swanson plant in Union Spring AL and
    [Name of Plant]                        [City/State]
    possibly other plants owned by Wayne Farms. If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16th day of Sept., 2006.

Donell Swanson _____          Donell Swanson _____
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Farris Still_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by ___Wayne Farms___ at
     [Name of plant]
     the facility located in __Union Springs, AL__. I worked at this location from
     [City/State]
     _7-15-81_ to _10-31-06 Present_ ao
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Union Springs, AL__, and
     [Name of Plant]                          [City/State]
     possibly other plants owned by __Wayne Farms__ If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _31_ day of _Oct_, 2006.

_FaRRis Still_                    _Farris Still_
[PRINT NAME]                      [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Jason Still_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
      [Name of plant]
      the facility located in _Union Springs AL_. I worked at this location from
      [City/State]
      ~~9-24-77-05~~2-20-06- to _Still Working Present_ oo
      [Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering employees at the _Wayne Farms_ plant in _Union Springs AL_, and
      [Name of Plant]                        [City/State]
      possibly other plants owned by _Wayne Farms_. If brought as a class
      [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _03_ day of _November_, 2006.

_____Jason Still_____                    _____Jason Still_____
PRINT NAME                                SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____ Johnnie Herrington _____ states the following:
[Print Name]

1.      I am over 18 years of age and competent to give the following consent in this matter.

2.      I am currently, or was formerly employed, by ___ Wayne Farms ___ at
[Name of plant]
the facility located in ___ Union Springs Ala ___ I worked at this location from
[City/State]
___ Oct 9, 03 ___ to ___ Sept 13, 06 Present ___
[Date]                    [Date, or if still working write "present"]

3.      I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.      I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.      I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.      I understand that this suit may be brought as a class action covering employees at the ___ Wayne Farms ___ plant in ___ Union Springs Ala ___ and
[Name of Plant]                         [City/State]
possibly other plants owned by ___ Wayne Farms ___. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _27_ day of ___ September, 2006.


      ___ Johnnie Herrington ___          ___ Johnnie Herrington ___
      PRINT NAME                           SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Frank A Holmes_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _WAYNE Farms_ at the facility located in _Union Spring, Ala_. I worked at this location from
[Name of plant]       [City/State]
_2-05-2002_ to _6-23-2004_.
[Date]       [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _WAYNE FARMS_ plant in _Union Spring, Ala_, and
[Name of Plant]       [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30th Mon_ day of _30 Oct_, 2006.

_Frank A. Holmes_            _Frank A. Holmes_
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Katrina Hooks_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_ I worked at this location from
[City/State]
_10|22|01_ to _08|03|06_.
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _6th_ day of _Oct._, 2006.

_Katrina Hooks_                    _Katrina Hooks._
PRINT NAME                         SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Patricia Burney_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_. I worked at this location from _04/07/97_ to _present_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, N_ and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _September_, 2006.

_Patricia Burney_                    _Patricia Burney_
PRINT NAME                            SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Anita M. Calhoun_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Poultry Farms_ at
[Name of plant]
the facility located in _Union Springs AL_ worked at this location from
[City/State]
_01 / 19 88_ to _2004 Jan 31st_ .
[Date]                              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Poultry Farms_ plant in _Un. On Spring_ , and
[Name of Plant]                                [City/State]
possibly other plants owned by _Wayne Poultry Farms_ .  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29_ day of _September_ 2006.

_Anita M. Calhoun_                    _Anita M. Calhoun_
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Margaret Taylor_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farm_, at
     [Name of plant]
     the facility located in _Union Springs, Ala_ I worked at this location from
     [City/State]
     _10/20/00_ to _Present_ .
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs, Ala_ and
     [Name of Plant]                               [City/State]
     possibly other plants owned by _Wayne Farm_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _September_, 2006.

_Margaret Taylor_                    _Margaret Taylor_
PRINT NAME                           SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Moses Lee_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Spring, Ala_. I worked at this location from
[Name of plant]      [City/State]
_03/01/1986_ to _Present_.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Spring Ala_, and
[Name of Plant]        [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _September_, 2006.

_Moses Lee_ _____        _Mod. A Lee_ _____
PRINT NAME                      SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Patricia Patterson_        states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_  at the facility located in _Union Springs AL_. I worked at this location from _03/01/95_ to _present_.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs A_ and possibly other plants owned by _Wayne Farms_.  If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5_ day of _October_, 2006.

_Patricia Patterson_                    _Patricia Patterson_
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lashunda Pearson_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Spr. AL_ . I worked at this location from
[City/State]
_Aug 14 2004_ to _June 5 2006_ .
[Date]           [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs AL_ , and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _September_, 2006.

_Lashunda Pearson_                        _Lashunda Pearson_
PRINT NAME                                SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:**  **CLERK OF THE COURT AND COUNSEL OF RECORD**

_Angela Murry_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs, AL_. I worked at this location from
[Name of plant]
[City/State]
_3-19-03_ to _9-16-06 Present_
[Date]
[Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_, and
[Name of Plant]
[City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept_, 2006.

_Angela Murry_
**PRINT NAME**

_Angela Murry_
**SIGNATURE**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Emily Nobles _____ states the following:
     [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Wayne Farms _____ at
     [Name of plant]
     the facility located in Union Springs Al . I worked at this location from
     [City/State]
     3-10-05 _____ to _____ Present _____ .
     [Date]                          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the Wayne Farms LLC plant in Union Springs Al , and
     [Name of Plant]                                    [City/State]
     possibly other plants owned by Wayne Farms LLC . If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the 9th day of September , 2006.


Emily Nobles _____
[PRINT NAME]

Emily Nobles
[SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Juanita L. O'Neal_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _WAYNE FARMS_ at the facility located in _Union Spring - Ala_. I worked at this location from
   [Name of plant]                          [City/State]
_Oct - 21 - 1982_ to _Present_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering employees at the _Wayne Farms_ plant in _Union Spring - Al_, and
   [Name of Plant]                          [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
   [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

   DATED the _23_ day of _Oct_, 2006.

_Juanita L. O'Neal_                    _Juanita L. O'Neal_
PRINT NAME                            SIGN NAME

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jacquelyn L. Collins_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Union Spring Ala_. I worked at this location from
[City/State]
_6-2-95_ to _7-11-2004_.
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _union Spring Ala_, and
[Name of Plant]              [City/State]
possibly other plants owned by _Wayne farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12_ day of _Oct_, 2006.

_Jacquelyn L. Collins_          _Jacquelyn L. Collins_
PRINT NAME                SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mary Cox_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Wayne Farm_ at the facility located in _Union Springs, AL_ . I worked at this location from
[Name of plant]
[City/State]
_9-23-97_ to _Present_ .
[Date]     [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Wayne Farm_ plant in _Union Springs, AL_ , and
[Name of Plant]
[City/State]
possibly other plants owned by _Wayne Farm_ .  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Sept._ , 2006.

_Mary Cox_
PRINT NAME

_mary cox_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Elbert J. Davie_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at the facility located in _Union Springs_. I worked at this location from _7/2003_ to _present_.
[Name of plant]
[City/State]
[Date]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, AL_ and possibly other plants owned by _Wayne Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]
[City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _31_ day of _October_, 2006.

_Elbert J. Davie_                    _Elbert J. Davie_
PRINT NAME                              SIGN NAME