IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARREN ANDERSON, *et al.,* )<br>)<br>    Plaintiffs, )<br>v. )<br>)<br>WAYNE FARMS, LLC., )<br>)<br>    Defendant. ) | CASE NO. 2:06-cv-951-MEF |

# **O R D E R**

Upon consideration of the plaintiffs' Motion for Extension of Time (Doc. #24) filed on January 24, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 25th day of January, 2007.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE