IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARREN ANDERSON, *et al.,* | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:06-cv-951-MEF |
| | ) | |
| WAYNE FARMS, LLC., | ) | |
| | ) | |
|    Defendant. | ) | |

## **O R D E R**

Upon consideration of the Joseph Lane's Amended Motion to Withdraw as Attorney (Doc. #27) filed on February 6, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 9th day of February, 2007.

                                                        /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE