## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## MONTGOMERY DIVISION

| | | |
|---|---|---|
| **DARREN ANDERSON, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **2:06-cv-00951-MEF-DRB** |
| | § | |
| **WAYNE FARMS, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS' TO RESPOND TO DEFENDANT'S MOTION TO STAY PROCEEDINGS OR ALTERNATIVE MOTION TO APPLY THE FIRST-FILED RULE

Plaintiffs with the consent of Defendant in the above captioned case, and through its undersigned counsel, moves this Honorable Court for an extension of 10 days in which to file its response to Defendant's Motion to Stay, and alternatively, Defendant's Motion to Apply the First-Filed Rule.

1.  Defendant filed the Motion to Stay on January 16, 2007.

2.  Plaintiffs' response is due to be filed no later than February 13, 2007.

3.  Counsel for Defendants consents to Plaintiffs' request for a 10 day extension subject to the approval of this Court.

4.    Should the requested extension be granted, the response of

Plaintiffs will be due to be filed on or before February 27, 2007.

5.    Plaintiffs are currently discussing with Defendants, discovery

stipulations agreeable to both parties.

6.    Before expiration of the 10 day extension, Plaintiffs believe the

issues brought forth in Defendant's Motion to Stay will be

resolved as a result of the parties' discovery stipulations,

thereby rendering the alleged need for the stay moot.

7.    This action was filed on October 20, 2006.

8.    Because this action is a collective action brought pursuant to

the Fair Labor Standards Act, 29 U.S.C. §201 et seq.,

Plaintiffs' counsel is likely to resolve the issues made subject of

Defendant's Motion to Stay, and Defendants have consented to

the requested 10 day extension, the granting of this extension

should not unduly delay these proceedings.

WHEREFORE, premises considered, Plaintiffs request the

Honorable Court Grant this Motion and allow it until February 27,

2007 to file its response to Defendant's Motion to Stay.

Dated:  February 13, 2007        Respectfully submitted,

2

THE COCHRAN FIRM, P.C.

/s/ Robert J. Camp
**ROBERT J. CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Lance H. Swanner
Samuel A. Cherry, Jr.
**THE COCHRAN FIRM, P.C.**
163 W. Main Street
P.O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, I electronically filed the

foregoing Motion with the Clerk of the District Court using the CM/ECF

system, which sent notification of such filing to:

3

Dorman Walker
dwalker@balch.com

Lisa J. Sharp
lsharp@balch.com

Wendy A. Madden
wmadden@balch.com

Pepper Crutcher, Jr.
pcrutcher@balch.com

/s/ Robert J. Camp
**ROBERT J. CAMP**

4