IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARREN ANDERSON, *et al.,*  ) | |
| ) | |
|    Plaintiffs, ) | |
| v.   ) | CASE NO. 2:06-cv-951-MEF |
| ) | |
| WAYNE FARMS, LLC.,  ) | |
| ) | |
|    Defendant.  ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion for Extension of Time (Doc. #29) filed on February 13, 2007,, it is hereby

ORDERED that the motion is GRANTED to and including February 27, 2007.

DONE this the 16th day of February, 2007.

                                               /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE