IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARREN ANDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:06-cv-951-MEF |
| ) | |
| WAYNE FARMS, LLC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion for Leave to File Amended Complaint (Doc. #32) filed on February 22, 2007,, it is hereby

ORDERED that the defendant show cause in writing on or before March 5, 2007 as to why the motion should not be granted.

DONE this the 26th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE