# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

**DARREN ANDERSON, ET AL.**                    **PLAINTIFFS**

**VS.**                    **CIVIL ACTION NO.: 2:06-CV-951-MEF-DRB**

**WAYNE FARMS LLC**                    **DEFENDANT**

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Wayne Farms LLC hereby discloses that it is a Delaware Limited Liability Company, and that only ContiGroup Companies, Inc. owns more than ten percent (10%) of its membership interest.

Respectfully submitted this 28th day of February, 2007.

        WAYNE FARMS LLC

        BY: BALCH & BINGHAM LLP

        s/R. Pepper Crutcher, Jr.
        R. Pepper Crutcher, Jr. (MSB7921)
        Attorney for Defendant
        Balch & Bingham LLP
        Telephone (601) 965-8158
        pcrutcher@balch.com

55664.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Joseph D. Lane
Lance Harrison Swanner
Keith Givens
Bernard Nomberg
The Cochran Firm PC
Post Office Drawer 927
Dothan, AL 36302

Robert J. Camp
Bernard D. Nomberg
505 North 20th Street, Suite 825
Birmingham, AL 35203

Richard Celler
Morgan & Morgan PA
284 S. University Drive
Ft. Lauderdale, FL 33324

                                                        s/ R. Pepper Crutcher, Jr.
                                                       Of Counsel