# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING          AT DOTHAN, AL

DATE COMMENCED:   3/6/07          AT:   9:05 a.m.
DATE COMPLETED:   3/6/07          AT:   11:05 a.m.

Samuel Adams, et al.                §
                                    §
vs.                                 §   CV. NO.  1:06CV950-MEF
                                    §
Wayne Farms, L.L.C.                 §

---

Darren Anderson, et al.

vs.                                     CV. NO.  2:06CV951-MEF

Wayne Farms, L.L.C.

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Bernard D. Nomberg | | Dorman Walker |
| Robert Joseph Camp | | Robert P. Crutcher, Jr. |

COURT OFFICIALS PRESENT:

David Housholder, Law Clerk
Josh Shapiro, Law Clerk
Kelli Gregg, Courtroom Clerk

---

COURTROOM PROCEEDINGS:

( X) **Status Conference**
  9:05 a.m. -   Court convenes.
                Court discusses some of the issues pending within the two cases with parties.
                Court will GRANT Motion for Leave to File Amended Complaint by All Parties (doc #32) in 2:06cv951.  Court will allow discovery to go forward on a limited basis.  Court will CONDITIONALLY GRANT the Motion to Stay (doc. #17).
                Defense counsel will turn over names of employees with Wayne Farms to plaintiff's counsel by the 26th of March.
  11:05 a.m. - Court is in recess.