IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **DARREN ANDERSON, et., al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| -vs- | § | **2:06-cv-00951-MEF-DRB** |
| | § | |
| **WAYNE FARMS, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF APPEARANCE**

COMES NOW Roman A. Shaul of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., 218 Commerce Street, Montgomery, Alabama 36103, and enters his appearance as additional counsel of record for the Plaintiffs in the above-styled cause.

Dated: <u>March 12, 2007</u>                Respectfully submitted,

                                                  **BEASLEY, ALLEN, CROW,**
                                                **METHVIN, PORTIS & MILES, P.C.**

                                                /s/ Roman A. Shaul
                                                _____
                                                Roman A. Shaul (ASB#5043-S58R)
                                                One of the Attorneys for Plaintiff

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone No.        (334) 269-2343
Facsimile No.        (334) 954-7555
roman.shaul@beasleyallen.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following Dorman Walker; Lisa J Sharp; Pepper Crutcher, Jr. and Wendy A Madden.

                                                                              /s/ Roman A. Shaul
                                                                              _____
                                                                              OF COUNSEL