IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| DARREN ANDERSON, et al. § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. |
| v. § | 2:06-cv-00951-MEF-DRB |
| § | |
| WAYNE FARMS, LLC., § | |
| et al., § | |
| § | |
| Defendant. § | |

## NOTICE OF FILING ADDITIONAL NOTICES OF
## CONSENT TO JOIN

Plaintiff, DARREN ANDERSON, et., al., gives notice of filing the attached Notices of Consent to Join executed by, JOSEPHINE BATTLE, similarly situated employee to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above-captioned lawsuit.

Dated: March 12, 2007          Respectfully submitted,

                               THE COCHRAN FIRM, P.C.

                               /s/ Robert J. Camp
                               **ROBERT J. CAMP**
                               **BERNARD NOMBERG**
                               505 North 20th Street, Suite 825
                               Birmingham, AL 35203

(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

– and –

Richard Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, Florida 33324
Toll Free: 1-877-435-9243 (WAGE)
Facsimile: (954) 333-3515

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2007, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Dorman Walker
dwalker@balch.com

Lisa Sharp
lsharp@balch.com

Wendy A. Madden
wmadden@balch.com

Pepper Crutcher, Jr.
pcrutcher@balch.com

/s/ Robert J. Camp
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Josephine Battle__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Wayne Farms__ at [Name of Plant] the facility located in __Union Spring, AL__. I worked at this location from [City/State] __Sep 24, 1996__ to __Present__. [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Union Spring__, and [Name of Plant] [City/State] __AL__ possibly other plants owned by __Wayne Farms__. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __21__ day of __February__, 2007.

__Josephine Battle__            __Josephine Battle__
[PRINT NAME]                    [SIGN NAME]