IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARREN ANDERSON, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:06-cv-951-MEF |
| ) | |
| WAYNE FARMS, LLC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Certify Class (Doc. #39) filed on March 5, 2007, it is hereby ORDERED that:

1. The defendant file a response which shall include a brief and any evidentiary materials on or before March 26, 2007.

2. The plaintiffs may file a reply brief on or before April 2, 2007.

DONE this the 13th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE