**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DARREN ANDERSON, et., al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| -vs- | § | **CIVIL ACTION NO.** |
| | § | **2:06-cv-00951-MEF-DRB** |
| **WAYNE FARMS, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

---

## AMENDED NOTICE OF APPEARANCE

---

COMES NOW Roman A. Shaul, of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and files this amended notice of appearance as additional counsel of record for all Plaintiffs in the above-styled cause.  The correct physical address for the undersigned counsel's office is 272 Commerce Street, Montgomery, Alabama 36104.

Dated:  March 13, 2007

Respectfully submitted,

/s/ Roman A. Shaul

_____
Roman A. Shaul (SHA056)
One of the Attorneys for Plaintiffs

OF COUNSEL:

**BEASLEY, ALLEN CROW,**
**METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street (36104)
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone:     (334) 269-2343
Facsimile:     (334) 954-7555
roman.shaul@beasleyallen.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:  Robert J. Camp; Richard B. Celler; Samuel A. Cherry, Jr.; Pepper Crutcher, Jr.; Wendy A. Madden; Bernard D. Nomberg; Lisa J. Sharp; Lance H. Swanner and Dorman Walker.

/s/ Roman A. Shaul

_____

OF COUNSEL