IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARREN ANDERSON, *et al.*,   )<br>  )<br>   Plaintiffs,   )<br>v.   )<br>  )<br>WAYNE FARMS, LLC.,   )<br>  )<br>   Defendant.   ) | CASE NO. 2:06-cv-951-MEF |

## **O R D E R**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Richard Celler (Doc. #26) filed on January 31, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 14th day of March, 2007.

                                                  /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE