IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARREN ANDERSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 2:06-CV-00951-MEF |
| ) | |
| WAYNE FARMS LLC, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF ORDER SEVERING
### AND TRANSFERRING ALABAMA PLAINTIFFS
### AND MOTION FOR STATUS CONFERENCE

Comes now Wayne Farms, LLC and gives notice of the attached "Order to Sever and Transfer Alabama Plaintiffs," entered in *Agee v. Wayne Farms, LLC*, Case No. 2:06-CV-268 (S.D. Miss. March 23, 2007).

The Order transfers 200 Union Springs, Alabama *Agee* plaintiffs to this Court for possible consolidation with this case. The *Agee* plaintiffs are identified by name in the Order.

Wayne Farms moves the court to set a status conference in this case so that the Court and the parties may discuss how to proceed in light of the *Agee* order.

Respectfully submitted on April 2, 2007.

s/Dorman Walker
One of the attorneys for Defendant

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101
334/269-3138
334/269-3115 (fax)

178700.1

Lisa J. Sharp
Wendy Madden
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201
205/251-8100
205/488-5708 (fax)

R. Pepper Crutcher
Balch & Bingham LLP
401 East Capitol Street
Suite 200
Jackson, MS 39201
601/961-9900
601/961-4466 (fax)

## CERTIFICATE OF SERVICE

    I certify that on April 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Lance H. Swanner
Samuel A. Cherry, Jr.
Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C.
Post Office Box 927
Dothan, Alabama 36301

Robert J. Camp
Bernard D. Nomberg
The Cochran Firm, P.C.
505 North 20th Street, Suite 825
Birmingham, AL 35203

Roman A. Shaul
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

                                                      s/Dorman Walker
                                                      Of Counsel

# ATTACHMENT

# ATTACHMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| APRIL AGEE, Et Al. | PLAINTIFFS |
|---|---|
| VS. | CASE NO. 2:06-CV-268-KS-MTP |
| WAYNE FARMS LLC | DEFENDANT |

## ORDER TO SEVER AND TRANSFER ALABAMA PLAINTIFFS

This matter is before the Court on the unopposed motion of the Defendant, Wayne Farms LLC to sever Alabama Plaintiffs whose claims arose in connection with their employment at a Wayne Farms facility in Alabama and to transfer those Plaintiffs to the United States District Courts for the Northern and the Middle Districts of Alabama, where some of the Alabama Plaintiffs in this case, together with others, earlier filed substantially the same claims under the Fair Labor Standards Act. Finding that the motion is well taken and should be granted, it is ordered and adjudged as follows:

(1)     All eighty-four (84) Decatur, Alabama Plaintiffs are severed from this action and shall be transferred to the Northeastern Division of the United States District Court for the Northern District of Alabama, for possible consolidation there with James Bolden, Et Al. v. Wayne Farms LLC, N.D. Ala. Civil Action 5:06-CV-2096-IPJ:

>    Pamela M. Allen;
>    Pratuangtip Bady;
>    Bessie M. Bailey;
>    Robert Lee Bates;
>    Cheryl Bolden;
>    Charles Brown;
>    Lorenza Byers;
>    Coy L. Campbell;
>    Latina Campbell;
>    Jerome Chapman;
>    Erica S. Clay;
>    Ronnes E. Cosby;

55968.1

Mary Elizabeth Dale;
Lillie P. Davis;
Concepcion DeSoto;
Hardwick Elliott;
Rose Fletcher;
Sharon Rose Foster;
Crystal Garth;
Lena Garth;
Michael Lynn Garth;
Francisco M. Garza;
Certic Kirk Gordan;
Audria M. Hampton;
Jacqueline Hampton;
Annie Hankins;
Rodreggus Jamel Harris;
Velvet A. Harris;
Shelia D. Harvel;
Stephne Hayley;
Chris Hood;
Willodean H. Howard;
Wynemia Johnson;
Ray Jones;
Ronnie Jones;
Sharon Jones;
Beatrice King;
Charlie Kirby;
Scherrie Mason;
Deron Lamar McClain;
Marcus McDay;
Angela Miller;
Damon B. Miller;
Shirley Moody;
Caroline Mullins;
Jennifer Arnett Nance;
Andres Ocampo;
Dishema L. Orr;
Doris Hopkins-Overton;
Pamela Owens;
Yasmine E. Owens;
John Patten;
Nettie Darlene Pearson;
Gloria Denise Pointer;
Theletha O. Pointer;
Jeffrey Porter;
Peronica Porter;
Jackie F. Prince;
Maria I. Rabadan;
David Alexander Ramirez;
Ramona Ramos;
Andres Rascual;
Diane Garner Ricks;
Birda Mae Robinson;
Robert Robinson;
Gloria Russell;

  Tonya S. Sanders;
  Veronica H. Sears;
  Rhonda Smith;
  Alecia Soto;
  Salvador Soto;
  Veeta Swantae Steele;
  Dorian Gaiter Sutherlin;
  Meriam Yvett Thames;
  Roy L. Thomas, Jr.;
  Yesenia Torres;
  George A. Vinson;
  Marlowe Wade;
  Milton Watkins;
  Myrtle Wiggins;
  Paula Patrice Wiggins;
  Margert Wilkerson;
  Tracy Williams;
  Woozie Williams;

  (2) Both Albertville, Alabama plant Plaintiffs are severed from this action and shall be transferred to the Middle Division of the United States District Court for the Northern District of Alabama, for possible consolidation there with Jimmy Belue Et Al. v. Wayne Farms LLC, N.D. Ala. Civil Action 4:06-CV-2095-RDP:

  Robert Thomas Dunn;
  Christin Edmonson;

  (3) All seventeen (17) Enterprise, Alabama plant Plaintiffs are severed from this action and shall be transferred to the Southern Division of the United States District Court for the Middle District of Alabama, for possible consolidation there with Samuel Adams Et Al. v. Wayne Farms LLC, M.D. Ala. Civil Action 1:06-CV-950-MEF:

  Sonya P. Adams;
  Sandra Barnes;
  Jacqueline B. Blair;
  Michael Dowell;
  Brenda Gray;
  Cornelia M. Henderson;
  Pearl Irving;
  Eddie D. Jackson;
  Mebeline Kiser;
  Mary Ann Martin;
  Tessie Riley;
  Eddie Thomas;
  Temeca Thomas;
  Bridgett Lynn Tyson;
  Melissa Vaughn;
  Clara Wheeler;

55968.1  3

Frances Williams;

(4) All 200 Union Springs, Alabama plant Plaintiffs are severed from this action and shall be transferred to the Northern Division of the Middle District of Alabama for possible consolidation there with Darren Anderson, Et Al. v. Wayne Farms LLC, M.D. Ala. Civil Action 2:06-CV-951-MEF:

Amos Akings;
Mary Ann Allums;
Alberta K. Anderson;
Darren Anderson;
Cheryl Anthony;
Edward O. Anthony;
Edwin Anthony;
Jimmy L. Anthony;
Terrance Anthony;
Timothy P. Anthony;
Jessica Keria Baker;
Jerry Tirone Baldwin;
Kashebra Y. Baldwin;
Bennie James Bandy;
Henry Baskin;
Kenith Ray Baskin;
Jacqualine Bellomy;
Marquez Biggers;
Sharon M. Biggers;
Juan Blue;
Calvin Bolar;
Chaudney L. Bowens;
Arlene Bronson;
Shirley Bronson;
Angie L. Brown;
Annie Bussey;
Anita Calhoun;
Tomecha O. Canty;
Douglas James Chambliss;
Cornelias D. Clark;
Derek Cobb;
Teresa Comer;
Jacqueline Cooper;
Marquetta Cunningham;
Shirley A. Cunningham;
Benjamin F. Curry, Jr.;
Delores Davis;
Kirby Davis;
Timothy Davis;
Larry T. Dawson;
Tyrone Dawson;
Dewayne Dickerson;
Sharon Murphy Durham;
Rudy Edwards;

55968.1      4

Helen Ellis;
Teela Faniel;
Quinetta Feagin;
Johnny Fegans;
Bonnie J. Finch;
Annie Joyce Finney;
Pamela Williams-Finney;
Sharon D. Fitzpatrick;
Sonya M. Fitzpatrick;
Raymond F. Forte;
Willie Mae France;
Pamela Franklin;
Tasha Franklin;
Toretha Franklin;
Mark Gilliam;
Teresa Graves;
Develma Hall;
Tommy Hampton;
Angela Henry;
Carolyn Henry;
Quintana Nicole Henry;
Te'Angela Henry;
Nicklous Hill;
Rondarius Holmes;
Katrina L. Hooks;
Martha Moore Howard;
Peggy Howard;
Sandra Hunter;
Mary E. Ivey;
Susie Jackson;
Jessica Jenkins;
Sallie Ann Jernigan;
Shayla D. Jessie;
Beatrice Johnson;
Cassandra M. Johnson;
Charles Johnson;
Landon Johnson;
Leotis Johnson;
Recike Johnson;
Rosario Johnson;
Terrar S. Johnson;
Bryce Jones;
Kelvin Jones;
Michael Jones;
Shirlene Jones;
Treilis Jordan;
Christopher King;
Gloria King;
Jason T. King;
Shaleatha King;
Tiffany M. Pugh King;
Demarcus M. Kreis;
Aelesha Lee;
Emma J. (Thomas) Lee;

Moses Lee;
Royzell Lee;
Clinton James Lewis;
Regenia Long;
Hanson W. Mack;
Martavous Mahone;
James Martin;
Katrina Martin;
Willie J. McClain;
Santana McClendon;
Shamika McClendon;
Je'Norris McKinnes;
Veronica M. McClaney;
Felicia Mims;
Nancy C. Moore;
Shirley Moore;
Tommie Motley;
O.C. Murray;
James Nunley;
Willie Nelson;
Cassandra Nobles;
Larry T. Nobles;
Steven Nobles;
Augusta Oliver;
Marcus Oree;
Irvin L. Owens;
Billy Paige;
Charlie Parham, Sr.;
Kawanna Parham;
Darnell Parker;
Harvey Cornelius Parker;
Curtis Passmore;
Wallace Passmore;
Dianne Patterson;
Lashundra Pearson;
Jim H. Person;
Peggy L. Pitts;
Betty Tolliver Pritchett;
Shana Pruitt;
Betty Randolph;
Richette Holliday-Raybon;
Mary Dean Rayburn;
Gloria Roberson;
John R. Rodgers;
Christopher Rogers;
Albertha Rumph;
Jeffery Sanders;
Aggie Scott;
John Scott;
Mayola Shelley;
Lisa Smiley;
Charlotte Smith;
Dessie Smith;
Earnestine Smith;

with the court to which the Plaintiff is transferred by this Order.

SO ORDERED this the 22nd day of March, 2007.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE

Approved:

s/ R. Pepper Crutcher, Jr.
R. Pepper Crutcher, Jr.
Balch & Bingham, LLP
401 E. Capitol Street, Suite 200
Jackson, MS 39201
(601) 965-8158


s/ Seth M. Hunter
Seth M. Hunter
404 Hemphill Street
Hattiesburg, MS 39401
(601) 450-8683

s/ Robert L. Salim
Robert L. Salim
1762 Texas Street
Natchitoches, LA 71457
(318) 352-5999

s/ William S. Hommel
William S. Hommel
1402 Rice Road, Suite 200
Tyler, TX 75703
(903) 596-7100

Janekia Smith;
Lashonda Smith;
Linda Smith;
Mildred Smith;
Cruz Jason Sparks;
Cynthia Sparks;
Kimberlyn Denise Sparks;
Melvin L. Sparks;
Stacie Sparks;
Carlos Stanley;
Angela Marie Still;
Lanethia Still;
Jerry Streeter;
Mary Streeter;
Jacqueline Swanson;
Rosa Swanson;
Christopher Tarver;
Christopher D. Tarver;
Helen Tarver;
LaQuiona Tarver;
Sherry Tarver;
Johnnie R. Taylor;
Mary E. Thomas;
Richard Thomas;
Richard Daniel Thomas;
Terrance Thompkins;
Michael Todd;
Tony Tolliver;
Chester L. Townsend;
Eula Townsend;
Hytasha Trabue;
Jacqueline Turner;
Betty Wallace;
Lavana Ward;
Linda Warmack;
Terrance Warmack;
Mary J. Washington;
Tyrone Washington;
Kennetra Wheeler;
Rodney White;
Anthony Q. Williams;
Callie M. Williams;
Calvin Williams;
Ruby Jean Williams;
Alan L. Williamson;
Laurie A. Willis;
Christine Youngblood;
Latoya Youngblood.

In connection with this Order, the parties have agreed and the Court orders that, for Plaintiffs who joined this action after its commencement, the applicable limitations period extends back from the date of the filing of the Plaintiff's consent with this Court, rather than from the date of its filing

55968.1        7