IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARREN ANDERSON, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) CASE NO. 2:06-CV-00951-MEF |
| WAYNE FARMS LLC, etc., | ) |
| Defendant. | ) |

## MOTION FOR ORAL ARGUMENT

Comes now Wayne Farms, LLC and moves the Court to allow oral argument on plaintiffs' motion for an order permitting Court-supervised notice to Wayne Farms' employees of their opt-in rights, doc. no. 39. Oral argument would help clarify the issues relating to whom notice should be sent, and in what manner, and when.

Respectfully submitted on April 3, 2007.

s/Dorman Walker
One of the attorneys for Defendant

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101
334/269-3138
334/269-3115 (fax)

Lisa J. Sharp (SHA035)
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL  35201
205/251-8100
205/488-5708 (fax)

178702.1

R. Pepper Crutcher
Balch & Bingham LLP
401 East Capitol Street
Suite 200
Jackson, MS 39201
601/961-9900
601/961-4466 (fax)

## CERTIFICATE OF SERVICE

I certify that on April 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Lance H. Swanner
Samuel A. Cherry, Jr.
Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C.
Post Office Box 927
Dothan, Alabama 36301

Robert J. Camp
Bernard D. Nomberg
The Cochran Firm, P.C.
505 North 20th Street, Suite 825
Birmingham, AL 35203

Roman A. Shaul
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

                                                s/Dorman Walker
                                                Of Counsel