IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARREN ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO. 2:06-CV-00951-MEF |
| | ) |
| WAYNE FARMS LLC, etc., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO AMEND

Comes now Wayne Farms, LLC and moves the Court to amend its March 7, 2007 Order granting Wayne Farms' motion to stay in part and denying it in part, *doc. no. 42* (the Order). As grounds for this motion, Wayne Farms shows the following:

1. In the Court's order, it instructed Wayne Farms to provide to plaintiffs' counsel information about hourly-paid, non-exempt processing employees at Wayne Farms' Union Springs, Alabama plant. *Id.*, ¶ 2. The Court also ordered that "Plaintiffs shall not use this information to solicit any new plaintiffs until after the Court's ruling on certification." *Id.*

2. Recently, 200 Union Springs plaintiffs in *Agee v. Wayne Farms, LLC*, which is pending Mississippi, were transferred to this Court for possible consolidation with this case. *See* doc. no. 56 (providing a copy of this recent *Agee* order).

3. In order not to prevent unnecessary delay in this case, Wayne Farms moves the Court to amend paragraph 2 of its March 7 order to allow Wayne Farms to produce to counsel for these transferred *Agee* plaintiffs the same information that Wayne Farms was ordered to provide to plaintiffs in this case, and similarly to order that plaintiffs' counsel in *Agee* "not use this information to solicit any new plaintiffs until this Court's ruling on class certification."

178709.1

Respectfully submitted on April 3, 2007.

/s/Dorman Walker
One of the attorneys for Defendant

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101
334/269-3138
334/269-3115 (fax)

Lisa J. Sharp (SHA035)
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201
205/251-8100
205/488-5708 (fax)

R. Pepper Crutcher
Balch & Bingham LLP
401 East Capitol Street
Suite 200
Jackson, MS 39201
601/961-9900
601/961-4466 (fax)

## CERTIFICATE OF SERVICE

I certify that on April 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Lance H. Swanner
Samuel A. Cherry, Jr.
Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C.
Post Office Box 927
Dothan, Alabama 36301

Robert J. Camp
Bernard D. Nomberg
The Cochran Firm, P.C.
505 North 20th Street, Suite 825
Birmingham, AL 35203

178709.1                    2

3

Roman A. Shaul
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL  36103-4160

                                              s/Dorman Walker
                                              Of Counsel