IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
MONTGOMERY DIVISION

| | |
|---|---|
| DARREN ANDERSON, et al., § § | |
| Plaintiffs, § § § | CIVIL ACTION NO. |
| v. § § | 2:06-cv-00951-MEF-DRB |
| WAYNE FARMS, LLC. § § § | |
| Defendant. § § | |

### NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, BENNIE F. HILL and JOE HENRY, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: April 16, 2007

Respectfully submitted,

THE COCHRAN FIRM, P.C.

/s/ Robert J. Camp
**ROBERT JOSEPH CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone

(205) 930-6910- Facsimile

-and-

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I electronically filed the above Notice with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Lisa Sharp
Attorney for Defendant
lsharp@balch.com


Wendy Madden
Attorney for Defendant
wmadden@balch.com

Pepper Crutcher, Jr.
Attorney for Defendant
Pcrutcher@balch.com


/s/ Robert J. Camp
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Bennie F. Hill_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs, AL_ [City/State] I worked at this location from _1994_ [Date] to _Present_ [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs_, and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farms_ If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19th_ day of _March_, 2007.


_Bennie F. Hill_                    _Bennie F. Hill_
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Joe Henry__ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Wayne Farm__ [Name of plant] at the facility located in __Union Springs, AL__ [City/State] worked at this location from __11-1-01__ [Date] to __present__ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Wayne Farm__ [Name of Plant] plant in __Union Spring AL__ [City/State] and possibly other plants owned by __Wayne Farm__ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __29__ day of __Sept.__, 2006.

__JOE HENRY__
[PRINT NAME]

__Joe Henry__
[SIGN NAME]