IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARREN ANDERSON, *et al.,*   )<br>  )<br>   Plaintiffs,    )<br>v.    )<br>  )<br>WAYNE FARMS, LLC.,    )<br>  )<br>   Defendant.    ) | CASE NO. 2:06-cv-951-MEF |

# **O R D E R**

Upon consideration of the Motion for Status Conference (Doc. #56) filed on April 2, 2007, it is hereby

ORDERED that the motion is GRANTED. This case is set for a status conference on May 15, 2007 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 25th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE