IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **DARREN ANDERSON, et al.,** | § § § § | |
| **Plaintiffs,** | | |
| -vs- | § § § § § § | CIVIL ACTION NO. 2:06-cv-00951-MEF-DRB |
| **WAYNE FARMS, LLC,** | | |
| **Defendant.** | | |

## NOTICE OF APPEARANCE

Plaintiffs, by and through the undersigned counsel, give notice of the appearance of W. Daniel "Dee" Miles, III, of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., whose office is physically located at 272 Commerce Street, Montgomery, Alabama 36104 as additional counsel of record for all Plaintiffs in the above-styled cause.

Dated: May 8, 2007

/s/ W. Daniel "Dee" Miles, III
_____

W. Daniel "Dee" Miles, III (MIL060)
One of Counsel for the Plaintiffs

**OF COUNSEL:**

**BEASLEY, ALLEN CROW,
METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street (36104)
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone:    (334) 269-2343
Facsimile:     (334) 954-7555

**OF COUNSEL:**

Mr. Samuel A. Cherry, Jr.
Mr. Lance H. Swanner
Mr. Joseph D. Lane
**THE COCHRAN FIRM, P.C.**
Post Office Drawer 927
Dothan, Alabama 36302

Mr. Robert J. Camp
Mr. Bernard D. Nomberg
**THE COCHRAN FIRM, P.C.**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203

## CERTIFICATE OF SERVICE

     I hereby certify that on May 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following ECF participants: Robert J. Camp; Samuel A. Cherry, Jr.; Pepper Crutcher, Jr.; Wendy A. Madden; Bernard D. Nomberg; Lisa J. Sharp; Lance H. Swanner and Dorman Walker.

                              /s/ W. Daniel "Dee" Miles, III
                              _____
                              OF COUNSEL