

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| DARREN ANDERSON, et al., On behalf of themselves and All Others Similarly Situated | § § § § § | |
| VS. | § § § | CIVIL ACTION NO. 2:06-cv-00951-MEF-TFM<br>JURY DEMANDED |
| WAYNE FARMS, L.L.C., CONTINENTAL GRAIN COMPANY d/b/a WAYNE FARMS, L.L.C. | § § § § | |

## *EX PARTE* MOTION TO ADMIT COUNSEL WILLIAM S. HOMMEL, JR. PRO HAC VICE

William S. Hommel, Jr., an attorney duly admitted to practice before this Court and serving as counsel of record in the captioned matter respectfully represents that:

1. Applicant, William S. Hommel, Jr., although ineligible to become a member of the bar of this Court, desires to be admitted *Pro Hac Vice* to practice before this Court in the above captioned litigation.

2. Attached hereto as Exhibit A is a certificate from the U.S. District Court for the Eastern District of Texas, the Court of applicant's jurisdiction, which certificate shows that applicant has been admitted to practice before the U.S. District Court for the Eastern District of Texas and that he is in good standing in that Court.

3. Further, attached hereto is a Declaration by Applicant stating that no disciplinary proceedings or criminal charges have been instituted against him along with an Oath stating that Applicant is familiar with and will abide by the governing Federal and Local Rules of procedure.

4. William S. Hommel, Jr. now moves the Court to issue an Order allowing William S. Hommel, Jr. to be enrolled *Pro Hac Vice* as counsel of record in the captioned matter.

---

Plaintiff's Ex Parte Motion To Admit Counsel Pro Hac Vice- Page 1 of 2

WHEREFORE, William S. Hommel, Jr. prays that after due consideration the Court grant this *Ex Parte* Motion to Admit Counsel, William S. Hommel, Jr., Pro Hac Vice and issue an Order allowing William S. Hommel, Jr. to be enrolled Pro Hac Vice as counsel of record in this matter and as co-counsel with Robert M. Ramsey and John Piazza, who are admitted before this Honorable Court.

Respectfully Submitted,

_____
William S. Hommel, Jr.
State Bar No. 09934250
WILLIAM S. HOMMEL, JR., P.C.
1402 Rice Road, Suite 200
Tyler, Texas 75703
903-596-7100
903-596-7464 Facsimile

*ATTORNEY FOR PLAINTIFFS*



UNITED STATES DISTRICT COURT
Eastern District of Texas

*Certificate of Good Standing*

I, David J. Maland, Clerk of this Court, certify that

WILLIAM S. HOMMEL

was duly admitted to practice in this Court on

June 17, 1987 , and is in good standing

as a member of the Bar of this Court.

Dated at   Beaumont, Texas

on    April 17, 2007

*David Maland*
Clerk of Court

by *Orrin Lockhart*
Deputy Clerk

## AFFIDAVIT

1. Applicant is admitted to practice in Texas on November 7, 1986.

2. Applicant is representing the following parties: April Agee, et al

3. Applicant is in good standing and is otherwise eligible to practice law before this court.

4. Applicant is not currently suspended or disbarred in any other court

5. Applicant has not had an application for admission to practice before another court denied.

6. Applicant has not ever had the privilege to practice before another court suspended.

7. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the bar.

8. Applicant has no criminal charges pending in any state.

9. Applicant has been admitted to practice in the following courts:

    All courts, state and federal in Texas; U.S. Court of Appeals

10. Applicant has read and will comply with the Local Rules of the Eastern District of Alabama.

11. Applicant has included the requisite $50.00 fee.

12. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified in the Motion and Order.

    I, William S. Hommel, Jr. do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

DATE  4-20-07

SIGNATURE  _[signature]_

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| DARREN ANDERSON, et al., On behalf of themselves and All Others Similarly Situated <br><br> VS. <br><br> WAYNE FARMS, L.L.C., CONTINENTAL GRAIN COMPANY d/b/a WAYNE FARMS, L.L.C. | § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 2:06-cv-00951-MEF-TFM <br> JURY DEMANDED |

ORDER ADMITTING COUNSEL,
WILLIAM S. HOMMEL, JR., *PRO HAC VICE*

CONSIDERING THE FOREGOING EX PARTE MOTION TO ADMIT COUNSEL, WILLIAM S. HOMMEL, JR., PRO HAC VICE.

IT IS ORDERED that William S. Hommel, Jr., who has submitted a Certificate of Good Standing from the Clerk of the United State District Court of the State of Texas, a declaration of good standing and oath, be and is hereby admitted Pro Hac Vice to practice before this Court in the captioned matter and as co-counsel with Robert M. Ramsey and John Piazza.

Signed this _____ day of _____, 2007.


_____
United States Court District Judge

---

Order on William S. Hommel, Jr. for Admission to Practice Pro Hac Vice- Page 1 of 1