IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARREN ANDERSON, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:06-cv-951-MEF |
| ) | |
| WAYNE FARMS, LLC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the Motion for William S. Hommel, Jr. to Appeal *Pro Hac Vice* (Doc. #68) filed on May 3, 2007, it is hereby

ORDERED that the motion is DENIED with leave to refile. It is further ORDERED that any such motion shall not be filed *ex parte*.

DONE this 6th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE