BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE WAYNE FARMS FAIR LABOR STANDARDS ACT LITIGATION | MDL DOCKET NO. _____ |

## MOTION OF WAYNE FARMS LLC TO TRANSFER AND CONSOLIDATE FOR PRETRIAL PROCEEDINGS

Wayne Farms LLC ("Wayne Farms"), a defendant employer in thirteen substantially similar Fair Labor Standards Act ("FLSA") collective actions in the Northern and Middle Districts of Alabama, the Southern District of Mississippi and the Northern and Southern Districts of Georgia, moves the Judicial Panel on Multidistrict Litigation to transfer all of them to a single district judge and to consolidate them for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. Exhibit A hereto lists the pending actions and identifies the present counsel and parties in each action. Exhibit B shows the approximate location of each sued plant. As more fully explained in the accompanying Brief, these facts support transfer and consolidation for pretrial management:

1.      The thirteen cases allege that Wayne Farms has paid processing line workers at eight of its chicken processing plants based on the running time of processing lines, that the workers performed compensable work before and after their lines were running, and that,

consequently, some workers in some weeks did not receive overtime compensation guaranteed them by the FLSA, 29 U.S.C. § 201, *et seq.* In each case, the plaintiffs who have joined the action, or some of them, seek to maintain it as representatives of others yet to join, pursuant to 29 U.S.C. § 216(b).

2.     The suits proposed for transfer and consolidation "involv[e] one or more common questions of fact" within the meaning of 28 U.S.C. § 1407(a).

3.     Consolidated pretrial management "will be for the convenience of the parties and witnesses and will promote the just and efficient conduct" of the actions. 28 U.S.C. § 1407(a).

4.     Between January and May, counsel and the Courts in the eight Alabama actions attempted to create an informal regime of consolidation and coordination between the judges in the Northern (four cases assigned to Judges Proctor and Johnson – two consolidated before each) and Middle (four – two pairs of consolidated cases - assigned to Judge Fuller) Districts.

5.     Through a similar process, the two Mississippi cases had been consolidated before Judge Starrett, but the desired coordination between the Mississippi and Alabama cases had not been arranged.

6.     The filing in late May 2007 of two new cases in the Northern District of Georgia (assigned to Senior Judges O'Kelley and Tidwell) and one in the Southern District of Georgia (Chief Judge Moore), substantially reduced the utility of these informal arrangements and necessitated this request, in order to avoid wasteful discovery (multiple depositions of same witnesses, redundant requests and responses, etc.), multiple, perhaps conflicting pretrial rulings on the same subjects, overuse of scarce judicial resources, excessive litigation costs and fees and to minimize the work required to ready the cases for trial.

7.     These cases should be assigned to Chief Judge Mark E. Fuller of the U.S. District Court for the Middle District of Alabama, for these reasons:

(a)     The documents and witnesses involved in the cases are located, in East-West order, in Douglas, Georgia, Pendergrass, Georgia, Oakwood, Georgia, College Park, Georgia, Jack (a/k/a Enterprise), Alabama, Union Springs, Alabama, Albertville, Alabama, Decatur, Alabama and Laurel, Mississippi.  Montgomery, Alabama is the most centrally located courthouse;

(b)     No cases pending elsewhere were filed substantially earlier and none have proceeded farther than those consolidated before Judge Fuller;

(c)     Judge Fuller has 4 of the 13 pending cases already, and presided over class motions, discovery and settlement of a similar, earlier FLSA collective action, *Bertha Scott, Et Al. v. Wayne Farms LLC*, M.D. Ala. 2:05cv80;

(d)     None of the cases before other judges have more total plaintiffs than the 4 pending before Judge Fuller;

(e)     The Administrative Office of the Courts reports that for FY 2006, the Middle District of Alabama had the shortest median time to trial (20 months) of civil cases among the districts hosting these cases and that the number of Middle District civil cases dropped 14.2% from FY 2005 to FY 2006;

(f)     There is no vacant judgeship in the Middle District of Alabama;

(g)     There is no MDL proceeding in the Middle District of Alabama.

8.     Prior to filing this motion, undersigned counsel sought the opinions of opposing counsel for all Plaintiffs.  Some or all of them are expected to oppose this motion, in whole or in part.

WHEREFORE, Wayne Farms LLC moves the Judicial Panel on Multidistrict Litigation to transfer the cases listed on Exhibit A to Chief Judge Mark E. Fuller of the Middle District of Alabama, in order that pretrial proceedings therein may be managed most expeditiously and harmoniously.

Dated:  June _____, 2007.

Respectfully submitted,

BY:  BALCH & BINGHAM LLP

R. Pepper Crutcher, Jr. (MSB7921)

R. Pepper Crutcher, Jr.
Balch & Bingham LLP
401 E. Capitol Street, Suite 200
Jackson, MS 39201
Telephone (601) 965-8158
pcrutcher@balch.com
Attorney for Wayne Farms LLC

Lisa Sharp
Bar # ASB 1061 H53L
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, AL 35203-2015
lsharp@balch.com
Attorney for Wayne Farms LLC

Dorman Walker (WAL086)
Balch & Bingham
PO Box 78
Montgomery, AL 36101-0078
dwalker@balch.com
Attorney for Wayne Farms LLC

Joshua R. Archer
Hugh B. McNatt
Balch & Bingham
30 Allen Plaza, Suite 700
30 Ivan Allen, Jr. Blvd., NW

Atlanta, GA 30308
jarcher@balch.com
hmcnatt@balch.com
Attorneys for Wayne Farms LLC

### Proof of Service

I, undersigned counsel, this day hereby certify that I served, via Federal Express, a true and correct copy of the above and foregoing motion upon:

| ATTORNEY | FOR PLAINTIFFS IN |
|---|---|
| Robert J. Camp<br>Bernard D. Nomberg<br>505 North 20th Street, Suite 825<br>Birmingham, AL 35203 | *Samual Adams, Et Al. v. Wayne Farms LLC,* M.D. Ala. 1:06CV950-MEF-WC; *Darren Anderson, Et Al. v. Wayne Farms LLC,* M.D. Ala. 2:06CV951-MEF; *Jimmy W. Belue, Et Al. v Wayne Farms LLC,* N.D. Ala. 4:06CV2095-RDP |
| Seth M. Hunter<br>Attorney & Counselor at Law, PLLC<br>404 Hemphill Street<br>Hattiesburg, Mississippi 39401 | *Sonya P. Adams, Et Al. v. Wayne Farms LLC,* M.D. Ala. 1:07CV296-MEF-WC; *Amos Akings, Et Al. v. Wayne Farms LLC,* M.D. Ala. 2:07CV297-MEF-WC; *Robert Thomas Dunn, Et Al. v. Wayne Farms LLC,* N.D. Ala. 4:07CV647-RDP; *Pamela M. Allen, Et Al. v. Wayne Farms LLC,* N.D. Ala. 5:07CV639-IPJ; *April Agee, Et Al. v. Wayne Farms LLC,* S.D. Miss. 2:06CV268-KS-MTP |
| William S. Hommel, Jr.<br>1402 Rice Road, Suite 200<br>Tyler, TX 75703 | *Sonya P. Adams, Et Al. v. Wayne Farms LLC,* M.D. Ala. 1:07CV296-MEF-WC; *Darren Anderson, Et Al. v. Wayne Farms LLC,* M.D. Ala. 2:06CV951-MEF; *Amos Akings, Et Al. v. Wayne Farms LLC,* M.D. Ala. 2:07CV297-MEF-WC; *April Agee, Et Al. v. Wayne Farms LLC,* S.D. Miss. 2:06CV268-KS-MTP |
| Robert L. Salim<br>1762 Texas Street<br>Natchitoches, LA 71457 | *Robert Thomas Dunn, Et Al. v. Wayne Farms LLC,* N.D. Ala. 4:07CV647-RDP; *April Agee, Et Al. v. Wayne Farms LLC,* S.D. Miss. 2:06CV268-KS-MTP |
| Richard Celler<br>Morgan & Morgan PA<br>284 S. University Drive<br>Ft. Lauderdale, FL 33324 | *Eula M. Keyes, Et Al. v. Wayne Farms LLC,* S.D. Miss. 2:07CV29-MTP |
| Mike Espy<br>Lamar Life Building<br>317 E. Capitol Street, Suite 101<br>Jackson, MS 39201 | *Eula M. Keyes, Et Al. v. Wayne Farms LLC,* S.D. Miss. 2:07CV29-MTP |

| | |
|---|---|
| Deidra Maria Stephens<br>Morgan & Morgan<br>191 Peachtree Street, NE, Suite 4200<br>Atlanta, GA 30303 | *Joey Tate, Et Al. v. Wayne Farms LLC*, N.D. Ga. 2:07CV55-WCO; *Christie Norman, Et Al. v. Wayne Farms LLC*, N.D. Ga. 1:07CV1154-GET |
| Lance Swanner<br>Samuel A. Cherry, Jr.<br>Cochran, Cherry, Givens & Smith, PC<br>P.O. Box 927<br>Dothan, AL 36302-0927 | *Samual Adams, Et Al. v. Wayne Farms LLC*, M.D. Ala. 1:06CV950-MEF-WC; *Darren Anderson, Et Al. v. Wayne Farms LLC*, M.D. Ala. 2:06CV951-MEF; *Jimmy W. Belue, Et Al. v Wayne Farms LLC*, N.D. Ala. 4:06CV2095-RDP; *James E. Bolden, Et Al. v. Wayne Farms LLC*, N.D. Ala. 5:06CV2096-IPJ; |
| Kenneth R. Lester<br>Cochran, Cherry, Givens, Sistrunk & Sams<br>127 Peachtree Street, NE, Suite 800<br>Atlanta, GA 30303 | *Lillie Preston, Et Al. v. Wayne Farms LLC*, S.D. Ga. 5:07CV045-WTM |
| Roman Shaul<br>W. Daniel Miles<br>Beasley, Allen, Crow, Methvin, Portis & Miles, PC<br>272 Commerce Street<br>Montgomery, AL 36104 | *Samual Adams, Et Al. v. Wayne Farms LLC*, M.D. Ala. 1:06CV950-MEF-WC; *Darren Anderson, Et Al. v. Wayne Farms LLC*, M.D. Ala. 2:06CV951-MEF; *Jimmy W. Belue, Et Al. v Wayne Farms LLC*, N.D. Ala. 4:06CV2095-RDP; *James E. Bolden, Et Al. v. Wayne Farms LLC*, N.D. Ala. 5:06CV2096-IPJ |

I also certify that I have this day filed an electronic copy of this motion and supporting exhibits with the clerk of each affected district and division listed below:

Clerk, Northern District of Alabama, Northeastern Division
Clerk, Northern District of Alabama, Middle Division
Clerk, Middle District of Alabama, Southern Division
Clerk, Middle District of Alabama, Northern Division
Clerk, Southern District of Mississippi, Hattiesburg Division
Clerk, Northern District of Georgia, Atlanta Division
Clerk, Northern District of Georgia, Gainesville Division
Clerk, Southern District of Georgia, Waycross Division

This the 6th day of June, 2007.

R. Pepper Crutcher, Jr.

Before the Judicial Panel on Multidistrict Litigation
MDL -- In re Wayne Farms Fair Labor Standards Act Litigation

SCHEDULE OF ACTIONS

| CASE CAPTIONS | COURT | CIVIL ACTION NO. | JUDGE | PLANT |
|---|---|---|---|---|
| **Plaintiffs:**<br>Samuel Adams<br>Sonya P. Adams<br>Teresa V. Adams<br>Willie F. Austin<br>Misty N. Benson<br>Linda R. Booker<br>Darlene Bryant<br>Renesha Carey<br>Melissa L. Daniels<br>Nadine B. Harrell<br>Charlie Robert Hawkins<br>Irene Hodges<br>Mary E. Jones<br>Marilyn McNabb<br>Pamela Miller<br>Clifton T. Mulkey<br>Stanley D. Mulkey<br>Zondra Shipmon<br>Vernita L. Smith<br>Blenda R. Still<br>Victoria Stoudmire<br>Lavinia L. Tarver<br>Eddie Thomas<br>Willie J. Whaley<br><br>**Defendant:**<br>Wayne Farms LLC | Middle District of Alabama, Southern Division | 1:06-CV-950-MEF-WC | Mark E. Fuller | Enterprise, Alabama |
| **Plaintiffs:**<br>Sonya P. Adams<br>Sandra Barnes<br>Jacqueline B. Blair<br>Michael Dowell | Middle District of Alabama, Southern Division | 1:07-CV-296-MEF-WC | Mark E. Fuller | Enterprise, Alabama |

Brenda Gray
Cornelia M. Henderson
Pearl Irving
Eddie D. Jackson
Mebeline Kiser
Mary Ann Martin
Tessie Riley
Eddie Thomas
Temeca Thomas
Bridgett Lynn Tyson
Melissa Vaughn
Clara Wheeler
Frances Williams

**Defendant:**
Wayne Farms LLC

**Plaintiffs:**
Darren Anderson
Janice Adams
Joyce R. Addison
Benjamin F. Allums
Alberta K. Anderson
Carolyn E. Anthony
Cheryl Anthony
Edward O. Anthony
Terrance K. Anthony
Brenda F. Austin
Lucille W. Austin
Mary L. Avery
Vanessa Babers
Dorothy Baker
Lasheka S. Baker
Mattie M. Baker
Kashebra Y. Baldwin
Nona Ree Baldwin
Mary N. Bandy
Josephine Battle
LaShondra Beason

| Middle District of Alabama, Northern Division | 2:06-CV-951-MEF | Mark E. Fuller | Union Springs, Alabama |
|---|---|---|---|

Sharon M. Biggers
Shirley Ann Borders
Annie Pearl Borum
Chaudney L. Bowens
Leon Bowens
Arlene Bronson
Christine Brown
Kathy Burney
Patricia Burney
Annie Bussey
Carla Byrts
Valarie P. Byrts
Anita M. Calhoun
Beverly Calhoun
Cassandra D. Calhoun
Angela P. Calloway
Tomecha Canty
Cicely Carter
Martha M. Chance
Talisha Cobb
Cornelius Cobbs
Edna J. Coleman
Jacquelyn L. Collins
Teresa Comer
Carolyn M. Cooper
Jacquiline Cooper
Ebonia L. Copes
Mary Cox
Jawanna Q. Cunningham
Marquetta Cunningham
Benjamin F. Curry, Jr.
Elbert J. Darie
Ronald Davie
Annie R. Davis
Anquanique Davis
Deddera R. Davis
Delores Davis
Kirby Davis
Lazonya Dawkins

3

Carolyn J. Dowdell
Mary Ann Dulaney
Lakesha Efford
Deloris Ellis
Bobbie J. Ellis
Denise R. Ellis
Helen Ellis
Jamahl P. Ephraim
Shanekia A. Etheridge
Tony J. Feagin
Trevor Ferrell
Dianne Finney
Mamie Fitzpatrick
Sharon D. Fitzpatrick
Sonya M. Fitzpatrick
Juanita Flintroy
Raymond F. Forte
Cathleen Thomas Foster
Kimberly Foster
Margaret L. Foster
Dianne Franklin
Sandra D. Franklin
Sandra R. Franklin
Terrance Franklin
Derrick Gachet
Tonya Ghant
Christopher L. Gibbs
Lonnie B. Gibbs
Regina A. Dawkins Gillis
Derrick Goode
Michael A. Goode
Robert Goode
Mark A. Goshay
Teresa Graves
Dennis A. Grey
Teresa M. Grey
Delfina J. Gutierrez
Justin Hall
Alonza Hampton

4

Marie Hampton
Shona Hampton
Tommy Hampton
Antwain Harris
Duane L. Harris
Henry Harris
James M. Harris, Jr.
John Preston Harris
Lashundra Harris
Jimmy Hatcher
Joe Hatcher
Rodney Hatcher
Joe Henry
Quintana Nicole Henry
Te'Angela Henry
Johnnie Herrington
Bennie F. Hill
Nicklous Hill
Richetta Holliday
Doris D. Holmes
Frank A. Holmes
Junere Holmes
Charlene Hooks
Katrina L. Hooks
Quinosha Hooks
Linda Horace
Eddie M. Hough
Martha Moore Howard
Peggy Howard
April Hurt
Kristy S. Hurt
Bythine Ivery
Mary E. Ivey
Alonzo Jackson
Bettye A. Jackson
Evelina Jackson
Frances Jackson
Susie A. Jackson
Willie Jackson, Jr.

5

Jessica M. Jenkins
Shawanda Jenkins
Sallie Ann Jernigan
Walter Jiles
Beatrice Johnson
Brenda Ann Johnson
Brenda P. Johnson
Doretha Johnson
Jerome Johnson
Kreshan R. Johnson
Pamela R. Johnson
Recike Johnson
Rosario Johnson
Spencer Johnson, Jr.
Tiffenie Shavon Johnson
Bruce Jones
Dwight Jones
Jerome Jones
Loretta R. Jones
Lucy Jones
Reggie Parnell Jones
Susie M. Jones
Timothy Jordan
Trellis S. Jordan
William R. Joyner
Kevin Keith
Jennifer Key
Jason Tamaricus Pugh King
Tiffany M. Pugh King
Kirby T. Lampkin
Devoris Lampley
Michael P. Lampley
Tabitha Lampley
Ruben Lara
Michael Lawrence
Christine Lee
Karen Lee
Kawaquane Lee
Leamon Lee

Moses Lee
Mary Leonard
Christopher Adrian Lewis
Fannie B. Lockwood
Regenia F. Long
Annie Pearl Mack
Hanson W. Mack
Bertha D. Maddox
Frankie M. Maddox
Jesse P. Mahone
Michael T. Mahone
Nekesia Martin
Helen L. Mason
Sheila J. McClain
Quinnie L. McClendon
Santana McClendon
Louis Charles McCray
Christopher McKenzie
Shawanna McSwain
Felicia Mims
Duane Moment
Viola Lee Monday
Artricia Moore
Deborah D. Morris
Cynthia L. Moses
Tommie Motley
Callie M. Murray
Jeffery Murray
Katrina T. Murray
Angela Murry
Willie A. Nelson
Willie James Nelson
Emily Nobles
Emily T. Nobles
Augusta T. Oliver
Joan M. Oliver
Lamisha Oliver
Juanita L. O'Neal
Marcus Oree

George W. Palm
George Parham
Bobbie Ann Parhams
Beverly Parker
Danny A. Parker
Harvey Cornelius Parker
Patricia Patterson
Dianne Patterson
Lenett Patterson
Shirley J. Patterson
Shittoria L. Patterson
Lashunda Pearson
Jaime Peebles
Ruby Peebles
Thelma D. Peebles
Kanedra Pendleton
Rachel Penn
Ruby M. Person
Agnes Peterson
James E. Pitts, Sr.
Peggy L. Pitts
Delois Pritchett
Kawana Pritchett
Marie Pritchett
Willie Ann Pritchet
Gladys Pruitt
Shana Redding Pruitt
Ollie M. Pugh
Betty J. Randolph
Deloise Randolph
Demetrius A. Randolph
Mary Dean Rayburn
Kisse G. Redding
Ola Mae Reed
Gregory Ricks
Demetrius Rivers
Tracy D. Robbins
Alfred Robinson
Christine Rodgers

8

Mattie P. Rodgers
Lorene Rogers
Albertha Rumph
Larry Rumph
Sarah Ann Rumph
Sherry Rumph
Shelia F. Sanders
Markeith Scarver
Aggie Scott
Avester Scott
Cametria Scott
John W. Scott
Sandra Scott
Corretta Scroggins
Freddie Lee Shelley
Mayola Shelley
Beverly A. Simmons
Tamekia R. Sims
Tammy J. Smart
Althea Smith
Charolette Smith
Darlene Smith
Dessie Smith
Frantashia Smith
Gloria Smith
Janekia Q. Smith
Lue Vail Smith
Quinetter Smith
Shamika D. Smith
Mary E. Spann
Eunice B. Sparks
Kimberlyn Denise Sparks
Carlos Stanley
Ruby Stephens
Marche Stewart
Marvin Stewart
Farris Still
Jason Still
Lanethia Still

Jerry Streeter
Darlene A. Sullen
Donell Swanson
Darlene A. Tarver
Ethel J. Tarver
Eula Elaine Tarver
Helen Tarver
LaQuiona Tarver
Lawanda Tarver
Lillie B. Tarver
Sabrena M. Tarver
Sherry Tarver
Theresa A. Tarver
Wendy Tarver
Margaret Taylor
Mary E. Thomas
Tuwanda L. Thomas
Wanda R. Thomas
Pamela Thorpe
Mary L. Thrasher
Tony Tolliver
Ada M. Townsend
Alice Townsend
Eula Townsend
Martha A. Tuggles
Dave Warmack
Terrance Warmack
Eddie J. Washington
Mary J. Washington
Grady Weaver, Jr.
Jeraldine R. Weaver
Kennetra Wheeler
Albert Wilborn
Janet Wilborn
Anthony Q. Williams
Benjamin Williams
Callie M. Williams
Clifford Tyrone Williams
Imagene S. Williams

10

**Defendant:**
Wayne Farms LLC

**Plaintiffs:**
Amos Akings
Mary Ann Allums
Alberta K. Anderson
Darren Anderson
Cheryl Anthony
Edward O. Anthony
Edwin Anthony
Jimmy L. Anthony
Terrance Anthony
Timothy P. Anthony
Jessica Keria Baker
Jerry Tirone Baldwin
Kashebra Y. Baldwin
Bennie James Bandy
Henry Baskin
Kenith Ray Baskin
Jacqualine Bellomy
Marquez Biggers
Sharon M. Biggers
Juan Blue
Calvin Bolar
Chaudney L. Bowens

Jerome Williams
Pleshette Williams
Alan L. Williamson
Laurie Ann Willis
LaQuetta Woods
Rubye J. Wright
Vera L. Wright
Betty J. Young
Angela F. Youngblood
Christine Youngblood
Darnalilee S. Youngblood
Shirley P. Youngblood

| Middle District of Alabama, Northern Division | 2:07-CV-297-MHT-WC | Mark E. Fuller | Union Springs, Alabama |
|---|---|---|---|

11

Arlene Bronson
Shirley Bronson
Angie L. Brown
Annie Bussey
Anita Calhoun
Tomecha O. Canty
Douglas James Chambliss
Cornelias D. Clark
Derek Cobb
Teresa Comer
Jacqueline Cooper
Marquetta Cunningham
Shirley A. Cunningham
Benjamin F. Curry, Jr.
Delores Davis
Kirby Davis
Timothy Davis
Larry T. Dawson
Tyrone Dawson
Dewayne Dickerson
Sharon Murphy Durham
Rudy Edwards
Helen Ellis
Teela Faniel
Quinetta Feagin
Johnny Fegans
Bonnie J. Finch
Annie Joyce Finney
Pamela Williams-Finney
Sharon D. Fitzpatrick
Sonya M. Fitzpatrick
Raymond F. Forte
Willie Mae France
Pamela Franklin
Tasha Franklin
Toretha Franklin
Mark Gilliam
Teresa Graves
Develma Hall

12

Tommy Hampton
Angela Henry
Carolyn Henry
Quintana Nicole Henry
Te'Angela Henry
Nicklous Hill
Rondarius Holmes
Katrina L. Hooks
Martha Moore Howard
Peggy Howard
Sandra Hunter
Mary E. Ivey
Susie Jackson
Jessica Jenkins
Sallie Ann Jernigan
Shayla D. Jessie
Beatrice Johnson
Cassandra M. Johnson
Charles Johnson
Landon Johnson
Leotis Johnson
Recike Johnson
Rosario Johnson
Terrar S. Johnson
Bryce Jones
Kelvin Jones
Michael Jones
Shirlene Jones
Treilis Jordan
Christopher King
Gloria King
Jason T. King
Shaleatha King
Tiffany M. Pugh King
Demarcus M. Kreis
Aelesha Lee
Emma J. (Thomas) Lee
Moses Lee
Royzell Lee

13

Clinton James Lewis
Regenia Long
Hanson W. Mack
Martavous Mahone
James Martin
Katrina Martin
Willie J. McClain
Santana McClendon
Shanika McClendon
Je'Norris McKinnes
Veronica M. McClancy
Felicia Mims
Nancy C. Moore
Shirley Moore
Tommie Motley
O.C. Murray
James Nunley
Willie Nelson
Cassandra Nobles
Larry T. Nobles
Steven Nobles
Augusta Oliver
Marcus Oree
Irvin L. Owens
Billy Paige
Charlie Parham, Sr.
Kawanna Parham
Darnell Parker
Harvey Cornelius Parker
Curtis Passmore
Wallace Passmore
Dianne Patterson
Lashundra Pearson
Jim H. Person
Peggy L. Pitts
Betty Tolliver Pritchett
Shana Pruitt
Betty Randolph
Richette Holliday-Raybon

Mary Dean Rayburn
Gloria Roberson
John R. Rodgers
Christopher Rogers
Albertha Rumph
Jeffery Sanders
Aggie Scott
John Scott
Mayola Shelley
Lisa Smiley
Charlotte Smith
Dessie Smith
Earnestine Smith
Janekia Smith
Lashonda Smith
Linda Smith
Mildred Smith
Cruz Jason Sparks
Cynthia Sparks
Kimberlyn Denise Sparks
Melvin L. Sparks
Stacie Sparks
Carlos Stanley
Angela Marie Still
Lanethia Still
Jerry Streeter
Mary Streeter
Jacqueline Swanson
Rosa Swanson
Christopher Tarver
Christopher D. Tarver
Helen Tarver
LaQuiona Tarver
Sherry Tarver
Johnnie R. Taylor
Mary E. Thomas
Richard Thomas
Richard Daniel Thomas
Terrance Thompkins

15

| | Northern District of Alabama, Middle Division | 4:06-CV-2095-RDP | R. David Proctor | Albertville, Alabama |
|---|---|---|---|---|
| Michael Todd<br>Tony Tolliver<br>Chester L. Townsend<br>Eula Townsend<br>Hytasha Trabue<br>Jacqueline Turner<br>Betty Wallace<br>Lavana Ward<br>Linda Warmack<br>Terrance Warmack<br>Mary J. Washington<br>Tyrone Washington<br>Kennetra Wheeler<br>Rodney White<br>Anthony Q. Williams<br>Callie M. Williams<br>Calvin Williams<br>Ruby Jean Williams<br>Alan L. Williamson<br>Laurie A. Willis<br>Christine Youngblood<br>Latoya Youngblood<br><br>**Defendant:**<br>Wayne Farms LLC<br><br>**Plaintiffs:**<br>Jimmy Wayne Belue<br>Barbara Baker<br>Erskine Baker<br>Lisa Blankenship<br>Jacqueline L. Brewster<br>Larcena Carlisle<br>Willine Carroll<br>Martin Chambers<br>Frances Chamblee<br>Jeffery Scott Chandler<br>Brenda Cheek<br>Willie Dobbins | | | | |

16

| | | | | |
|---|---|---|---|---|
| Donna J. Dooley<br>Robert Thomas Dunn<br>Christina Edmondson<br>Helen M. Gill<br>Jimmy J. Glover<br>Carolyn A. Gurley<br>Valerie Hall<br>Jimmy Hamilton<br>Diane Lynn Hampton<br>Carolyn Hogeland<br>McKinley T. Jackson<br>Kathy A. Jones<br>Maurilio Lara Lopez<br>Wendy L. Mendel<br>Magdalena Miguel<br>Kathy Moore<br>Betty M. Morgan<br>Paul Naylor<br>Terry Lee Ogle<br>Judy S. Oliver<br>Alethea E. Payne<br>Bruce T. Poe<br>Michael W. Rice<br>Tammy Renee Richey<br>Betty Tipton<br>Myra Rose Villalobos<br>Constance Vinson<br>Byron Lee Walker<br>Richard Whorton<br>Jenifer Wynn<br><br>**Defendant:**<br>Wayne Farms LLC | | | | |
| **Plaintiffs:**<br>Robert Thomas Dunn<br>Christina Edmonson<br><br>**Defendant:**<br>Wayne Farms LLC | Northern District of Alabama, Middle Division | 4:07-CV-647-RDP | R. David Proctor | Albertville, Alabama |

17

| Plaintiffs: | Northern District of Alabama, Northeastern Division | 5:06-CV-2096-IPJ | Inge P. Johnson | Decatur, Alabama |
|---|---|---|---|---|
| James E. Bolden | | | | |
| Letha Diane Abernathy | | | | |
| Sandra P. Abrams | | | | |
| Wanda Adams | | | | |
| Pamela M. Allen | | | | |
| Selece Yvette Allen | | | | |
| Delvin Almon | | | | |
| Ella M. Almond | | | | |
| Eugean T. Amerson | | | | |
| Antonia Roman Asencio | | | | |
| Gloria Ayala | | | | |
| Pratuangtip Bady | | | | |
| Bessie M. Bailey | | | | |
| Teresa B. Bailey | | | | |
| Joyce A. Baker | | | | |
| Richard Baker | | | | |
| Chiquita Barrett | | | | |
| Marilyn J. Bates | | | | |
| Robert T. Billings, Jr. | | | | |
| Alesa Birgans | | | | |
| Cheryl Bolden | | | | |
| Jessica Braden | | | | |
| Procopio Torres Brito | | | | |
| Henry L. Brown | | | | |
| Brenda Burke | | | | |
| Shelia R. Byrd | | | | |
| Elvira Campozano | | | | |
| Rey Campozano | | | | |
| Luis Mavin Carranza | | | | |
| Barry L. Carter | | | | |
| Joey Carter | | | | |
| Juliann Cater | | | | |
| Hilton Chatman | | | | |
| Aletha N. Clay | | | | |
| Nicole S. Coffey | | | | |
| Stephanie Coffey | | | | |
| Patsy Mae Cooper | | | | |

18

| |
|---|
| Mary Elizabeth Dale |
| Michael Dean |
| Rosa Amelia Diaz |
| Bacilia R. Dick |
| Deresa Dillard |
| Thomas Jean Doss |
| Angela Douglas |
| Anita Elliott |
| Mattie S. Ellison |
| Bacilia Esparza |
| Jose Esparza |
| Judy Fletcher |
| Sharon B. Ford |
| Betty Faye Foster |
| De'Jaurice Foster |
| Carolyn Franklin |
| Ernest Fuqua |
| Vivian Fuqua |
| Faustino Garcia |
| John Garrett |
| Chandra Garth |
| Monica J. Garth |
| Luella Gholston |
| Claudio Gonzalez |
| Mary A. Goode |
| Yvonne K. Goode |
| Fannie Goodwin |
| Alkice A. Griffin |
| Joseph Hampton |
| Olivia Harden |
| Jimmy Harris |
| Rodreggus Jamel Harris |
| Tocara Harris |
| Bobbie J. Hawkins |
| Stephanie Hayley |
| Mateo Hernandez |
| Mary Hinson |
| Regina Hood |
| Kayla Horrison |

Michael J. Horton
Jana Hudgins
Jeremiah J. Hurley
Shelby Jackson
Terry Lee Jackson
Donald Johnson
Desmond Jones
Eva Mae Jones
Gloria Jean Jones
Helean Jones
Linda Jones
Lisa Jones
Victoria D. Kennedy
Rita F. King
Towanna King
Jacqueline Holley Lampkin
Romunda Lewis
Ronald D. Lindsey
Connie Lyle
Linda Malone
Xiomara Marrero
Abraham Martinez
Angelica Vera Martinez
Maria Del Socorro Martinez
Rosa H. Martinez
Yesenia Martinez
Wanda Mason
William Sylvester Mason
Gladys Matthews
Goree Lamont Matthews
Bettie S. Mayes
Tracey McClain
Wanda Cauthon McDaniel
Jacqueline L. McDay
Leisa Meade
Justina R. Mendoza
Ventura Mendoza
Kenneth B. Millender
Isidro Mireles

Damon Lee Mitchell
Betty A. Moore
Esther Morales
Oscar Nash
Teresa Newsome
Rogelio Ocampo
Timoteo Ocampo
April C. Or
Dishema L. Orr
Lucy Eve Orr
Paula Orr
Fredy L. Overton
Donald C. Owens
Tenarius D. Penchion
Ronald Peoples
Claus D. Peterson
Cynthia Pointer
Charlotte Pointer
Daniel J. Pointer
Malethia Pointer
Theletha O. Pointer
Japonica Porter
Lizzie M. J. Porter
Hugo E. Pozo
Minnie Pride
Jackie F. Prince
Domingo Ramirez
Gregorio Ramos
Manuel Ramos
Ramona Ramos
Lela Pearl Reed
Tavaris Reynolds
Diane Garner Ricks
Amanda Rios
Jose Roman Rios
Birda Mae Robinson
Gladys Robinson
Ludie Mae Robinson
Rosetta Robinson

Teresa Robinson
Edith Rogers
Yolanda Rogers
Salvadora U. Romar
Sofia Santos
Emma J. Scruggs
Rebecca Seals
Veronica H. Sears
Lorenzo Serafin
Hollis Shackleford
Andrea R. Sharpley
Michael Sharpley
Dorothy Silvia
Rhonda U. Smith
Alecia Soto
Salvador Soto
Vanessa Soto
Willie A. Spangler
Deangelo Steele
Lizzesha T. Steele
Rose M. Steele
Rebecca Steelman
Sharon E. Stover
Mattie Strickland
Ramsey Swopes
Hawthorn Taylor
Shawn Taylor
Sherry Taylor
Jerry Wayne Thompson
Angelina Tomas
Lorenzo D. Torain
Modesto Torres
Margaret D. Townsend
Judy A. Tucker
Geraldine Turner
Patricia Turner
Alicia Valladarez
Joaquin Vera
Juanita F. Villasenor

22

| | Northern District of Alabama, Northeastern Division | 5:07-CV-639 | Inge P. Johnson | Decatur, Alabama |
|---|---|---|---|---|
| **Plaintiffs:**<br>Pamela M. Allen<br>Pratuangtip Bady<br>Bessie M. Bailey<br>Robert Lee Bates<br>Cheryl Bolden<br>Charles Brown<br>Lorenza Byers<br>Coy L. Campbell<br>Latina Campbell<br>Jerome Chapman<br>Erica S. Clay<br>Ronnes E. Cosby<br>Mary Elizabeth Dale<br>Lillie P. Davis<br>Concepcion DeSoto<br>Hardwick Elliot<br>Rose Fletcher<br>Sharon Rose Foster<br>George A. Vinson<br>Jannie L. Vinson<br>Angela Wallace<br>Sarah B. Ward<br>Jacqueline Watkins<br>J.B. West<br>Alene White<br>Lue Bertha White<br>Paul Neal White<br>Barbara A. Williams<br>Barbara S. Williams<br>Betty Jean Williams<br>Woozie Lee Williams<br>Cassey Wilson<br>Jason Paul Winsett<br>Rita Ann Woods<br><br>**Defendant:**<br>Wayne Farms LLC | | | | |

Crystal Garth
Lena Garth
Michael Lynn Garth
Francisco M. Garza
Certic Kirk Gordan
Audria M. Hampton
Jacqueline Hampton
Annie Hankins
Rodreggus Jamel Harris
Velvet A. Harris
Shelia D. Harvel
Stephne Hayley
Chris Hood
Willodean H. Howard
Wynemia Johnson
Ray Jones
Ronnie Jones
Sharon Jones
Beatrice King
Charlie Kirby
Scherrie Mason
Deron Lamar McClain
Marcus McDay
Angela Miller
Damon B. Miller
Shirley Moody
Caroline Mullins
Jennifer Arnett Nance
Andres Ocampo
Dishema L. Orr
Doris Hopkins-Overton
Pamela Owens
Yasmine E. Owens
John Patten
Nettie Darlene Pearson
Gloria Denise Pointer
Theletha O. Pointer
Jeffrey Porter
Peronica Porter

24

| | Southern District of Mississippi, Hattiesburg Division | 2:06-CV-268-KS-MTP | Keith Starrett | Laurel, Mississippi |
|---|---|---|---|---|
| **Plaintiffs:**<br>Jackie F. Prince<br>Maria I. Rabadan<br>David Alexander Ramirez<br>Ramona Ramos<br>Andres Rascual<br>Diane Garner Ricks<br>Birda Mae Robinson<br>Robert Robinson<br>Gloria Russell<br>Tonya S. Sanders<br>Veronica H. Sears<br>Rhonda Smith<br>Alecia Soto<br>Salvadore Soto<br>Veeta Swantae Steele<br>Dorian Gaiter Sutherlin<br>Meriam Yvett Thames<br>Roy L. Thomas, Jr.<br>Yesenia Torres<br>George A. Vinson<br>Marlowe Wade<br>Milton Watkins<br>Myrtle Wiggins<br>Paula Patrice Wiggins<br>Margert Wilkerson<br>Tracy Williams<br>Woozie Williams<br><br>**Defendant:**<br>Wayne Farms LLC | | | | |
| April Agee<br>Earnice Abney<br>Matilda Agee<br>Cassille Allen<br>Nicole Allen<br>Lorene Arrington<br>Mose Arrington | | | | |

Ruthie B. Arrington
Shannon Arrington
Hollis E. Ashley, Jr.
Kendrick Bailey
Claudia Barber
Derrick Barber
Walter L. Barber
Carolyn Shanks Barboza
Markais A. Barfield
Angelia Barnes
Jennie B. Barnes
Mary D. Barnes
Shemeka Barnes
Alexis Barnett
Charles Barnett
Debora Barnett
Dwayne Barnett
Earlie Mae Barnett
James Wesley Barnett
Jerlin Barnett
Marcus Barnett
Paula M. Bass
Ezra Beason
Monica Bell
Robert Bell
Annie Faye Bender
Dianne A. Berry
LaVenis Berry
Patrick Bester
Rachel Bishop
Thynorise Black
Kayla Blackwell
DeJuan S. Blakley
Kennedy Bolton
Takia Bonner
Viron Bonner
Krystal Bowens
Sandra Bradford
Victoria Breland

26

Anthony Bridges
Eric Brown
Felicia Brown
Severnim Brown
Tikeda Brown
Wanda N. Brown
Marie Bruner
Sandra Bryant
Anthony Calhoun
Matthew Campbell
Earlvin Carmichael
Irma Carmichael
Melissa Carmichael
Clyde Carter
Jo Ann Carter
Willie Carter
Denise Causey
Keshia Causey
Reggie Causey
Mary Caver
Greta Chapman
Adrian Clark
Nashonda Clark
Regina Clark
Joel J. Clay
James Clayborne
David Clayton
Edward Clayton
Janice D. Clayton
Sheyeld Clayton
Dedra A. Coleman
Elizabeth Coleman
Eric Coleman
Fredrick Coleman
James H. Coleman, Jr.
Randy Lee Coleman
Thomas Coleman
Tracy Coleman
Kimberly Collier

27

Salorika Collier
Charlotte S. Collins
Donna Collins
Margaret Collins
Patricia Collins
Steve Allen Collins
Alice M. Colter
Roosevelt Combest, Jr.
Albert R. Cooley
Derrick Cooley
Michelle Cooley
Quanna Cooley
Shirley Cooley
Lavonda M. Craft
Jimmy Crawford
Cathia Crosby
Keisha Crosby
Yolanda C. Culpepper
Annie Marie Cunningham
Veronica Curry
Debbie Daniels
Lola G. Daniels
Latressia Dase
Darryl Davis
Euressa Davis
Ceola Dawkins
Jeffery Dawkins
Celia A. Dear
Barbara Deloach
Gwin Deloach
Natasha R. Deloach
Ceasar Dixon
George A. Donald
Billy Dotson
Diane Drummond
Kwanika Drummond
Catrina Ducksworth
Clementine Ducksworth
Demetria Ducksworth

| |
|---|
| Milton Ducksworth |
| Perry Ducksworth |
| Rodney Ducksworth |
| Tommie Duell |
| Jennifer Dukes |
| Renee Dukes |
| Joann Dunn |
| William D. Durr |
| Annie Ellis |
| Mattie Ellis |
| Vivian Maxine Ellis |
| Derrick Eskridge |
| Carmen Evans |
| Dolly Evans |
| Errie Evans |
| Harrison L. Evans, Jr. |
| Jerald Evans |
| Xavier Evans |
| Eddie Everett |
| Maricco Everett |
| Melinda Everett |
| Tomornio Everett |
| Tonya Everett |
| Linda D. Faulkner |
| Michelle Felps |
| Andrea Ferguson |
| Mary Teresa Forrest |
| Joe Fountain |
| Michael S. Foy |
| Victoria M. Franks |
| Sandra Gissendanner Barnes Frazier |
| Tonya Funches |
| Betty Gallaspy |
| Daisy Gandy |
| Kristen West Gandy |
| Sharon D. Gandy |
| Stacy Gandy |
| Cynthia Gavin |
| Omeka Gavin |

29

Ruthie I. Gavin
William Dewayne Gavin
Shirley Gillum
James Gordon
Lashawn Graham
Barbara Graves
Necole Graves
Erica Gray
Valerie D. Griffith
Robert Guillory
Tracy Guillory
Tiffany Hale
Iyana Hales
Sheila Hales
Bonnie G. Haley
Mallity Halsell
Safira Hamilton
O'Daniel Hardy
Remoro Hardy
Alteryal Harris
Dorothy Harris
Elbert Harris
Michelle Harris
Patricia Harris
Sheena Harris
Michelle Harrison
Ollie James Harrison
Larry J. Hatten
Denise D. Hayes
Annie Haynes
Janet M. Haynes
William Head
Jacqueline Heard
Latoria Lashay Heard
Christopher K. Heidelberg
Pamela Heidelberg
Shedreka Heidelberg
Jennifer Hill
Linda Hill

Rhonda Hill
Reena Hilton
Brenda Hinton
Mae Ruth Hinton
Charlene Holliday
Shaunda Holliday
Barbara Holmes
Gene A. Horne
Michael Horne
Lahoma House
Annie Ruth Howard
Linda Howard
Ollie M. Howard
Frankie Howse
Terry D. Hoze
Eugene Husband
LaToya Husband
Willie Husband
Lucille Jacks
Ann Jackson
Jaquay Jackson
Tony Jackson
Vivian Jackson
Tonquerrie Jefferson
Jacquelin Johnikin
Alexandria Johnson
Brandon Johnson
Cassandra Johnson
Janie B. Johnson
Karen Johnson
Rencis Johnson
Victoria Johnson
Vonciel Johnson
Beverly Jones
Dan Allen Jones
Darlene Jones
Freddie A. Jones
Joshua L. Jones
Lenora Jones

31

Miranda Jones
Otis Jones
Patrick Dewayne Jones
Sadie M. Jones
Sammie Jones
Sherral Jones
Tamekia Jones
Teresa Jones
Tiwana Jones
Tracey Jones
Veronica Jones
Waverly Jones
Douglas Jordan
Stadalis Jordan
Tracy Jordan
Tressie Jordan
Tamika Keller
George Kelly
Jimmie L. Kelly
Casey L. Keyes
Charles D. Keyes
Donald L. Keyes
Jackie Keyes
Mildred M. Keyes
Ruth H. Keyes
Kenneth Keys
Naitah R. Keys
Betty R. Kirk
Mel R. Knight, Jr.
Cher Lacey
Denise L. Lacey
Manzie Laffitte
Michael Lampley
Sharon Lampley
Annie Lang
Robert Lard
Bobbie Laster
Tenisha Lee
Cassandra Leverette

32

| |
|---|
| Donnie Levi |
| Sherenna Lindsay |
| Calvin Lindsey |
| Cushenna Lindsey |
| Latoya Lindsey |
| Rosemary Lindsey |
| Shirley Lindsey |
| Amanda Lofton |
| Felicia Lofton |
| Larry Lofton |
| Lucille Lott |
| Sharon Love |
| Pamela Denise Lynch |
| Ericka R. Magee |
| Sandra M. Magee |
| Lakya Malley |
| Maggie Manning |
| Patricia A. Marsh |
| Adolph Martin |
| George Mason |
| Jeffery D. Mason |
| Shanneka Evans Mason |
| Jocelyna Mayers |
| Ericka Mayfield |
| Travis Mayfield |
| Henry R. McCarty |
| Betty C. McClellan |
| Hope McCray |
| Richard L. McCray |
| Kimberly McCree |
| Douglas McCullum, Sr. |
| Mable McCullum |
| Maureen McCullum |
| Azaene McDonald |
| Debora McDonald |
| Ether McDonald |
| Harold McDonald |
| James E. McDonald |
| Johnny McDonald |

Mary McDonald
Jacqueline McDougle
Mattie McGay
Jimmy McGee, Jr.
Mary Ann McGee
Ronda R. McGee
Kimberly M. McGill
Jacqueline McInnis
Stephenie McKenzie
Reginald Orlando McLain
Carolyn McLaurin
Angelia McMillan
Ladereia D. Miller
Quintina Miller
Dorothy N. Milsap
Alice Mitchell
Daniel Mitchell
Brandy Moffett
Roderick Moncrief
Keri Moore
Teshaun Moore
Beverly Morgan
Quinita Nelson
Cecelia Newell
Shareka Newell
Katrina Nichols
Dannie Nickelson
Albert Nixon
Diane Nixon
Kenneth Lee Nixon
Carroll Nobles, Jr.
Jerlean Nobles
Mary Owens
Isis M. Page
Marsha Delean Page
Mary J. Parker
Ruby Parker
Bernice Payton
Corey Payton

34

| |
|---|
| Willie D. Payton, Jr. |
| Diane Perry |
| Kolya Pickens |
| Maria Pickering |
| Carolyn Pierce |
| Mack Pierce |
| Ida Mae Pittman |
| Michelle Pittman |
| Natasha Pittman |
| Erica Plummer |
| Kimberly Plummer |
| William Plummer |
| Gregory Pollock |
| Lakesha Porter |
| Latisha Portis |
| Christopher G. Pou |
| Annie Powe |
| Larry J. Powe |
| Leon Powe |
| Tina M. Powe |
| Darryl Powell |
| Bobbie Jean Pruitt |
| Tashuan Pruitt |
| James E. Pugh |
| Carlton Quarells |
| Latasha Richey |
| Monique Henderson Rick |
| Francine Rivers |
| Rosia Rivers |
| Jocelyn Roberts |
| Felicia Robinson |
| Fredrick Robinson |
| Kizzy Robinson |
| Alice Rodgers |
| Carolyn Rogers |
| Teresa Rogers |
| Hazel Ruffin |
| Bessie Russell |
| Tyieshia Russell |

Cleveland Sanders
Curtis Sanders
Lesia Sanders
Willie Jean Sanders
Roshay Satcher
May Seals
Dominique Shanks
Ronald C. Shelby
Angela Shelton-Porter
Justin Sims
Cornelius Smith
Daphny Smith
Jaynell (Hall) Smith
Linda Smith
Mary E. Snowden
Kelvin L. Snyder
Alonzo Spencer
Gwen Spencer
Orlando Spencer
Terelnzo Spencer
Bobby R. Stevens
Marcy Steward
Earline Stewart
Noble Stitts
Margaret Sullivan
Robert Sumrall
Sonja Sumrall
Jamillia Tanner
April Taylor
Davida Taylor
Linda Taylor
Murphy Taylor
Doris A. Thames
Levell Thames
Barbara D. Thomas
Demetrius A. Thompson
Amanda R. Tillery
Debbie L. Tillman
Nisha Trotter

36

Carlo Andrew Tucker
Deborah Turner
Sadie D. Turner
Natasha Vale
Debra Vann
Katie L. Vickers
Gloria Buxton Walker
Mary Walker
Pamela Walker
Shirlene (Ferrell) Walker
Shanika Warren
Mattie Washam
Brenda Washington
Nakia S. Waters
Regina Waters
Latasha Watson
Cora Webb
Barbara West
Scott West
Barbara White
Bonnie J. White
James W. White
Kurt L. White
Demetria Williams
Fredonia Williams
Mary C. Williams
Ophelia Williams
Renard Williams
Virginia Williams
Carl B. Wilson
Chelsea Wilson
Gregory Wilson
Minnie R. Wilson
Melvin Windham, Jr.
Anthony Winnick
Katrina Wolverton
Marilyn M. Womack
Amy Young
Lonnie Young

37

| | | | | |
|---|---|---|---|---|
| **Defendant:** Wayne Farms LLC | | | | |
| **Plaintiffs:** Eula M. Keyes, Patricia Allen, Shiela Bentley, Victoria Breland, Kenyatte V. Gardner, Jennifer Hill, Lillie Hunter, Ann Jackson, Ronnie Jones, Sammie Jones, Charles D. Keyes, Virginia Merrill, Joshua Parker, Bernice Payton, Diane Perry, Francine Rivers, Tyleshia Russell, Gwen Spencer, Gloria Buxton Walker, Pamela Walker, Brenda Washington, Sherica Williams **Defendant:** Wayne Farms LLC | Southern District of Mississippi, Hattiesburg Division | 2:07-CV-29-MTP | Keith Starrett | Laurel, Mississippi |
| **Plaintiffs:** Joey J. Tate, Luc A. Ly, Sanjanetta Teasley, Dessera Warren **Defendant:** Wayne Farms LLC | Northern District of Georgia, Gainesville Division | 2:07-CV-55-WCO | William C. O'Kelley | Pendergrass, Georgia |

38

39

| | Northern District of Georgia, Atlanta Division | 1:07-CV-1154-GET | Charles A. Pannell, Jr. | College Park, Georgia |
|---|---|---|---|---|
| **Plaintiffs:**<br>Christie C. Norman<br>Ramona Covarrubias<br>Tanzay Person<br>Doris J. Willis<br><br>**Defendant:**<br>Wayne Farms LLC | | | | |
| **Plaintiffs:**<br>Lillie Preston<br>David Brewton<br>Rodrecus Brockington.<br><br>**Defendant:**<br>Wayne Farms LLC. | Southern District of Georgia, Waycross Division | 5:07-CV-045-WTM | William T. Moore | Douglas, Georgia |

Case 2:06-cv-00951-MEF-WC     Document 73-3     Filed 06/06/2007     Page 1 of 1



