# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **DARREN ANDERSON, et. al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **2:06-cv-00951-MEF** |
| | § | |
| **WAYNE FARMS LLC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## NOTICE OF FILING ADDITIONAL
## <u>NOTICES OF CONSENT TO JOIN</u>

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, TARA TARVER, DENNIS COX, ASHLEY S. COPE, and VERONICA WYNN, similarly situated employees to Plaintiffs who likewise are or were subjected to the illegal pay practices at issue and who wish to join the above-captioned lawsuit.

Dated: <u>July 16, 2007</u>              Respectfully submitted,

                          **THE COCHRAN FIRM, P.C.**

                          /s/ Robert J. Camp
                          **ROBERT J. CAMP**
                          **BERNARD D. NOMBERG**

505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)


– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)


– and –

Roman A. Shaul
Wilson D. Miles
Beasley Allen Crown Methvin
Portis & Miles. P.C.
P.O. 4160
Montgomery, Alabama 36103-4160


*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on  July 16, 2007, I electronically filed the foregoing  Notice with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Dorman Walker
dwalker@balch.com

Lance Harrison Swanner
lswanner@cochranfirm.com

Lisa J. Sharp
lsharp@balch.com

Bernard D. Nomberg
bnomberg@cochranfirm.com

Wendy A. Madden
wmadden@balch.com

Samuel A. Cherry, Jr.
scherry@cochranfirm.com

Perpper Cructcher, Jr.
pcrutcher@balch.com

Roman A. Shaul
roman.shaul@beasleyallen.com

Wilson D. Miles, II
Dee.miles@beasleyallen.com

William Hommel, Jr.
bhommel@hommelfirm.com


/s/ Robert J. Camp
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tara Tarver_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at
[Name of plant]
the facility located in _Union Springs_ . I worked at this location from
[City/State]
_Feb 2003_ ~~2-27-03~~ to _2-21-04_ .
[Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms LLC_ plant in _Union Springs_, and
[Name of Plant]                          [City/State]
possibly other plants owned by _Wayne Farms LLC_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30_ day of _May_ , 2007.

_Tara Tarver_                          _Tara Tarver_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_DENNIS  COX_____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Waynes  Farm  LLC_ at
the facility located in _Union Springs ala_  I worked at this location from
    [Name of plant]
_6-25-84_ to _present_.
    [Date]         [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Wayne Farm LLC_ plant in _Union Springs ala_, and
    [Name of Plant]                              [City/State]
possibly other plants owned by _Wayne Farm LLC_ If brought as a class
    [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _4_ day of _Oct_, 2006.

_Dennis cox_                    _Dennis Cox_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ashley S. Cope_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms LLC_ at
the facility located in _Union Springs, Al_ . I worked at this location from
[City/State]
_Jan 17, 2006_ to _April 26, 2006_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Frans LLC_ plant in _Union Springs, Al_ , and
[Name of Plant]                            [City/State]
possibly other plants owned by _Wayne Frans LLC_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _September_, 2006.

_Ashley S. Cope_                    _Ashley S. Cope_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_VERONICA WYNN_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _WAYNE FARMS LLC_ at
[Name of plant]
the facility located in _UNION SPRINGS AL_ I worked at this location from
[City/State]
_11-2003_     to    _AT 2004_ Feb 2005
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _WAYNE FARMS_ plant in _UNION SPRINGS AL_, and
[Name of Plant]                            [City/State]
possibly other plants owned by _WAYNE FARM_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29_ day of _May_ 2007.

_VERONICA WYNN_                    _Veronica Wynn_
[PRINT NAME]                        [SIGNATURE]