IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DARREN ANDERSON, et. al.,** § § | |
| Plaintiffs, § § § | **CIVIL ACTION NO.** |
| v. § § | **2:06-cv-00951-MEF** |
| **WAYNE FARMS LLC.,** § § | |
| Defendant. § § | |

**NOTICE OF FILING ADDITIONAL
NOTICES OF CONSENT TO JOIN**

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, CHANTAY JACKSON, CHARLIE J. PARHAM, TAMMIKA RICHARDSON, similarly situated employees to Plaintiffs who likewise are or were subjected to the illegal pay practices at issue and who wish to join the above-captioned lawsuit.

Dated: <u>August 10, 2007</u>          Respectfully submitted,

                                        **THE COCHRAN FIRM, P.C.**

                                        /s/ Robert J. Camp
                                        **ROBERT J. CAMP**
                                        **BERNARD D. NOMBERG**
                                        505 North 20th Street, Suite 825
                                        Birmingham, AL  35203
                                        (205) 930-6900 (Phone)
                                        (205) 930-6910 (Fax)

1

      – and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

      – and –

Roman A. Shaul
Wilson D. Miles
Beasley Allen Crown Methvin
Portis & Miles. P.C.
P.O. 4160
Montgomery, Alabama 36103-4160

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2007, electronically filed the foregoing Notice with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

| | |
|---|---|
| Dorman Walker<br>dwalker@balch.com | Lance Harrison Swanner<br>lswanner@cochranfirm.com |
| Lisa J. Sharp<br>lsharp@balch.com | Bernard D. Nomberg<br>bnomberg@cochranfirm.com |
| Wendy A. Madden<br>wmadden@balch.com | Samuel A. Cherry, Jr.<br>scherry@cochranfirm.com |
| Perpper Cructcher, Jr.<br>pcrutcher@balch.com | Roman A. Shaul<br>roman.shaul@beasleyallen.com |
| Wilson D. Miles, II<br>Dee.miles@beasleyallen.com | William Hommel, Jr.<br>bhommel@hommelfirm.com |

/s/ Robert J. Camp
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Chantay Jackson__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Wayne Farms__ at [Name of plant] the facility located in __Union Springs, AL__. I worked at this location from [City/State] __June 2005__ to __Mar. 2006__ [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Union Springs, AL__, and [Name of Plant] [City/State] possibly other plants owned by __Wayne Farms__. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __22nd__ day of __April__, 2007.

__Chantay S. Jackson__          __Chantay S. Jackson__
[PRINT NAME]                    [SIGNATURE]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Charlie J. Parham Jr. [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Wayne Farms [Name of plant] at the facility located in Union Springs, AL [City/State]. I worked at this location from ~~May 3, 2000~~ May 3, 2001 [Date] to ~~Aug. 3, 2005~~ August 2005 [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Wayne Farms [Name of Plant] plant in Union Springs, AL [City/State] and possibly other plants owned by Wayne Farms [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 3 day of March, 2007.

Charlie J. Parham Jr.            Charlie J. Parham Jr.
[PRINT NAME]                     [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Tammika Richardson_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Union Springs, AL_. I worked at this location from [City/State] _January 03_ to _September 04_. [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Union Springs, Ala._, and [Name of Plant] [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _04_ day of _10_, 2007.

_Tammika Richardson_                _Tammika Richardson_
[PRINT NAME]                         [SIGN NAME]